UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMULA ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1212 (RBW) |
| | ) |
| JOHN W. SNOW | ) |
| SECRETARY OF THE TREASURY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PROOF OF SERVICE**

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 22nd day of July, 2005, via certified mail, return receipt requested, upon the United States Attorney as follows:

>Kenneth L. Wainstein, Esq.
>U.S. Attorney's Office
>Judiciary Center Building, 10th Floor
>555 4th Street, N.W.
>Washington, DC 20001

See Exhibit 1 (Certified Mail receipt and USPS Track and Confirm confirmation).

I further certify that a copy of the Summons and Complaint in the above-captioned case was similarly served on the 25th day of July, 2005, upon the United States Attorney General and Defendant as follows:

>The Honorable Alberto Gonzales
>U.S. Attorney General
>U.S. Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, DC 20530

<u>See</u> Exhibit 2 (Copy of Certified Mail Card).

>The Honorable John W. Snow
>Secretary of the Treasury,
>1500 Pennsylvania Avenue, N.W.
>Washington, DC 20220

<u>See</u> Exhibit 3 (Copy of Certified Mail Card).

>Respectfully Submitted,
>
>
>_____/s/_____
>JOSEPH D. GEBHARDT
>    (D.C. Bar No. 113894)
>CHARLES W. DAY, JR.
>    (D.C. Bar No. 459820)
>MARK A. DANN
>    (D.C. Bar No. 484523)
>GEBHARDT & ASSOCIATES, LLP
>1101 17th Street, N.W.
>Suite 807
>Washington, DC 20036-4716
>(202) 496-0400

August 2, 2005                          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Proof of Service and Exhibits 1-3 was served this 2nd day of August 2005, via first class mail, postage prepaid, upon counsel for the Defendant as follows:

>Kenneth L. Wainstein, Esq.
>U.S. Attorney's Office
>Judiciary Center Building, 10th Floor
>555 4th Street, N.W.
>Washington, DC 20001

                              /s/
                              MARK A. DANN