# EXHIBIT 1



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7004 1160 0004 2319 9933
Status: **Delivered**

Your item was delivered at 10:28 am on July 22, 2005 in WASHINGTON, DC 20001.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )

  POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy





http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    8/1/2005