UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
PAMULA ROBINSON,              )
                             )
         Plaintiff,          )
                             )
    v.                       )Civil Action No. 05-1212 RBW
                             )
JOHN W. SNOW, Secretary of Treasury )
  of the United States of America, )
                             )
         Defendant.          )
_____)
```

PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney W. Mark Nebeker as counsel for Defendant in this action.

Respectfully submitted,

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Praecipe has been made through the Court's electronic transmission system on this 20th day of September, 2005.

_____
W. MARK NEBEKER, DC Bar # 396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230