UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,                        )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )Civil Action No. 05-1212 RBW
                                        )
JOHN W. SNOW, Secretary of Treasury )
  of the United States of America,     )
                                        )
        Defendant.                      )
_____)

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant
to Rule 6(b) of the Federal Rules of Civil Procedure, for an
enlargement of time of two weeks within which to respond to the
Complaint in this action up to and including October 4, 2005,
2005.  Plaintiff, through counsel, Joseph Gebhardt, Esq., has
indicated that Plaintiff does not oppose this motion.

This enlargement of time is sought because the Assistant
United States Attorney ("AUSA") assigned primary responsibility
in this matter, working with the agency attorney in the case, has
nearly completed the drafting of the needed answer, but has been
delayed in completing the filing.  This delay is occasioned by
the fact that the AUSA must secure additional information from
the agency in advance of completing the answer.  Moreover,
counsel learned only today that the needed information is
contained in a file or files that will take at least a week to
secure.  Following the receipt of the file, additional time will
be needed to review the documents and ascertain whether or not

the allegations at issue are properly admitted or denied.  Thus,
counsel believes, this additional time will be needed to satisfy
counsel's obligations adequately to investigate and respond to
the allegations in the Complaint.

Wherefore, Defendant seeks an enlargement of time in this
action.  A proposed Order is attached hereto.

Respectfully submitted,


_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

-2-

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time Within Which To Respond To The Plaintiff's Complaint, And Memorandum In Support Thereof and a proposed Order has been made through the Court's electronic transmission facilities on this 20th day of September, 2005.

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230