UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMULA ROBINSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  v. | ) Civil Action No. 05-1212 (RBW) |
| | ) |
| JOHN W. SNOW | ) |
| SECRETARY OF THE TREASURY, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**PLAINTIFF'S STATUS REPORT**

Plaintiff Pamula Robinson, by and through undersigned counsel, hereby files this Status Report regarding her decision not to amend her Complaint at this time, and states as follows:

1. As set forth in the parties' Joint Meet and Confer Statement and orally by undersigned counsel during the December 2, 2005 Status Conference, Plaintiff has two administrative EEO claims pending before Defendant (Agency Case No. 05-2501), and she intended to request leave to amend her Complaint in the above-captioned case to include these claims today, January 17, 2006, which is 180 days after filing her formal EEO administrative complaint. See 29 C.F.R. § 1614.407(b).

2. Only recently, on January 6, 2006, Plaintiff finally received some records of the Agency's investigation of her administrative claims from EEO Specialist Paul D. Brown.

However, Mr. Brown has informed undersigned counsel that he could not release Mr. Robinson's entire file until after the Agency concluded this investigation, and that the Agency's investigation into Ms. Robinson's claims has been delayed.

3. The records which Mr. Brown did turn over to Ms. Robinson consists of only 12 pages. Despite these limitations, Ms. Robinson and her counsel conducted a thorough review and assessment of these records to determine whether they provided any new information concerning Ms. Robinson's pending administrative claims and whether it would be appropriate for her to amend her instant Court Complaint to include these additional claims.

4. Upon review of the current record, Plaintiff is unable now to amend her instant Court Complaint because the record of the Agency's investigation of Ms. Robinson's pending administrative claims is simply too limited at this time. Accordingly, Ms. Robinson has decided that the most appropriate decision is to allow the record of her pending administrative claims to be fully developed through the Agency's EEO process.

5. Although Ms. Robinson may decide to file a related Complaint later with the U.S. District Court based on her pending administrative claims, she is now refraining from

amending and consolidating her Complaint in the above-captioned case at this time.

For the above reasons, Complainant is notifying the Court and Defendant that she will not be amending her Complaint in the above-captioned case at this time.

Respectfully submitted,

_____/s/_____
JOSEPH D. GEBHARDT
   (D.C. Bar No. 113894)
CHARLES W. DAY, JR.
   (D.C. Bar No. 459820)
MARK A. DANN
   (D.C. Bar No. 484523)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

January 17, 2006                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Status Report was served this 17th day of January 2006, via electronic case filing, upon counsel for Defendant:

    William Mark Nebeker, Esq.
    U.S. Attorney's Office
    555 4th Street, N.W.
    Washington, DC 20530

_____/s/_____
MARK A. DANN