UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PAMULA ROBINSON, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1212 (RBW) |
| JOHN W. SNOW, | ) ) ) | |
| Defendant. | ) ) ) | |

## SCHEDULING ORDER

The parties appeared before the Court on January 25, 2006, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 25th day of January, 2006, hereby **ORDERED** that

1. This case will be placed on the standard track.

2. This case will be refereed to a magistrate judge for settlement discussion that shall take place between March 31, 2006 and May 26, 2006.

3. Discovery on the question of liability shall be concluded by April 28, 2006.

4. The defendant shall file a dispostive motion, if any, by June 2, 2006.

5. A status conference shall be held on June 2, 2006 at 9:15 a.m. in Courtroom 5 at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge