UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,                    )
                                   )
        Plaintiff,                 )
                                   )
    v.                             ) Civil Action No. 05-1212 (RBW)(DAR)
                                   )
JOHN W. SNOW                       )
SECRETARY OF THE TREASURY,         )
                                   )
        Defendant.                 )
_____)

PLAINTIFF'S CONSENT MOTION
TO POSTPONE FIRST SETTLEMENT CONFERENCE

Plaintiff Pamula Robinson, by and through undersigned counsel, hereby moves to postpone the parties' first settlement conference set for April 13, 2006, and to reschedule said conference to April 20, 2006, at 9:30 a.m., and in support of the Motion states as follows:

1.   Pursuant to a Notice of Electronic dated January 26, 2006, the parties' first settlement conference with Magistrate Judge Deborah A. Robinson is set for April 13, 2006, at 9:30 a.m. in Courtroom 25.

2.   Plaintiff's counsel has subsequently been notified that on that same date he is scheduled to appear for an oral argument before the U.S. Court of Appeals for the District of Columbia on behalf of another client. See Barnette v. Chertoff, Case No. 04-5443 (D.C.C.).

3.    Plaintiff's counsel contacted Defendant's counsel regarding the scheduling conflict, and Defendant's counsel has consented to a postponement of the settlement conference and indicated that he and the Agency's settlement authority are both available to participate in a conference on April 20, 2006.

4.    Plaintiff's counsel contacted the Honorable Deborah A. Robinson's chambers and was informed that April 20, 2006, at 9:30 a.m. would be a suitable date and time for reschedule the first settlement conference pursuant to the Judge's calendar.

For all these reasons, this Consent Motion should be granted, and the parties' first settlement conference should be postponed to April 20, 2006, at 9:30 a.m.  An appropriate Order accompanies this Consent Motion.

Respectfully submitted,


       /s/
JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
CHARLES W. DAY, JR.
    (D.C. Bar No. 459820)
MARK A. DANN
    (D.C. Bar No. 484523)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
(202) 496-0400

February 16, 2006          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Consent Motion to Postpone First Settlement Conference and proposed Order was served this 16th day of February, 2006, via electronic case filing, upon counsel for Defendant:

> William Mark Nebeker, Esq.
> U.S. Attorney's Office
> 555 4th Street, N.W.
> Washington, DC 20530

_____/s/_____
MARK A. DANN
