UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,                )
                                )
        Plaintiff,              )
                                )
    v.                          ) Civil Action No. 05-1212 (RBW)(DAR)
                                )
JOHN W. SNOW                    )
SECRETARY OF THE TREASURY,      )
                                )
        Defendant.              )
_____)

**ORDER**

UPON CONSIDERATION of Plaintiff's Consent Motion to Reschedule First Settlement Conference and the full records, it is hereby this ___ day of February, 2006, **ORDERED:**

That the Consent is hereby GRANTED, and that the parties' first settlement conference is rescheduled/set for April 13, 2006, at 9:30 a.m.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Charles W. Day, Jr., Esq.
Mark A. Dann, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

William Mark Nebeker, Esq.
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC 20530