UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMULA ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1212 (RBW)(DAR) |
| | ) |
| JOHN W. SNOW | ) |
| SECRETARY OF THE TREASURY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT MOTION FOR EXTENSION OF TIME FOR DISCOVERY**

Plaintiff Pamula Robinson and Defendant John W. Snow, by and through respective undersigned counsel, hereby file this Joint Motion for a 30-day extension of Phase One of their current discovery schedule, and in support of this Joint Motion state as follows:

1. Pursuant to their November 17, 2005 Joint Meet and Confer Statement, the parties agreed to divide discovery into two phases, with Phase One being limited to the issue of liability and Phase Two being open to any issue. The Court approved this discovery plan, and pursuant to its January 25, 2006 Scheduling Order, Phase One of the discovery is due to conclude on April 28, 2006.

2. In accordance with the Court's Order, both parties exchanged their respective discovery requests on March 24, 2006,

and the parties' discovery responses are due to be exchanged on April 24, 2006.

3. Both parties have also communicated their intention to conduct a limited number of early depositions for certain individuals. However, due to scheduling difficulties, the parties will not be able to hold these depositions before Phase One of the discovery concludes on April 28, 2006. Moreover, the parties believe it would be beneficial to have more time to review the documents produced in response to their discovery requests before initiating some of the depositions.

4. Based on the availability of witnesses, the parties have tentatively agreed to schedule some of their depositions for mid-May, dates outside the Phase One closing date. A 30-day continuation of Phase One of the discovery schedule, as requested herein, will allow both parties sufficient time to review their exchanged documents and conduct depositions.

5. The parties have agreed that in light of the change in the discovery schedule, any dispositive motions should be due by June 23, 2006, and responses should be due by July 25, 2006.

For all these reasons, this Joint Motion should be granted, the discovery period in the above-captioned case extended until June 12, 2006, the deadline for dispositive motions set for June

23, 2006, and the deadline for responses set for July 25, 2006.

An appropriate Order accompanies this Motion.

                     Respectfully submitted,

| /s/ | /s/ |
|---|---|
| JOSEPH D. GEBHARDT | WILLIAM MARK NEBEKER |
| (D.C. Bar No. 113894) | Assistant U.S. Attorney |
| CHARLES W. DAY, JR. | U.S. Attorney's Office |
| (D.C. Bar No. 459820) | 501 3rd Street, N.W. |
| MARK A. DANN | Washington, DC 20530 |
| (D.C. Bar No. 484523) | (202) 307-2843 |
| GEBHARDT & ASSOCIATES, LLP | |
| 1101 17th Street, N.W. | Attorney for Defendant |
| Suite 807 | |
| Washington, DC 20036-4716 | |
| (202) 496-0400 | |
| | |
| Attorneys for Plaintiff | |

April 17, 2006