## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMULA ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1212 (RBW)(DAR) |
| | ) |
| JOHN W. SNOW | ) |
| SECRETARY OF THE TREASURY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

### ORDER

UPON CONSIDERATION of the parties' Joint Motion for Extension of Time for Discovery and the full record, it is hereby this ___ day of April, 2006, **ORDERED**:

1.    That the Joint Motion is hereby **GRANTED**;

2.    That Phase One of the discovery in the above-captioned case is extended until June 12, 2006; and

3.    That dispositive motions shall be due on or before June 23, 2006, and responses shall be due on or before July 25, 2006.


_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Charles W. Day, Jr., Esq.
Mark A. Dann, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

William Mark Nebeker, Esq.
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC 20530