UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMULA ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1212 (RBW)(DAR) |
| | ) |
| JOHN W. SNOW | ) |
| SECRETARY OF THE TREASURY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT MOTION TO EXTEND DISCOVERY AND THE SETTLEMENT PERIOD**

Plaintiff Pamula Robinson and Defendant John W. Snow, by and through respective undersigned counsel, hereby file this Joint Motion to stay discovery and extend the settlement period, and in support of this Joint Motion state as follows:

1.   On April 20, 2006, the parties and their respective counsel participated in a Settlement Conference with U.S. Magistrate Judge Deborah A. Robinson. They also communicated by telephone with Judge Robinson on April 26, 2006, and participated in a second Settlement Conference on May 25, 2006.

2.   With Judge Robinson's assistance, the parties have shared their initial settlement expectations, and each side is considering the other party's settlement offer. Although they have not reached a settlement agreement at this time, the parties are scheduled to participate in another Settlement

Conference by telephone with Judge Robinson on June 6, 2006. Pursuant to the Court's January 25, 2006 Scheduling Order, the settlement period is scheduled to conclude on May 26, 2006.

    3.    Pursuant to the Court's April 18, 2006 Minute Order, phase one of discovery is scheduled to end on June 12, 2006, and dispositive motions, if any, must be filed by June 23, 2006. Also, the parties' respective discovery responses must still be completed and exchanged next week, and the parties have scheduled depositions for the following week.

    4.    To date, the parties have not discussed the payment of attorney fees and costs, which may be a factor in their future settlement negotiations. Because these expenses may be a factor in settlement, the parties believe litigation costs should be limited to the extent possible.

    5.    If the parties are required to continue working on their discovery as set forth above, by responding to interrogatories and requests for admissions, collecting and analyzing documents, and preparing for and taking depositions, the litigation costs of this case will continue to rise, and will negatively affect ongoing settlement discussions.

    6.    A brief one-month extension of phase one of discovery until July 12, 2006, five weeks after the next Settlement

Conference, as requested herein, will allow the parties to focus on their continuing settlement discussions without simultaneously increasing the cost of the litigation.

    7.    The parties have agreed to exchange their respective discovery responses, if they are not able to settle this case, on June 22, 2006, and to schedule their depositions for a date soon thereafter. They also believe it would be appropriate to extend the deadline for filing dispositive motions to allow these depositions to take place.

    For all these reasons, this Joint Motion should be granted, phase one of discovery in the above-captioned case should be extended until July 12, 2006, the parties should be allowed to exchange their respective discovery responses on June 22, 2006, and the deadline for dispositive motions should be set for August 14, 2006. An appropriate Order accompanies this Motion.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| JOSEPH D. GEBHARDT | WILLIAM MARK NEBEKER |
|     (D.C. Bar No. 113894) | Assistant U.S. Attorney |
| CHARLES W. DAY, JR. | U.S. Attorney's Office |
|     (D.C. Bar No. 459820) | 501 3rd Street, N.W. |
| MARK A. DANN | Washington, DC 20530 |
|     (D.C. Bar No. 484523) | (202) 307-2843 |
| GEBHARDT & ASSOCIATES, LLP | |
| 1101 17th Street, N.W. | Attorney for Defendant |
| Suite 807 | |
| Washington, DC 20036-4716 | |
| (202) 496-0400 | |
| | |
| Attorneys for Plaintiff | |

May 31, 2006