```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

PAMULA ROBINSON,                )
                                )
        Plaintiff,               )
                                )
    v.                          ) Civil Action No. 05-1212 (RBW)(DAR)
                                )
JOHN W. SNOW                    )
SECRETARY OF THE TREASURY,      )
                                )
        Defendant.              )
_____)

**ORDER**

UPON CONSIDERATION of the parties' Joint Motion to Extend Discovery and the Settlement Period and the full record, it is hereby this ___ day of _____, 2006, **ORDERED:**

1. That the Joint Motion is hereby GRANTED;

2. That the settlement period in the above-captioned case should be extended until June 9, 2006;

3. That phase one of discovery in this case should be extended until July 12, 2006;

4. That the parties shall exchange their discovery responses on June 22, 2006; and

5. That dispositive motions shall be due on or before August 14, 2006, and responses shall be due on or before September 13, 2006.

                                    _____
                                    REGGIE B. WALTON
                                    UNITED STATES DISTRICT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Charles W. Day, Jr., Esq.
Mark A. Dann, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

William Mark Nebeker, Esq.
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC 20530