```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,                       )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )Civil Action No. 05-1212 RBW
                                       )
JOHN W. SNOW, Secretary of Treasury    )
  of the United States of America,     )
                                       )
        Defendant.                     )
                                       )
```

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME,
    AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to complete phase I of discovery in this action and to file a dispositive motion. Plaintiff, through counsel, Mark A. Dann, Esq., has indicated that Plaintiff does not oppose this motion. The parties thus propose that the first stage of discovery be completed on or before August 24, 2006 and dispositive motions be due on or before October 5, 2006.

This enlargement of time is sought because, although the parties have exchanged written discovery, unanticipated delays in completing needed depositions will not permit the completion of the needed discovery in the time currently scheduled. Specifically, Plaintiff has sought to depose witnesses from the Internal Revenue Service ("IRS") on various topics under Fed. R. Civ. P. 30(b)(6). Unfortunately, in order properly to prepare such witnesses, the IRS requires access to its offices and files

that have become difficult to access in light of the closing of the IRS building following flooding in the building last month. In addition, one or more other witnesses will likely need to be deposed in distant states.  Arranging agreeable travel schedules will prove challenging.  Finally, agency counsel will be unavailable during two weeks next month, because she must participate in an evidentiary hearing in an unrelated matter. Thus, counsel believes, this additional time will be needed to satisfy counsel's obligations adequately to investigate facts relevant to the liability issues in the case and properly to incorporate the factual material gathered in this phase of discovery into a dispositive motion.

    Wherefore, Defendant seeks an enlargement of time in this action.  A proposed Order is attached hereto.

                              Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time Within Which To Respond To The Plaintiff's Complaint, And Memorandum In Support Thereof and a proposed Order has been made through the Court's electronic transmission facilities on this 11th day of July, 2006.

> W. MARK NEBEKER, DC Bar #396739
> Assistant United States Attorney
> Civil Division
> 555 4th Street, N.W.
> Washington, DC  20530
> (202) 514-7230