## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
PAMULA ROBINSON,                    )
                                    )
            Plaintiff,              )
                                    )
      v.                            )  Civil Action No. 05-1212 (RBW)(DAR)
                                    )
JOHN W. SNOW                        )
SECRETARY OF THE TREASURY,          )
                                    )
            Defendant.              )
_____      )
```

## JOINT MOTION FOR EXTENSION OF TIME FOR DISCOVERY

Plaintiff Pamula Robinson and Defendant John W. Snow, by and through respective undersigned counsel, hereby file this Joint Motion for a 30-day extension of Phase One of their current discovery period, and in support of this Joint Motion state as follows:

1.    Pursuant to the Court's July 17, 2006 Minute Order, phase one of discovery in the above-captioned case is scheduled to end this week, on August 24, 2006, and dispositive motions, if any, must be filed by October 5, 2006.

2.    The parties have exchanged initial written discovery responses and served their respective Notices of Depositions. However, at least two deponents are located in San Francisco, CA, and undersigned counsel are attempting to coordinate their schedules and corresponding travel arrangements to conduct those

depositions.  Also, Plaintiff's schedule would not permit her to schedule her deposition until August 31, 2006, and Defendant has not yet designated two of its Rule 30(b)(6) witnesses.  Due to these delays, the parties will not be able to complete their depositions before discovery closes on August 24, 2006.

3.    The parties believe that a 30-day continuation of phase one of the discovery schedule, until September 22, 2006, as requested herein, will allow them sufficient time to complete the depositions that have been noticed.

4.    The parties have agreed that in light of the requested change in the discovery schedule, any dispositive motions should be due by October 23, 2006, and responses should be due by November 22, 2006.

For all these reasons, this Joint Motion should be granted, phase one of discovery in the above-captioned case should be extended until September 22, 2006, the deadline for dispositive motions set for October 23, 2006, and the deadline for responses set for November 22, 2006.  An appropriate Order accompanies this Motion.

Respectfully submitted,


_____/s/_____          _____/s/_____
JOSEPH D. GEBHARDT                  W. Mark Nebeker
    (D.C. Bar No. 113894)           Assistant U.S. Attorney
CHARLES W. DAY, JR.                 Civil Division
    (D.C. Bar No. 459820)           555 4th Street, N.W.
MARK A. DANN                        Washington, DC 20530
    (D.C. Bar No. 484523)           (202) 514-7230.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.              Attorney for Defendant
Suite 807
Washington, DC 20036-4716
(202) 496-0400

Attorneys for Plaintiff

August 23, 2006