```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

PAMULA ROBINSON,              )
                              )
        Plaintiff,            )
                              )
    v.                        ) Civil Action No. 05-1212 (RBW)(DAR)
                              )
JOHN W. SNOW                  )
SECRETARY OF THE TREASURY,    )
                              )
        Defendant.            )
_____)

### ORDER

UPON CONSIDERATION of the parties' Joint Motion for Extension of Time for Discovery and the full record, it is hereby this ___ day of August, 2006, ORDERED:

1. That the Joint Motion is hereby GRANTED;

2. That Phase One of the discovery in the above-captioned case is extended until September 22, 2006; and

3. That dispositive motions, if any, shall be due on or before October 23, 2006, and responses shall be due on or before November 22, 2006.


                              _____
                              REGGIE B. WALTON
                              UNITED STATES DISTRICT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Charles W. Day, Jr., Esq.
Mark A. Dann, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

William Mark Nebeker, Esq.
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC 20530