```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,                          )
                                          )
         Plaintiff,                       )
                                          )
     v.                                   )Civil Action No. 05-1212 RBW
                                          )
JOHN W. SNOW, Secretary of Treasury       )
  of the United States of America,        )
                                          )
         Defendant.                       )
_____)
```

### DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to file a dispositive motion in this action up to and including November 15, 2006.  Plaintiff, through counsel, Mark A. Dann, Esq., has indicated that Plaintiff does not oppose this motion.

This enlargement of time is sought because the Assistant United States Attorney ("AUSA") assigned primary responsibility in this matter, working with the agency attorney in the case, is drafting a dispositive motion, but delay in scheduling the completion of the depositions has resulted in the time for dispositive motions coming before the deposition transcripts have been received in the case.  In addition, counsel for defendant must complete approximately seven other motions and/or briefs in the next two weeks, and he was recently away from the office due to an illness from which he has yet to fully recover.

Wherefore, Defendant seeks an enlargement of time in this action.  A proposed Order is attached hereto.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof and a proposed Order has been made through the Court's electronic transmission facilities on this 20th day of October, 2006.

```
_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```