UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,                        )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )Civil Action No. 05-1212 RBW
                                        )
JOHN W. SNOW, Secretary of Treasury     )
  of the United States of America,      )
                                        )
        Defendant.                      )
_____ )

ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion For An

Enlargement Of Time, And Memorandum In Support Thereof, and the

grounds stated therefor, and the entire record herein, it is on

this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is

granted; and it is

FURTHER ORDERED that the time by which Defendant may file a

dispositive motion herein is enlarged up to and including

November 15, 2006.


_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

JOSEPH D. GEBHARDT, ESQ.
MARK A. DANN, ESQ.
Gebhardt & Associates
1101 17th Street, N.W.
Suite 807
Washington, DC  20036-4716