UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,            )
                            )
        Plaintiff,           )
                            )
    v.                      )  Civil Action No. 05-1212 RBW
                            )
HENRY PAULSON, Secretary of )
  the Treasury,             )
                            )
        Defendant.           )
_____)

ORDER

Upon consideration of the Defendant's Motion For Summary Judgment, the grounds stated therefore, and based upon the entire record herein, it is this ___ day of _____, 2006, hereby

ORDERED that Defendant's Motion For Summary Judgment should be and it hereby is granted; and it is,

FURTHER ORDERED that judgment be and is hereby entered in favor of Defendant.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

MARK A. DANN, ESQ.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, NW
Washington, DC  20036