```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,                  )
                                  )
          Plaintiff,              )
                                  )
     v.                           )   Civil Action No. 05-1212 (RBW)
                                  )
HENRY PAULSON, Secretary of       )
 the Treasury,                    )
                                  )
          Defendant.              )
_____)
```

## NOTICE OF FILING

Defendant hereby files the exhibits to defendant's Motion for Summary Judgment filed on November 15, 2006. The exhibits[1], which are voluminous, will be filed in accordance with the Court's ECF rules.

                                              Respectfully submitted,

                                              _____
                                              JEFFREY A. TAYLOR, DC Bar #498610
                                              United States Attorney

                                              _____
                                              RUDOLPH CONTRERAS, DC Bar #434122
                                              Assistant United States Attorney

                                              _____
                                              W. MARK NEBEKER, DC Bar #396739
                                              Assistant United States Attorney

---

[1] The exhibits have been properly redacted in accordance with the Privacy Act of 1974, 5 U.S.C. § 552a.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Notice of Filing and exhibits has been made through the Court's electronic transmission facilities on this 20th day of November, 2006.

W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230