

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - x

PAMULA ROBINSON,

    Plaintiff,

  vs.                                : Civil Action

JOHN W. SNOW, SECRETARY OF THE   : No. 05-1212
TREASURY,

    Defendant.

- - - - - - - - - - - - - - - - - x

Washington, D.C.
Wednesday, October 11, 2006

The deposition of BEVERLY ORTEGA BABERS, called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to Notice, in the offices of Gerhardt & Associates, 1101 Seventeenth Street N.W., Washington, D.C., convened at 9:05 a.m., before Cathy Jardim, a notary public in and for the District of Columbia, when were present on behalf of the parties:

JARDIM REPORTING ASSOCIATES
(703) 867-0396



```
 1      A.   Okay.
 2      Q.   Okay.
 3           For the record, can you please tell us your
 4  race?
 5      A.   African-American Hispanic.
 6      Q.   And when you say African-American
 7  Hispanic --
 8      A.   My mother is African American.  My father
 9  was born in Cuba.
10      Q.   Backing up for a moment, have you taken any
11  drugs or alcohol that would inhibit your ability to
12  answer the questions honestly that I am about to
13  pose?
14      A.   No.
15                    (Babers Exhibit No. 1
16                     was marked for identification.)
17      BY MR. DANN:
18      Q.   Ms. Ortega, you have been given a document
19  that has been marked as Exhibit 1.  Do you recognize
20  this document?
21      A.   No.
22      Q.   Can you please read the title?
```

1  whether you actually know, without referring to a
2  document, please.
3      A.   No.  I have no personal knowledge.
4      Q.   Can you speculate as to why it was announced
5  as a 512 series position?
6          MR. NEBEKER:  Objection.  Speculative.  She
7  can answer.
8          MR. DANN:  With all due respect, she invited
9  it.
10         THE WITNESS:  Sure.  The 343 series is a
11 series that is a general series that doesn't require
12 particular technical expertise in order to qualify.
13         The IRS at the time was moving toward
14 ensuring that analysts had the technical skills and
15 experience and training, education in some cases,
16 necessary to do particular jobs, and so this
17 announcement coincided with that time period, where
18 there was a real press on to announce jobs within a
19 technical series such as 512.
20         BY MR. DANN:
21     Q.   For the sake of aligning our terminology, we
22 have the technical services division, and you are

58

1  business units can request to fill a vacancy in a
2  non-supervisory, non-bargaining-unit position.
3     Q.   Was this the process you were referring to a
4  minute ago?
5     A.   That would be my presumption.
6        MR. DANN:  For the record, this memo
7  indicates there are attachments, however, no
8  attachments are attached.
9        I would ask a continuing request for
10 discovery, if the agency can review that document.
11       MR. NEBEKER:  Can you tell me where it came
12 from?
13       MR. DANN:  This would have been your second
14 supplemental discovery request, I believe. I will
15 check and let you know. I think we are at three
16 supplements. I believe this is the second
17 supplement.
18       BY MR. DANN:
19    Q.   You can set that aside.
20              (Babers Exhibit No. 7
21               was marked for identification.)
22       BY MR. DANN:

(703)867-0396

1    Q.   Ms. Babers, you have been given what has
2  been marked as Exhibit 7.  Can you take a moment and
3  review that, please.
4         (Pause.)
5         THE WITNESS:  Okay.
6         BY MR. DANN:
7    Q.   Do you recognize this document?
8    A.   Yes.
9    Q.   What is it?
10   A.   This is a request from Dave Robeson for an
11 exception to the hiring freeze.
12   Q.   At the top right corner there is a cc
13 indicated.  Is that your name indicated next to the
14 cc?
15   A.   No.
16   Q.   Do you know what that name is?
17   A.   Looks like B-R-E-U.
18   Q.   But you are familiar with this document?
19   A.   Yes.
20   Q.   The subject line reads request for exception
21 to hiring freeze.  How many positions were requested
22 to be exempted in this memo?

1     A.    Four.

2     Q.    And what were these positions?

3     A.    One interest and penalty analyst at the
4  343-13 level, two collection analysts, 343-14s, and
5  one strategic planning analyst, 343-14.

6     Q.    And what is the date of this memo?

7     A.    April 7, 2003.

8     Q.    Looking at the last paragraph on the first
9  page, does this -- I apologize, the third paragraph,
10 these vacancies are within appeals authorized staff
11 plan.  Did I read that correctly?

12    A.    Yes.

13    Q.    What was the ASP goal for appeals as of this
14 date?

15    A.    I don't know.

16    Q.    If you refer to the next paragraph:  We are
17 getting closer to our target of 75.

18          Did I read that correctly?

19    A.    Yes.

20    Q.    And at the bottom paragraph, it indicates:
21 Permanent positions will bring us under our ASP of
22 75; is that correct?

1   A.   Yes.

2   Q.   Does that help refresh your recollection as
3   to ASP for appeals at this time?

4   A.   No.  Appeals had 2400 employees or
5   something, so I don't know what the appeals
6   authorized staffing plan would have been.  This seems
7   to refer to 343 series, in particular, and it appears
8   that that particular ASP was 75.

