COPY

1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - x
PAMULA ROBINSON,                   :
     Plaintiff,                    :
                                     :
  vs.                              : Civil Action
                                     :
JOHN W. SNOW, SECRETARY OF THE     : No. 05-1212
TREASURY,                          :
     Defendant.                    :
- - - - - - - - - - - - - - - - - x

             Washington, D.C.
             Wednesday, October 11, 2006

    The deposition of DAVID GEBER, called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to Notice, in the offices of Gerhardt & Associates, 1101 Seventeenth Street N.W., Washington, D.C., convened at 2:05 p.m., before Cathy Jardim, a notary public in and for the District of Columbia, when were present on behalf of the parties:

JARDIM REPORTING ASSOCIATES
(703)867-0396



1  position, and he provided you with one?
2       A.    Exactly.
3             MR. NEBEKER:  Objection.
4             BY MR. DANN:
5       Q.    The position you then obtained in
6  headquarters, what were your duties?
7       A.    I was an analyst, senior analyst.  I had
8  programs assigned to me that I monitored, evaluated,
9  assisted the field with.  I was the go-to guy for
10 some of the other analysts when they needed help with
11 various things, senior analyst.
12      Q.    What was your grade level?
13      A.    A 14.
14      Q.    And your series?
15      A.    343.
16      Q.    How long were you in that position?
17      A.    Until February of 2002 -- no, February of
18 2003, sorry.
19      Q.    At that point in time, what position did you
20 obtain?
21      A.    The director of tax policy and procedure for
22 LMSB.

1  Q. What is LMSB?
2  A. Let me back up. TPP, tax policy and
3  procedure, for large cases, that is what LMSB was,
4  large case area of headquarters appeals, and that was
5  a newly created position under one of the 23
6  organizations or so.
7  Q. And when you moved to large case --
8  A. Well, the other position was in large case
9  as well. When I first went over, the senior analyst
10 position was in large-scale.
11 Q. So what precisely was the change in
12 position?
13 A. The change in position was that I was now
14 managing the analysts.
15 Q. What was your title?
16 A. Director, Tax Policy and Procedure. It was
17 actually LMSB TEGE, Tax Exempt and Government
18 Entities.
19 Q. Who was your first-line supervisor when you
20 obtained that position?
21 A. First-line supervisor, at that time it was
22 Earl Blanch.

1  them settled before they have to come to appeals, in
2  both instances.
3       So, let's say, in the fast-track mediation,
4  there was a disagreement at the field level prior to
5  the issuance of the 30-day letter and submission to
6  appeals. We would assign someone -- and let's say it
7  was one or two or maybe three issues -- we wouldn't
8  do this if there were an entire case in dispute, but
9  if it were narrowed down to one or two issues, we
10 would send someone down to examinations to resolve
11 the case before it came to appeals.
12     Q.   In terms of structure of the appeals
13 division, was large case subsumed or underneath
14 another division, for example, technical services?
15     A.   Yes.
16     Q.   And what were --
17     A.   This was after the Earl Blanch era. This
18 was the latest reorganization.
19     Q.   And when was that organization established?
20     A.   Seems to me it was around the time I got the
21 job, which would have been around February 2003.
22     Q.   And prior to February 2003, while you were

1  assigned to large case, what was the structural
2  design of the appeals division?
3      A.   I don't really recall.  I know it was large
4  and mid-sized business operations, LBS operations.
5  There was a small business and wage and investment
6  group, operations that set policies and procedures
7  and did the same type of work that we did for large
8  case, they did for the small business organization.
9           There was a review area that was involved in
10 reviewing appeals determinations on a random basis
11 or, I think, there may have been some that were
12 mandatory reviews.  There was a human resources area.
13 There was a finance area.
14     Q.   During that preceding period, prior to you
15 becoming director and the restructuring, the staff
16 members within large case, what were their series
17 positions?
18     A.   They were all 343's with the possible
19 exception -- well, Jacqueline Harris came to me in
20 the reorganization and so did Yvonee Bellany.  The
21 people I had prior to that would have been 343's.
22 There may have been a 512 in there, I couldn't swear

