Deposition of
Case 1:05-cv-01212-RBW   Document 19-6   Filed 11/20/2006   Page 1 of 6
Page 1 to 4 of 66

1

09:48:45    UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - x
PAMULA ROBINSON,              :
            Plaintiff,        :
    vs.                       : Civil Action
JOHN W. SNOW, SECRETARY OF THE: No. 05-1212
TREASURY,                     :
            Defendant.        :
- - - - - - - - - - - - - - - x

                Washington, D.C.
                Thursday, September 28, 2006

    The 30(b)(6) deposition of INTERNAL REVENUE SERVICE by CARSON SPROTT, called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to Notice, in the offices of Gerhardt & Associates, 1101 17th Street, N.W., Washington, D.C., convened at 10:17 a.m., before Cathy Jardim, a notary public in and for the District of Columbia, when were present on behalf of the parties:

            JARDIM REPORTING ASSOCIATES
                (703)867-0396

---

2

APPEARANCES:

    On behalf of the Plaintiff:

        MARK DANN, ESQ.
        CHARLES WILLIAM DAY, ESQ.
        Gebhardt & Associates, LLP
        Suite 807
        1101 17th Street, N.W.
        Washington, D.C. 20036
        (202)496-0400

    On behalf of the Defendant:

        W. MARK NEBEKER, ESQ.
        Assistant United States Attorney
        10th Floor
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202)514-7230

        JENNIFER L. VERGNE, ESQ.
        Office of Chief Counsel
        Internal Revenue Service
        950 L'Enfant Plaza S.W.
        Washington, D.C. 20024
        (202)283-7900

            JARDIM REPORTING ASSOCIATES
                (703)867-0396

---

3

                C O N T E N T S

                    EXAMINATION BY COUNSEL FOR
WITNESS             PLAINTIFF        DEFENDANT
CARSON SPROTT       4, 62            59


                E X H I B I T S

DEPOSITION EXHIBITS                  MARKED
    No. 1                              6
    No. 2                             42
    No. 3                             47

            JARDIM REPORTING ASSOCIATES
                (703)867-0396

---

4

1              P R O C E E D I N G S
2       Whereupon,
3              CARSON SPROTT
4   was called for examination by counsel for Plaintiff
5   and, having been first duly sworn by the notary
6   public, was examined and testified as follows:
7          EXAMINATION BY COUNSEL FOR PLAINTIFF
10:17:25  8    BY MR. DANN:
10:17:35  9    Q.  Good morning, Mr. Sprot. Would you please
10:17:38 10  state and spell your name for the record?
10:17:40 11    A.  Carson, C A R S O N, Cunningham, C U N N I N
10:17:44 12  G H A M, Sprott, S P R O T T.
10:17:46 13    Q.  And for the record, your race?
10:17:48 14    A.  Caucasian.
10:17:50 15    Q.  Have you ever given a deposition before?
10:17:52 16    A.  No, I don't think so.
10:17:55 17    Q.  Generally stated, the purpose of a
10:17:57 18  deposition is for the parties in a civil action to
10:18:01 19  exchange information. We do so first typically by
10:18:04 20  written questions and answers and then move on to
10:18:11 21  personalized questions of individuals such as
10:18:15 22  yourself.

            JARDIM REPORTING
                (703)86



Deposition of
Case 1:05-cv-01212-RBW   Document 19-6   Filed 11/20/2006   Page 2 of 6
Page 21 to 24 of 66

21

1  left and she did the same exact work as me. She had
2  a different set of customers, of course.
3    Q. Was she in your supervisory chain of
4  command?
5    A. We both reported to the same person.
6    Q. But she was not your supervisor.
7    A. No, no, we were appears.
8    Q. Do you know Michelle McDonald?
9    A. She was my assistant. She was a GS 203-6, I
10 believe.
11   Q. And what were her duty responsibilities?
12   A. She would collate applications as they came
13 in for my packages. She would put them together in
14 order. She would attach the appropriate forms so I
15 could perform qualification. In some cases she would
16 perform qualifications that I would then review and
17 she would kind of generate the boilerplate cover
18 sheets I described, for me to review; kind of
19 secretarial duties in an HR sense.
20   Q. When you say perform qualifications, what do
21 you mean?
22   A. She would examine the position that we were

