3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - x
                  :

PAMULA ROBINSON,         :

      Plaintiff,     :

vs.             : Civil Action

JOHN W. SNOW, SECRETARY OF THE : No. 05-1212
TREASURY,           :

      Defendant.     :

- - - - - - - - - - - - - - x

Washington, D.C.

Thursday, September 28, 2006

The deposition of CARSON SPROTT, called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to Notice, in the offices of Gebhard & Associates, 1101 17th Street, N.W., Washington, D.C., convened at 12:35 p.m., before Cathy Jardim, a notary public in and for the District of Columbia, when were present on behalf of the parties:

JARDIM REPORTING ASSOCIATES
(703)867-0396

---

CONTENTS

| | EXAMINATION BY COUNSEL FOR | |
|---|---|---|
| WITNESS | PLAINTIFF | DEFENDANT |
| CARSON SPROTT | 4, 86 | 82, 8? |

E X H I B I T S

| DEPOSITION EXHIBITS | MARKED |
|---|---|
| No. 1 | 4 |
| No. 2 | 7 |
| No. 3 | 10 |
| No. 4 | 17 |
| No. 5 | 23 |
| No. 6 | 26 |
| No. 7 | 29 |
| No. 8 | 32 |
| No. 9 | 36 |
| No. 10 | 50 |
| No. 11 | 53 |
| No. 12 | 64 |
| No. 13 | 76 |
| No. 14 | 80 |
| No. 15 | 88 |

JARDIM REPORTING ASSOCIATES
(703)867-0396

---

2

APPEARANCES:

On behalf of the Plaintiff:

    MARK DANN, ESQ.
    Gebhardt & Associates, LLP
    Suite 807
    1101 17th Street, N.W.
    Washington, D.C.  20036
    (202)496-0400

On behalf of the Defendant:

    W. MARK NEBEKER, ESQ.
    Assistant United States Attorney
    10th Floor
    555 4th Street, N.W.
    Washington, D.C.  20530
    (202)514-7230

    JENNIFER L. VERGNE, ESQ.
    Office of Chief Counsel
    Internal Revenue Service
    950 L'Enfant Plaza S.W.
    Washington, D.C.  20024
    (202)283-7900



JARDIM REPORTING ASSOCIATES
(703)867-0396

---

4

1

2        P R O C E E D I N G S

3   Whereupon,

4        CARSON SPROTT

5  was called for examination by counsel for Plaintiff

6  and, having been first duly sworn by the notary

7  public, was examined and testified as follows:

8      EXAMINATION BY COUNSEL FOR PLAINTIFF

9  BY MR. DANN:

10   Q.  Good afternoon, Mr. Sprott.

11     We are entering now into your personal

12  deposition as opposed to the 30(b)(6) deposition

13  which you just concluded before the lunch break.

14  Please realize that the instructions I gave you

15  during that deposition continue into this one?

16   A.  Yes.

17         (Sprott Exhibit No. 1 was.

18         marked for identification.)

19  BY MR. DANN:

20   Q.  Mr. Sprott, do you recognize this document?

21   A.  Not specifically.  It could have been

22  provided before.

JARDIM REPORTING ASSOCIATES
(703)867-0396

9

1 EEO case prior to your deposition here today?

2   A.  Did I do it by phone?

3   Q.  Please don't direct your question to him.

4   A.  No, I don't.

5   Q.  Do you recall being interviewed by an

6 investigator in reference to this case?

7   A.  No.

8   Q.  Can you please turn to the last page of this

9 document, which is page five of five, also has a

10 notation as page 34.  Is that your signature?

11   A.  It is.

12   Q.  And the date?

13   A.  2/9/04, so back when I was with the IRS.

14   Q.  But you have no recollection of having given

15 this statement?

16   A.  No.

17   Q.  Do you have any reason to believe that had

18 you given the statement and signed it, that any of

19 the information contained there in was false?

20   MR. NEBEKER:  Objection.

21   THE WITNESS:  Give me a second to flip

22 through it.  Everything on the first page is true as

11

1   A.  I do.

2   Q.  What is this?

3   A.  It is the vacancy announcement which goes

4 out on the COL, which is the Career Opportunities

5 List.  It is an online job board for Internal Revenue

6 Service jobs.  This announcement was written by me,

7 entered by me, and the results were serviced by me.

8   Q.  What involvement did you have in developing

9 this vacancy announcement?

10   A.  Well, I mean, I wrote it but it was all

11 based on a Recruit 52.

12   Q.  What is that?

13   A.  It is a personnel action form that describes

14 what management wants to be contained in the

15 announcement, so it will tell you the position, the

16 grade, the series, the location, how long the

17 announcement is open for, post of duty.

18   Q.  And do you recall the Recruit 52 for this

19 case?

20   A.  Not specifically.

21   Q.  Do you recall who drafted the Recruit 52?

22   A.  It would have been one of the embedded HR

10

1 of 2/9/04.  True, page two.  Three is fine.

2   It is all fine.

3   Q.  Thank you.  You can set that aside.

4   Mr. Sprott, are you aware of the position at

5 issue in this case?

6   A.  The 512?  I know what a 512 is.  Is that the

7 question?

8   Q.  Are you familiar with vacancy announcement

9 APB-03-138MM?

10   A.  Yes.  It was my announcement.  I did the

11 work on the announcement.

12   Q.  You said it is your announcement, you did

13 the work on the announcement or the assessment of the

14 qualifications?

15   A.  Both.

16   Q.  What work did you do -- well, actually --

17 would you please look at the next document.

18   (Sprott Exhibit No. 3 was.

19   marked for identification.)

20 BY MR. DANN:

21   Q.  You have just been handed what has been

22 marked as Exhibit 3.  Do you recognize this?

12

1 specialists we talked about.  Terry D'Angelis is one

2 of them.  Frankie Longo is one I worked with.  There

3 were a few others.  There were four of them.

4   Q.  Did you communicate with David Geber or

5 Beverly Ortega Babers in developing this vacancy

6 announcement?

7   A.  No.

8   Q.  What type of communication did you have with

9 the embedded human resources official in developing

10 this announcement?

11   A.  I got an e-mail saying I have a Recruit 52.

12 I would go into the system, print it and do what the

13 Recruit 52 ordered me to do.

14   Q.  Did you prepare the Recruit 52?

15   A.  No.  Those are management decisions.

16   Q.  What does a Recruit 52 contain?

17   A.  What the position is to be recruited for,

18 title, series, grade, the post of duty.  If KSAs were

19 to be included they would have been on a Recruit 52.

20 They were not in this case.  That is about it.

21   Q.  Did they identify who requested the

22 announcement?

21

1  remarks section.  Did I read that correctly?
2      A.  You did.
3      Q.  What does that refer to?
4      A.  It means -- without that line, I would have
5  gone to the Recruit 52 and in the remarks section of
6  the Recruit 52 it would say, this has a fax vault
7  document and in reality it doesn't.  So she is saying
8  ignore my comment on the fax vault 52.
9      Q.  So there was an error on the fax vault 52?
10     A.  Yes.
11     Q.  What is the attachment?
12     A.  That is the fax vault document for the
13  second position.
14     Q.  The opening date for this position was May 5
15  and the close date was May 19; is that correct?
16     A.  That is correct, a pretty standard two
17  weeks.
18     Q.  You say standard, why do you say that was a
19  standard two weeks?
20     A.  That is how long most announcements were
21  open.
22     Q.  Who decided how long vacancy announcements

JARDIM REPORTING ASSOCIATES
(703)867-0396

22

1  would remain open?
2      A.  The requesting official, but I believe by
3  contract they have to be open two weeks, but by
4  contract I think they can be extended.
5      Q.  What do you mean by extended?
6      A.  An extra week.
7      Q.  Have you had occasion to work on an
8  announcement that was open for longer than two weeks
9      A.  Every once in a while, maybe a couple of
10  year.
11     Q.  But what was the norm?
12     A.  Two weeks.
13     Q.  And other than the contract provision, do
14  you know why two weeks was the norm?
15     A.  No.
16     Q.  By contract, you are referring to what?
17     A.  The national agreement slash NORD-5.
18     Q.  You spoke about this a little bit during
19  your 30(b)(6) deposition, but I would like to ask you
20  to please recap again the general purpose of the
21  merit promotion file?
22     A.  The merit promotion file is to allow IRS

JARDIM REPORTING ASSOCIATES
(703)867-0396

23

1  employees to compete for positions open only to IRS
2  employees for positions within the IRS.  So it is a
3  system of guidelines where employees compete based on
4  merit and the skills they have accumulated at the IRS
5  or other places for positions open only at IRS.
6      Q.  Was there a merit promotion file for the
7  selection in this case?
8      A.  There was.
9      Q.  I would like to go off the record.
10         (Discussion off the record.)
11                (Sprott Exhibit No. 5 was
12                marked for identification.)
13             MR. DANN:  Back on the record.
14     BY MR. DANN:
15     Q.  We have given you an opportunity to review
16  what is marked as Exhibit 5.  Do you recognize this
17  document?
18     A.  I do.
19     Q.  What is it?
20     A.  The majority of the merit promotion file.
21         MR. NEBEKER:  Did you find a page in there
22  that appeared to be part of the 52?

JARDIM REPORTING ASSOCIATES
(703)867-0396

24

1         THE WITNESS:  Yes, it looks like the back
2  side of the Recruit 52 is in there.  The back side
3  has the remarks section.  The front side is the side
4  that has post of duty.
5         MR. NEBEKER:  I have already asked agency
6  counsel to see if she can find the other side of that
7  document.
8      BY MR. DANN:
9      Q.  When you refer to a Recruit 52, is that the
10  same as a standard form 52?
11     A.  Yes.
12     Q.  Is that typically maintained in a merit
13  promotion file?
14     A.  Yes.
15     Q.  What happens to a standard form 52?
16     A.  The Recruit 52, it gives you the information
17  you need to announce the vacancy, and then once the
18  selection is made, you use that same form and that
19  same code and turn it into the appropriate document
20  for the employee, be it promotion, reassignment or
21  downgrade.  So you use that same code, and same
22  identification number and change the code so in this

JARDIM REPORTING ASSOCIATES
(703)867-0396

27

1  case it turned from Recruit 52 to promotion
2  competitive for the selectee.
3     Q.  Would that be memorialized in a standard
4  form 50?
5     A.  Yes.
6     Q.  And would that typically be maintained in
7  the merit promotion file?
8     A.  Yes, and I believe I saw it in this case.
9     Q.  You indicated this was the majority, I think
10  you said, merit promotion file.  Are there any
11  documents not contained in this other than the front
12  side of the Recruit 52?
13     A.  You know, often there would be -- any extra
14  material would be maintained, like fax cover sheets,
15  I think I described earlier, material not submitted.
16  I couldn't say whether or not those things were --
17  they weren't used to make determinations, but they
18  usually were maintained.
19     Q.  Who maintained this particular merit
20  promotion file?
21     A.  Myself.
22     Q.  You say they would typically be maintained,

27

1        MR. NEBEKER:  These are already contained in
2  Exhibit 5, but you are make marking them separately.
3        MR. DANN:  Yes, for ease and for us handling
4  the documents.
5        BY MR. DANN:
6     Q.  Mr. Sprott, you have just been given what
7  has been marked as Exhibit 6.  Do you recognize this
8  document?
9     A.  I do.
10     Q.  What is it?
11     A.  It is a checklist, human resource
12  specialists and assistants will use to make sure all
13  steps are completed.
14     Q.  What is the title of this?
15     A.  Merit promotion file checklist.
16     Q.  And what is the -- is there a reference to
17  the vacancy announcement itself?
18     A.  There is through the SF 52 number.  That SF
19  52 would correspond with the announced vacancy.
20     Q.  And what is generally contained on this
21  document, information wise?
22     A.  All the steps necessary to appropriately and

26

1  if they fax cover sheets, but you do not see them in
2  this file?
3     A.  Yes.
4     Q.  Do you have an explanation for why they are
5  not in this file?
6     A.  No.
7     Q.  We will ask you, with respect to the Recruit
8  52, please review your personal files in reference to
9  this case and any documents you have retained
10  relative to this promotion, and if you do identify
11  any documents you believe should have been in the
12  merit promotion file, please turn those over and we
13  will ask that those be a continuing request?
14        MR. NEBEKER:  Understood.
15        BY MR. DANN:
16     Q.  You can place that to the side.  There are a
17  few documents I will ask you to review that are
18  isolated documents, some of which were pulled out of
19  the merit promotion file and I am doing this for ease
20  as much as anything else.
21            (Sprott Exhibit No. 6 was
22            marked for identification.)

28

1  legally -- and regulatory-wise, complete a merit
2  promotion file and the dates we did them and who did
3  them.  So the initials are mine and my assistant.
4     Q.  Which are yours?
5     A.  CS.
6     Q.  And which initials memorialize your
7  assistant?
8     A.  MM.
9     Q.  And who would have entered those into the
10  actual form?
11     A.  My assistant looks like probably entered --
12  the ones other than myself.  It looks like my
13  assistant entered everything that is typed.  She
14  hand-wrote in four at the bottom and then I did
15  reviewed the package.
16     Q.  When you say reviewed, is that your
17  signature?
18     A.  Yes.
19     Q.  What is the date?
20     A.  4/2/03 -- excuse me, 7/2/03.
21     Q.  That is July 2, 2003?
22     A.  Yes.

29

1    Q.    And the information contained here, is it an

2    accurate reflection of the processing of this

3    particular application?

4    A.    It is.

5                    (Sprott Exhibit No. 7 was

6                    marked for identification.)

7    BY MR. DANN:

8    Q.    You have been given what has been marked as

9    Exhibit 7.  Do you recognize this?

10   A.    I do.

11   Q.    What is it?

12   A.    It is a list of everybody who applies for a

13   position within an agency, whether qualified or not.

14   It is a tool to keep the package straight.  Some

15   vacancy announcements will get hundreds of

16   applications.  This is to make sure you handle all of

17   them appropriately.

18   Q.    What is the title?

19   A.    List of applicants.

20   Q.    Want is the vacancy announcement?

21   A.    APB-RPB-03-138MM.

22   Q.    And can you, other than a list of the names,

31

1    A.    To make sure.

2    Q.    And who maintained this document?

3    A.    I did.  That is my writing.

4    Q.    Under Ms. Jones, the fourth column, there is

5    a check mark?

6    A.    Yes.

7    Q.    Does that strike you as a different form of

8    a check mark than the other check marks on this page?

9    A.    It does.

10   Q.    Why?

11   A.    It could be that her evaluation came in at a

12   different time.  Say the vacancy announcement closed

13   on Friday.  Monday I am sitting down, I have stacks

14   of applications, applicant A, has everything; C, we

15   are missing this.  So you leave a blank on this.

16   Then you would go back and say, these are the

17   materials I have to chase up.  What could be is that

18   Jones did not initially submit an evaluation and it

19   came in late.

20   Q.    You said could be.  I would ask you for the

21   duration of this deposition to please state what you

22   believe has happened as opposed to what could have

30

1    tell us what this document reflects?

2    A.    Yes.  It has five columns on it that you

3    fill out, office, quals, 4536, 9686 and evaluation.

4    The office is for, if you announced it under multiple

5    post of duties, you would annotate which this person

6    was applying for.  Quals, you would indicate whether

7    they were qualified or not.  The last three is just a

8    checklist.  As I described earlier, some people don't

9    submit everything on the first go so this would be a

10   reminder to chase up that material.

11   Q.    On the quals, there are a Q, and N Q?

12   A.    Q is for qualified and N Q is for not

13   qualified.

14   Q.    And what are the two names?

15   A.    Sheila Jones and Pamula Robinson.

16   Q.    Why is Ms. Robinson's name and information

17   crossed out with a line?

18   A.    She is not qualified so it is notifying

19   anybody working this package not to refer her name

20   further.

21   Q.    And she also has the N Q.  Why the redundant

22   notations?

32

1    been.  In this case do you know why the check mark is

2    different from the remaining check marks?

3    A.    Having reviewed the case I can say that

4    Sheila Jones' application initially had a departure

5    rating submitted as we discussed earlier and those

6    are not accepted unless they are the rating of record

7    so I probably contacted her manager or herself and

8    said I need a rating of record.

9    Q.    You said probably?

10   A.    I can't say who I contacted.

11   Q.    Did you maintain your notes?

12   A.    There is a note of requesting a performance

13   appraisal for that applicant, yes.

14   Q.    Do you have a copy of that note?

15   A.    I do.

16   MR. DANN:  Off the record.

17        (Discussion off the record.)

18   BY MR. DANN:

19   Q.    Are there any notations on this document

20   with respect to the dates on which these check marks

21   were entered?

22   A.    No, there are not.

35

1 (Sprott Exhibit No. 8 was

2 marked for identification.)

3 BY MR. DANN:

4 Q. Mr. Sprott, you have been given what has

5 been marked as Exhibit 5. Can you please review

6 that? For the record, this is pages 48 through 64 of

7 the report of investigation.

8 I apologize, that is Exhibit 8.

9 Do you recognize this document?

10 A. I do.

11 Q. What is it?

12 A. It is a page from personnel and myself,

13 personally, that is my writing all over it. It is a

14 2065 qualifications record. This is what human

15 resources specialists use to memorialize their

16 qualification determination on an individual

17 application.

18 Beyond that is Sheila Jones' application,

19 including her 4536, her 9686 and her performance

20 appraisal and I can answer the question that there

21 does appear to be missing material from this packet

22 because we have a current performance appraisal and I

JARDIM REPORTING ASSOCIATES

(703)867-0396

---

1 Q. In reference to the packet submitted, how

2 many applicants were there for this position?

3 A. Just two.

4 Q. And who were they?

5 A. Sheila Jones and Pamula Robinson.

6 Q. Can you please tell me what information

7 Ms. Robinson submitted for this position?

8 A. The same things, form 4536; the 9686, the

9 resume slash application; and the current performance

10 appraisal.

11 Q. And to your knowledge was her performance

12 appraisal a current appraisal?

13 A. I believe it was.

14 Q. And was it submitted with her original

15 application?

16 A. I think so.

17 Q. And what documents did Ms. Jones submit?

18 A. A 4536, 9686, and a departure rating.

19 Q. And do you know the method by which these

20 applicants submitted their packets?

21 A. Fax.

22 Q. Both?

JARDIM REPORTING ASSOCIATES

(703)867-0396

---

34

1 noted that her departure rating was submitted and I

2 would have maintained that in the back of the case.

3 And that is not included here because what we have is

4 a performance appraisal.

5 Q. Can you turn back to Exhibit No. 5, and can

6 you review briefly, flip through the pages in the

7 bottom right corners. Are there numerical notations

8 on some of the pages of that file, on the bottom

9 right corner?

10 A. Yes.

11 Q. Are there pages without a similar numerical

12 notation?

13 A. Yes.

14 Q. Can you explain why some of the files have

15 numerical notations and others do not?

16 A. That is not my writing. I don't know what

17 that is.

18 Q. Is this the application packet, turning back

19 to Exhibit 8, is this the application packet you

20 reviewed in assessing Ms. Sheila Jones' application

21 for the position in this case?

22 A. It is.

JARDIM REPORTING ASSOCIATES

(703)867-0396

---

36

1 A. I think you can see the fax date stamps on

2 both of them. You can.

3 Q. If you would, would you please turn to the

4 next document.

5 (Sprott Exhibit No. 9 was

6 marked for identification.)

7 BY MR. DANN:

8 Q. You have been hand what has been marked as

9 Exhibit 9. Can you please review it briefly?

10 A. Okay.

11 Q. Do you recognize this document?

12 A. I do.

13 Q. What is it?

14 A. This is a form 2065, HR's memorialization of

15 the qualifications determination for Pamula Robinson

16 as well as her 4536, 9686 and her current performance

17 appraisal at the time.

18 Q. I believe you indicated before that the top

19 sheet, what is entitled qualifications records for

20 Sheila Jones, that you maintained that top sheet of

21 Exhibit 8; is that correct?

22 A. That is correct.

JARDIM REPORTING ASSOCIATES

(703)867-0396

39

1    Q.    Can you turn back to Exhibit 9?

2    A.    Yes.

3    Q.    Is your signature on this document?

4    A.    No, it is not.

5    Q.    There is a notation on Exhibit 9, in the top

6    row, row number nine, under specialized.  What is

7    that notation?

