```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| PAMULA ROBINSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  v. | ) Civil Action No. 05-1212 (RBW)(DAR) |
| | ) |
| HENRY PAULSON | ) |
| SECRETARY OF THE TREASURY, | ) |
| | ) |
|     Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR FILING PLAINTIFF'S RESPONSE AND DEFENDANT'S REPLY**

    Plaintiff Pamula Robinson, by and through undersigned counsel, hereby moves, with Defendant's consent, for an extension of time until December 29, 2006, to file her response to Defendant's Motion for Summary Judgment, as well as an extension until January 25, 2007, for Defendant to file his reply, and in support of this Consent Motion states as follows:

    1.   Pursuant to the Court's October 26, 2006 Minute Order, Plaintiff deadline for filing her response to Defendant's Motion for Summary Judgment is this Friday, December 15, 2006, and Defendant's reply, if any, must be filed by December 29, 2006.

    2.   Plaintiff is represented by a small law firm with an unusually high volume of litigation maters, including several cases before this Court, as well as the U.S. Court of Appeals,

the Equal Employment Opportunity Commission, and the Merit System Protection Board. Indeed, the counsel primarily responsible for preparing Plaintiff's response was assigned today to prepare another matter for trial set for January 3, 2006. This litigation schedule is further complicated by the holiday season (a fact that applies to Defendant's Counsel as well).

    3.   Defendant's dispositive motion also raises several issues that need to be carefully addressed by Plaintiff's response. Plaintiff's allegations of discrimination arise from a complex set of facts and her response to Defendant's Motion will require a careful recitation of information uncovered by discovery and the legal analysis required to properly assess her claims. Indeed, preparing Plaintiff's response will require an in-depth review and synthesizing of more than 700 pages of deposition transcripts.

    4.   For the reasons stated above, Plaintiff is requesting a brief two-week extension of time until December 29, 2006, for filing her response to Defendant's Motion for Summary Judgment. Plaintiff is also requesting an extension of Defendant's deadline for filing his reply, until and January 25, 2007.

    5.   In accordance with Local Civil Rule 7.1(m), counsel for the parties conferred about this Motion, and agree, particularly

in light of their respective litigation schedules and the impending holiday, that an extension of time is warranted. Thus, Defendant consents to the requested extensions.

For all these reasons, this Joint Motion should be granted, Plaintiff's deadline for filing her response to Defendant's Motion for Summary Judgment should be extended until December 29, 2006, and the deadline for Defendant's reply should be set for January 25, 2007. An appropriate Order accompanies this Consent Motion.

                                  Respectfully submitted,

                                      /s/
                                JOSEPH D. GEBHARDT
                                    (D.C. Bar No. 113894)
                                CHARLES W. DAY, JR.
                                    (D.C. Bar No. 459820)
                                MARK A. DANN
                                    (D.C. Bar No. 484523)
                                GEBHARDT & ASSOCIATES, LLP
                                1101 17th Street, N.W.
                                Suite 807
                                Washington, DC 20036-4716
                                (202) 496-0400

December 12, 2006            Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Extension to Time to File Response and proposed Order was served this 12th day of December, 2006, via facsimile and electronic case filing through the court, upon counsel for Defendant as follows:

> W. Mark Nebeker
> Assistant U.S. Attorney
> Civil Division
> 555 4th Street, N.W.
> Washington, DC 20530
> Fax: 202-514-8780

> _____/s/_____
> MARK A. DANN