UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMULA ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1212 (RBW)(DAR) |
| | ) |
| HENRY PAULSON | ) |
| SECRETARY OF THE TREASURY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Extension of Time for Filing Plaintiff's Response and Defendant's Reply and the full record, it is hereby this ___ day of December, 2006, ORDERED:

    1.   That the Consent Motion is hereby GRANTED;

    2.   That Plaintiff shall file her response to Defendant's Motion for Summary Judgment by December 29, 2006; and

    3.   That Defendant's reply, if any, shall be due on or before January 25, 2007.

 

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Charles W. Day, Jr., Esq.
Mark A. Dann, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

William Mark Nebeker, Esq.
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC 20530