9   Q.   Does this memo indicate that even with these
10  positions, appeals would have been under its ASP
11  goals?  It says these vacancies are within appeals'
12  authorized staffing plan, and I will refer you to the
13  last paragraph on page 1.

14  A.   It says, these actions along with plans to
15  move six Grade 15 transition type-employees into
16  permanent positions will bring us under our new ASP
17  of 75 and accommodate the exceptions requested in
18  this memo.

19  Q.   And what does the next sentence read?

20  A.   If the exemptions are granted, and the
21  positions are filled, appeals will remain within its
22  overall staffing level for analysts.

Case 1:05-cv-01212-RBW   Document 19-2   Filed 11/20/2006   Page 8 of 12

62

```
 1      Q.   This memo also indicates that the division
 2   intended to move 27 employees out of the series?
 3      A.   Yes.
 4      Q.   Are you familiar with that action?
 5      A.   I recall that there was a service-wide
 6   effort, which would have been done in appeals as
 7   well, to reclassify analysts who met technical
 8   qualifications to be in series other than 343, into
 9   the more technical series, and it appears that this,
10   for 27 employees within appeals, that is what they
11   are in the process of doing.
12      Q.   Do you know what those 27 employees -- what
13   series those 27 employees were converted into?
14      A.   No.
15      Q.   Do you know whether it was a 930 series --
16   whether 930 series conversions occurred during this
17   period?
18      A.   No, although we had 930's within appeals, so
19   it would not have been out of the norm to have 930's.
20   I just don't know whether any of these 27 were
21   converted and, indeed, if any conversions occurred in
22   this time period.
```

JARDIM REPORTING ASSOCIATES
(703)867-0396

1  yes.
2      Q.  And was this request for exclusion from the
3  freeze granted?
4      A.  Yes?
5      Q.  What date was it granted?
6      A.  June 9, 2003.
7      Q.  Can you tell us what your role was in the
8  selection for the position at issue in this case?
9      A.  I was the approval official.
10     Q.  And what does that mean?
11     A.  I was the second-level supervisor to whom
12 Dave made a recommendation for the filling of the
13 position.
14     Q.  Can you expand on what you did with that
15 recommendation or, more precisely, what your roles
16 were in the selection?
17     A.  I was the selecting official, which means I
18 am the one that signed the certificate or the formal
19 document authorizing the hire, the selection.
20     Q.  Other than signing the document, were you
21 involved in any other way in the selection?
22     A.  No.

1  staffing plan?
2      A.   What the document reflects --
3           MR. DANN:  Objection.  Are you asking her
4  what the document reflects or what her objective was?
5           BY MR. NEBEKER:
6      Q.   First, what is the significance of the
7  document -- what does the document reflect?
8      A.   The document reflects that appeals had to
9  take action to reduce the number of 343 analysts on
10 rolls from 112 to 75 or lower.
11     Q.   And do you have any different recollection
12 independent of this document as to what was going on
13 with the numbers of 343 positions at the beginning of
14 the freeze or as a result of the plan?
15     A.   Yes.  I have a different recollection, and I
16 have an independent recollection.
17     Q.   Is it different or independent?
18     A.   It is independent.
19     Q.   What is your independent recollection?
20     A.   My recollection is that we had very tight
21 controls over 343 positions, and our ability to hire
22 into them, and in addition to that, we were looking

APR-10-2003 18:27      IRS APPEALS                              1 215 597 7827    P.02/03

04/08/2003 09:37 FAX                                                          ☒ 001

cc: Brou



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20224

APR 07 2003

**MEMORANDUM FOR ACTING COMMISSIONER**

FROM:     David B. Robison       *(signed)* DavBR
          Chief, Appeals

SUBJECT:  Request for Exceptions to Hiring Freeze

Appeals is requesting exemptions to the hiring freeze on analyst and related positions for the following:

Interest and Penalties Analyst – GS-343-13
Collection Analyst – GS-343-14 – (two positions)
Strategic Planning Analyst – GS-343-14 – (two positions)

These vacancies are within Appeals' authorized staffing plan for the newly refined Appeals structure. We expect all positions to be internal hires from current 343 series with only the two collection analysts as additions to the series.

Appeals began the freeze with an on-rolls count of 112. After actions processed last week, we will be down to 85, and we are getting closer to our target of 75. Actions taken to date include:

- returned employees on detail in the 343 series to their home positions,
- initiated paperwork to move 27 employees out of the series, and
- developed 2 new position descriptions that have been classified and will be used for approximately 15 employees currently in the 343 series.

These actions along with plans to move six grade 15 transition type employees into permanent positions will bring us under our new ASP of 75 and accommodate the exceptions requested in this memo. If the exceptions are granted and the positions are filled, Appeals will remain within its overall authorized staffing levels for analysts.



Baber
EXHIBIT NO. 7
10-11-06
C. Jardim

APR-10-2003 18:27   IRS APPEALS   1 215 597 7827   P.03/03

04/08/2003 08:37 FAX   @002

2

We appreciate your review and consideration to our requests. If you have any questions, please call me at (202) 694-1800.

Approved:

_____   4/8/03
Bob Wenzel                       Date
Acting Commissioner