1  to it, and when Yvonne came in she was a 592. She
2  was only a grade 12. She handled reprocessing.
3     Q.   And after the reorganization, what were
4  their series?
5     A.   They were 343's until the word came down
6  from on high, Commissioner Risotti, that we were to
7  freeze the 343 series, there were too many of them
8  throughout the service, and that the 343's should be
9  converted into something that was more appropriate
10 and specific for the position, for the job that was
11 being done. At that point --
12    Q.   So they were all 343's prior to that?
13         MR. NEBEKER:  Objection, vague.
14         BY MR. DANN:
15    Q.   I am trying to summarize. After the
16 transition, the employees within large case were what
17 series?
18    A.   I believe that the majority of them were
19 343's. The person who was handling the tax comp
20 specialist position -- the tax comp specialist may
21 have already been a 512 because she was a 512 in her
22 prior position and they may not have converted her

```
 1  when she came over.
 2     Q.   Tax comp, is that also known as technical
 3  services?
 4     A.   No, it is known as tax computation
 5  specialist.  It is known as technical analyst.
 6     Q.   The person you are referring to is Sheila
 7  Jones?
 8     A.   Yes, that is correct.  You didn't let me
 9  finish the last question.
10     Q.   I actually think you have, but if you have
11  more to share, you can.
12     A.   You stopped me before I said Yvonne Bellany
13  was a 592, and she was a 12.
14     Q.   Who is Beverly Babers?
15     A.   Beverly for a period was the director of
16  technical services and my immediate supervisor for a
17  period of time.
18     Q.   And when did she become your first-line
19  supervisor?
20     A.   Actually when I got the job as the director
21  of TPP/TEGE.  If she wasn't there, I believe she came
22  shortly thereafter.
```

```
 1      A.   She is Caucasian, white.
 2      Q.   What precise dates did you supervise
 3  Ms. Jones?
 4      A.   It would have been from late -- it would
 5  have been from sometime in February of 2003 until I
 6  retired in January 2004.  There may have been a break
 7  somewhere in between when she was back working as a
 8  tax comp specialist, but she still helped me out.
 9      Q.   Was there ever a period prior to February
10  2003 in which you supervised her?
11      A.   I am sorry.
12      Q.   Was there ever a period prior to February of
13  2003 in which you supervised her?
14      A.   If there was, it was on an acting basis.
15              (Geber Exhibit No. 3
16               was marked for identification.)
17      BY MR. DANN:
18      Q.   Mr. Geber, you have been given what has been
19  marked as Exhibit 3.  Do you recognize this document?
20      A.   I am sure I had seen it before, yes.
21      Q.   What is it?
22      A.   It is Merit Program Questionnaire of Sheila
```

1  A. It is possible.
2  Q. So Ms. Jones would have obtained a 343
3  position during this freeze period?
4  A. Not to my knowledge. That temporary
5  promotion may have been later. If you have access to
6  human resources, you can get the exact dates. I
7  cannot certify to the exact dates one way or another.
8  Q. You can put it aside.
9  A. If she was a temporary until December of
10 2002, then to me that would indicate that possibly --
11 but when she got it, I don't know. I have no idea
12 and I was not involved in that action.
13 Q. During this period, the period in which this
14 position was being announced, you were generally
15 aware that Ms. Robinson was interested in positions
16 at the GS-14 level, weren't you?
17 A. When I think back, yes -- any GS-13 would be
18 interested in a GS-14 position for promotion.
19 Q. And you knew that she had applied for GS-14
20 positions?
21 A. I believe I was aware of that fact, yes.
22 Q. You also knew Ms. Robinson had not held a GS