JARDIM REPORTING ASSOCIATES
(703) 867-0396

22

1  hiring for, and examine the application that was
2  submitted so you have essentially a resume, an IRS
3  form of a resume. She would compare the position to
4  be applied for versus the application submitted, and
5  apply the appropriate qualifications and determine if
6  this person was minimally qualified for the position.
7    Q. Was this a routine assignment for her?
8    A. Routine -- she probably did it for about a
9  third of the packages we did and usually the lower
10 end ones.
11   Q. And when you say lower end --
12   A. Lower grades.
13   Q. What grades?
14   A. I would say anything -- probably all the
15 secretarial. Appeals didn't have a lot of low
16 grades. Appeals had generally high grades so it was
17 probably secretaries and maybe some of the 1101 -- I
18 think they were collection due process specialists, I
19 think we hired those at the seven and nine.
20   Q. Can you think of any other duties she would
21 routinely perform?
22   A. She picked up the mail.

JARDIM REPORTING ASSOCIATES
(703) 867-0396

23

1    Q. Do you know whether Ms. McDonald was
2  involved in the selection at issue in this case?
3    A. Involved in the selection -- she was
4  involved with the package, in all the standard ways
5  She took applications from the fax machine, she
6  collated them for me in a meaningful way, but I
7  believe I did most of the work on this package.
8    Q. Do you know if she performed qualifications
9    A. I don't believe so.
10   Q. Transitioning again, can you give me your
11 understanding of the general purpose and
12 qualifications for the GS series 512 grade 14 senior
13 program analyst position?
14   A. Sure. The GS-512 is the Internal Revenue
15 agent. It is a grade 14 position so what the
16 standard will say, you need at least a year
17 qualifying experience at the next lower grade -- you
18 need a year at the grade 13 to qualify for the grade
19 14 and you need at least a year at that. There are
20 specific -- any 13 won't do. You have to meet the
21 standards as described in the qualifications
22 standards handbook. What that essentially says is

JARDIM REPORTING ASSOCIATES
(703) 867-0396

24

1  there is -- not all positions have this, but this or
2  does. First off it has an education requirement. Yo
3  have to have 30 hours of accounting, 24 of those
4  semester hours have to be in specific business areas.
5  I couldn't describe them off the top of my head.
6  Also, this is the most complex position in the
7  organization. Your experience has to be a lot of ta
8  computation, tax law, professional accountants, the
9  512s are essentially professional accountants.
10   Q. Why did you say it was the most -- what did
11 you say it was --
12   A. Most complex, because it has the most
13 stringent requirements. The criminal investigation
14 unit has an accounting requirement but not quite as
15 stringent.
16   Q. What makes this requirement stringent?
17   A. It is an educational requirement. It is the
18 toughest one in the IRS.
19   Q. Other than the educational requirement is
20 there any other reason you refer to this as a
21 stringent requirement?
22   A. No. There are very specific duties but

JARDIM REPORTING ASSOCIATES
(703) 867-0396

Deposition of
Case 1:05-cv-01212-RBW    Document 19-6    Filed 11/20/2006    Page 3 of 6
Page 25 to 28 of 66

25

1 other positions in the IRS also have specific duties.
2 I couldn't qualify with my experience for a 512 but
3 nor could a 512 qualify for my job either.
   Q.  What are the specific duties of a 512?
5  A.  What are they?  Tax computation,
6 professional accounting, tax law, business law.
7 Those are the big ones.
8  Q.  What do you mean by tax computation?
9  A.  I am not an Internal Revenue agent, but tax
10 computation, what it means you look at what is
11 supposed to be filed by the customer, I assume,
12 depending on LMSB or whatever division.  You assess
13 revenues or things generated by the corporation and
14 compute the taxes owed.
15  Q.  And do you know how that computation is
16 done?
17  A.  No.
18  Q.  What do you mean by accounting?
19  A.  More of the same.  Profits, losses, net
20 taxes incurred by what is on your ledger.
21  Q.  Can you share with us what actual duties on
22 a day-to-day basis a senior program analyst would