8    A.    It looks like -- I started to mark there and

9    then I crossed it out and annotated with my signature

10    that I didn't mean to do that, that was an error.

11    Q.    Why is that an error?

12    A.    Because she didn't have specialized

13    experience at that time.

14    Q.    Why were -- why did you begin to and in fact

15    note specialized experience on the column?

16    A.    I couldn't explain why.  Simple error.

17    Q.    These two documents, Exhibits 8 and 9,

18    portions of them are maintained -- who maintains

19    these documents?

20    A.    I did at the time.

21    Q.    And where do you maintain them?

22    A.    In the merit promotion file.

JARDIM REPORTING ASSOCIATES

(703)867-0396

---

38

1    while Pamula Robinson has -- I am noting that I went

2    through every one of those jobs she has listed, and

3    the periods, so I evaluated the material she

4    submitted for each of the jobs but did not find it to

5    be specialized experience for this position.  It was

6    all general experience.  This position requires one

7    year of specialized experience so she wasn't

8    qualified.

9    Q.    What notations are you actually making?

10    A.    In the general column, it says one plus, one

11    plus experience in each of those jobs.

12    Q.    And turning back to Exhibit 8 , is that your

13    signature on the bottom of Exhibit 8 ?

14    A.    It is.

15    Q.    And what is the date?

16    A.    6/2/03.

17    Q.    What does that reference?

18    A.    The date I've performed the qualifications

19    evaluation.

20    Q.    What does that mean?

21    A.    The date I determined that Sheila Jones was

22    qualified for this position.

JARDIM REPORTING ASSOCIATES

(703)867-0396

---

1    Q.    Turning to the top sheet of Exhibit 9, is

2    that also true with respect to this?

3    A.    That is my writing all over that.

4    Q.    There is a notation at the top right?

5    A.    Yes.

6    Q.    What is that?

7    A.    NQ.

8    Q.    What does that stand for?

9    A.    Not qualified.

10    Q.    Is that your handwriting?

11    A.    It is.

12    Q.    There are notations in the columns to the

13    right.  Can you tell us what those notations

14    reference?

15    A.    The two columns are, G E N'L, short for

16    general; S P E C, short for specialized.  What those

17    mean are generalized and specialized experience.  At

18    the lower grades, the grades four and five, you can

19    become qualified for generalized experience, but for

20    higher grade positions, you have to have experience

21    at the next lower grade and that experience has to be

22    specialized experience.  So what I am noting is that

JARDIM REPORTING ASSOCIATES

(703)867-0396

---

40

1    Q.    Did you do that in this case?

2    A.    I did.

3         MR. DANN:  Can we take a five-minute break?

4         (Discussion off the record.)

5         (Brief recess.)

6         BY MR. DANN:

7    Q.    Mr. Sprott, you testified you maintained the

8    merit promotion file in this case.  What do you mean

9    by maintained the file?

10    A.    I collated materials as they came in.  I

11    performed the qualification determinations and

12    attached the appropriate sheet.  I forwarded the

13    materials to the selecting official and entered the

14    selection on the SF 50.

15    Q.    Where did you physically maintain these

16    records?

17    A.    Oakland, in a locked file cabinet at night

18    and on my desk during the day.

19    Q.    And who had access to these documents other

20    than yourself?

21    A.    All specialists in the office.  We could all

22    get into them.

JARDIM REPORTING ASSOCIATES

(703)867-0396

41

1    Q.   For how long did you maintain this merit

2    promotion file?

3    A.   From the point -- the starting point would

4    be the day I got that e-mail from Terry D'Angelis,

5    saying the Recruit 52, that would be the date we

6    started and I maintained it until the date on the

7    checklist, that I said I reviewed it on the bottom.

8    Q.   What happened to that?

9    A.   National Archives Administration has a

10   standard for which these kind of files had to be

11   maintained so it went into a locked file cabinet and

12   I think it was two years from the close of the

13   announcement that it would have been destroyed had

14   this not come about.

15   Q.   To whom would you have turned the document

16   over?

17   A.   Nobody.  They were in a locked file cabinet.

18   Q.   So the files were maintained in the IRS?

19   A.   Yes.

20   Q.   Do you know how long the file was maintained

21   in this file?

22   A.   I don't.

JARDIM REPORTING ASSOCIATES

(703)867-0396

42

1    Q.   After the checklist was completed and you

2    signed the check list, and I believe you are

3    referring to Exhibit --

4    A.   Six.

5    Q.   Do you recall handling the file?

6    A.   After 7/2, no, I don't recall.

7    Q.   You indicated there is a policy for

8    destruction of files.  How long before files are

9    routinely destroyed at the IRS?

10   A.   I couldn't speak for all files but in terms

11   of merit promotion files, I believe it is two years.

12   Q.   And this file was physically located where

13   for those two years?

14   A.   We did it when I was in Oakland in a case,

15   file, like a four-high locked cabinet, where the

16   files were.

17   Q.   And who would have been responsible for

18   maintaining the file after the two year period ended?

19   A.   In terms of destruction, I don't know.

20   Q.   That file you said was physically located

21   where?

22   A.   In Oakland, not far from my office, on my

JARDIM REPORTING ASSOCIATES

(703)867-0396

43

1    floor.

2    Q.   To your knowledge was this file still in the

3    IRS's possession when you left your tenure and

4    employment at the IRS?

5    A.   To my knowledge, yes.  It was less than two

6    years.

7    Q.   Do you recall giving this file or making a

8    copy of this file at any time?

9    A.   No.

10   Q.   Did you make a determination about

11   Ms. Robinson's qualifications for the position at

12   issue in this case?

13   A.   I did.

14   Q.   What was that determination?

15   A.   Not qualified.

16   Q.   When you -- you can set aside that document.

17   When did you make that determination?

18   A.   Probably soon after.  Looking at the

19   document I didn't sign it or date it but after

20   receipt.  I was pretty timely.

21   Q.   Can you estimate how long that would be?

22   A.   A few days.

JARDIM REPORTING ASSOCIATES

(703)867-0396

44

1    Q.   To your knowledge when did you receive her

2    application?

3    A.   Within the vacancy announcement period.  I

4    couldn't say, but it is time stamped at the top of

5    the application.  Pamula Robinson's application was

6    timely.  But it just wasn't qualified.

7    Q.   In assessing application packets, can you

8    describe for me your decision-making process?

9    A.   Absolutely.  You have a series of

10   applications in front of you, and the qualification

11   standard for that individual occupation.  So at that

12   point you probably -- since you see a variety of

13   occupations dealing with the customer base, you would

14   refresh yourself with the standards, you would look

15   over the 512 occupational requirement, maybe glance

16   over a position description as well, see if there is

17   anything unique in this case, and then compare that

18   standard with -- it wouldn't be as much information

19   on the 4536, that is just a data card, but you would

20   check, but you would really look to see if that

21   qualified under form 9586 and you would stop at the

22   start of the resume.  First you check to see did they

JARDIM REPORTING ASSOCIATES

(703)867-0396

45

1  have time in grade.  They did.  What did they do for
2  that year, and then you would see if they qualified
3  based on what they described their position as doing.
4      Q.   When you looked to what they did for the
5  year, do you refer to the series in which they were
6  working?
7      A.   You would look at the series, but you would
8  also look at the description of their duties.
9      Q.   And why would you look at the description in
10  addition to the series?
11      A.   The series would give you a clue, but you
12  really need to look at what people said they were
13  doing.
14      Q.   Why do you need to do that?
15      A.   Because qualifications are based on duties
16  and not titles.
17      Q.   In terms of first principles, when you
18  reviewed, generally speaking, applications, did you
19  do so with an eye toward including and weeding in
20  applicants, or excluding and weeding out applicants?
21      A.   Neither.  You apply the standard.  I don't
22  think you are trying to do either one.  You qualify

47

1  and approach.  Can you please tell us what you did in
2  assessing and reviewing these applications for this
3  position?
4      A.   Absolutely.  I received the applications.  I
5  checked for timeliness first to make sure they were
6  received within the vacancy announcement period.
7  Both were timely.  Then you checked for missing
8  material.  One had missing materials.  One had an
9  inappropriate performance appraisal and that was
10  requested.  Then I took the standard qualifications
11  handbook for the 512-14 and reviewed the narrative
12  portions of the form 9686 to see if both applicants
13  qualified for the position announced.  one did, one
14  did not, based on the duties they described.
15      Q.   Is the review an exact science?
16      A.   An exact science, no.  It is based on a
17  professional determination by myself.
18      Q.   And have you had occasion to resolve close
19  calls where an applicant appeared to be qualified o-
20  not but that was a close call?
21      A.   I would agree there are close calls, and
22  that is why you look at the duties and not just the

46

1  those that are qualified and you don't qualify those
2  that aren't.
3      Q.   You responded by referring to "you."  I am
4  asking you?
5      A.   Me, I would.
6      Q.   How did you operate principally, what was
7  your philosophy in reviewing and assessing the
8  documents?
9      A.   My philosophy was to apply the standards as
10  they existed.  I did not try to include or exclude.
11  Either way.  I wasn't trying to maximize the pool or
12  minimize it.  I applied the standard to the
13  applications I received.
14      Q.   In the applications you have worked on, can
15  you give me an estimate of how many applicants
16  typically apply for a position?
17      A.   I couldn't.  It hugely varies.  It is as few
18  as none and as many as 200.
19      Q.   What is typical?
20      A.   A dozen I would say.  This was a small
21  package.  This was an easy one.
22      Q.   We have spoken about your general principle

48

1  qualifications.
2      Q.   And how would you resolve the close calls?
3      A.   I probably would refer those to the senior
4  specialist in the office whom I described earlier,
5  Larry Floratega.
6      Q.   Did you review any of these two applications
7  to him?
8      A.   No.  I did not.  She.  It wasn't a close
9  call.
10      Q.   Other than reviewing the card and the
11  application itself, I believe you referred to that as
12  the form --
13      A.   The card is the 4546 and the application is
14  9686.
15      Q.   Did you take any steps in addition to
16  reviewing those documents in making your assessment
17  other than referring back to the standards handbook?
18      A.   No.
19      Q.   Other than pertinent experience or prior
20  experience of the candidates, what criteria did you
21  use?
22      A.   What is the education requirement for that

51

1    A.    Standard boiler-plate non-select letter.  So
2  you would put official letterhead into the printer
3  and hit print and it would print out the letters as
4  you entered them in the database.
5      Q.    And to whom was this addressed?
6      A.    Pamula Robinson.
7      Q.    And did you prepare this?
8      A.    I did.
9      Q.    Is there any reference to the date on which
10  this document was sent?
11      A.    There is a fax number at the bottom, but
12  that doesn't make sense because we mailed these.  It
13  apparently has been faxed before it was photocopied,
14  and I don't see a date on it, no.
15      Q.    Do you recall when you mailed this?
16      A.    I don't, but if we went to the checklist,
17  that date should be indicated there probably.
18      Q.    In terms of reviewing and making a
19  determination with respect to this merit promotion
20  file, was there any verification process in place?
21      A.    Meaning did anybody check my work?
22      Q.    Yes.

---

50

1  position.  So I made sure they both also met the
2  education requirement.  They did, but only one met
3  the experience standard.
4      Q.    I am sorry, what did you say?
5      A.    The 512 has the positive education
6  requirement we discussed earlier, the accounting 24,
7  so I had to make sure both candidates had that, they
8  both did, but only one met the experience
9  qualifications.
10      Q.    Was that your sole reason for making the
11  determination you made in this case?
12      A.    Yes.
13      Q.    And that -- is that true with respect to
14  both candidates?
15      A.    Yes.
16      Q.    After you made the determination, what did
17  you do?
18      A.    After you make the determination, the 4536
19  has a cutoff tab that allows you to send back whether
20  or not the application was received.  So after you
21  get two letters, first you get your own stub of this
22  form, saying application received or not.  You send

---

52

1      A.    No.
2      Q.    What happened after you made the
3  determination with respect to initial qualifications
4  for this application?
5      A.    Well, I thought nothing, but apparently I
6  had a statement earlier about it a year later.
7      Q.    I am sorry --
8      A.    You produced something that was an
9  off-the-record statement that I don't recall at all.
10      Q.    Were you personally involved in any steps
11  that continued after issuing Exhibit No. 10?
12      A.    Absolutely, yes, because issuing this letter
13  doesn't mean the process didn't go forward for the
14  candidate that is qualified.  Even if there is one,
15  there is still a formal process.  So the certificate
16  of eligibles, in this case with one person and their
17  application to the receiving official.  So I
18  forwarded the application to the selecting official.
19  They reviewed the application.  They can decide to
20  select or not select that person.  They decided to.
21  Annotated the certificate appropriately.  Sent it
22  back to me.  At that point I then changed the Recruit

---

50

1  those out.  Both applicants got a letter saying
2  application received -- or a stub, from their own
3  application, the only thing we did was check and
4  sign, received timely or not.  Then the system, once
5  you enter in the human resources system, qualified or
6  not, the system generates a letter saying you are
7  qualified or not.  One applicant got a letter saying
8  you are qualified and the other got one that said you
9  are not qualified and I believe they are in the merit
10  promotion case.
11      Q.    Did you enter this information personally
12  into the system?
13      A.    I did enter it, yes.
14      Q.    Do you recall when you did so?
15      A.    No.  As soon as possible.
16          (Sprott Exhibit No. 10 was
17           marked for identification.)
18      BY MR. DANN:
19      Q.    You have been handed what has been marked as
20  Exhibit 10.  Do you recognize this document?
21      A.    I do.
22      Q.    What is it?

61

1  file, which means you run through that checklist,
2  essentially make sure you have done all those steps
3  and then prepare to send it to storage.
4      Q.  I would like to transition to discussing the
5  other individuals involved in the selection in this
6  case.  Can you please tell me to your knowledge who
7  was involved in either maintaining the merit
8  promotion file, processing those materials or making
9  determinations with respect to the selection?
10     A.  In terms of maintaining the file, the
11 primary person that maintained it was myself.  I had
12 sister answer from my assistant Michelle McDonald.  I
13 can't say what extent, but she probably put things in
14 the case file, entered some data in the system for
15 me.  In terms of making the selection, I don't have
16 -- I would have to refer to that selection
17 certificate.  I don't know who was involved in the
18 selection at all.
19     Q.  Was there anyone in your office that was
20 involved in making any determination with respect to
21 the selection?
22     A.  In my office, no, definitely not.

JARDIM REPORTING ASSOCIATES
(703)867-0396

63

1  else regarding this selection?
2      A.  No.  Terry D'Angelis.
3      Q.  Do you know the number of African America)
4  GS-13s from the Washington, D.C. office from the
5  office of appeals that were promoted to the GS-14'
6      A.  Did you ask me if I know the number?
7      Q.  Yes.
8      A.  No, I don't.
9      Q.  Can you give an estimate of that number?
10     A.  No.  I didn't meet applicants so I don't
11 know.
12     Q.  Are you aware of Ms. Robinson's race?
13     A.  I am.  I found out through the attorneys
14 here.
15     Q.  When did you learn of her race?
16     A.  Probably a month ago.
17     Q.  Are you aware of Ms. Jones' race?
18     A.  I am not.
19     Q.  I would like to take a five-minute break.
20     (Discussion off the record.)
21     (Brief recess.)
22     BY MR. DAY:

JARDIM REPORTING ASSOCIATES
(703)867-0396

62

1      Q.  Do you know whether Thomas Roley played any
2  role in the selection?
3      A.  I don't.  I don't know who Thomas Roley is.
4      Q.  With whom did you communicate with respect
5  to the selection at issue in this case, and
6  specifically any communications you had from the
7  point at which the vacancy was announced to the final
8  checklist being completed?
9      A.  The only communications I had were my cover
10 memos to David Geber as the addressee, as the
11 requesting official, so I mailed him a ranking
12 package as well as a selection package and obviously
13 received those back from him and after the selection
14 is made I have to go back to embedded human
15 resources, Terry D'Angelis, and requested -- you
16 probably saw a note T&A, time and attendance codes
17 because this new person has to get on the appeals
18 books on the specific division where they are going.
19 So at the end we had to talk to embedded HR to get
20 those codes before we can process the SF 52 so we can
21 get them on board.
22     Q.  Other than Mr. Geber, did you talk to anyone

JARDIM REPORTING ASSOCIATES
(703)867-0396

64

1      Q.  My name is Charles W. Day and I am Pamula
2  Robinson's other attorney in this case, and I am
3  going to have a few questions for you in the
4  deposition.
5      A.  Okay.
6      Q.  I would like to have this document marked as
7  an exhibit.  It is the OPM qualification standards
8  for general schedule positions for GS-512.
9      MR. NEBEKER:  Does that correspond to
10 Exhibit 3 --
11     MR. DAY:  It is identical and I am handing
12 you another copy.
13            (Sprott Exhibit No. 12 was
14            marked for identification.)
15     BY MR. DAY:
16     Q.  Mr. Sprott, are you familiar with this
17 document?
18     A.  I am.
19     Q.  What is it?
20     A.  This is the individual occupation
21 requirement for the GS-512 series, Internal Revenue
22 agent, that is from the qualifications standards

JARDIM REPORTING ASSOCIATES
(703)867-0396

65

1  handbook which is maintained by the Office of
2  Personnel Management.
3      Q.  When you are qualifying an applicant for a
4  GS-512 position, are these the standards you use to
5  qualify them?
6      A.  They are.
7      Q.  And you also have before you a copy of
8  Exhibit 9; is that right?
9      A.  I do.
10     Q.  And what is Exhibit 9?
11     A.  Exhibit 9 is the form 2065, the
12  qualifications record where I made my qualification
13  determination for Pamula Robinson as well as complete
14  application, including forms 4536, 9686 and
15  performance appraisal.
16     Q.  That application and those forms were the
17  materials you used to make your qualifications
18  determination; is that right?
19     A.  They are.
20     Q.  Did you find that Ms. Robinson had met the
21  basic requirements for the GS-512 position?
22     A.  She met the educational standard, yes.

JARDIM REPORTING ASSOCIATES
(703)867-0396

66

1      Q.  Would that be standard A or standard B under
2  basic requirements?
3      A.  I would have to look.  I couldn't say off
4  the top of my head.  Would you like me to review her
5  application?
6      Q.  Yes.
7      A.  She meets standard A, 24 plus hours in
8  accounting.
9      Q.  And in addition to the basic requirements,
10  you would have reviewed the requirements on page two
11  under -- listed under "For positions at GS 12 and
12  above"?
13     A.  That is correct, yes.
14     Q.  When you look at your qualifications record,
15  your qualifications record lists the positions that
16  you reviewed; is that right?
17     A.  It is, and these correspond with the
18  positions submitted by the applicant on her form
19  9686.
20     Q.  And for each of those positions, you
21  determined that she had one plus year of generalized
22  experience, but no years of specialized experience;

JARDIM REPORTING ASSOCIATES
(703)867-0396

67

1  is that right?
2      A.  That is correct.
3      Q.  And in order to be qualified for this 512
4  position, she would have needed at least one year of
5  specialized experience; is that correct?
6      A.  At the next lower grade, yes, so at the GS
7  13.
8      Q.  Looking at what is marked as page 69 on the
9  form 9686, does the position on that page correspond
10  to the first position that you reviewed on your
11  qualifications record?
12     A.  In row nine, yes.
13     Q.  Could you tell us, please why this position
14  qualifies for one year of generalized experience, but
15  not one year of specialized experience?
16     A.  I can.  Like I described before, generalized
17  experience is any experience, it is just, you had a
18  job full-time for X amount of time.  So she had a job
19  full-time for over a year.  This job was not
20  specialized experience because it didn't have the
21  duties described in the qualifications standard under
22  GS 12 and above, it didn't have tax computation and

JARDIM REPORTING ASSOCIATES
(703)867-0396

68

1  professional accounting.  She does describe what is
2  typical of a 343, a variety of administrative duties,
3  she does training, matrixed new programs, CFC,
4  Combined Federal Campaign, collecting donations for
5  folks, she did some procurement work, she reviewed
6  web pages.  All these are very typical administrative
7  duties of someone in a management 343 series.
8      Q.  So tell me again of the five criteria listed
9  on page two of the qualification standards, which
10  ones she does not meet?
11     A.  She does not meet one, two, three, four.
12  You could make the argument that she worked with
13  five, but the interpersonal part is the least
14  important of doing a technical qualification.
15     Q.  And why is that?
16     A.  Because the job is mostly to compute taxes
17  and be a professional accountant, and not just to
18  interact with people.
19     Q.  What is the basis for your understanding of
20  what the principal purpose of the job is?
21     A.  The principal purpose of the 512 job?
22     Q.  Yes.