1  series 512 position prior to joining the office of
2  appeals; is that correct?
3     A.   That is correct.
4     Q.   During your tenure as a manager in appeals,
5  you inquired on behalf of your own subordinates as to
6  eligibility of employees for conversions from series
7  343 to 512 positions; isn't that correct?
8     A.   I checked with human resources to see what
9  the requirements were for the 512 series, and then
10 when I had that information, I spoke to each of my
11 343's and said, are you qualified, do you qualify?
12 If so, do you have any objection to being converted
13 since the commissioner wants to reduce the number of
14 343's?
15    Q.   And when did you do this?
16    A.   It would have been prior to -- either prior
17 to the announcement of this position or concurrent
18 with -- probably prior to -- in fact, I would be
19 almost positive it was prior to.  That is why I would
20 have announced this as a 512.
21    Q.   Who is Teresa D'Angelis?
22    A.   A human resource specialist in Philadelphia.

1       What was the opening date for this vacancy?
2   A.  May 4.
3   Q.  What was the closing date?
4   A.  May 19, my birthday.
5   Q.  Why did you announce this position?
6   A.  We had a vacancy in the group. We needed
7   somebody to fill it who could do the work.
8   Q.  And the vacancy, was that as a result of Mr.
9   Schoonda's departure?
10  A.  It may have been, or there may have been
11  another vacancy in the group. I don't recall. In
12  fact, I think there were a couple at that time.
13  Q.  The vacancies that occurred, what series
14  were those vacancies?
15  A.  One was announced as a 512 --
16  Q.  I want to know what the occupant prior to
17  the departure was.
18  A.  343.
19  Q.  Why did you announce this position as a 512?
20  A.  I announced it as a 512 because under the
21  commissioner's mandate and directives from
22  Mr. Robeson, we were not to announce 343's, there was

1  a freeze on 343's, and as I mentioned, I believe,
2  prior to this, I had converted my other 343's into
3  512 positions, and this was to be consistent with
4  that and to satisfy the mandate of Commissioner
5  Risotti and the directive from a national director.
6      Q.    Who had you converted from a 343 to a 512?
7      A.    Gene Perdue, Sandy Cohen, Michelle Topel,
8  possibly, I am not positive, Jacqueline Harris.
9      Q.    What race are those individuals?
10     A.    Three are white, Jacqueline Harris is black
11 female.
12     Q.    When did these conversations occur?
13     A.    I do not have the dates available.
14     Q.    How can a person be converted from a 343 to
15 a 512 position?
16     A.    512 requires a certain level of accounting
17 education and it also requires some specialized
18 experience at the 512, normally at least one year at
19 the 512-13 level.
20     Q.    If these individuals had had 343's, how were
21 they eligible?
22     A.    They were revenue agents prior to becoming

1  program. I am trying to remember what else we had.
2  That is all I can recall.
3      Q.   So it is possible that the selectee for this
4  position would not have been exclusively responsible
5  for tax computation programs?
6      A.   I don't think any of my analysts were
7  exclusively responsible for one program.
8      Q.   These other programs you mentioned, did they
9  involve accounting duties?
10     A.   What they involved was coordination with the
11 field and often with revenue agents in the field
12 concerning issues that may have involved accounting
13 issues.
14     Q.   Backing up for a moment, when you converted
15 some of your employees to the 512 series, why did you
16 not convert them to 930 positions?
17     A.   The direction I got at that time was that
18 the analysts in similar situations in the examination
19 division were being converted to 512 and that if my
20 people were eligible, that I should convert them to
21 512 as well.
22     Q.   Who directed you to do so?