JARDIM REPORTING ASSOCIATES
(703)867-0396

26

1 have to perform with respect to accounting?
2      MR. NEBEKER:  Objection, vague.
3      THE WITNESS:  Other than what I described,
4 no.  I would say computation accounting.
5      BY MR. DANN:
6  Q.  You said tax law.  What do you mean?
7  A.  The amount you compute, the amount a
8 corporate owes or an individual owes is determined by
9 what is on the statute so you have to know what laws
10 to apply to compute the appropriate tax.
11  Q.  What did you mean by business law?
12  A.  Same thing.  They are essentially the same
13 thing.
14  Q.  What is your understanding of the duties of
15 a GS series 343 grade 13 program analyst ?
16      MR. NEBEKER:  Same objection.
17      THE WITNESS:  A 343, that is an interesting
18 question because a 343 is a catch-all, not just
19 within the IRS but throughout government.  A 343
20 series is usually a management analyst type position
21 and those duties can be very varied.  Anything within
22 the 300 series, it is a very broad category.  To know

JARDIM REPORTING ASSOCIATES
(703)867-0396

27

1 what a 343 does, you really have to ask the person
2 what they do.
3  Q.  You described the 512-14 program analyst.
4 Can you please tell me, to your knowledge, what a GS
5 series 512 grade 13 tax computation specialist does?
6  A.  All of those same duties but slightly less
7 complex, and what less complex would mean, the IRS
8 would determine what makes a 13 versus a 14, I assume
9 based on type of corporation, number of dollars
10 collected, but I don't really know.
11  Q.  Do you know what a coordinator of the
12 technical analyst program is?
13  A.  No.
14  Q.  Have you ever heard of the tax computation
15 program?
16  A.  If those are all capitalized, then, no.
17  Q.  Are you familiar with the subset assignment
18 or duty responsibilities for employees within the
19 appeals division?
20  A.  I don't know what you mean by subset
21 assignment or duties.
22  Q.  Are you familiar with any subdivisions

JARDIM REPORTING ASSOCIATES
(703)867-0396

28

1 within appeals?
2  A.  Kind of, yes.  Appeals basically -- if you
3 work in the IRS, and you do taxes, you are assigned
4 to a type of customer, wage and income, which is
5 individuals like ourselves when we pay our taxes;
6 SBSE, small business/small enterprise; LMSB, large
7 and medium sized businesses; and within appeals they
8 service -- TEGE, is another division, tax-exempt
9 government entities.  If you work within appeals,
10 what you are doing is -- someone that has been
11 serviced by one of these other divisions doesn't like
12 the computation that has been done and they don't
13 believe their taxes are being assessed fairly and so
14 they go to appeals and say, we don't agree, what can
15 you do, and appeals settles that case, essentially.
16 So I believe within appeals, when I was there, they
17 were broken up by type of tax they serviced.  You
18 could be in appeals and service TEGE, you could be in
19 appeals and service LMBE.
20  Q.  Are you familiar with the geographic
21 divisions of the IRS appeals division; by that I mean
22 the field offices as opposed to head office?

JARDIM REPORTING ASSOCIATES
(703)867-0396

Deposition of
Case 1:05-cv-01212-RBW    Document 19-6    Filed 11/20/2006    Page 4 of 6
Page 41 to 44 of 66

Page 41

1  either. I think people kind of had it down.
2  Q. That was my next question. Other than
3  performance ratings, had you ever observed an
4  applicant submit additional materials?
5  A. No.
6  Q. What would you do with the additional
7  materials if they had been submitted to you?
8  A. You would maintain them in the case file as
9  extra materials submitted but not forwarded, so you
10 would double hole-punch them and stick them in the
11 back but it would stay in the personnel office. It
12 would not go to the ranking panel and selecting
13 official. We tried not to throw things away. We
14 would keep fax cover sheets back there as well to
15 help us maintain the paper trail.
16 Q. This file, is that separate from the merit
17 promotion file?
18 A. No, same thing.
19    MR. DANN: Take a five-minute break. We are
20 about to head into the handbook.
21    (Discussion off the record.)
22    (Brief recess.)

Page 42

1    (Sprott (30(b)(6) Exhibit No. 2
2    was marked for identification.)
3    BY MR. DANN:
4  Q. Transitioning, again, Mr. Sprott, I would
5  like you to take a look at the document marked as
6  Exhibit 2. Do you recognize this document?
7  A. I do.
8  Q. What is it?
9  A. It is a positions qualifications standards
10 handbook. You can get this online. It is actually
11 put out by the agency I work for now.
12 Q. There is a yellow division.
13 A. I saw that.
14 Q. Are there two separate portions provided to
15 you today?
16 A. There are.
17 Q. What are they?
18 A. In the front section, we have got general
19 policies and instructions, and the second portion is
20 standards for professional and scientific positions.
21 Q. What is, generally speaking, the purpose of
22 the qualifications standards handbook?

Page 43

1  A. It is used to determine whether -- how --
2  whether you are qualified for other positions.
3  Q. Who utilizes the handbook?
4  A. I imagine all government employees do, but
5  know human resources specialists use it often.
6  Q. And for what purpose do you use the
7  handbook?
8  A. To determine qualifications.
9  Q. Is the handbook binding or is it a
10 guideline?
11 A. It is binding.
12 Q. Are there related materials that you would
13 use in assessing a person's application other than
14 the handbook?
15 A. The position description at times would give
16 you a bit more detail about the position if you
17 needed more.
18 Q. And why would you need more description of
19 the position?
20 A. Additional information, more specificity.
21 If you look at, for example -- if you look at
22 certain -- let me see -- many positions just say you

Page 44

1  are covered under this general standard and you would
2  need a position description to give you more details
3  about what that position is. I think the 930 is one
4  It is covered under administrative and management
5  positions, and that is another section under this
6  qualification standards handbook. The 343 would be
7  another. It doesn't say a lot about that. 343 is a
8  great example because, as we discussed earlier, that
9  is a catch-all position. You could be doing a lot of
10 different things so you would want the position
11 description for the 343 to say what is this person
12 really doing.
13 Q. If you turn to the last three pages of the
14 entire pack, is that what you are referencing?
15 A. No. I believe these are all positions that
16 have individual standards, that list, the last three
17 pages. For example, if you look -- on this list is
18 the 512, the Internal Revenue agent and that does
19 have an individual standard. You can go to the 512
20 section and it will say very specifically what is
21 required for that position, but if you look at the --
22 the 930 is not on this list, or the 343.

49

1 Q. In evaluating a grade 14 level position,
2 what would you refer to the handbook for?
3 A. One year of specialized experience at the
next lower grade.
5 Q. Other than that, is there any other reason
6 you would refer to that document?
7 A. I can't think of one.
8 Q. Moving to the qualification standards
9 portion of the handbook, how would you utilize this?
10 A. This is the individual occupational
11 requirement they have for not all series but they
12 have for the 512 and this describes very specifically
13 what you need to qualify for the position. It talks
14 about the degree requirements, the 30 hours or 24 in
15 the specific accounting subject, business law,
16 economics, stats, financial systems, those are the
17 ones I was talking about earlier but couldn't name
18 specifically, and then it talks about the type of
19 work performed by the 512. Interpret accounting
20 books or systems, computation, professional
21 accounting, auditing principles and theories,
22 knowledge of trade practices and tax issues, and that

JARDIM REPORTING ASSOCIATES
(703) 867-0396

50

1 is where it says GS 12 and above.
2 Q. So taking this one step at a time, how would
3 an applicant qualify for a GS-512 series grade 14
4 level position?
5 A. They would need to have a year at the grade
6 13 in the type of work that is described where it
7 says for positions GS 12 and above.
8 Q. And that is page two of Exhibit 3?
9 A. Yes.
10 Q. How else would they qualify?
11 A. They would need the basic requirement at the
12 beginning.
13 Q. What basic requirement?
14 A. The accounting degree. That included 30
15 semester hours or 24 hours in accounting.
16 Q. And if the person had the degree
17 requirements and had the one year at a GS 13 level
18 position, what else would they need to qualify for
19 the position?
20 A. Those duties that are described in page two
21 of Exhibit 3, the "for positions GS 12 and above."
22 Q. Specifically which duties?

JARDIM REPORTING ASSOCIATES
(703) 867-0396

51

1 A. Professional accounting, tax computation,
2 knowledge of tax law for individuals, businesses or
3 TEGE-type enterprises, those that are described
4 there. It couldn't be any experience at the 13. You
5 can't have -- for example, my -- if I had an
6 accounting degree, and I was a grade 13 I still
7 wouldn't qualify. I would need to spend a year at
8 the grade 13 doing this type of work.
9 Q. Would it have been required that you had
10 done that in a specific series?
11 A. No, no, it doesn't have to be that series.
12 It would be interesting if it were outside the series
13 because that would mean you were misclassified. The
14 whole purpose of the classification is to be sure you
15 do the work that is within your series. But if
16 somebody said they were a 512 or a 343, and they said
17 they were doing this type of work, then they would be
18 qualified.
19 Q. How would you assess whether or not they had
20 been doing that type of work?
21 A. First off, it would be on the application,
22 and they would describe this type of work. There is

JARDIM REPORTING ASSOCIATES
(703) 867-0396

52

1 a section on the larger resume type form where you
2 get to describe your duties, and you are encouraged
3 to because that is how you get to make your case for
4 the selecting official as well as the HR specialist
5 make your qualification determination.
6 Q. Have you ever known a GS series 343 employee
7 of the IRS who was miscategorized?
8 A. I haven't.
9 Q. Is it possible that it has occurred?
10 A. Possible. I don't know of any, though.
11 Q. Other than the one year experience, and the
12 basic requirements, and the performance of duties,
13 what other criteria would be used in assessing an
14 applicant?
15 A. That is it, for qualifications purposes.
16 Q. Can you read the relevant portion on duties
17 out loud, please?
18 A. "For positions GS 12 and above, qualifying
19 experience must have been in progressively
20 responsible and diversified professional accounting
21 or auditing work that required: One, knowledge of
22 and skill in applied professional accounting

JARDIM REPORTING ASSOCIATES
(703) 867-0396

61

1  in accounting and six semester hours in a related
2  subject area as described in A above in combination
3  with appropriate experience or additional education.
4      Q.  Did you know either the race of Ms. Robinson
5  or Ms. Jones when you worked on the selection
6  process --
7      MR. DANN:  Objection.  Outside the scope of
8  the direct.  It will be covered in his personal
9  deposition.
10      THE WITNESS:  No.
11      BY MR. NEBEKER:
12      Q.  Let me finish the question.  In vacancy
13  announcement APB 03103MM?
14      A.  I don't.  I don't know either woman.
15      Q.  Are you aware of any reasons that would make
16  sense for establishing a freeze in the filling of 343
17  positions?
18      A.  I know it was rumored.  I don't -- that
19  would be a policy decision, but 343s, as I described
20  earlier, it is a catch-all series, and appeals
21  managers, as well as managers throughout the IRS,
22  because this is IRS-wide group, not appeals, building

JARDIM REPORTING ASSOCIATES
(703) 867-0396

62

1  personal fiefdoms, building up staff levels with the
2  FTEs, so they could have more employees to do what
3  they needed, whatever that was, without having
4  specific duties to assign them in.  The commissioner
5  froze it throughout the IRS so it was rumored large
6  second-level and upper level managers would stop
7  building these little kingdoms.
8      MR. NEBEKER:  I have nothing further.
9      MR. DANN:  Can we defer to Mr. Day for
10  redirect?
11      MR. NEBEKER:  Sure.
12      FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
13      BY MR. DAY:
14      Q.  As a result of the freeze, did the IRS
15  decide to reclassify any of those 343s?
16      A.  I am not aware of it.
17      MR. DANN:  That is it.
18      (Whereupon, at 11:46 a.m., the taking of the
19  deposition was concluded.)
       (Signature not waived.)
                --- ---
22

JARDIM REPORTING ASSOCIATES
(703) 867-0396

63

CERTIFICATE OF NOTARY PUBLIC

I, CATHY JARDIM, the officer before whom the foregoing deposition was taken, do hereby testify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me stenographically and thereafter reduced to a transcript under my direction; that said deposition is a true record of the testimony given by the witness; that I am neither counsel for, nor related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto nor financially or otherwise interested in the outcome of the action.

_____
                    Cathy Jardim

Notary Public in and for the
District of Columbia

My commission expires:
July 31, 2007

JARDIM REPORTING ASSOCIATES
(703) 867-0396

64

CERTIFICATE OF DEPONENT

I have read the foregoing 63 pages, which contain the correct transcript of the answers made by me to the questions therein recorded.


_____
                  CARSON SPROTT
                    - - -


I hereby certify that the individual representing him/herself to be the above-named individual, appeared before me this _____ day of _____ and executed the above certificate in my presence.


_____
                  Notary Public

My Commission Expires:

JARDIM REPORTING ASSOCIATES
(703) 867-0396