JARDIM REPORTING ASSOCIATES
(703)867-0396

73

1    A.    I didn't.

2    Q.    Looking at page 74, was this a position you

3 considered?

4    A.    Yes.

5    Q.    What position is that?

6    A.    This is program analyst 343 grade 13, again

7 in the office of large case programs.

8    Q.    And once again, you determined that this

9 qualified for one year of generalized experience but

10 not a year of specialized experience?

11    A.    I did.

12    Q.    And what was the basis for your decision?

13    A.    Much like the prior three, it was very

14 typical in terms of program analyst duties in terms

15 of being administrative in nature without tax law or

16 computation within it.

17    Q.    Did the fact that this was in the office of

18 large case programs have any bearing on your

19 determination?

20    A.    No.

21    Q.    On page 75, did you consider this position?

22    A.    I did.

74

1    Q.    What was your determination?

2    A.    Same as before. There is very little detail

3 in this position, and it describes very much

4 administrative duties.

5    Q.    On page 76, did you consider this position?

6    A.    I noted it but I didn't need to. It was at

7 the grade 12 so it wasn't at the next lower grade.

8    Q.    On page 77, did you consider this position?

9    A.    I did but same thing, it was two lower

10 grades and not lower grade experience.

11    Q.    Did you consider any other experience in de

12 termining whether she was qualified or not qualified?

13    A.    No, I did not. I only used what she

14 submitted.

15    Q.    If this position were classified as a 343

16 rather than a 512, would you have determined

17 Ms. Robinson to be qualified based on her experience?

18    MR. NEBEKER:    Objection. It is irrelevant,

19 and unsupported by the facts and it is vague in that

20 you are not specifying what should be considered in

21 assessing a 343 level.

22    You can answer, if you have an answer.

75

1    THE WITNESS:    I couldn't answer without

2 seeing how they wrote the position description for

3 the 343.  Not all 343s are the same.  If they wrote

4 that the 343 was doing this job, she still wouldn't

5 qualify for it.  Now, it would be very weird if a 313

6 was doing this job.  You would have it as a 512.

7 That would stink a little bit.  But if it was the 313

8 doing the kinds of things she described in her

9 application, then, yes, she would have qualified fo

10 it.

11    BY MR. DAY:

12    Q.    Would it have any bearing on your analysis

13 if this job had previously been classified as a 343

14    MR. NEBEKER:    Objection, vague.

15    THE WITNESS:    I wouldn't know that.  I guess

16 there is no way for me to know how it would be

17 previously classified.

18    BY MR. DAY:

19    Q.    If you were told it had previously been

20 classified as a 343, would that have any bearing on

21 your analysis?

22    MR. NEBEKER:    Objection, vague.

76

1    THE WITNESS:    No, because I would -- based on

2 what I was told to do, I would use the qualifications

3 based on this.  There could be a number of reasons

4 why they were doing that, including a change in the

5 type of work they were doing.

6    MR. NEBEKER:    Counsel, can the record

7 reflect that he was holding up Exhibit 12 when he

8 said that.

9    MR. DAY:    So noted.

10    BY MR. DAY:

11    Q.    Similarly, if you were told that this

12 position was subsequently reclassified as a 343,

13 would that have any bearing on your analysis?

14    A.    Definitely not because then it would be in

15 the future so it was work already done.

16    Q.    That ends my questions.  I will turn it over

17 to Mr. Dann.

18    (Sprott Exhibit No. 13 was.

19    marked for identification.)

20    BY MR. DANN:

21    Q.    You have just been given a document

22 identified as Exhibit 13.  Do you recognize this

77

1  document?

2     A.   I do.

3     Q.   What is it?

4     A.   This is what applicant Sheila Jones sent to

5  us, so this is her copy -- this is a copy of her

6  copy.  So what we have at the top is -- she wanted

7  proof that we got her application, that looks like

8  that was the fax sheet, and this is what she faxed to

9  us, including her original departure appraisal, which

10  is the appraisal we did not request and requested a

11  rating from her supervisor.

12     Q.   Do you know why this was not in the file?

13     A.   Yes, because this is property of the

14  applicant.

15     Q.   Do you have an explanation for why a copy or

16  a version of the departure appraisal is not in the

17  merit promotion file?

18     A.   I don't.  It should be, because we got it.

19  It wouldn't have been forwarded, but we should still

20  have it in the materials in the back.

21     Q.   Turning to the top page of the appraisal,

22  line 16 C, can you please tell me what date is on

79

1  appraisal in Exhibit 8?  Please tell me what date is

2  on line 16 C of this document?

3     A.   6/04/03, so June 4, 2003.

4     Q.   And is this document signed by David Geber?

5     A.   Yes, it is.

6     Q.   And is it signed by Beverly Babers?

7     A.   It is.  So what that means is -- the

8  departure rating, the one from --

9     Q.   There is no question posed.

10        If you can turn to the front of Exhibit 8.

11  What is the date next to your signature on that line?

12     A.   6/2/03.

13     Q.   And that would be what date?

14     A.   June 2, 2003.

15     Q.   And if you would, could you please turn to

16  Exhibit 6.  This is the merit promotion folder

17  checklist?

18     A.   Yes.

19     Q.   Under last evaluation, missing material

20  received, what is the date?

21     A.   6/4/03, June 4, 2003.

22     Q.   Are you sure --

78

1  that line?

2     A.   3/24/03.

3     Q.   And that is March 24, 2003?

4     A.   Yes.

5     Q.   And this -- is there any signature noting --

6  contained on this document referencing David Geber?

7     A.   No.

8     Q.   Is there any signature referencing Beverly

9  Babers?

10     A.   No.

11     Q.   If you can turn back to Exhibit 8, please.

12     A.   Got it.

13     Q.   The notation at the top qualifications

14  record page, under the columns, can you please read

15  for us what that notation says?

16     A.   Departure submitted, left message, LM,

17  manager, 6/2.  L M was my shorthand for left message.

18     Q.   And when did you leave that message?

19     A.   6/2.

20     Q.   And that would be --

21     A.   June 2.

22     Q.   Can you refer to the rating performance

80

1     A.   Sorry, one line -- 5/14/03.

2     Q.   And what date is that?

3     A.   May 14, 03.

4     Q.   And whose initials are there?

5     A.   Mine.

6     Q.   And who is the ranking official on this

7  page?

8     A.   David Geber.

9     Q.   And who is the "to selection name of

10  manager" noted here?

11     A.   Beverly Babers.

12            (Sprott Exhibit No. 14 was.

13            marked for identification.)

14        BY MR. DANN:

15     Q.   You have been given what has been marked as

16  Exhibit 14.  Do you recognize this?

17     A.   Yes.

18     Q.   What is it?

19     A.   This is the form 2065, this is the

20  qualifications determination memorialization by

21  myself for my qualifications review on Pamula

22  Robinson.

81

1    Q.  Let the record note that this exhibit is
2    also contained in the large Exhibit 5 merit promotion
3    file.
4         MR. NEBEKER:  If you ask the witness to
5    confirm whether it is signed in the large file, I
6    would appreciate that.
7         BY MR. DANN:
8    Q.  Are these the same documents?
9    A.  Yes, they are, but one is signed and one is
10   not.
11   Q.  And which is signed?
12   A.  Exhibit 14.
13   Q.  And what is the date?
14   A.  June 7, 2003.
15   Q.  And who signed it?
16   A.  Myself.
17   Q.  Do you have an explanation for why this
18   exhibit is signed and yet Exhibit 9 is not signed by
19   you?
20   A.  I don't.
21   Q.  Do you have an explanation for why this
22   exhibit is dated and Exhibit 9 as not dated?

83

1    qualified for the 512 position announced in vacancy
2    announcement APB-03-138MM, did race play any role?
3    A.  It didn't.  I didn't know the race of either
4    woman at the time.
5    Q.  I believe you indicated in assessing
6    Ms. Robinson's qualifications, you had not contacted
7    your supervisor for assistance because it was not a
8    close call; is that correct?
9    A.  That is true, I did say that.
10   Q.  Can you just summarize for us, very briefly,
11   why it was that it wasn't a close call?
12   A.  None of the experience she described in her
13   application came close to meeting the standards
14   described in the qualifications standards handbook.
15   I gave her a fair shake.  I looked at every job she
16   listed and noted I went through every single one in
17   detail and there was nothing there that was
18   qualified.
19   Q.  I believe you started to describe the
20   significance of Exhibit 8 , page 56, which contains
21   signatures or the names Geber and Babers.  Can you
22   tell us what the significance of that is?

82

1    A.  I don't.
2         MR. DANN:  That is all we have for you,
3    Mr. Sprott.  I believe Mr. Nebeker may have questions
4    for you.
5         MR. NEBEKER:  I have a couple.
6         EXAMINATION BY COUNSEL FOR DEFENDANT
7         BY MR. NEBEKER:
8    Q.  Exhibit 14, it seems to have at the bottom,
9    upside down, a fax line?
10   A.  Yes.
11   Q.  A line showing when it was faxed?
12   A.  Yes.
13   Q.  Do you recognize any of that?
14   A.  I don't.  July 10 of this year, I think I
15   was in Hawaii and I was definitely not working for
16   the IRS at the time.
17        512, is that Chicago?  I don't even know
18   where that is.
19   Q.  Is that the area code you are looking at?
20   A.  Yes.
21   Q.  In making your assessment regarding whether
22   or not Ms. Pamula Robinson or Ms. Sheila Jones was

84

1    A.  I was just comparing the two performance
2    appraisals and why one was accepted and one wasn't.
3    You can see the one initially submitted, Exhibit 8 -
4    Q.  Turn to page 56 of Exhibit 8.
5    A.  This is an annual appraisal.  In line 16 A,
6    you can see the rater is typically her boss, David
7    Geber.  The reviewing official, that is usually the
8    second level supervisor, is Beverly Ortega Babers.
9    So looking at this, you can tell that her new boss,
10   David Geber and her second level supervisor was
11   Beverly Ortega Babers, whereas back on the departure
12   appraisal she submitted, which was part of the --
13   part of Exhibit 13, you can see she had a different
14   supervisor at the time, whoever that was.
15   Q.  How would you have gotten the information
16   about who her current supervisor was in June of
17   2003 -- who Ms. Sheila Jones' supervisor was to get a
18   new appraisal for her?
19   A.  It is listed on her form 3546 -- I can't
20   read it here, but it would be line four of the form
21   4536.  It tells you the supervisor's name and box
22   five is their phone number.  You can also pull up

87

1  their name on the IRS and it will tell you the full
2  reporting lines just by clicking on the right codes.
3      Q.  If you look at your checklist?
4      A.  Exhibit 6?
5      Q.  Exhibit 6.  I was trying to figure out how
6  the Exhibit 8, page 56, was prepared in June of '03,
7  and you have on the line of the checklist, last
8  evaluation slash missing material received, 5/14/03.
9      A.  As I mentioned earlier in this deposition,
10  where it is typed in, even though my initials are
11  typed in, I certainly did those things, my assistant
12  typed in everything that was typed in on the sheet
13  and it looks like she was sloppy and just pasted 5/14
14  over and over and pasted it one too far, because this
15  announcement was still open on 5/14 so there is no
16  way last evaluation could have been received because
17  we were still accepting applications at the time.
18      Q.  What is the significance of the line "to
19  ranking, name of manager, David Geber?
20      A.  That is who we sent the package to for
21  ranking, so it was up to him to assemble the ranking
22  panel.  The selecting official cannot be on the

JARDIM REPORTING ASSOCIATES
(703)867-0396

---

1      Q.  You indicated during your testimony that
2  this type of appraisal would be rejected.  Do you
3  have a written policy that memorialized that
4  statement?
5      A.  Yes, it is in the contract.  It would be
6  under either 12 or 13, which ever has to do with
7  merit promotions.  Either 12 or 13 has to do with
8  performance appraisals and one has to do with merit
9  promotion and there will be a section which
10  specifically says, accepted for merit promotion is
11  the rating of record.  And then you have to say, what
12  is that, and then you go to the performance appraisal
13  section to determine if the departure rating is the
14  rating of record or not.
15      Q.  Mr. Nebeker asked you to look at and review
16  the form, application for promotion and reassignment
17  card.
18      A.  That is the 4536.
19      Q.  And he asked you to look at the supervisor's
20  name.  Did you in fact look at the supervisor's name
21  and pull it up on the list serve you mentioned?
22      A.  I did one or another.  I don't recall

JARDIM REPORTING ASSOCIATES
(703)867-0396

---

86

1  ranking panel per the contract.
2          MR. NEBEKER:  No further questions.
3          FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
4          BY MR. DANN:
5      Q.  If you can turn back to Exhibit 13,
6  Ms. Jones' appraisal, line 16 A and 16 B.  Are there
7  two signatures there?
8      A.  Yes.
9      Q.  And what are those -- what do those two
10  signatures signify?
11      A.  16 A would have been her boss at the time of
12  the departure rating, and you can look at box seven
13  so it should tell you the period covered so you can
14  assume that person stopped being her boss --
15      Q.  16 B?
16      A.  16 B, the reviewing official is who makes
17  sure the rating is appropriate, so the boss of the
18  rater on 16 A.
19      Q.  So we can understand from these two
20  signatures that this appraisal was reviewed and
21  authorized by two supervisors?
22      A.  Yes.

JARDIM REPORTING ASSOCIATES
(703)867-0396

---

88

1  which it was.
2      Q.  Can you please define what you meant by
3  rating of record?
4      A.  Your rating of record is the performance
5  appraisal that stands for a year.  As I mentioned
6  earlier, there are a couple of appraisals can get and
7  they are in the contract.  There is departure rating,
8  and a 90-day temp rating, if you have a detail for 9)
9  days, but your rating of record is your annual
10  appraisal, unless the departure rating is accepted.
11      Q.  Were you speculating when you testified
12  about Ms. McDonald's sloppiness?
13      A.  I would have to be.
14      Q.  That is all we have.
15          FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT
16          MR. NEBEKER:  Let's mark this as 15.  I
17  don't have an extra copy.
18              (Sprott Exhibit No. 15 was.
19              marked for identification.)
20          BY MR. NEBEKER:
21      Q.  Would you look at what has been marked as
22  Exhibit 15.  I think you testified in your deposition

JARDIM REPORTING ASSOCIATES
(703)867-0396

1  just a little while ago that there was article 12 and
2  article 13. What was that of?
3      A.  The national agreement or NORD-5. This is
4  the bargaining agreement between the National
5  Treasury Union Employees and management of the
6  Department of Treasury.
7      Q.  What is Exhibit 15?
8      A.  This is article 12 and 13 of that bargaining
9  unit; article 12 being the  performance appraisal
10  system and article 13 being promotion and other
11  competitive actions, merit promotions.
12          MR. NEBEKER:  Nothing further.
13          MR. DANN:  I believe that concludes your
14  deposition.
15          (Whereupon, at 2:55 p.m. , the taking of the
16  deposition was concluded.)
17          (Signature not waived.)
18              - - -
19
20
21
22

---

91

## CERTIFICATE OF DEPONENT

I have read the foregoing 90 pages, which
contain the correct transcript of the answers made by
me to the questions therein recorded.

_____

CARSON SPROTT

- - -

I hereby certify that the individual representing
him/herself to be the above-named individual,
appeared before me this _____ day of _____ and
executed the above certificate in my presence.

_____

Notary Public

My Commission Expires:

---

90

## CERTIFICATE OF NOTARY PUBLIC

I, CATHY JARDIM, the officer before whom the
foregoing deposition was taken, do hereby testify
that the witness whose testimony appears in the
foregoing deposition was duly sworn by me;  that the
testimony of said witness was taken by me
stenographically and thereafter reduced to a
transcript under my direction; that said deposition
is a true record of the testimony given by the
witness; that I am neither counsel for, nor related
to, nor employed by any of the parties to the action
in which this deposition was taken; and further, that
I am not a relative or employee of any attorney or
counsel employed by the parties hereto nor
financially or otherwise interested in the outcome of
the action.

_____

Cathy Jardim

Notary Public in and for the
District of Columbia

My commission expires:
July 31, 2007

---

92

ERRATA SHEET
To the deponent:  Please read the transcript of your
deposition and indicate on the lines below your
corrections.  Then sign and have your signature
notarized.
PAGE#, LINE#    CORRECTION    REASON FOR CORRECTION

PURSUANT TO 28 U.S.C., SECTION 1746, I HEREBY DECLARE
UNDER PENALTY OF PERJURY THAT I AM THE DEPONENT AND
THAT THIS CERTIFICATE OF DEPONENT AND ERRATA SHEET
WERE PREPARED BY ME.

_____        _____
CARSON SPROTT              (Signature)

Subscribed to and sworn by:

_____        _____
Notary Public          My Commission expires:

**Career Opportunities List**
**Announcement**
APB-03-138MM

Announced 05/05/2003, closes 05/19/2003

INTERNAL REVENUE AGENT (SR. PROGRAM ANALYST)
GS-0512-14, Full Time, (BU)
ANN NO: APB-03-138MM, SPO: 2844, PD: 94621
APPEALS, TECHNICAL SERVICES
TAX POLICY PROC (LM/TE)
POD's:     1 MED -Various PODs, --
MOVING EXPENSES AUTHORIZED: NO
1 perm posn. POD can be in any of the following: Washington DC,
St. Louis,MO or Los Angeles,CA. Appeals tax comp Specialist
experience is highly desirable. Some travel required. All forms
must be faxed or postmarked by COB:5/19/03. Fax# (510)637-2784.
STEP AUTH# 27265,27266,27268.
Contact:  Michele McDonald, 510-637-2777
Forms Required: 4536, 9686, current appraisal with narrative

Please forward all required forms to the following
personnel office:
(2844)  Oakland Personnel Office
        Personnel Branch A:PS:O:D:Oak
        1301 Clay Street
        Suite 600S
        Oakland, CA  94612-5210
        PH: 510-637-2777
        FX: 2857 or 2789


Sprott
EXHIBIT NO. 3
9-28-06
C. Jardim

# Qualifications Record

**1. NAME**

Jones, Sheila

**2. NATURE OF ACTION**

APN-RPN-03-138MM

**4. POSITION TITLE, GRADE AND SERIES**

Internal Revenue Agent GS-0512-14

**3. LOCATION OF POSITION**

DC, LA, or St. Louis

**5. QUALIFICATION STANDARD USE**

QSH

**6. TIME REQUIRED BY STANDARD (Specify years or months)**

| 6.A. TOTAL | 6.B. GENERAL | 6.C. SPECIAL | 6.D. IN NEXT LOWER GRADE | 6.E. IN SECOND LOWER GRADE |
|---|---|---|---|---|
| 1 | 0 | 1 | GS-13 | |

**19. ADMINISTRATIVE OR SUPERVISORY EXPERIENCE REQUIRED BY STANDARD**

☐ YES ☐ NO

**8.A. WRITTEN TEST REQUIRED:** ☐ YES ☐ NO

**8.B. IF "YES," GIVE TITLE, ELIGIBLE RATING, AND DATE.**

IN NEXT LOWER GRADE:

IN SECOND LOWER GRADE:

| | FROM | TO | EXPERIENCE AND TRAINING CREDITED (Including Mil. Ser.) TITLE, SERIES & GRADE. (IF NON-GOVERNMENT, GIVE TITLE & SALARY | GEN'L YRS-MOS | SPEC. YRS-MOS |
|---|---|---|---|---|---|
| 9. | 10/21/01 | prs | Sr. Program Analyst TAX 512-13 | | |
| 10. | | | | | 11 |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | SUBSTITUTION ALLOWED | | |
| 16. | | | | | |
| 17. | | | | | |

**18. REMARKS**

TIG _____

SPECIALIZED _____

SPF _____

Departure submitted Cmmnr Ltr

**TOTAL** 11

Scott EXHIBIT NO. 5 9-28-06 C. Jardim

**20. QUALIFIED** ☑ YES ☐ NO

**20. SIGNATURE OF REVIEWER**

**21. DATE** 6/2/03

FORM 2065 (REV. 11-81)    U.S. GPO: 1965-0-461-505/32

DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE

48

# APPLICATION FOR PROMOTION/REASSIGNMENT

Name (Last, First, Middle)

Jones, Sheila E.

Social Security Number

Vacancy Announcement Number

APB-03-138MM

Closing Date 5/19/2003

Check Appropriate Box For Consideration (See Instructions)

☒ One-Time
☐ Continuous
☐ Management Careers Program

## A - PRESENT POSITION

1. Title, Series and Grade

Internal Revenue Agent (Program Analyst) GS 512-13

3. Employing Office, Address, and Symbols

St. Louis Appeals
1222 Spruce St., Room 6304
Stop 8000STL
St. Louis, MO 63103

2. Office Phone 314-612-4885

## B - POSITION FOR WHICH YOU WISH TO BE CONSIDERED
(List only one kind of position and one grade)

8. Title

Internal Revenue Agent (Sr. Program Analyst)

9. Series and Grade

GS-512-14

10. Desired Location (Place "X" to indicate only one organization)

| | |
|---|---|
| X | National Office |
| | Regional Office |
| | District Office |
| | Service Center |
| | Detroit Computing Center |
| | Martinsburg Computing Center |

Specify which Region, District, or Service Center - National Office

Supervisor's Name

rvid M. Gebr

5. Office Phone 202-694-1827

11. Desired Post of Duty (See Instructions)
St. Louis, MO

12. Desired Division and Branch
Appeals Technical Services

MANAGEMENT CAREERS APPLICANTS - DO NOT COMPLETE BLOCKS 6 AND 7
ecify training you have had appropriate to position applied for (Additional space on reverse side if needed)

enue Agent Phase I, II, III, IV, V
litor (TCS) Basic Training
Us
ds Received and Date (Additional space on reverse side if needed)
al Act Award - 8/02
mance Award - 8/01
mance Award - 8/00

LEAD Functional/LEAD Core Management Training
Restricted Interest Training - Basic and Intermediate

SGML Training
BNA 1120 Computation Training

Signature

ula E Jones

(Rev. 8-91), Cat. No. 23095P

Date

5/14/2003

Supervisor's Initials

D ms

Date √14/03

(See Reverse Side for Privacy Act Statement)

Department of the Treasury - Internal Revenue Service

rec 5/14

49

| Applicable Standard | Last Promotion Date | Do Not Write in Space Below - Personnel Office Use Only | | |
|---|---|---|---|---|
| | | Indicate Written Test Series, If Required | Date Test Taken | Test Results |
| ☑ Meets Basic Eligibility Requirements Now | Reason: | | | |
| ☐ Does Not Meet Eligibility Requirements | *S,2* | Date Notified | Personnel Specialist | |
| | | | Office Phone | |

Additional space for training and awards received. *(Please use corresponding number on reverse side.)*

6. Experience as Chief, Technical Section
   Member of Appeals TCS IRM Task Force
   Member of TCS Critical Elements and Standards Task Force
   TCS CPE Planning Committee Member
   Instructor - (TCS CPE and LEAD Functional for TCS Managers)
   Member of Work Group to Create TCS Ranking Criteria

## PRIVACY ACT STATEMENT

### GENERAL

This form is not contained within a system of records, however, as it is soliciting personal information, a statement is included. This ____ement is provided for individuals applying for reassignment or promotion under the Internal Revenue Service promotion plan.

### AUTHORITY

The authority to collect this information, including the SSN, is derived from one or more of the following: 5 U.S.C. 3301 and 3302; Executive Orders 10577 and 9397.

### PURPOSES AND USES

The information you supply on this form as well as other information will be used to determine your qualifications for the position you are applying for. The SSN will be used to ensure proper identification. The information will be used by officials with IRS who have a "need to know." Disclosure may also be made to the Office of Personnel Management (OPM) under the requirements of the Federal Personnel Manual (FPM).

### EFFECTS OF NONDISCLOSURE

Your providing the requested information is voluntary, however, your failure to do so may result in your application not being processed.

50

# Merit Program Questionnaire (MPQ)

(It is the applicant's responsibility to accurately and thoroughly complete this form.) A separate MPQ should be completed for each position for which you wish to be considered.

**Purposes and Uses:** The information you furnish on this form as well as other information that is developed will be used to determine your qualifications/potential for the position for which you are applying under the Merit Promotion Program. The information will be used on a "need to know" basis by Internal Revenue Officials. The information may also be provided when appropriate, to the Office of Personnel Management under the routine uses listed on page 45239 of the Federal Register, Vol. No. 200, 2200 Thursday, October 14, 1976. The information contained on this form is a part of TR/IRS 36.003, General Personnel Record.

**Privacy Act and Public Burden Statements**

Section 1104 of title 5 allows the Office of Personnel Management to authorize other Federal agencies to rate applicants for Federal jobs. We need the information you put on this form to see how well your education and work skills qualify you for a Federal job.

We must have your Social Security Number (SSN) to keep your records straight because other people may have the same name and birth date. The SSN has been used to keep records since 1943, when Executive Order 9397 asked agencies to do so. The information we collect will be used for employment purposes, including checking references, or establishing suitability for employment, may be given to Federal, State and local agencies in response to lawful requests for information or when necessary to report apparent violations of law, or other lawful purposes. Giving us your SSN or any of the other information is voluntary. Failure to provide this information may affect your ranking among applicants.

Public burden reporting for this collection of information is estimated to vary from 20 to 120 minutes with an average of 50 minutes per response, including time for reviewing instructions, searching existing data sources, gathering data needed and completing and reviewing the collection of information.

| 1. Position, series, and grade for which you are applying | | | | 2. Announcement number | 3. Closing date |
|---|---|---|---|---|---|
| Internal Revenue Agent (Sr. Program Analyst), GS-512-14 | | | | APB-03-138MM | 5/19/2003 |

| 4. Name (last) | (First) | (MI) | 5. Current position |
|---|---|---|---|
| Jones | Sheila | E. | Internal Revenue Agent (Program Analyst) |

| Mailing address | | | | Series and grade | Date of last promotion |
|---|---|---|---|---|---|
| City | State | Zip Code | | GS-512-13 | 10/21/2001 (NTE 1 yr) |
| | | | | Function and Office Code Symbol | |
| 6. Telephone numbers (including area code) | | | | AP:TS:TP&P:LMSB and TEGE | |

Day: 

Evening: 

| 8a. High School or (highest grade completed)/Vocational/Trade/Other: | 7. Social Security Number |
|---|---|
| Cahokia High School | |
| Cahokia, IL 62206 | |

| b. Name of college or university, location and Zip Code | Attended month and year | | Major: Accounting | Degree and date |
|---|---|---|---|---|
| | From | To | Credits completed Semester or Quarter Hours | |
| Fontbonne University, St. Louis, MO | 9/1992 | 6/1995 | 152 | Bachelor of Science - 6/1995 |
| Southwestern Illinois College, Belleville, IL | 9/1972 | 6/1974 | 62 | Associates Degree - A.S. |

| c. Chief undergraduate subjects | Credits completed | d. Chief graduate subjects | Credits completed |
|---|---|---|---|
| Accounting | 22 | | |
| Business Law | 6 | | |
| Economics | 6 | | |

**ATTACH TRANSCRIPT(S) FOR POSITION WITH POSITIVE EDUCATIONAL REQUIREMENT**

9. Other formal training or course (Do not attach copies of training certificates.)

| Type of Training/Course, eg: OPM, IRS, College, Army, etc.) | Location | Title | Date | |
|---|---|---|---|---|
| | | | From | To |
| IRS | St. Louis, MO | Rev. Agent Phase I, II, III, IV, V | 10/1979 | 5/1992 |
| IRS | San Francisco/St. Louis | Lead Functional/Lead Core | 1/1991 | 2/1992 |
| IRS | Cincinnati, OH | Special Processing | 8/1993 | 8/1993 |
| RS | Chicago, IL | Restricted Interest | 8/1994 | 8/1994 |
| S | Lexington, KY | Intermediate Restricted Interest | 5/2000 | 5/2000 |
| IRS | New Carrollton, MD | SGML Training | 1/28/2002 | 2/1/2002 |

Form 9686 (Rev. 12-2001)    Catalog Number 21010Y    publish.no.irs.gov    Department of the Treasury-Internal Revenue Service



10. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience.)

| Date (Mo/Day/Yr.) | | Position (Show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week. |
|---|---|---|---|---|---|
| From: | To: | | | | |
| 10/21/01 | Present | Sr. Program Analyst (10/21/01 to 12/14/02) Internal Revenue Agent-Program Analyst (12/15/02 to present) | GS 512-13 | $84,164 | 40 |

Your Immediate Supervisor: David M. Geber

Telephone Number: (202) 694-1827

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)

Prior to Appeals' Refinement, my program responsibilities included coordinating LBS Travel Expenses, coordinating Friday Report articles submitted by LBS employees, Early Referral Program, Delegation Orders and Policy Statements, and IRM Part 8 Updates. Specifically my duties included monitoring travel usage, and generating and analyzing monthly travel reports using the Automated Financial System program. Friday Report articles prepared by LBS employees were sent to me to ensure all publishing guidelines were followed, and that the article was accurate and appropriate for publishing. I generated and analyzed AdHoc reports on the Early Referral Program cases to identify systemic problems with the assignment process. I suggested possible enhancements to the program. I was involved in coordinating changes made to Delegation Orders 42, 97, 236, and 247, which included ensuring the clearance process was properly followed.

In early October, responsibility for the entire TCS Program transitioned to me. My duties include coordinating a wide array of activities relating to the TCSs. This program covers a wide array of activities which programs each employee uses. I also coordinate a committee who is responsible for suggesting and reviewing changes and updates to the TCS Web Site. On a monthly basis, I plan and lead conference calls with two TCS groups - the ATCSAG (Appeals Tax Computation Specialist Advisory Group) and the RGS Area Contacts Group. These two groups are an integral tool to communicating with field employees to ensure their concerns are identified and addressed. I have been actively involved in updating TACS (Technical Automated Control System), which is used by the TCSs to generate monthly time reports and to track inventory. I also coordinate and oversee an IRM 8.17 work group responsible for updating the TCS portion of the IRM. (see item 17 a. for additional duties)

| 11. Date (Mo/Day/Yr.) | | Position (Show organizational title and activity or function. Use additional sheet, if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week. |
|---|---|---|---|---|---|
| From: | To: | | | | |
| 2/2/97 | 10/20/01 | LMSB Appeals Tax Computation Specialist | GS-512-13 | $74,322 | 40 |

Your Immediate Supervisor: Mary K. Nystedt

Telephone Number: (312) 886-5736 Ext. 687

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)

As a team member on the Team Case Leader's cases, I worked with the most complex and complicated auditing, computational and procedural issues within LMSB: Area 3 Appeals. Each case required direct communication with the taxpayer's representative to resolve complex issues and computational differences. Many times a written position on settlement of computational issues was provided to the Team Case Leader for inclusion in the ACM. Contact with Compliance personnel was also necessary on most cases to resolve questions and differences between the 120-day pre-computation and the Revenue Agent Report.

The cases required research of old tax law and/or interpretation of court decisions and opinions. These cases also involved precedent setting determinations which required a considerable amount of judgment and knowledge in order to interpret case documents and applicable tax laws. The cases involved usually concerned large partners, and national and international operations. This position required me to analyze and review voluminous case file materials in order to clearly and persuasively present the government's position on computational issues, and to prepare accurate audit statements that were legally correct.

When preparing statutory notices of deficiency on these complex cases, particular attention was paid to details provided in the Revenue Agent Report, Team Case Leader and/or Area Associate Counsel's instructions. This was critical to the accuracy and validity of the statutory notice. It was also an important source of information provided to the taxpayer so that the unagreed issues were fully understood and the government's position was properly defended.

orked independently and required very minimal supervision or input from the Team Case Leader or my supervisor.

Form 9686 (Rev. 12-2001)

(If needed, use additional sheets)

Sheila E. Jones

11. Experience, continued

| Date (Mo/Day/Yr.) | | Position (Show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| From: | To: | | | | |
| 1/1/1990 | 2/2/1997 | Chief of Technical Section in St. Louis Appeals | GM - 512-13 | $59,600 | 40 hrs |

Your Immediate Supervisor
Diane S. Ryan

Telephone Number:
(314) 612-4640

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)

I was a first line supervisor responsible for planning, directing, coordinating and reviewing work for the technical analysts (currently known as tax computation specialists) who determined and reviewed final tax liabilities for all appealed cases, prepared statutory notices of deficiency and Rule 155 computations, determined Jt. Committee jurisdiction, and performed other duties relating to accounting and auditing work. Staffing under my supervision ranged from 4 to 9 technical analysts.

My duties entailed monitoring the aging of the cases received in the Technical Section to ensure lapse time was kept within the guidelines set by Regional Office. When possible, I performed audit computations on the more complex cases. In addition, I provided technical and procedural guidance to managers, appeals officers, district counsel attorneys, technical analysts, and other support employees. When a problem arose a case relating to the audit or restricted interest computations, I coordinated with ESPB to resolve the problem so processing of the case was not delayed. I not only routinely interacted with ESPB, but also with the Problem Resolution Office and the KCSC to resolve taxpayer inquiries pertaining to account or billing problems.

As the supervisor, I prepared numerous written case reviews, a mid-year evaluation and an annual performance appraisal for each technical analyst. I also provided a mid-year appraisal and an end-of-year accomplishment statement to my supervisor for each fiscal year. I acted as on-the-job instructor for new hires, and provided workshops to train my employees on new or complex areas of tax law that impacted their jobs.

Each year my PMRS objectives included a requirement that the Technical Section provide good customer service, produce quality work products, and keep the turnaround time on the cases to a minimum. Thus, it was my responsibility to analyze my subordinate's monthly reports to identify discrepancies or problems that adversely impacted my objectives. When identified, I had to determine what actions to take to remedy them. I created a spreadsheet that tracked the monthly inventory for the section. It kept track of hours spent on the case and the length of time the case was in the section. From this, I compiled a monthly report that was given to the Chief, Appeals.

I was a member of the Appeals Regional Quality Council. This council was responsible for analyzing quality suggestions submitted by employees throughout the Region to determine if they had merit. Discussions centered on whether to form a team; who would populate the team; who would be directly and indirectly impacted by the findings, etc. As a member, I was given ownership of one or more quality suggestions. This meant I was responsible for staying on top of the team's progress, offering my assistance when necessary, and providing the Council with updates at the monthly meetings.

53

12. Awards (List specific types of awards and date received with the last 3 years; list other special recognition and any pertinent information)

Special Act Award - 8/11/2002
Performance Award - 8/12/2001
Performance Award - 8/22/2000

(DO NOT ATTACH COPIES OF AWARDS, LETTERS OF APPRECIATION, ETC.)

13. Organization (Show membership, and offices, professional societies civic groups, etc.)

Secretary, Ridge Ladies Golf League - 2003
President, Ridge Ladies Golf League - 2000/2002
Council Member, Belleville Diocese Youth Ministry Council - 2001/2002/2003
Catechism Teacher, Sts. Peter and Paul Parish School of Religion - 2000/2001/2002/2003

14. Other Assignments (details, task forces, on-the-job- instructor etc.)

LMSB and TCS CPE Planning Committee for 2002/2003
IRM Part 8 Work Group - 2002
Coordinator for LMSB ATM Guide Work Group - 2002
TCS CPE Instructor in 2000/2001/2002
ATCL and Tax Computation Specialist Ranking Scheme Work Group - 2002
Appeals Tax Computation Specialist IRM 8.17 Task Force
Tax Computation Specialist Critical Elements and Standards Task Force
Coordinator of In-House BNA Software Training for Large Case TCSs in Midstates Region
Midwest Regional Quality Council
Midwest Appeals Automation Council
TCS on-the-job Instructor

15. Special Qualifications and Skills (Languages- Indicate level of proficiency (Very Good, Good, Fair) to converse, write, read, Shorthand (words per minute, Typing (words per minute), computer skills, etc.)

Proficient in the use of the following software programs:
> Excel                  > Word
> PowerPoint             > BNA
Experience in using SGML for IRM Updates and DMI for computing Interest
Proficient typing skills - 65 wpm
Excellent communication skills - written and oral

16. Kind of Job Related License or Certificate Held (CPA, CIA, Lawyer, Engineer, etc.)

N/A

Form 9686 (Rev. 12-2001)

54

17. Statement of Accomplishment: Describe duties and accomplishments which demonstrate your potential for the position to be filled. Use additional sheets if necessary.

a. Describe your current duties and responsibilities that are relevant for this position.

(continuation of item 10 above)

After the Refinement, I continued to have responsibility for the TCS Program, coordination of Friday Report submissions, and the Early Referral Program. In addition, I was given responsibility for Statutes.

I participated and helped coordinate a work group assigned the task of writing the LSB text for the ATM Guide. In addition, another analyst and I worked with the ATMs on this work group to create the ranking criteria and standard interview questions for the ATCLs. Subsequently, we also created the ranking criteria for the Tax Computation Specialist GS 526-9, GS 512-11, 12 and 13 positions. Currently, I am coordinating the TCS CPE and assisting with the ATCL CPE planning for 2003. I also participated in planning both the ATCL and the TCS CPEs for 2002, and was an instructor for the TCS IRM 8.17 session at the CPEs in 2001 and 2002.

I have been designated as the TCS representative on the Reporting Compliance Advisory Council (RCAC), a cross-functional group who discusses and plans activities relative to the RGS software. I was also the TCS representative on the Shared Drive Initiative group, who was charged with finding ways to utilize the shared drive to increase productivity in Appeals.

b. Describe any special qualifications that are relevant for this position. (Give examples.)

Temporary Promotion and Reassignment to Program Analyst - My current position mirrors the requirements of this job announcement. The experience that I have gained since becoming a Program Analyst in October 2001 is instrumental in highly qualifying me for this position.

Appeals Tax Computation Specialist IRM Task Force Member - Participation on this task force demonstrated my ability to communicate effectively both orally and in writing. It also supported my extensive knowledge of the TCS position.

Chief, Technical Section - The experience of planning, coordinating and managing the work of subordinates while monitoring the satisfaction of customers - both internal and external - is a pertinent tool to performing the duties of a Program Analyst.

I certify that to the best of my knowledge and belief, all of my statements on this form are true, correct, complete, and made in good faith.

Original signature (Sign each application in ink)

_Sheila E. Jones_

Form 9686 (Rev. 12-2001)    Catalog Number 21010Y    publish.no.irs.gov

19. Date signed (Month, day, year)

5/14/2003

55

Department of the Treasury-Internal Revenue Service

# Bargaining Unit Performance Appraisal and Recognition Election

(Review instructions before completing this form)

| 1. Name of employee (Last, first, middle initial) | 2. Social Security Number | 3. Reason for Appraisal |
|---|---|---|
| Jones, Sheila E | | ☒ Annual Rating   ☐ Interim Rating |

| 4. Office symbols/Organization | 5. Pay plan, series and grade | ☐ 90 Day Appraisal |
|---|---|---|
| Appeals - Tax Policy & Procedure - LMSB7TEGE | GS-512-13 | ☐ Other |

| 6. Position title | 7. Period covered | Reason for other: |
|---|---|---|
| Program Analyst | From: 5/1/02   To: 4/30/03 | 8. Mandatory progress review was conducted on March 7, 2003 |

| 9. Retention Standard Rating | ☐ Not Applicable | ☒ Met | ☐ Not Met |
|---|---|---|---|

| 10. Critical Job Elements (CJEs) | 11. Performance Aspects | 12. Performance Aspects Rating | | | | 13. CJE Ratings |
|---|---|---|---|---|---|---|
| | | Exceeds | Meets | Fails | N/A | |
| **I. Employee Satisfaction -- Employee Contribution** | A. Workplace Interaction | X | | | | |
| | B. Workgroup Involvement | X | | | | |
| | C. Workplace Environment | X | | | | 5 |
| **II. Customer Satisfaction -- Knowledge** | A. Issue Identification | | X | | | |
| | B. Technical Knowledge | X | | | | |
| | C. Issue Resolution | X | | | | 4 |
| | D. | | | | | |
| | E. | | | | | |
| **III. Customer Satisfaction -- Application** | A. Verbal Communications/Listening | X | | | | |
| | B. Written Communications | X | | | | |
| | C. Interaction | X | | | | 5 |
| | D. | | | | | |
| | E. | | | | | |
| **IV. Business Results -- Quality** | A. Accuracy of Work | | | | | |
| | B. Research & Analysis | X | | | | |
| | C. Security/Privacy/Disclosure | X | | | | 5 |
| | D. | | | | | |
| | E. | | | | | |
| **V. Business Results -- Efficiency** | A. Planning & Scheduling | X | | | | |
| | B. Workload Management | X | | | | |
| | C. Time Utilization | X | | | | 5 |
| | D. | | | | | |
| | E. | | | | | |

| 14. Overall rating | ☒ Outstanding   ☐ Fully Successful   ☐ Unacceptable | 15. Average CJE Score |
|---|---|---|
| | ☐ Exceeds Fully Successful   ☐ Minimally Successful | 4.8 |
| | ☐ Not Ratable   Reason for not ratable: | |

**A. Certification of Rating** - *By signing below, each Rater and Reviewer certifies that records of tax enforcement results (ROTERs) were not used to prepare this appraisal.*

| 16a. Rater name/title/signature/date | | |
|---|---|---|
| David M. Geber | *David M. Geber* | 6/2/03 |
| | Director, Tax Policy & Procedure LMSB/TEGE | |

| 16b. Reviewing Official name/title/signature/date | | |
|---|---|---|
| Beverly Ortega Babers | *Beverly Ortega Babers* | 6/4/03 |
| | Director, Technical Services | |

| 16c. Employee signature/date (Signature only indicates copy has been received, not agreement) | |
|---|---|
| *Sheila E Jones* | 6/4/03 |

| 17a. Revalidation of Rating of Record (Period covered) | 17b. Mandatory progress review conducted on | 18a. Revalidation of Rating of Record (Period covered) | 18b. Mandatory progress review conducted on |
|---|---|---|---|
| From:      To: | | From:      To: | |

| 17c. Rater name/title/signature/date | | 18c. Rater name/title/signature/date | |
|---|---|---|---|

| 17d. Reviewing Official name/title/signature/date | | 18d. Reviewing Official name/title/signature/date | |
|---|---|---|---|

| e. Employee signature/date (Signature only indicates copy has been received, not agreement) | | 18e. Employee signature/date (Signature only indicates copy has been received, not agreement) | |
|---|---|---|---|

Form 6850-BU (1-2003)    Cat. No. 35509M        publish.no.irs.gov        Department of Treasury - Internal Revenue Service

## Introduction

Sheila, this is your annual performance appraisal for the rating period of May 1, 2002 through April 30, 2003

You were a temporary GS 343-14 Program Analyst in LBS Operations until December 2002. Although on paper you returned to your prior position of a GS 512-13 Tax Computation Specialist, you actually remained in LBS Operations so that you could tie up loose ends. As a result of the Appeals Refinement, you were mapped to Tax Policy and Procedure (TP&P) LMSB/TEGE as a GS 512-13 Internal Revenue Agent (Program Analyst). Basically you have been performing the duties of a Program Analyst since October 2001.

Your program responsibilities while under LBS Operations included coordination of the Friday Report articles submitted by LBS employees, tracking and reporting on travel funds for all of LBS, Appeals Delegation Orders, Early Referral Program and coordination of the Area Director conference calls. Other significant assignments were added, most notably coordinating the IRM group focusing on updating the ATM Reference Guide, creating the ranking criteria for positions within LBS, and updating the LBS portion of the IRM.

Since the previous program analyst was leaving at the end of October, transition began in August to move responsibility for the TCS Program to you. You still have responsibility for that program as well as the Early Referral Program, the TP&P LMSB/TEGE Friday Report articles and Statutes. You have done a great job of handling all of your assignments and have made a significant contribution to the success of the TP&P LMSB/TEGE group.

## 1. Employee Satisfaction – Employee Contribution

I have rated you as exceeds in all aspects of this job element.

A. Workplace Interaction

Sheila, this aspect highlights one of your strongest assets – the ability to work well with others. As an analyst, you repeatedly demonstrate your ability to develop and sustain excellent interaction with others in the office. You readily volunteer to help with items outside of your own program area – such as the FY 2002 LBS and TCS CPE's, the development of ranking criteria for both the ATCL and TCS positions, and conducting interviews during the FY 2002 Operational Reviews. It should also be noted that at the end of this rating period, in coordination with two other analysts, you began the planning of FY 2003 ATCL and TCS CPE's. Your hard work and positive attitude are instrumental in your success in this aspect.

51

You waste no time in making necessary contacts so that you can continue moving forward on a task. You always take the initiative to find answers and seek guidance in areas that are new or unfamiliar to you. For example, when you were assigned the task of tracking the LBS travel funds you immediately made contacts to acquire permission and learn how to use the Report Management System (RMS) so that you could run the travel reports yourself.

Your current assignments require that you interact with a wide range of employees within and outside of Appeals. Because your interactions are always professional, courteous and productive, you have developed excellent rapport with members of our group, as well as other employees.

B.  Workgroup Involvement

Sheila, you again exceed expectations in this aspect of the job element. While in LBS Operations, you worked closely with several members of the workgroup to improve operations. You shared responsibility with another analyst in leading the IRM group and have worked effectively in conjunction with several members of the TP&P group to produce Friday Report articles. You and another analyst volunteered to develop ranking criteria for the ATCL and TCS positions, which resulted in an excellent product that will be used to assist in ranking promotion packages for these positions in the future.

During employee meetings, you readily participate in discussion of topics important to the group. You willingly share experiences and suggestions but always in a tactful, courteous way. When you obtain information that you feel would be helpful or important to the group, you do not hesitate to voluntarily share it. You regularly demonstrate that you are a team player and are always willing to offer assistance to others.

C.  Workplace Environment

Sheila, you always work well with others and are genuinely interested in offering help no matter what the situation. During this rating period, you demonstrated a willingness to do whatever is necessary to make the office a better, more productive place to work. You approach each task with a positive, upbeat attitude. Whenever interacting with co-workers, you are always receptive to their opinions and suggestions, and sensitive to their feelings. This has helped to create a cooperative atmosphere within the group, and has allowed others to be more receptive to you.

It is very valuable to have someone like you in the group. Your contributions towards the good of the group and not just your programs, demonstrate your adept ability to be a team player.

68

## 2. Customer Satisfaction – Knowledge

I have rated you as exceed in aspects B and C of this job element, and as met in aspect A.

### A. Issue Identification

Sheila, your program responsibilities present you with numerous opportunities to interact with all levels of employees within Appeals. Whether you are soliciting input for the update of the IRM, planning and coordinating conference calls with the Appeals Tax Computation Specialists Advisory Group, or discussing the TACS enhancements with the TCS Directors and ITS programmer, you effectively open the lines of communication and keep them open.

You are able to identify problems and/or solutions when they arise. As roadblocks are thrown up, you analyze the cause and seek a solution by researching all potential remedies. Before seeking the help of a co-worker or supervisor, you always form your opinion and organize your thoughts. Now that you have taken full responsibility for the TCS program, your expertise and knowledge in this area makes it very easy for you to identify issues that affect the TCS's.

### B. Technical Knowledge

You have considerable expertise in certain areas, especially that related to the Tax Computation Specialists. At the beginning of this rating period you were still basically new to the position of a program analyst. However, you quickly learned what roles you needed to play and took necessary steps to learn what needed to be done to successfully manage your programs.

Your expertise as a Tax Computation Specialist was a very big asset in the smooth transition of the TCS Program. You were able to immediately pick up and go forward with the various duties performed by the previous analyst, including participation on a cross-functional RGS group, coordination and planning conference calls with two different TCS groups, distribution of technical and procedural information pertinent to the TCSs, and coordination of the purchase and installation of the tax computation software.

Sheila, your analysis and recommendations for changes to the TACS program were key elements to the enhancements recently deployed in ACDS. Both TCS Directors depend on you to decide what needs to be done to make TACS a more effective management tool. The TCS Directors also consult with you on a variety of other issues relating to the TCS's. They have become comfortable with your input on both technical and procedural matters that impact the TCSs.

3

C. Issue Resolution

There is no doubt that you are adept at getting things done and bringing projects to a timely conclusion. You never hesitate to make contacts and seek information when there is a need to resolve issues that prevent tasks from being completed. One particular instance stands out – the purchase of the BNA software for the TCS's in October. The method of purchase changed significantly from the prior year. Problems developed with what items were being purchased for Appeals. There was much confusion along the way, but you stayed on it and in the end everything was satisfactorily resolved.

Another example was your handling of outdated software on some TCS's computers. You identified the problem during a conference call with the TCS Advisory Council and immediately sent an email to all TCS's detailing the versions of software they should have. Once you identified those employees who needed updating, you made the necessary contacts to ITS. Because you quickly identified this issue and took the necessary steps towards resolution, all TCSs now have the most current software available to do their jobs.

## 3. Customer Satisfaction – Application

I have rated you as exceed in all aspects of this job element.

A. Verbal Communications/Listening

Sheila, you communicate extremely well. When you came to the group, it did not take you long to establish excellent working relationships with everyone. This is due in part to your positive, upbeat attitude and your willingness to pitch in and help when needed. It is also due to your listening and speaking skills.

Your ability to establish rapport with your peers and the field employees can be measured by the success you have had managing your programs. You were a catalyst in leading the IRM group charged with updating the manager's guide. This group included field management and a NTEU representative. Because of your excellent communication skills, members of the group were kept updated, involved and on track through the use of regular conference calls.

You always clearly convey your thoughts to your listeners. Your ability to effectively communicate is supported by your teaching assignment at the TCS CPE last June. You conducted three sessions on the IRM 8.17 updates. Feedback indicated that your presentation was very helpful and very effective.



## B. Written Communications

Several times during the rating period, you demonstrated your ability to write effective communications. You not only write articles for the Friday Report but also edit articles submitted by other employees. One Technical Guidance ATM sent a very complimentary email commending you on the great job you did of editing an article he had submitted.

Sheila, it is routine for you to send written communications to Directors, Technical Advisors and Managers concerning issues related to your programs. All of your communications are tactful, effective and well thought out. The written communications you provide on various aspects of your programs gives me a clear picture of what you are doing and provides me with just the right depth of information to stay up-to-date. Your emails are always very well organized, well written and easy to understand.

Feedback from the Human Resources Specialist who worked with you and another analyst on creating the ranking criteria for the TCS and ATCL positions further supports your effectiveness at written communications. She commented that through hard work and commitment an "excellent" product was developed.

Recently the Director Technical Services specifically asked that you coordinate the Friday Report articles for all of TP&P. Her request was based on feedback from the editor, who praised your proficiency in editing and writing articles in a clear and concise manner.

## C. Interaction

As a Headquarters analyst, you often interact with field employees and other Headquarters analysts. You are able to build effective working relationships through courteous, professional interaction with employees. You have a friendly, outgoing personality which makes others feel very comfortable and open to communicating with you.

You are able to handle uncomfortable situations effectively by approaching them with sensitivity to the opinions and feelings of others involved. One particular instance comes to mind. One of the ATMs on the IRM workgroup had an assignment on the ATM Reference guide. Several days past his due date, you contacted him because his action was delaying completion of the guide. During the conversation, you not only offered him assistance, but also tactfully conveyed the fact that he was delaying progress on this project. Soon thereafter, he completed and submitted his assignment, and work on the guide was completed.

## 4. Business Results – Quality

I have rated you as exceed in all aspects of this job element.

### A. Accuracy of Work

You are very conscientious and always strive to produce the highest quality of work that you can. Whether you are writing or editing an article for the Friday Report, writing emails to the Areas on topics relative to your program areas, or preparing text for the IRM, you make sure the information is correct.

Because the Directors, Technical Advisors or Managers often forward information you send them to the field employees, you are very careful when analyzing information and making decisions about what should be shared with other Appeals employees. Obviously you are cognizant of the importance of providing information that is factually accurate.

### B. Research and Analysis

Sheila, your Tax Computation Specialist background has given you the necessary expertise to research and analyze information, and to use it when making decisions. As a relatively new analyst, you are required to research procedures when handling issues that are new to you, e.g. document clearances on forms and letters, use of AdHoc reports to analyze Early Referral cases in Appeals, and handling Barred Statute Reports.

When given an assignment that you are unfamiliar with, you quickly take steps to make the necessary contacts to gather information needed to complete the job successfully.

### C. Security/Privacy/Disclosure

Sheila, you are well aware of the need for confidentiality in your work. The travel reports you previously generated from RMS were "Official Use Only", and currently the Barred Statute Reports contain sensitive information that require you be cognitive of the need to protect them.

You always protect your computer and work area in accordance with local guidelines. Taxpayer information is appropriately destroyed. When you work with information that should be kept private, e.g. travel allocations, ranking criteria for TCS and ATCL positions, Barred Statute Reports, you take the necessary steps to ensure that the information does not fall into the hands of someone who does not have need for it.

## 5. Business Results – Efficiency

I have rated you as exceed in all aspects of this job element.

### A. Planning and Scheduling

There is no doubt that you effectively manage your time when planning your work. You easily recognize what is a priority and what is not, and always take quick actions to ensure that you meet any deadlines given to you. Although some of your projects are open-ended and have no specific deadline, you easily manage to keep them moving while handling your other work.

Sheila, you were instrumental in planning the conference calls for the IRM group charged with updating the ATM Reference Guide. Every month you scheduled the call, notified the participants, and after the call provided a written summary of what had transpired. Your diligence in coordinating this effort is one of the reasons the updates were completed within the projected time line. Since becoming responsible for the TCS Program, you identify agenda items and schedule conference calls with two different TCS groups. You wasted no time in taking over this responsibility from the prior analyst. Your ability to take control and decide what needs to be done is instrumental in keeping your programs operating efficiently.

### B. Workload Management

Sheila your assignments range from weekly updates to long-term projects. During this rating period, you have been successful in managing a wide variety of work assignments. When you feel overwhelmed, you do not hesitate to let me know so that I can help set your priorities. You have demonstrated that you can deal with varying challenges while successfully keeping your programs/assignments up-to-date.

Since becoming an analyst, you have quickly gained the expertise necessary to consistently manage your programs in a successful manner. Your past experiences as Chief, Technical Section and TCS have greatly contributed to your success in this aspect. In addition, your ability to track assignments, monitor due dates, and plan your workday have also contributed to your success.

### C. Time Utilization

During this rating period, you managed to handle a number of competing priorities and still meet the objectives established for your programs. This could only have been accomplished by effectively utilizing your time. Balancing the demands of short-term and long-term projects requires a person be organized and focused on the task at hand. You easily demonstrate your capabilities in this area.

You were able to handle extra assignments while concurrently managing your assigned programs. Two examples were your teaching assignment at the TCS CPE in June, and the help you are currently giving the TCS Directors. Because of your expertise in the TCS area, they continue to seek your advice and help with various aspects of the TCS Program. You manage to provide this assistance while keeping your other program analyst duties on track and progressing. Whenever you are given something requiring a response, you always make sure that it is completely timely.

# Qualifications Record

| 1. NAME | | | |
|---|---|---|---|
| *Robinson, Pamela* | | | |

| 2. NATURE OF ACTION | 3. LOCATION OF POSITION |
|---|---|
| APN-RPN-03-138MM | DC, LA, or St. Louis |

| 4. POSITION TITLE, GRADE AND SERIES |
|---|
| Internal Revenue Agent GS-0512-14 |

| 5. QUALIFICATION STANDARD USE |
|---|
| QSH |

**6. TIME REQUIRED BY STANDARD (Specify years or months)**

| 6.A. TOTAL | 6.B. GENERAL | 6.C. SPECIAL | 6.D. IN NEXT LOWER GRADE | 6.E. IN SECOND LOWER GRADE |
|---|---|---|---|---|
| 1 | 0 | 1 | GS-13 | |

**19. ADMINISTRATIVE OR SUPERVISORY EXPERIENCE REQUIRED BY STANDARD**

☐ YES ☐ NO

| 8.A. WRITTEN TEST REQUIRED: | IN NEXT LOWER GRADE: | IN SECOND LOWER GRADE: |
|---|---|---|
| ☐ YES ☐ NO | 8.B. IF "YES," GIVE TITLE, ELIGIBLE RATING, AND DATE: | |

| | FROM | TO | EXPERIENCE AND TRAINING CREDITED (Including Mil. Ser.) TITLE, SERIES & GRADE. (IF NON-GOVERNMENT, GIVE TITLE & SALARY | GEN'L YRS-MOS | SPEC. YRS-MOS |
|---|---|---|---|---|---|
| 9. | 10/01 | pres | Analyst - GS-343-13 | 1 7 | 3 6c |
| 10. | 7/28 | 10/01 | " - GS-343-13 | 1 7 | |
| 11. | 4/99 | 7/28 | " - GS-343-13 | 1 7 | |
| 12. | 6/91 | 4/99 | " GS-343-13 | 1 7 | |
| 13. | 12/89 | 6/91 | " GS-343-13 | 1 7 | |
| 14. | 6/87 | 12/89 | AO GS-930-12 | 1 7 | |
| 15. | 7/85 | 6/87 | SUBSTITUTION ALLOWED Sype. N GS-826-11 | 1 7 | |
| 16. | | | | 1 7 | |
| 17. | | | | | |
| 18. REMARKS | | | TOTAL | 1 7 | |

TIG _____

SPECIALIZED _____

SPF _____

Sprott
EXHIBIT NO. 9
9-28-06
C. Jardim

| 20. QUALIFIED | 20. SIGNATURE OF REVIEWER | |
|---|---|---|
| ☐ YES ☑ NO | | 21. DATE |

FORM 2005 (REV. 11-81)    U.S. GPO: 1965-0-461-505/32
DEPARTMENT OF TREASURY  INTERNAL REVENUE SERVICE

fee 5/15

# APPLICATION FOR PROMOTION/REASSIGNMENT

| Name (Last, First, Middle) | | Social Security Number | Vacancy Announcement Number | |
|---|---|---|---|---|
| Robinson, Pamula | | [redacted] | IMS-03- 138MM | |

| 1. Title, Series and Grade | A—PRESENT POSITION | | B—POSITION FOR WHICH YOU WISH TO BE CONSIDERED | Check Appropriate Box For Consideration *(See instructions)* |
|---|---|---|---|---|
| Program Analyst GS-343-13 | | | *(List only one kind of position and one grade)* | ☐ One-Time ☐ Management Careers |
| | | | | ☐ Continuous ☐ Program |

3. Employing Office, Address, and Symbol

IRS Chief Appeals
1099 - 14th St., NW
Washington, DC  20005

| | 2. Office Phone | 8. Title |
|---|---|---|
| | 202 694-1859 | Program Analyst |

Opening Date 5/19/33  Closing Date

| 10. Desired Location *(Place "X" to indicate only one organization)* | | |
|---|---|---|
| xx | National Office | |
| | Regional Office | |
| | District Office | Specify which Region, District, or Service Center— |
| | Service Center | |
| | Detroit Computing Center | |
| | Martinsburg Computing Center | |

9. Series and Grade GS-512-14

| 11. Desired Post of Duty *(See instructions)* | 12. Desired Division and Branch |
|---|---|
| Washington, DC | National Office |

4. Supervisor's Name

Felise Izen

5. Office Phone
81B 242-7703

6. MANAGEMENT CAREERS APPLICANTS—DO NOT COMPLETE BLOCKS 6 AND 7
Specify training you have had appropriate to position applied for *(Additional space on reverse side if needed.)*

7. Incentive Awards Received and Date *(Additional space on reverse side if needed.)*

CPC Leadership - 2001          Performance 2000    Performance - 2001    Performance - 2002
Deputy Commissioner - 2001    Performance 2000    Performance - 2001    Performance - 2002

Employee's Signature

*Pamula Robinson*

5/15/03

| | Supervisor's Initials | Date |

Form 4528 (Rev. 8-91)
Cat. No. 72097W
*(See Reverse Side for Instructions)*

106

| Applicable Standard | Do Not Write in Space Below - Personal Office Use Only | | | |
|---|---|---|---|---|
| | Last Promotion Date | Indicate Written Test Series, If Required | Date Notified | Personnel Specialist |
| ☐ Meets Basic Eligibility Requirement Now | | Date Test Taken | | Office Phone |
| ☒ Does Not Meet Eligibility Requirements | Reason: | Test Results | | |

Additional space for training and awards received. *(Please use corresponding number on reverse side.)*

## PRIVACY ACT STATEMENT

### GENERAL

This form is not contained within a system of records, however, as the form is soliciting personal information, a statement is included. This statement is provided for individuals applying for reassignment or promotion under the Internal Revenue Service promotion plan.

### AUTHORITY

The authority to collect this information, including the SSN, is derived from one or more of the following: 5 U.S.C. 3301 and 3302; Executive Orders 10577 and 9397.

### PURPOSES AND USES

The information you supply on this form as well as other information will be used to determine your qualifications for the position you are applying for. The SSN will be used to ensure proper identification. The information will be used by officials with IRS who have a "need to know." Disclosure may also be made to the Office of Personnel Management (OPM) under the requirements of the Federal Personnel Manual (FPM).

### EFFECTS OF NONDISCLOSURE

Your providing the requested information is voluntary, however, your failure to do so may result in your application not being processed.

U.S. Government Printing Office: 1965 — 366-060/29003

# MERIT PROGRAM QUESTIONNAIRE

(It is the applicants responsibility to accurately and thoroughly complete this form.) A separate MPQ should be completed for each position for which you wish to be considered.

Purposes and Uses: The information you furnish on this form as well as other information that is developed will be used to determine your qualifications/potential for the position for which you are applying under the Merit Promotion Program. The information will be used on a "need to know" basis by Internal Revenue Officials. The information may also be provided when appropriate, to the Office of Personnel Management under the routine uses listed on page 45239 of the Federal Register, Vol.No.200, 2200 Thursday, October 14, 1976. The information contained on this form is part of TR/IRS 36.003, General Personnel Record.

**Privacy Act and Public Burden Statements**

Section 1104 of Title 5 allows the Office of Personnel management to authorize other Federal agencies to rate applicants for Federal jobs. We need the information you put on this form to see how well your education and work skills qualify you for a Federal job. We must have your Social Security Number (SSN) to keep your records straight because other people may have the same name and birth date. The SSN has been used to keep records since 1943 when Executive Order 9397 asked agencies to do so. The information we collect will be used for employment purposes, including checking references, or establishing suitability for employment, may be given to Federal, State and local agencies in response to lawful requests for information or when necessary to report apparent violation of law, or other lawful purposes. Giving us your SSN or any other information is voluntary. Failure to provide this information may effect your ranking among other applicants.

Public burden Reporting for collection of information is estimated to vary from 20 to 120 minutes with the average of 50 minutes per response, including time for reviewing instructions, searching existing data sources, gathering data needed and completing and reviewing the collection of information.

1.Position, series and grade for which you are applying.
**Program Analyst GS-512-14**

| 4.Name (last) | (First) | (Mi) |
|---|---|---|
| Robinson | | Pamula |

Mailing Address
**3902 - 71st Avenue**

| City | State | Zip Code |
|---|---|---|
| Hyattsville | MD | 20784 |

6.Telephone Number (Including area code)

**Day: (202) 694-1859    Evening: (301) 772-1764**

2.Announcement Number
APB-03-138MM

3.Closing Date
5/19/03

5.Current Position
**Program Analyst**

Series and Grade
343-13

Date of Last Promotion
December 1989

Function and Office Code Symbols

**National Director of Appeals  C:AP:SBSE**

7.Social Security Number

8a. High School or highest grade completed/Vocational/Trade/Other
B.A. Degree

b.Name of College University,Location

| | Attended From / To | Major: Accounting Credits Completed | Degree and Date |
|---|---|---|---|
| Univ. of MD, College Park | 6/70 - 6/74 | 12 Acctg. credits | |
| Prince Georges Comm. College | 1/88 - 6/89 | 27 Acctg. Credits | B.A. Business Administration |

c.Chief Undergraduate Subjects
**Business Administration**     Credits Completed

d. Chief Graduate Subjects     Credits Completed

ATTACH TRANSCRIPTS FOR POSITION WITH POSITIVE EDUCATIONAL REQUIREMENT

9. Other Formal Training or Course (Do not attach copies of training certificates)

| Type of Training/ Course,eg: OPM,IRS, College, Army, etc | Location | Title | Date From / To |
|---|---|---|---|
| Tax | IRS | | |
| Tax | IRS | Tax Auditor Phases 1-3 | 9/74 - 9/76 |
| Appeals Officer | IRS | Revenue Agent Phase III & IV | 3/92 - 4/92 |
| EEO | IRS | Appeals Officer | 3/89 |
| Basic Instructor | IRS | EEO Counselor's Training | 2/90 |
| Tax | IRS (NYU Grad) | Basic Instructor Training | 2/92 |
| Computer | USDA Grad School | Financial Products | 6 - 11/96 |
| Tax | IRS (NYU Grad) | Microsoft Word, Excel, Power Point, Access | 6/96 |
| | | Partnership Taxation 1 | Current |

10. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.)

FORM 9686  (1-95)     Catalog 21010Y     Department of the Treasury- Internal Revenue Service



| Date (Mo/Day/Yr.) From   To | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) Program Analyst Chief, Appeals | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|
| Oct 2001   Current | | GS-343-13 | 84,218   yr. | 40 |

r Immediate Supervisor: Felise Izen          Telephone Number: (813) 242-8337

**DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)**

<u>Abusive Scheme Coordinator</u> - This year I helped Appeals start two new programs, one of which was Abusive Offshore Credit Card Schemes. Regarding the Offshore project I: 1)Attended Off Shore Credit training to assist in managing this emerging issue; and 2) Began an Off Shore Credit settlement matrix to get this high priority program off the ground quickly. I have attended several high level meetings in order to help Appeals formulate a settlement position on these project cases. My initial attempt to create a settlement matrix for off shore credit cases was quite good and imaginative. Without actually seeing any cases I was able to come up with a concept that was an excellent starting point for our discussions. I performed this task without assistance.

<u>Training Coordinator</u> – As the group training coordinator I help each analyst get information regarding their own training history  I also help them locate training available in their program areas. I arranged a training session for electronic research and CENTRA which was beneficial to and appreciated by the entire group. I review Form 182 – Outside Training Request forms to see if it appeared the request should be paid for from outside training funds. I keep track of the outside training funds.

<u>Web Reviewer</u> - I periodically review the web pages to look for information that may be helpful to management or fellow employees to project new types of casework coming to Appeals. I am involved with on-going research of the Operating Divisions Web pages. The information that I learn will help Appeals project future workload.

<u>A Coordinator</u> – This year I helped us start two new programs, one of which are the claims involving "Killed in Terrorist Actions" (KITA) cases. I am assigned the analyst coordinating these cases. These cases though few are quite sensitive.  I had to: 1) Research issues. 2) Provide field personnel with procedures for handling these cases; and 3) Establish contacts in Compliance for updates as necessary.

<u>Member of the JPGC Team</u> – General Appeals contact person for the Notice Clarity replacement team. I worked with the group to establish Appeals procedures for notices submitted for changes to language. I provide assistance for the review questions in my area.

<u>Member of Service Center Team</u> – As a member of the Service Center team I scanned the SBSE web sites and summarized my findings and provided them to the managers. I coordinated a meeting with Appeals management and the SBSE transition team before they disbanded to make sure Appeals had the latest information on SBSE's campus transactions.

<u>Headquarters Appeals Combined Federal Campaign (CFC) 2001 Coordinator</u> - As the CFC Coordinator I designed a program that would encourage my fellow employees to give their money to the eligible organizations under the CFC program  I sent preparatory information then had a 'kick-off'. I then designed a plan to keep employees interested in the program so that we would meet our campaign goal. Events and strategies were implemented throughout the campaign to encourage employees to give. The campaign was successful. Headquarters Appeals employees contributed over 200% of our goal. We were again a recipient of the President's Award based on our contributions to the CFC Program.

<u>Employment Tax Coordinator</u> - I advise and assist field personnel with questions and procedures that may arise in performing their duties.  I wrote an Appeals Employment Tax section for the IRM. I am the liason between the

FORM 9686  -95)     Catalog 21010Y         Department of the Treasury- Internal Revenue Service

resolution of the States proposed deficiency for underpayment of employment tax deposits resulting from unemployment compensation payments. I review IRM and other procedural material from Chief Counsel and TE/GE. I prepare Friday Report articles to alert the field of changes that may affect them until the changes can be incorporated in the IRM and/or official instructions are issued. ...npleted the IRM on Employment Tax issues. This is the first time this information has ever been in the Appeals manual.

Interest Abatement Coordinator - I advise and assist field personnel with questions and procedures that may arise in performing their duties. I updated the Appeals IRM to reflect changes in the law and procedures. I review IRM and other procedural material from Chief Counsel and Compliance. I prepare Friday Report articles to alert the field of changes that may affect them until the changes can be incorporated in the IRM and/or official instructions are issued.

Administrative Costs Coordinator - Appeals is the function responsible for evaluating and processing Administrative Cost claims for the IRS. I am responsible for advising and assisting field with questions and procedures that may arise in performing their duties. I updated the Appeals IRM and reorganized it to make the procedures easier to understand. I review the files sent in from the field to see if the taxpayer meets the procedural and technical qualifications for payment of their administrative costs. If the qualifications are met I complete the forms necessary to request payment from the Treasury Judgment Fund. Upon receipt of the check I prepare certified mail for sending the payment to the taxpayer, notify the field employee that payment has been received, send a copy of the check to the Appeals Officer, and close the file.

Electronic Research Coordinator - As the Appeals Electronic Research Coordinator I serve as a member on the Electronic Research Oversite Council. In addition, I am responsible for ensuring that field personnel have the electronic research material needed to do their job. I make sure the Appeals personnel are assigned ID numbers and P... words for the current research packages. I update and validate the databases. I had to research the data needed ...use the database to be aligned with the new organizational structure. I respond to field inquiries.

Commissioner Congressional Correspondence - I review complaint correspondence sent to IRS Management and Public officials. I do whatever is necessary to resolve the situation that caused the complaint, if possible. I draft a reply to the complaintee or review the draft reply from the AO/SO, Management or Appeals CSO/CSR.

| 10. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.) | | | | |
|---|---|---|---|---|
| Date (Mo/Day/Yr.) From / To | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
| 7/98    Oct. 2001 | Program Analyst NDA Office of Collection, Service Center and Appraisal Services | GS 343-13 | 75,857 yr. | 40 |
| Your Immediate Supervisor: Robert Wihl | | Telephone Number: (202) 401-4203 | | |

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION)

Employment Tax Coordinator - I advise and assist field personnel with questions and procedures that may arise in performing their duties. I wrote an Appeals Employment Tax section for the IRM. I am the liason between the Dept. of Labor and OETAC/TEGE for resolution of the States proposed deficiency for underpayment of employment tax deposits resulting from unemployment compensation payments. I review IRM and other procedural material from Chief Counsel and TE/GE. I prepare Friday Report articles to alert the field of changes that may affect them until the changes can be incorporated in the IRM and/or official instructions are issued.

Interest Abatement Coordinator - I advise and assist field personnel with questions and procedures that may arise in performing their duties. I updated the Appeals IRM to reflect changes in the law and procedures. I review IRM and

10

other procedural material from Chief Counsel and Compliance. I prepare Friendly Report articles to alert the field of changes that may affect them until the changes can be incorporated in the IRM and/or official instructions are issued.

Administrative Expenses Coordinator - Appeals is the function responsible for evaluating and processing Administrative Cost claims for the IRS. I am responsible for advising and assisting field with questions and procedures that may arise in performing their duties. I updated the Appeals IRM and reorganized it to make the procedures easier to understand. I review the files sent in from the field to see if the taxpayer meets the procedural and technical qualifications for payment of their administrative costs. If the qualifications are met I complete the forms necessary to request payment from the Treasury Judgment Fund. Upon receipt of the check I prepare certified mail for sending the payment to the taxpayer, notify the field employee that payment has been received, send a copy of the check to the Appeals Officer, and close the file.

Electronic Research Coordinator - As the Appeals Electronic Research Coordinator I serve as a member on the Electronic Research Oversite Council. In addition, I am responsible for ensuring that field personnel have the electronic research material needed to do their job. I make sure the Appeals personnel are assigned ID numbers and passwords for the current research packages. I update and validate the databases. I had to research the data needed to cause the database to be aligned with the new organizational structure. I respond to field inquiries.

Commissioner/Congressional Correspondence - I review complaint correspondence sent to IRS Management and Public officials. I do whatever is necessary to resolve the situation that caused the complaint, if possible. I draft a reply to the complaintee or review the draft reply from the AO/SO, Management or Appeals CSO/CSR.

Other Assignment
Headquarters Appeals Combined Federal Campaign (CFC) 2000 Coordinator - As the CFC Coordinator I designed a program that would encourage my fellow employees to give their money to the eligible organizations under the program. I sent preparatory information then had a 'kick-off'. I then designed a plan to keep employees interested in the program so that we would meet our campaign goal. Events and strategies were implemented throughout the campaign to encourage employees to give. The campaign was successful. Headquarters Appeals employees contributed 232% of our goal. We were the only function within the Capital Area IRS that was a recipient of the President's Award based on our contributions to the CFC Program.

**10a. Experience** (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.)

| Date (Mo/Day/Yr.) | | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| From | To | | | | |
| 4/94 | 7/98 | Program Analyst | 343-13 | $67,000 yr. | 40 |

Your Immediate Supervisor: Michael J. Coyne                    Telephone Number: (202) 401-4203

**DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)**

I plan, implement, coordinate, monitor, analyze and administer assigned programs. I assist field personnel in technical and procedural matters. I revise and update Internal Revenue Manual sections as they apply to my assigned programs. I interact with employees at all levels in the Service. Some of the specific programs I was assigned were:

Technical Advice Program - This program includes the Appeals Technical Advice cases, technical information cases (including Contrary to Service Position, Denial of Technical Advice, and Field Service Advice cases). I controlled the inventory by co-designing a data base using Microsoft Access. Assist the Mgmt. Assistant in resolving problems in producing the quarterly reports. Prepare the quarterly report, if necessary. Research, in the CENTAUR and/or uniSTAR databases to retrieve data necessary for the completion of the quarterly report. Resolve disputes between Chief Counsel (CC) attorneys and field personnel, function as liaison between CC Attorneys and field personnel, follow up on status of request. Advise field personnel concerning technical advice procedures and whether a case is appropriate to submit for technical advice, etc.

Barred Statute Report - I receive and analyze reports from the regional offices of cases that had statutes expired which were reported that quarter. Use CENTAUR and uniSTAR to insert missing data from the reports to limit and contact with the information is available from those sources. Contact field personnel for additional information if I cannot get the missing information from available sources. Analyze the reports looking for trends. Prepare a summary report containing dollar amounts, source of the return, tax years, reason for the barred statute, etc.

Technical Analyst Program - Advise and assist Technical Analyst and Regional Analyst in questions and procedures that may arise in performing their duties. Determination of software available in each office and analysis of software needs for standardization of computational software.

Technical Analyst CPEs - Planned the CPEs from the start to finish including determining field needs, preparing the agenda, obtaining instructors, preparing individual student schedules, determining space and audio visual needs, estimating costs, etc.

FORM 9686 (4-95)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service

| Date (Mo/Day/Yr.) | | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| From | To | | | | |
| 90 | 199? | EEO Counselor (collateral duty) | N/A | N/A | |

ar Immediate Supervisor: Maria Diago

Telephone Number: (202) 401-4064

**DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)**

I was charged with resolving EEO-related problems that have surfaced by individuals who perceive that they have ben discriminated against. I ascertain whether the pre-complaint falls within the purview of the EEO law (Title VII of the Civil Rights Act of 1964, as amended), and if it is processable under the Code of Federal Regulations 29 Part 1614. The attempted resolution involves meeting with the individual and management officials involved in the dispute; collecting facts with the intent of reaching a mutually agreeable resolution to the pre-complaint and if the resolution cannot be reached, advise the aggrieved in writing of his/her right to further pursue the complaint at the formal stage.

73

10c. Experience (Si... with most recent ...) Continue numbering. List all relevant federal and non-... ral experience within the last 10 years.)

| Date (Mo/Day/Yr.) | | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| From | To | | | | |
| ~'01 | 4/5... | Program Analyst NDA Office of Large Case Programs | 343-13 | $45,826 | 40 |

... r Immediate Sup...visor: Thomas Roley     Telephone Number: (202) 401-4164

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)

I planned, impl...nented, coordinated, monitored, analyzed and administered assigned programs. I assist field personnel in technical and procedural matters. I revised and updated Internal Revenue Manual sections as they apply to my ass...ned programs. I interacted with employees at all levels in the Service. Some specific programs were as follows:

<u>Joint Committe... Coordinator</u> - Answered questions from field personnel to resolve issues when they arose. Worked with Exam JC Coordinator to do an extensive update to the IRM, including detailed examples, to address problem... and followed up on the status while open in our inventory, and prepared the cases for closing. Produced quarterly reports. Produced and maintained an inventory control system of the cases in our inventory. Processed the cases

<u>Technical Advi...: Coordinator</u> - This program included the Appeals Technical Advice requests and technical information rec...ests (including Contrary to Service Position, Denial of Technical Advice, and Field Service Advice requests). I con... olled the inventory - at first using dBase, then the FoxPro database systems. I processed the cases to be transmitte... to Chief Counsel (CC), acted as liaison between the CC and Field personnel, managed and assisted in the resoluti...n of disputes between CC and Field personnel when there was a difference of opinion on an issue. I produces a qua...terly report of the cases (received, opened and closed) during the quarter.

<u>...dinate Me...ings With ARDA(LC)s and Director of Large Case</u> - Coordinated the ARDA(LC) meetings, ar...nging the l...istical requirements for the meeting.

<u>Coordinate Co...erence Calls With ARDA(LC)s and Director of Large Case</u> - Set up conference calls for the Office Director and th... ARDA(LC). Resolved problems associated with the conference calls while they were in process.

<u>ISP</u> - I was resp...nsible for keeping abreast of the changes in ISP coordinators and updating the Appeals ISP IRM. Coordinated th... ISP Coordinator's Meeting, including creating the agenda, meeting with the steering committee, and arranging t... logistical requirements for the meeting.

<u>New Issues Ra...ed on Docketed Cases</u> - I was responsible for researching this area and updating the Appeals IRM.

<u>Data Verificati...n and Analysis for Cases on CENTAUR</u> - Verified data entered on CENTAUR, particularly on closed cases. G...nerated statistics used as a measure of Appeals performance. I reviewed information from CENTAUR to ...entify important trends or other useful information about the large case program.

<u>Assisted in Pre...aration for the Chief Counsel Briefings</u> - Assisted in the analysis of information from the CENTAUR da...base and other sources for the preparation of the binder used as a basis for the Chief Counsel briefings. Also ...ssisted in the preparation of the binder used as a basis for the Chief Counsel briefings.

10d. Experience (Begin with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.)

| Date (Mo/Day/Yr.) | | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| From | To | | | | |
| 1-89 | 6/91 | Program Analyst: NDA Office of Field Services | 343-13 | | 40 |

Immediate Supervisor : Joseph DeStefanis          Telephone Number: (202) 401-4203

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)

I planned, implemented, coordinated, monitored, analyzed and administered assigned programs. I assist field personnel in technical and procedural matters. I revised and updated Internal Revenue Manual sections as they apply to my assigned programs. I interacted with employees at all levels in the Service.

FORM 9686 (1-5)          Catalog 21010Y          Department of the Treasury- Internal Revenue Service

75

| 10e. Experience (Sta  with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.) | | | | |
| Date (Mo/Day/Yr. | | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
| From | To | | | | |
| '7 | 12/ 8 | Appeals Officer | 930-12 | $30,486 | 40 |

our Immediate Su  rvisor : Gary Knott    Telephone Number:  (202) 376-0234

**DESCRIPTION  F DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.**

I analyzed info : ation received from taxpayers, examination files, the tax law and court decisions with the purpose of negotiating  ttlement of tax and penalty cases. These cases generally come from the Examination or Collection Divisions and  uld not be settled at that level.  I was detailed to the Appeals Auditor position an regularly perform duties such as  eparing documents to close District Counsel cases, making NMF assessments, reversing premature assessments, e :

FORM 9686  (1 5)      Catalog 21010Y        Department of the Treasury- Internal Revenue Service

10f. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.)

| Date (Mo/Day/Yr.) From | To | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| | 6/ | Supervisory Tax Technician | GS 526-11 | $29,890 | 40 |

Your Immediate Supervisor: Alvin Howard          Telephone Number: (202) 376-0861

**DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.**

I performed managerial duties such as: Monitoring performance of employees and evaluating their performance; setting up work plans; updating/revising procedural documents; settling disputes between taxpayers/taxpayer's representatives and the auditors; conducting training; assisting tax auditors with problem cases; conducting counseling sessions; details to Service Center to review the work selected for District offices. I interacted with IRS employees at all levels and functions.

12. Are you delinquent on any Federal debt? (Includes delinquencies arising from Federal taxes, loans, overpayment of benefits, and other debts to the United States Government plus defaults of Federally guaranteed or insured loans such as student and home mortgage loans.)

____ Yes    __X__ No    If "Yes" use space below to provide the type, length and amount of the delinquency or default, and the steps that you are taking to correct the error or repay the debt.

13. Awards (List specific types of awards and date received within the last 3 years; list other special recognition and any pertinent information)
CFC Leadership Award - Feb. 2001
Deputy Commissioner's Award - Feb. 2001
Performance Award – 2002
Performance Award – 2001
Performance Award - 2000

14. Organizations (Show membership and office, professional societies civic groups, etc.)
Child Evangelism Fellowship - Teacher
Child Evangelism Fellowship - Transportation Coordinator for 5-Day Clubs

FORM 9686 (199)      Catalog 21010Y        Department of the Treasury- Internal Revenue Service

77

15. Other assignments (details, task forces, on-the-job-instructor, etc.)

Automation Taskforce - Headed a taskforce which analyzed the feasibility of standardizing the computational software in Appeals. We analyzed Appeals needs and software currently being used by Appeals, available software (in house and commercial), software costs, the strengths and the weaknesses of the available software. Even though the report was ignored and no action taken when it was turned in, the recommendations are being implemented now (three years later).

Certified Mail Taskforce - I was a member of a taskforce which looked at the Service's current use of certified mail. The purpose of the taskforce was to determine how we could reduce the cost of sending mail to the taxpayer without increasing taxpayer burden or reducing taxpayer rights. We analyzed the effectiveness of certified and registered mail. We analyzed and reconciled congressional requirements with functional policies. We made recommendations to functions, which were beyond the scope of congressional requirements, on how they could more efficiently and effectively provide taxpayers with mail. We issued a report of the results of the study.

16. Special Qualifications and skills (Languages-Indicate level of proficiency (Very Good, Good, Fair) to converse, write, read, Shorthand (words per minute, Typing (words per minute) computer skills, etc.)

17. Kinds of Job Related License or Certification Held (CPA, CIA, Lawyer, Engineer, etc.)

18. Statement of Accomplishments: Describe duties and accomplishments which demonstrate your potential for the position to be filed. Use additional sheets if necessary.

I have almost 30 years of experience in the Service with experience in many areas. I have been working with Appeals for the last 15 years and have a sensitivity to taxpayer needs.

. Describe your current duties and responsibilities that are relevant for this position.

As a analyst with the responsibility for congressional/commissioner correspondence, I have had to look into a variety of taxpayer complaints. I have had to make sure we took steps to assist the taxpayer in resolving those complaints if it were possible.

I currently plan, implement, coordinate, monitor, analyze and administer assigned programs. The position applied for require the same skills and duties that I currently perform.

b. Describe any special qualifications that are relevant for this position. (Give examples)

I certify that to the best of my knowledge and belief all of my statements on this form are true, correct, complete and made in good faith.

| 19. Original Signature (Sign each application in ink) | 20. Date signed (Month,day,year) |
|---|---|
| Pamela Robinson | 5/15/03 |

FORM 9686 (1-59)    Catalog 21010Y

Department of the Treasury- Internal Revenue Service

19

# Performance Appraisal and Retention Standard Rating
### (Review instructions on the reverse before completing form)

| 1. Name of Employee (Last, first, middle) | 2. POI | 3. Period covered | | 4. Reason for Appraisal |
|---|---|---|---|---|
| Pamula Robinson | | From: 11/1/01   To: 10/31/02 | | ☒ Annual Rating |
| **5. SSN** ▓▓▓▓▓▓▓ | | **6. Organization code** | | ☐ Departure Rating |
| | | CAP; Program Ops | | ☐ Merit Promotion |
| **7. Position title** | | **8. SPD or PD #** | | ☐ Other |
| Program Analyst | | 50717 | | **9. Pay plan, series/ grade**  GS-0343-13 |

| 10. Critical Job Elements | | Job Element Rating | | | | | | 11. Retention Standard Rating |
|---|---|---|---|---|---|---|---|---|
| | | N/A | 1 | 2 | 3 | 4 | 5 | |
| I. Employee Satisfaction - Employee Contribution | | | | | | X | | ☐ Not applicable |
| II. Customer Satisfaction - Knowledge | | | | | | | X | ☒ Met |
| III. Customer Satisfaction - Application | | | | | | | X | ☐ Not Met |
| IV. Business Results - Quality ☐ Measured ☒ Unmeasured | | | | | | | X | **12. Average of Critical Elements** |
| V. Business Results - Efficiency ☐ Measured ☒ Unmeasured | | | | | | X | | 4.4 |

**13. Summary Level:**

☐ Outstanding   ☒ Exceeds Fully Successful   ☐ Fully Successful   ☐ Minimally Successful   ☐ Unacceptable

**14. Annual Rating**

Rater

Name/title/signature/date (I certify that records of tax enforcement results were not used to prepare this appraisal)

*Jeffrey Allison*
*DIRECTOR PROGRAM Operations*

Reviewing Official

Name/title/signature/date (I certify that records of tax enforcement results were not used to prepare this appraisal).

*Lee E. Jung*

This appraisal has been discussed with me and I have been given a copy.

*Pamela Robinson, 1-28-03*

Employee signature/date

**15. Revalidation of Rating of Record** ☐
(See instructions for revalidation).
Period covered

Rater                                          From:                 To:

Name/title/signature/date (I certify that records of tax enforcement results were not used to prepare this appraisal).

Reviewing Official

Name/title/signature/date (I certify that records of tax enforcement results were not used to prepare this appraisal).

This appraisal has been discussed with me and I have been given a copy.

Employee signature/date

**16. Merit Promotion Revalidation** ☐ (See instructions for Merit Promotion revalidation).

Name/title/signature/date of revalidation

Form 6850 (Rev. 7-2001)          Cat. No. 61525M          publish.no.irs.gov          Department of Treasury - Internal Revenue Service

40

## Instructions

Appraise the employee against the critical job elements of his/her position for the rating period. Information is available online at http://shr.web.irs.gov/file

**Blocks 1 and 3 - 9** - Self-explanatory

**Block 2.   POST PERSONNEL OFFICE IDENTIFIER)** - Contact your Transactional Processing Branch for the correct number.

**Block 10.  CRITICAL JOB ELEMENTS**
The five (5) critical job elements for all employees are listed. If performance of the duties/responsibilities reflected by a critical job element has not been observed, identify the critical job element as NOT APPLICABLE (NA). Reasons for not appraising critical job element must be documented as part of the appraisal. Indicate as applicable, if performance is measured by TEPS or unmeasured (critical job elements IV and V).

The rating for each critical job element will be based upon a review and consideration of all aspects of the critical job element, using the following scale:
- OUTSTANDING - Exceeds all performance aspects of the critical job element: (5)
- EXCEEDS FULLY SUCCESSFUL - Exceeds more than half of the performance aspects of the critical job element and meets the remaining performance aspects: (4)
- FULLY SUCCESSFUL - Meets all performance aspects of the critical job element: (3)
- MINIMALLY SUCCESSFUL - Fails one performance aspect of the critical job element: (2)
- UNACCEPTABLE - Fails two or more performance aspects of the critical job element: (1)

**Block 11.  RETENTION STANDARD RATING** - Narrative is mandatory if rating is Not Met.

**Block 12.  AVERAGE OF CRITICAL JOB ELEMENTS** - Used to determine performance awards.

**Block 13.  SUMMARY LEVEL** - On the basis of the rating on the individual critical job elements and the Retention Standard, assign an overall Rating using the following scale:
- OUTSTANDING - Employee is rated Outstanding in more than half of the critical job elements and exceeds Fully Successful in the remainder of the critical job elements.
- EXCEEDS FULLY SUCCESSFUL - Employee is rated Exceeds Fully Successful or above in more than half of the critical job elements and Fully Successful in the remainder of the critical job elements.
- FULLY SUCCESSFUL - Employee is rated Fully Successful or above in all of the critical job elements.
- MINIMALLY SUCCESSFUL - Employee is rated Minimally Successful in one or more critical job element but not Unacceptable in any critical job element.
- UNACCEPTABLE - Employee is rated Unacceptable in one or more critical job elements or receives a "Not Met" on the Retention Standard.

**Block 14.  ANNUAL RATING** - Signatures as indicated. The rater and reviewing official must certify that records of tax enforcement results were not used to prepare the appraisal.

**Block 15.  REVALIDATION OF RATING OF RECORD** - If a manager determines that a journey level or above employee, in at least the second year of their position, would receive a Rating of Record for the current appraisal period identical to the Rating of Record for the most previous period, the manager may certify that the most recent Rating of Record is valid for performance in the current appraisal period. A manager may revalidate a Rating of Record only once.

**Block 16.  MERIT PROMOTION REVALIDATION** - Place a check in the box if you are revalidating a Rating of Record that is more than six (6) months old but less than 12 months old on or before the opening date of the vacancy announcement. This applies to bargaining unit employees only. Narratives are required with all Merit Promotion evaluations.

### PRIVACY ACT STATEMENT

The Privacy Act of 1974 requires that when we ask you to provide information about yourself, we must tell you; our legal right to ask for the information; the principal purpose(s) for which the information is intended to be used, what could happen if we do not receive any or all of the information and whether your response is voluntary or mandatory.

Our legal right to ask you to acknowledge receipt of performance appraisal is derived from 5 USC 9508, General Workforce Performance Management System and 26 CFR Part 801, Balanced System for Measuring Organizational and Employee Performance within the Internal Revenue Service. Your signature will acknowledge that you received the performance appraisal and it was discussed with you. Your supervisory officials will consider the information you furnish in preparing an assessment of your performance or conducting periodic progress reviews.

The information contained in your performance assessment may be disclosed to IRS employees who have a need for the record in their official duties. Disclosures may also be made when appropriate, under routine uses published in the Federal Register for Privacy Act system of records, Treasury/IRS 36.003, General Personnel and Payroll Records. Under the appropriate circumstances, disclosure may be made to the Office of Personnel Management, the Equal Employment Opportunity Commission, the General Accounting Office and others. Failure to furnish any or all of this information may result in your supervisors preparing your appraisal or conducting a progress review without considering information you may feel is relevant or significant.

Form 6850 (Rev. 7-2001)    Cat. No. 61525M        publish.no.irs.gov        Department of Treasury - Internal Revenue Service

Pamula Robinson
Summary of Accomplishments
Rating Period—November 1, 2001 – October 31, 2002

Employee Satisfaction—Employee Contribution
Overall Rating—4 or Exceeds Fully Successful

Of the three aspects in this critical element Pam is rated as "exceeds" in aspects 1A and 1B and "meets" in aspect 1C for an overall rating of 4 or exceeds fully successful.

Pamula has volunteered for several assignments that have benefited and improved the work environment for our workgroup. As a result of our employee satisfaction workgroup meetings we decided we needed a group training coordinator. Pam volunteered for this assignment. She now helps each analyst get information regarding their own training history. She also helps them locate training available in their program areas. Pam arranged a training session for electronic research and CENTRA for our entire group which was very beneficial and appreciated by the group.

As training coordinator Pam has secured instructors and helped planned a segment for our group meeting. This session will involve automation issues, electronic research, and the IRM—all subjects of importance to Program Operations analysts.

Pam served as the Appeals coordinator for the annual Combined Federal Campaign drive. Our headquarters office received the President's award last year with 100% participation and meeting 200% of our monetary goal.

Some examples of Pam's efforts to improve the work environment for field employees includes the following:

* When Pam was scanning the SBSE web sites she summarized her findings and provided them to her manager and to the employees who she thought had programs impacted by her findings.

* Pam worked with the Service Center Transition Group to plan and host a conference call with that group the analysts from Program Operations before it disbanded. As a result Appeals was able to gain important knowledge and perspective about the major changes facing our campus operations. She provided information to the senior managers responsible for the roll out of campus operations.

82

- Pam volunteered to be the training coordinator for the group. She is assisting in getting each employee to update and complete a training profile.
- As Training Coordinator she searched available training courses to see if classes were available for needs of my fellow employees.
- She reviewed Form 182 – Outside Training Request forms to see if it appeared the request should be paid for from outside training funds. Kept track of outside training funds.
- Pam works well with others in the group. She contributes to our work group meetings with ideas and suggestions for making the group more productive.

## Customer Satisfaction—Knowledge
## Overall Rating—5 or Outstanding

Of the three aspects in this critical element Pam is rated as "exceeds" in all three aspects of this critical element for an overall rating of 5 or outstanding.

Pam is very knowledgeable about her program areas. She is very conscientious in making sure that she thoroughly understands the issues in her program areas. Pam has provided very good technical information and guidance to the field on employment taxes issues. Her newly completed employment tax manual will be a very valuable tool for the field. It will help ensure that we are resolving these cases correctly.

This year Pam helped us start two new programs—claims involving "Killed in Terrorist Actions" and Abusive Offshore Credit Card Schemes. Pam was assigned as analyst for the "Killed in Terrorist Action" cases. These cases though few are quite sensitive. Pam had to: 1) Research issues. 2) Provide field personnel with procedures for handling these cases; and 3) Establish contacts in Compliance for updates as necessary. Regarding the Offshore project Pam: 1) Attended Off Shore Credit training to assist in managing this emerging issue; and 2) She began an Off Shore Credit settlement matrix to get this high priority program off the ground quickly. She has attended several high level meetings in order to help Appeals formulate a settlement position on these project cases. Pam's initial attempt to create a settlement matrix for off shore credit cases was quite good and imaginative. Without actually seeing any cases she was able to come up with a concept that was an excellent starting point for our discussions

图 002                                    IR3                    06/12/03    THU 16:02 FAX 2020941043

83

Pam researched the proper procedures for payment of administrative costs—this is a procedure that isn't often used—Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer. On one particular case Pam had to inform an ATM that he had inappropriately resolved the case. The agreement had to be pulled back. Pam did an excellent job of listening to the ATM's position and responding to each issue he raised.

Some examples of Pam's efforts to provide excellent technical guidance or response to taxpayers are as follows:

- Pam prepares controlled correspondence for taxpayer inquiries to the Commissioner, Members of Congress, or Chief of Appeals—she thoroughly researches the issues and prepares letters well.

- Pam researched the proper procedures for payment of administrative costs—this is a procedure that isn't often used. Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer.

- Web Scan Project. Periodically review the web pages to look for information that may be helpful to management or fellow employees to project new types of casework coming to Appeals. When Pam was scanning the SBSE web sites she summarized her findings and provided them to her manager and to the employees who she thought had programs impacted by her findings.

- Pam prepares controlled correspondence for taxpayer inquiries to the Commissioner, Members of Congress, or Chief of Appeals—she thoroughly researches the issues and prepares letters well.

- Pam has completed the Employment Tax handbook.

- Pam coordinated a review of Appeals IRM sections at the request of TIGTA to ensure we do not make reference to the prohibited label of "Illegal Tax Protestor" in our IRM. She wrote the brief response required. Pam has revised the IRM on administrative costs to simplify and enhance instructions to the field.

Customer Satisfaction—Application
Overall Rating—4 or Exceeds Fully Successful

Of the three aspects in this critical element Pam is rated as "exceeds" in aspects 3A and 3B and is rated as "meets" in aspect 3C for an overall rating of 4 or "exceeds fully successful."

- Pam is part of the team of analysts that prepares the controlled correspondence letters responding to taxpayer inquiries, comments, or concerns. She works with the Customer Service Outreach representatives to ensure that the letters are well written and accurate. She has also written our first Appeals IRS section on Employment taxes. It was been reviewed by Counsel and will be published shortly. Pam prepared a memorandum for national distribution on employment tax changes that she was highlighting in her new handbook for the IRM—the memo was well written and informative—she also put this information into the Friday report under recent developments in the Employment Tax area

- Pam worked with the Service Center Transition Group to plan and host a conference call with that group the analysts from Program Operations before it disbanded. As a result Appeals was able to gain important knowledge and perspective about the major changes facing our campus operations. She provided information to the senior managers responsible for the roll out of campus operations.

All of Pam's interactions are polite and professional. Here are some examples:

- Notice Clarity Worked with group to establish Appeals coordinator to review Gen Appeals notices submitted for changes to language.

- Pam has completed the IRM on Employment Tax issues. This is the first time this information has ever been in the Appeals manual.

- Pam prepared a memorandum for national distribution on employment tax changes that she was highlighting in her new handbook for the IRM—the memo was well written and informative—she also put this information into the Friday report under recent developments in the Employment Tax area

- Pam researched the proper procedures for payment of administrative costs—this is a procedure that isn't often used—Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer. On one particular case Pam had to inform an ATM that he had inappropriately resolved the case. The agreement had to be pulled back. Pam did an excellent job of listening to the ATMs position and responding to each issue he raised.

- In coordinating the KITA cases, Appeal's considered proposing a reversal of the position Compliance took. These are sensitive cases and Compliance has jurisdiction over the issue (the case) has to be closed through the Compliance coordinator). Pam handled the situation with caution and involved all of the necessary parties — . . . keeping everyone in a favorable light. She drafted a response of her findings and sent it to the Compliance

85

- coordinator to make sure that she was correctly framing Compliance's position. This sensitive approach to resolving the conflict ensured that unnecessary complications would not arise later.

- In working the controlled correspondence cases a representative was so confident in Pam that he began referring others to her when they had problems. Among those who called, a couple of them had questions concerning why they did not receive the tax rebate issued to the general public. Instead of Pam referring them to someone else, she asked them questions to capture what happened and explained to them why they did not qualify for the rebate. This action benefited both the taxpayer and the Service.

## Business Results--Quality
## Overall Rating

Of the three aspects in this critical element Pam is rated as "exceeds" in all three aspects of this critical element for an overall rating of 5 or "outstanding".

Pamula prides herself in completing all assignments carefully and thoroughly. She is always able to answer questions about her program areas and considered all factors before making a final decision on recommendations to manage her program assignments. Here are a few examples:

- Pam researched the proper procedures for payment of administrative costs—this is a procedure that isn't often used.—Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer. On one particular case Pam had to inform an ATM that he had inappropriately resolved the case. The agreement had to be pulled back. Pam did an excellent job of listening to the ATM's position and responding to each issue he raised.

- Pam is involved with on-going research of the Operating Divisions Web pages. The information that she learns will help Appeals project future workload. She summarizes the findings and distributes the information to her manager and other interested employees.

- All controlled correspondence is completed via e-mail and Pam ensures that taxpayer identities are not disclosed since e-mail is not secure.

Pam is very aware of security and disclosure requirements. She makes sure that all controlled correspondence is properly transmitted and is not sent via e-mail with taxpayer names or identifiers in the letter. She is getting security ID cards for all employees using electronic research.

## Business Results--Efficiency
## Overall Rating

Of the three aspects in this critical element Pam is rated as "exceeds" in aspects 5A and 5B and is rated as "meets" in aspect 5C for an overall rating of 4 or "exceeds fully successful"

Pam is able to work all of her assignments by their assigned due date. She keeps current on her controlled correspondence making every effort to get the cases answered by the original due date set by ECMS.

- Pam provided costing information for the purchase of BNA software in role as electronic research coordinator. She also provided area directors with information regarding employees who were not using LEXIS software and advised them not to order as many copies of the software in current year thus saving Appeals funds.
- When General Appeals needed to come up with a strawman proposal to resolve Offshore Credit Project cases Pam was able to accomplish this without assistance. She reviewed the project summary and came up with a proposal that is imaginative and viable. She accomplished this in a relatively short time period and within the timeframes required by the project.
- Pam timely reviews the commissioner/congressional correspondence cases she is assigned. She timely determines whether the case is appropriate for her to handle or whether the case should be sent to the field CSR for response.

47

## Pamula Robinson
## CHART OF CRITICAL ELEMENTS

| CRITICAL ELEMENTS | | Overall Rating<br>4 or Exceeds Fully Successful | ACHIEVEMENTS |
|---|---|---|---|
| **EMPLOYEE SATISFACTION—EMPLOYEE CONTRIBUTION:** This individual performance critical job element describes how the employee's actions contribute to the overall office working conditions. The employee supports the workplace climate where everyone is treated with honesty, dignity and respect, free from harassment and discrimination. | | | |
| Workplace Interaction | 1A Exceeds | | • When Pam was scanning the SBSE web sites she summarized her findings and provided them to her manager and to the employees who she thought had programs impacted by her findings.<br>• Pam worked with the Service Center Transition Group to plan and host a conference call with that group. The analysts from Program Operations before it disbanded. As a result Appeals was able to gain important knowledge and perspective about the major changes facing our campus operations. She provided information to the senior managers responsible for the rest of our campus operations. |
| Workgroup Involvement | 1B Exceeds | | • Pam volunteered to be the training coordinator for the group. She is assisting in getting each employee to update and complete a training profile.<br>• Training Coordinator: Searched available training courses to see if classes were available for needs of my fellow employees.<br>• Reviewed Form 182 – Outside Training Request forms to see if it appeared the request should be paid for from outside training funds. Kept track of outside training funds. |
| Workplace Environment | 1C Meets | | • Pam arranged a training session on Lexis and Electronic Research so that other employees can do their jobs better.<br>• Pam works well with others in the group. She contributes to our work group meetings with ideas and suggestions for making the group more productive. |

Pamula Robinson

| CRITICAL JOB ELEMENT STANDARDS | 2 | Overall Rating— 5 or Outstanding | CUSTOMER PERSPECTIVE |
|---|---|---|---|

**CUSTOMER SATISFACTION—KNOWLEDGE:**
This individual performance critical job element describes how the employee promotes the satisfaction of taxpayers and customers by providing the technical expertise to serve the customers with professional and helpful service. Accurate Identification and resolution of issues and the correct interpretation of laws, rules, regulations and other information sources are key components of this critical job element.

Issue Identification

|  | 2A Exceeds | Pam was assigned as analyst for the "Killed in Terrorist Action" cases. These cases though few are quite sensitive. Pam had to: 1) Research Issues, 2) Provide field personnel with procedures for handling these cases; and 3) Establish contacts in Compliance for updates as necessary. |
|---|---|---|

Technical Knowledge

|  | 2B Exceeds | • Web Scan Project: Periodically review the web pages to look for information that may be helpful to management or fellow employees to project new types of casework coming to Appeals. When Pam was scanning the SBSE web sites she summarized her findings and provided them to her manager and to the employees who she thought had programs impacted by her findings.
• Attended Off Shore Credit training to assist in managing this emerging issue.
  She began an Off Shore Credit settlement matrix to get this high priority program off the ground quickly. She has attended several high level meetings in order to help Appeals formulate a settlement position on these project cases.
• Pam prepares controlled correspondence for taxpayer inquiries as to the Commissioner, Members of Congress, or Chief of Appeals—she thoroughly researches the Issues and prepares letters well.
• Pam's initial attempt to create a settlement matrix for off shore credit cases was quite good and imaginative. Without actually seeing any cases she was able to come up with a concept that was an excellent starting point for our discussions.
• [illegible line] ..... personnel regarding abatement of interest claims—particularly those |

| Issue Resolution. | 2C Exceeds | |
|---|---|---|
| | that relate to how Appeals personnel conducted review of the case. | |
| | • Pam is completing the Employment Tax handbook. | |
| | • Drafted an IRM for Appeals. Participated in the settlement of the State FICA Penalty issue. | |
| | • Pam coordinated a review of Appeals IRM sections at the request of TIGTA to ensure we do not make reference to the prohibited label of "Illegal Tax Protestor" in our IRM. She wrote the brief response required. | |
| | • Pam researched the proper procedures for payment of administrative costs—this is a procedure that isn't often used—Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer. On one particular case Pam had to inform an ATM that he had inappropriately resolved the case. The agreement had to be pulled back. Pam did an excellent job of listening to the ATM's position and responding to each issue he raised. | |
| | • Pam has revised the IRM on administrative costs to simplify and enhance instructions to the field. | |

## Pamula Robinson

| CUSTOMER SATISFACTION—APPLICATION | 3 | Overall Rating—<br>4 or Exceeds Fully Successful |
|---|---|---|
| This individual performance critical job element describes how the employee promotes the satisfaction of taxpayers and customers through professionally and courteously identifying customers' needs and/or concerns and providing quality products and services. Communication to the customer is appropriate for the issue and encourages voluntary compliance. | | |
| **Verbal Communications/ Listening** | 3A<br>Exceeds | • Pam worked with the Service Center Transition Group to plan and host a conference call with that group the analysis from Program Operations before it disbanded. As a result Appeals was able to gain important knowledge and perspective about the major changes facing our campus operations. She provided information to the senior managers responsible for the roll out of campus operations.<br>• Pam works with the Customer Service Outreach representatives to properly answer all controlled correspondence. She works with the Customer Service Outreach representatives to ensure that the letters are well written and accurate. |
| **Written Communications** | 3B<br>Exceeds | Notice Clarity Worked with group to establish Appeals coordinator to review Gen Appeals notices submitted for changes to language.<br>• Pam has completed the IRM on Employment Tax issues. This is the first time this information has ever been in the Appeals manual.<br>• Pam prepared a memorandum for national distribution on employment tax changes that site was highlighting in her new handbook for the IRM—the memo was well written and informative—she also put this information into the Friday report under recent developments in the Employment Tax area |
| **Interactions** | 3C<br>Meets | • Pam worked with the Service Center Transition Group to plan and host a conference call with that group the analysis from Program Operations before it disbanded. As a result Appeals was able to gain important knowledge and perspective about the major changes facing our campus operations. She provided information to the senior managers responsible for the roll out of campus operations.<br>• Pam's interactions are always polite and professional. She has discussions with taxpayers regarding the controlled correspondence" that they have sent to the IRS. This is to ensure that she understands their issue or concern and properly responds to it in the _____.<br>• Pam researches the proper procedures for payment of administrative |

91

costs—this is a procedure that isn't often used—Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer. On one particular case Pam had to inform an ATM that he had inappropriately resolved the case. The agreement had to be pulled back. Pam did an excellent job of listening to the ATM's position and reporting to each issue he raised.

Pamula Robinson

| CRITICAL JOB ELEMENT | PERSONNEL COMMENTS | |
|---|---|---|
| **BUSINESS RESULTS—QUALITY:**<br>This individual performance critical job element describes how the employee promotes the achievement of business results by completing assignments thoroughly and accurately within established guidelines. The use of proper research and analytical tools and the protection of taxpayer privacy are key components of this critical job element. | **4** | **Overall Rating—<br>5 or Outstanding** |
| Accuracy of Work | **4A<br>Exceeds** | • Pam researched the proper procedures for payment of administrative costs—this is a procedure that isn't often used—Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer.<br>• Pam researched the proper procedures for payment of administrative costs—this is a procedure that isn't often used—Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer. On one particular case Pam had to inform an ATM that he had inappropriately resolved the case. The agreement had to be pulled back. Pam did an excellent job of listening to the ATM's position and responding to each issue he raised. |
| Research and Analysis | **4B<br>Exceeds** | • Pam is involved with on-going research of the Operating Divisions Web pages. The information that she learns will help Appeals project future workload. She summarizes the findings and distributes the information to her manager and other interested employees. |
| Security/ Privacy Disclosure | **4C<br>Exceeds** | • All controlled correspondence is completed via e-mail and Pam ensures that taxpayer identities are not disclosed since e-mail is not secure. |

$93$

## Pamula Robinson

| CRITICAL JOB ELEMENTS | RATING | DOCUMENTATION/COMMENTS |
|---|---|---|
| **BUSINESS RESULTS—EFFICIENCY:** This individual performance critical job element describes how the employee promotes achievement of business results by completing assignments timely within established guidelines. The use of proper workload management and time utilization techniques is a key component of this critical job element. | 5 | **Overall Rating—** 4 or Exceeds Fully Successful |
| Planning and Scheduling | 5A Exceeds | • Pam provided costing information for the purchase of BNA software in role as electronic research coordinator. She also provided area directors with information regarding employees who were not using LEXIS software and advised them not to order as many copies of the software in current year this service. Appeals funds |
| Workload Management | 5B Exceeds | • When General Appeals needed to come up with a strawman proposal to resolve Offshore Credit Project cases Pam was able to accomplish this without assistance. She reviewed the project summary and came up with a proposal that is imaginative and viable. She accomplished this in a relatively short time period and within the timeframes required by the project. |
| Time Utilization | 5C Meets | • Pam timely reviews the commissioner/congressional correspondence cases she is assigned. She timely determines whether the case is appropriate for her to handle or whether the case should be sent to the field CSR for responses. <br> • Pam promptly inputs request for Lexis ids when requested by the field. Pam timely transmits requests for ChoicePoint ids and passwords for our employees. Pam promptly notifies the Lexis coordinators/employees of their ids and passwords when she receives them. |

94

**United States Office of Personnel Management**

**Operating Manual**



# Qualification Standards for General Schedule Positions

### Individual Occupational Requirements for

# GS-512: Internal Revenue Agent Series

*The text below is extracted verbatim from Section IV-B of the **Operating Manual for Qualification Standards for General Schedule Positions** (p.IV-B-83), but contains minor edits to conform to web-page requirements.*

*Use these individual occupational requirements in conjunction with the "Group Coverage Qualification Standard for **Professional and Scientific Positions**."*

*Basic Requirements:*

A. Degree: accounting, that included at least 30 semester hours in accounting *or* 24 semester hours in accounting and an additional 6 semester hours in related subjects such as business law, economics, statistical/quantitative methods, computerized accounting or financial systems, financial management, or finance.

OR

B. Combination of education and experience equivalent to 4 years--that included courses equivalent to a major in accounting, i.e., at least 30 semester hours in accounting *or* 24 semester hours in accounting and 6 semester hours in related subjects as described in A above, in combination with appropriate experience or additional education.

**CERTIFICATE**

A certificate as a Certified Public Accountant (CPA) obtained through written examination in a State, territory, or the District of Columbia meets the requirements for GS-5. Applicants with CPA certificates may also qualify for higher grade levels based on their education and/or experience.

*Graduate Education:* May have been in accounting, *or* with completion of the

Sprott
EXHIBIT NO. 15
9-28-06
C. Jardim

basic requirements described above, may have been in a related field such as business, finance, law, economics, management, statistical/quantitative methods, or computer science. The key consideration in determining if such graduate education should be credited is whether or not it provided the knowledge, skills, and abilities identified as necessary to perform the work at the grade level of the position being filled.

*Specialized Experience:*
Qualifying specialized experience for positions at grades GS-7/11 may have been in accounting, auditing, tax, financial, legal, or other work that required:

*For GS-7 and GS-9:* 1) Knowledge of and skill in applying the principles, concepts, and methodology of professional accounting and related fields, and 2) skill in communicating and dealing effectively with others.

*For GS-11:* 1) Knowledge of and skill in applying professional accounting principles, concepts, and methodology to the examination of accounting books, records, and systems; 2) skill in interpreting and applying tax law for individuals and business and/or exempt organizations; 3) knowledge of business and trade practices to analyze business operations and financial conditions; and 4) skill in interacting effectively in a wide range of situations with a broad range of individuals.

*For positions at GS-12 and above:* Qualifying experience must have been in progressively responsible and diversified professional accounting or auditing work that required 1) knowledge of and skill in applying professional accounting principles, theory, and practices to analyze and interpret accounting books, records, or systems specifically to determine their effect on Federal tax liabilities and their adequacy for recording transactions affecting tax liabilities; 2) skill in interpreting and applying Federal tax law for individuals, business, and/or exempt organizations, partnerships, and corporations; 3) knowledge of business and trade practices to develop tax issues based on analysis and evaluation of overall business operations and financial condition; 4) knowledge of corporate financial transactions and financial management principles and practices; and 5) skill in interacting effectively with a broad range of individuals and in negotiating with specialists in accounting, legal, tax, and other similar business-related professions.

Some positions may require additional specialized knowledge and skills, such as those dealing with employee benefit plans, exempt organizations, excise tax, computer auditing, and international or specialized industry/market segment programs.

## ADDITIONAL REQUIREMENTS
Employment is conditional on a satisfactory report of background investigation, including a tax audit, conducted when and as may be necessary under the security requirements of the Internal Revenue Service.

- To Top of This Page

- To Qualifications Standards Front Page
- To OPM Web Site Index
- To OPM Home Page

*Page created 22 March 1999*

```
*************** COMPLAT  RL ****************197*** Filed 11/29/2006 *** THE 12:37 *** P.01
MODE = MEMORY TRANSMISSION              START=MAY-14 12:31    END=MAY-14 12:37
   FILE NO.= 075

   NO.   COM  ABBR/NTWK   STATION NAME/      PAGES   PRG.NO.   PROGRAM NAME
                          TELEPHONE NO.

   001   OK   ☎           85106372784       019/019

                                            -CHIEF KS-MO APPEALS OFFIC-
***************************************** -3146124871    - ***** -       3146124871- *********
```



# INTERNAL REVENUE SERVICE

# FAX

### APPEALS OFFICE
### ST. LOUIS, MISSOURI

DATE FAX SENT: _5/14/2003_

FAX SENT TO: _Michele McDonald_ FAX SENT FROM: _Sheila Jones_

LOCATION: _Oakland Personnel_    LOCATION: ___ST. LOUIS, MO___

FAX NO: _(510) 637-2784_    FAX NO: ____(314) 612-4871____

OFFICE NO: _____    OFFICE NO: _(314) 612-4885_

TOTAL PAGES FAXED (Including Cover Sheet) _19_

COMMENTS:

_Paperwork & application for Announcement_
_APB-03-138mm_

_Sheila_

**CONFIDENTIALITY NOTICE:** The material in this facsimile transmission is either private, privileged, or constitutes work product and is intended only for the use of the individual(s) named above. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of this material to us.

Sprott
EXHIBIT NO. _13_
_9.28.06_
C. Jardim

**OFFICIAL USE ONLY**

## APPLICATION FOR PROMOTION/REASSIGNMENT

| Name (Last, First, Middle) | Social Security Number | | 2. Office Phone |
|---|---|---|---|
| Jones, Sheila E. | | | 314-612-4885 |

**A - PRESENT POSITION**

**1. Title, Series and Grade**
Internal Revenue Agent (Program Analyst) GS 512-13

**3. Employing Office, Address, and Symbols**
St. Louis Appeals
1222 Spruce St., Room 6304
Stop 6000STL
St. Louis, MO 63103

| 4. Supervisor's Name | 5. Office Phone |
|---|---|
| David M. Geier | 202-694-1827 |

MANAGEMENT CAREERS APPLICANTS-DO NOT COMPLETE BLOCKS 6 AND 7

**6.** Specify training you have had appropriate to position applied for (Additional space on reverse side if needed.)
LEAD Functional/LEAD Core Management Training
Revenue Agent Phase I, II, III, IV, V    Restricted Interest Training - Basic and Intermediate
Appeals Auditor (TCS) Basic Training

**7.** Incentive Awards Received and Data (Additional space on reverse side if needed.)
Special Act Award - 8/02
Performance Award - 8/01
Performance Award - 8/00

| Employee Signature | Date |
|---|---|
| [signature] | 5/14/2003 |

Form 4335 (Rev. 8-81) Cat No. 23035P    (See Reverse Side for Privacy Act Statement)

---

**Vacancy Announcement Number**
APB-03-138MM

**Closing Date**
5/19/2003

**Check Appropriate Box For Consideration (See Instructions)**
☑ One-Time
☐ Continuous
☐ Management Career Program

**B-POSITION FOR WHICH YOU WISH TO BE CONSIDERED**
(List only one kind of position and one grade)

| 8. Title | 9. Series and Grade |
|---|---|
| Internal Revenue Agent (Sr. Program Analyst) | GS-512-14 |

**10. Desired Location** (Place "X" to indicate any one organization)

| | |
|---|---|
| ☑ National Office | |
| ☐ Regional Office | Specify which Region, District, or Service Center - National Office |
| ☐ District Office | |
| ☐ Service Center | |
| ☐ Detroit Computing Center | |
| ☐ Martinsburg Computing Center | |

| 11. Desired Post of Duty (See Instructions) | 12. Desired Division and Branch |
|---|---|
| St. Louis, MO | Appeals Technical Services |

SCML Training
BNA 1120 Computation Training

| Supervisor's Initials | Date |
|---|---|
| [initials] | 5/14/03 |

Department of the Treasury - Internal Revenue Service

---

**Name**
Sheila E. Jones

**Office Symbols** AP:TS:TP&P LM/SB/T:ICE

**Office Room No.** | **Office Fax No.**
6304 | 314-612-4885

**Announcement No.** APB-03-138MM

**Date of Application** 5/14/2003

INSTRUCTIONS-This form is for use by employees to request consideration for any vacant position. Complete all items on this side of form.

Separate cards are required if you wish to request consideration for more than one kind of position and grade, more than one organization, or more than one post of duty.

Submit this form through your supervisor to the Personnel Office servicing the organization where you work now (or in the National Office to your Administrative Officer). If you are qualified, your Personnel Office will request a current performance appraisal from your supervisor and a SF-171 (if needed) from you. If you are applying for a specific position or vacancy (for one-time consideration) immediately following a vacancy for continuous consideration (including subsequent consideration actions), your evaluation(s) will be requested when the vacancy(s) occur.

**Type of Consideration** (Check appropriate box)

☒ Vacancy Announcement-All applicants must be qualified by closing date or a date specified on the announcement. Your application will receive consideration only for the specific vacancy indicated.

☐ Continuous Basis. All applicants must be qualified at the time of filing. Your application will be kept on active file until Dec. 31st. You will be considered for vacancies as they occur.

☐ Management Careers Program

## ELIGIBILITY NOTIFICATION
### Application for Promotion Reassignment

Title of Position Applied For
IRA (Sr. Program Analyst)

Series GS 512    Grade 14

Location St. Louis, MO

**(Personnel Office Use Only)**

☐ You are eligible for announced vacancy.

☐ You are eligible for continuous consideration. Your application will remain in effect through December 31, ____ and then be destroyed. You must reapply after Dec. 31st. and then be considered after Dec. 31st.

You are not eligible because of:

☐ Time-in-grade requirement
☐ Experience
☐ Other
☐ Please retain this application and resubmit it on:

Name of Personnel Specialist

Office Phone    Date

Form 4536 (Rev. 6-91)

---

**Do Not Write In Space Below - Personnel Office Use Only**

| Applicable Standard | Last Promotion Date | Reason: | Indicate Written Test Series, If Required | Date Notified | Date Test Taken | Test Results |
|---|---|---|---|---|---|---|
| ☐ Meets Basic Eligibility Requirements Now | | | | | | |
| ☐ Does Not Meet Eligibility Requirements | | | | | | |

Personnel Specialist

Office Phone

Additional space for training and awards received. *(Please use corresponding number on reverse side.)*

6. Experience as Chief, Technical Section
   Member of Appeals TCS IRM Task Force
   Member of TCS Critical Elements and Standards Task Force
   TCS CPE Planning Committee Member
   Instructor - (TCS CPE and LEAD Functional for TCS Managers)
   Member of Work Group to Create TCS Ranking Criteria

## PRIVACY ACT STATEMENT

### GENERAL

This form is not contained within a system of records, however, as the form is soliciting personal information, a statement is included. This statement is provided for individuals applying for reassignment or promotion under the Internal Revenue Service promotion plan.

### AUTHORITY

The authority to collect this information, including the SSN, is derived from one or more of the following: 5 U.S.C. 3301 and 3302; Executive Orders 10577 and 9397.

### PURPOSES AND USES

The information you supply on this form as well as other information will be used to determine your qualifications for the position you are applying for. The SSN will be used to ensure proper identification. The information will be used by officials with IRS who have a "need to know." Disclosure may also be made to the Office of Personnel Management (OPM) under the requirements of the Federal Personnel Manual (FPM).

### EFFECTS OF NONDISCLOSURE

Your providing the requested information is voluntary, however, your failure to do so may result in your application not being processed.