1   A.   It would have been Mr. Robeson.
2   Q.   So you had direct communications with
3   Mr. Robeson regarding personnel matters such as this?
4   A.   I did on occasion.
5   Q.   And who classified the positions for the
6   conversions?
7   A.   Someone up in human resources.
8   Q.   What is the difference between a 343 series
9   and a 512 series position?
10          MR. NEBEKER:  Objection, vague.
11          THE WITNESS:  Primarily the accounting
12  requirement, but having been out of the game since
13  2003, I would have to take a look at PDs to be able
14  to answer that question with any degree of accuracy.
15          BY MR. DANN:
16  Q.   So a person who had served as a 343 and had
17  that accounting experience would have been eligible
18  for a 512?
19  A.   A person who had served as a 343 and had at
20  least a year of specialized experience at the 13
21  level, at least at the 13 level, would have qualified
22  for the 512-14.

```
 1   appeals; that was service wide, reduce the 343's, and
 2   in appeals, the directive was if you can convert
 3   these people to 512.
 4       Q.   Who made that directive?
 5       A.   The director of appeals, Dave Robeson.
 6       Q.   And why did he direct you to convert them to
 7   512 in particular?
 8       A.   I believe because the analysts in the
 9   examination division had already been converted to
10   512s, and he was keeping parity with them.
11       Q.   Were there any other reasons for the
12   conversions to 512?
13       A.   Not that I am aware of.  It fit especially
14   when you are dealing with large case.  You were
15   dealing with the most complicated and complex cases
16   in the country.
17       Q.   What was the goal of the freeze?
18       A.   It is my understanding that the 343 series
19   was deemed to be too general, and let's get these
20   people into a series that is more specific and better
21   reflects the work that they are expected to do.  To
22   some extent, it could have been to get more out of
```

1  document?
2      A.  This is the discovery responses.
3      Q.  Can you please turn to page 13.  Turning
4  back to page 12 briefly, response to interrogatory
5  number 7, the last sentence in that response reads
6  what?
7      A.  The last sentence on page 12?
8      Q.  Page 13, the last sentence in response to
9  interrogatory number 7?
10     A.  Sheila Jones -- as such, Sheila Jones was
11 the only qualified applicant forwarded to Dave Geber
12 for consideration.  Sheila Jones was selected by Dave
13 Geber and Beverly Ortega Babers for the position.
14     Q.  So you and Ms. Babers jointly selected
15 Ms. Jones?
16     A.  I recommended based on the ranking
17 official's write-up, and Ms. Babers signed the
18 selection certificate.  She is the selecting
19 official.
20     Q.  And Ms. Babers didn't have any
21 communications other than to sign the selection
22 certificate?

1  invited to ask you questions about what you were
2  going to say.
3      A.   Exhibit 6.
4      Q.   Do you have Exhibit 6?
5      A.   Yes.
6      Q.   Do you recall what it was that you were
7  trying to convey in your direct testimony?
8      A.   Yes. The position was announced and opened
9  on May 4. This reflects the effective date of the
10 selection as July 13.
11          I just wanted to make sure that it was
12 not -- I wanted to clear up any potential
13 misunderstanding with respect to the announcement --
14 the request for announcement and the actual selection
15 and when this name would have been inserted.
16          It would not have been inserted -- Sheila
17 Jones' name would not have been inserted until after
18 the selecting official, Ms. Babers, signed off and we
19 sent it back to human resources.
20      Q.   Do I understand that you made the decision
21 to advertise vacancy announcement APB 03-138MM in a
22 series -- as a series 512 position?

1  A. Yes.

2  Q. And why was it that you chose to have it
3  advertised in the 512 series?

4  A. We talked before about the freeze on 343.
5  It was my understanding that the examination division
6  had converted its 343 analysts to 512. Mr. Robeson
7  said that was a good fit for us and told me to
8  convert ours too, to the extent that they were
9  qualified.

10  Q. Did the race of any applicant or potential
11  applicant for the position play any role in your
12  decision to advertise that position as a 512 series
13  position?

14  A. No. When you announce a position, you don't
15  know who is going to apply, and you really -- I
16  figured Ms. Jones was going to apply because
17  Ms. Jones was in my group and I had some daily
18  contact with her. Beyond that, I had no idea who
19  would apply, and race certainly did not enter into my
20  decision to advertise it as a 512.

21  MR. NEBEKER: I have nothing further.
22  FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF