**EXHIBIT 3**

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


- - - - - - - - - - - - - - - x
                              :
PAMULA ROBINSON,              :
                              :
        Plaintiff,            :
                              :
   vs.                        : Civil Action
                              :
JOHN W. SNOW, SECRETARY OF THE : No. 05-1212
TREASURY,                     :
                              :
        Defendant.            :
                              :
- - - - - - - - - - - - - - - x


                         Washington, D.C.
                         Thursday, September 28, 2006


        The 30(b)(6) deposition of INTERNAL REVENUE

SERVICE by CARSON SPROTT, called for examination by

counsel for Plaintiff in the above-entitled matter,

pursuant to Notice, in the offices of Gerhardt &

Associates, 1101 17th Street, N.W., Washington, D.C.,

convened at 10:17 a.m., before Cathy Jardim, a notary

public in and for the District of Columbia, when were

present on behalf of the parties:

13

1   is human capital analyst.  The position title is

2   human resource specialist.  That is a grade, GS 12,

3   201 series.

4       Q.   During your tenure at IRS, what was your

5   grade and title

6       A.   Human resource specialist  GS 201 11.

7       Q.   And was that during your entire tenure at

8   the IRS?

9       A.   It was.

10      Q.   Generally speaking, what were your duties

11  while you worked at the IRS?

12      A.   The largest portion of my duties was the

13  work that was done in 138 MM, merit promotion cases,

14  working with managers at the IRS to receive the

15  applications for people who wanted promotions,

16  reassignments, in some cases downgrades, and

17  assessing qualifications for these folks, helping

18  ranking panels put the necessary materials together

19  to rank the applicants and getting the appropriate

20  certificates so managers can select from the best

21  available candidates.

22      Q.   Can you estimate how many merit promotion

14

1    cases you worked on in a week?

2        A.    At any time I could have as many as 12

3    going, maybe as few as three or four.

4        Q.    Shifting again, do you know Pamula Robinson?

5        A.    I don't.

6        Q.    Are you familiar with the name?

7        A.    Yes.

8        Q.    How do you know the name?

9        A.    From these materials that I have been

10    forwarded.  From the application that I had from 138

11    MM, and that is it, I guess.

12        Q.    Do you know Sheila E. Jones?

13        A.    Not -- other than the same materials, I

14    don't know who she is.

15        Q.    Do you know David M. Geber ?

16        A.    His name is familiar.  I believe he was one

17    of my customers when I worked at the IRS.  I worked

18    in the human capital office and the business unit I

19    serviced was the appeals business unit.  It was a

20    matrixed organization so we serviced -- the whole

21    human capital had a variety of customers, LMSB, SBSE,

22    these are all tax divisions within the IRS.  The

15

1   appeals was one of the smaller tax divisions.  So my

2   office serviced appeals exclusively so I believe

3   David Geber was one of the higher-up managers in

4   appeals.  I believe he was a customer of mine.

5       Q.   You said exclusively.  Did you work for any

6   other divisions or subdivisions of the IRS?

7       A.   I did not.

8       Q.   Your work was exclusively for merit

9   promotions within the appeals division?

10      A.   Yes.

11      Q.   Have you ever met Mr. Geber face-to-face?

12      A.   I don't think so.

13      Q.   Do you recall ever speaking to him on the

14  telephone?

15      A.   I don't think so.

16      Q.   How do you recall -- why do you believe that

17  he was one of your customers?

18      A.   Because we have -- you would have a series

19  of pre-printed Word documents that would have a

20  divisions head's name on it and their address, when

21  you would send the merit promotion package forward.

22  You would send all of the applications -- but I

16

1   serviced six different divisions within appeals and I

2   believe he was one of those six.

3       Q.   Do you recall ever corresponding with him by

4   e-mail?

5       A.   It is possible.  It could be a number of

6   things.  One, a ranking panel could have been slow,

7   after the qualification process is completed,

8   packages, like 038 MM go to ranking and I could have

9   sent him an e-mail saying, hey, where is this

10  package, it has been three weeks and it is screwing

11  up my cycle time, I am rated on how fast these things

12  come out.  Other than that, nothing else comes to

13  mind. That is probably one area we corresponded in.

14      Q.   You mentioned that is one of your rating

15  criteria, what are the other criteria?

16      A.   Quality.  We had an interim review within

17  our office and one of the senior specialists would

18  review the packages, such as an 138 MM, and

19  determined whether you made the correct qualification

20  determination, had you notified the appropriate

21  people.

22      Q.   Other than qualification -- how would you

1    characterize the first criteria?

2        A.    Qualifications.

3        Q.    The previous one you mentioned, the pace?

4        A.    Cycle time.  That was through your own entry

5    into a database, what date were you informed of this

6    announcement, what time did you announce it, what

7    time did it close, what time did you finish your

8    qualification determination, what time did you

9    forward it to the ranking officials, when did you get

10   it back, and when it closed, as it related to my

11   cycle time measurements when you sent it forward.  So

12   you generated a certificate of eligibles and then

13   gave that to the selecting official.

14       Q.    Were there any other qualification criteria

15   by which you were rated?

16       A.    I am sure there were other standards in my

17   performance appraisal, but I couldn't say right now.

18       Q.    Do you recall ever corresponding or

19   communicating with Mr. Geber by written papers?

20       A.    Yes.  There was a formal, boilerplate cover

21   sheet that you would have put on a package.  So he

22   would have gotten one from me for sending candidates

21

1    left and she did the same exact work as me.  She had

2    a different set of customers, of course.

3         Q.   Was she in your supervisory chain of

4    command?

5         A.   We both reported to the same person.

6         Q.   But she was not your supervisor.

7         A.   No, no, we were appears.

8         Q.   Do you know Michelle McDonald?

9         A.   She was my assistant.  She was a GS 203-6, I

10   believe.

11        Q.   And what were her duty responsibilities?

12        A.   She would collate applications as they came

13   in for my packages.  She would put them together in

14   order.  She would attach the appropriate forms so I

15   could perform qualification.  In some cases she would

16   perform qualifications that I would then review and

17   she would kind of generate the boilerplate cover

18   sheets I described, for me to review; kind of

19   secretarial duties in an HR sense.

20        Q.   When you say perform qualifications, what do

21   you mean?

22        A.   She would examine the position that we were

22

1   hiring for, and examine the application that was

2   submitted so you have essentially a resume, an IRS

3   form of a resume.  She would compare the position to

4   be applied for versus the application submitted, and

5   apply the appropriate qualifications and determine if

6   this person was minimally qualified for the position.

7       Q.    Was this a routine assignment for her?

8       A.    Routine -- she probably did it for about a

9   third of the packages we did and usually the lower

10  end ones.

11      Q.    And when you say lower end --

12      A.    Lower grades.

13      Q.    What grades?

14      A.    I would say anything -- probably all the

15  secretarial.  Appeals didn't have a lot of low

16  grades.  Appeals had generally high grades so it was

17  probably secretaries and maybe some of the 1101 -- I

18  think they were collection due process specialists, I

19  think we hired those at the seven and nine.

20      Q.    Can you think of any other duties she would

21  routinely perform?

22      A.    She picked up the mail.

23

1      Q.    Do you know whether Ms. McDonald was

2    involved in the selection at issue in this case?

3      A.    Involved in the selection -- she was

4    involved with the package, in all the standard ways.

5    She took applications from the fax machine, she

6    collated them for me in a meaningful way, but I

7    believe I did most of the work on this package.

8      Q.    Do you know if she performed qualifications?

9      A.    I don't believe so.

10     Q.    Transitioning again, can you give me your

11   understanding of the general purpose and

12   qualifications for the GS series 512 grade 14 senior

13   program analyst position?

14     A.    Sure.  The GS-512 is the Internal Revenue

15   agent.  It is a grade 14 position so what the

16   standard will say, you need at least a year

17   qualifying experience at the next lower grade -- you

18   need a year at the grade 13 to qualify for the grade

19   14 and you need at least a year at that.  There are

20   specific -- any 13 won't do.  You have to meet the

21   standards as described in the qualifications

22   standards handbook.  What that essentially says is

24

1    there is -- not all positions have this, but this one

2    does. First off it has an education requirement.  You

3    have to have 30 hours of accounting, 24 of those

4    semester hours have to be in specific business areas.

5    I couldn't describe them off the top of my head.

6    Also, this is the most complex position in the

7    organization.  Your experience has to be a lot of tax

8    computation, tax law, professional accountants, the

9    512s are essentially professional accountants.

10        Q.   Why did you say it was the most -- what did

11   you say it was --

12        A.   Most complex, because it has the most

13   stringent requirements.  The criminal investigation

14   unit has an accounting requirement but not quite as

15   stringent.

16        Q.   What makes this requirement stringent?

17        A.   It is an educational requirement.  It is the

18   toughest one in the IRS.

19        Q.   Other than the educational requirement is

20   there any other reason you refer to this as a

21   stringent requirement?

22        A.   No.  There are very specific duties but

26

1    have to perform with respect to accounting?

2            MR. NEBEKER:  Objection, vague.

3            THE WITNESS:  Other than what I described,

4    no.  I would say computation accounting.

5            BY MR. DANN:

6    Q.    You said tax law.  What do you mean?

7    A.    The amount you compute, the amount a

8    corporate owes or an individual owes is determined by

9    what is on the statute so you have to know what laws

10   to apply to compute the appropriate tax.

11   Q.    What did you mean by business law?

12   A.    Same thing.  They are essentially the same

13   thing.

14   Q.    What is your understanding of the duties of

15   a GS series 343 grade 13 program analyst ?

16           MR. NEBEKER:  Same objection.

17           THE WITNESS:  A 343, that is an interesting

18   question because a 343 is a catch-all, not just

19   within the IRS but throughout government.  A 343

20   series is usually a management analyst type position

21   and those duties can be very varied.  Anything within

22   the 300 series, it is a very broad category.  To know

1    what a 343 does, you really have to ask the person

2    what they do.

3        Q.    You described the 512-14 program analyst.

4    Can you please tell me, to your knowledge, what a GS

5    series 512 grade 13 tax computation specialist does?

6        A.    All of those same duties but slightly less

7    complex, and what less complex would mean, the IRS

8    would determine what makes a 13 versus a 14, I assume

9    based on type of corporation, number of dollars

10   collected, but I don't really know.

11       Q.    Do you know what a coordinator of the

12   technical analyst program is?

13       A.    No.

14       Q.    Have you ever heard of the tax computation

15   program?

16       A.    If those are all capitalized, then, no.

17       Q.    Are you familiar with the subset assignments

18   or duty responsibilities for employees within the

19   appeals division?

20       A.    I don't know what you mean by subset

21   assignment or duties.

22       Q.    Are you familiar with any subdivisions

28

1    within appeals?

2       A.    Kind of, yes.  Appeals basically -- if you

3    work in the IRS, and you do taxes, you are assigned

4    to a type of customer, wage and income, which is

5    individuals like ourselves when we pay our taxes;

6    SBSE, small business/small enterprise; LMSB, large

7    and medium sized businesses; and within appeals they

8    service -- TEGE, is another division, tax-exempt

9    government entities.  If you work within appeals,

10   what you are doing is -- someone that has been

11   serviced by one of these other divisions doesn't like

12   the computation that has been done and they don't

13   believe their taxes are being assessed fairly and so

14   they go to appeals and say, we don't agree, what can

15   you do, and appeals settles that case, essentially.

16   So I believe within appeals, when I was there, they

17   were broken up by type of tax they serviced.  You

18   could be in appeals and service TEGE, you could be in

19   appeals and service LMBE.

20      Q.    Are you familiar with the geographic

21   divisions of the IRS appeals division; by that I mean

22   the field offices as opposed to head office?

1        A.    I am aware there are field offices, but as

2   far as I know they are serviced by customer type and

3   not region, but I don't know that for sure.

4        Q.    Do you know if there are different duty

5   assignments for employees assigned to the field as

6   opposed to headquarters?

7        A.    Not specifically, but traditionally, within

8   any division of IRS headquarters is strategies and

9   field offices is doing the business of the

10  organization.

11       Q.    What do you mean by strategies?

12       A.    Kind of designing program direction, whereas

13  in the field you would be implementing policy.

14  Policy comes from headquarters and implementation

15  happens in the field.

16       Q.    Are you familiar with the 930 series ?

17       A.    I am, the appeals officer.  That is the

18  bread and butter the appeals division.

19       Q.    What do you mean by bread and butter?

20       A.    I believe it -- I believe there are more of

21  those positions in appeals than anything else.

22       Q.    What do those employees do?

30

    1      A.   They settle tax cases.  They get cases that
    2  come in from the other business divisions and they
    3  negotiate what a fair settlement is.
    4      Q.   What interaction, if any, is there between
    5  the 512 series, the 930 series, and the 343 series
    6  employees?
    7      A.   There must be some, although I am not sure
    8  what.  I know appeals has all of those within it, so
    9  I imagine they coordinate on what kind of -- the work
   10  appropriate to each of their positions, but I
   11  couldn't say exactly how they do interact.
   12      Q.   Are you aware of any overlapping duties
   13  between the respective series?
   14      A.   I am not.  That is the point of
   15  classification, so that doesn't happen.
   16      Q.   Have you ever prepared a position
   17  description for any of these three series positions?
   18      A.   I haven't.  Those are all standard on the
   19  web at the IRS.
   20      Q.   Mr. Sprott, can you tell me what a merit
   21  promotion file is?
   22      A.   A merit promotion file is the package that a

1    human resources specialist or staffing specialist

2    would put together to help a selecting official

3    select an internal employee.  Merit promotion refers

4    to internal applicants only.  Such a position is not

5    open to the public.  Only open to IRS employees.  The

6    file contains the announcement -- was that the next

7    question?

8        Q.    It was.

9        A.    The file contains the job announcement.  It

10   says what grade is this, what series, where is it

11   located, it will contain the grade and the grade

12   tells you what the compensation is.  That is kind of

13   basically what is contained in the announcement and

14   probably my number, call me, if you have any

15   questions about how to apply and then it should also

16   contain what you need to apply, the specific forms

17   you would need to apply -- there are basically three

18   forms and this package would contain all three.  All

19   three have form numbers as do everything at the IRS

20   actually.  The first of which would be -- it is kind

21   of a stub card that contains some basic information

22   about the applicant and it contains a tear off piece

1    that we would mail back to the applicant letting them

2    know their application was received and whether they

3    are qualified or not.  The second piece to the

4    application is a resume, it gives them a chance to

5    say who they worked for, what kind of work they did,

6    what was their title, position, grade, and detail

7    their experiences, and there is space in the back to

8    detail everything you think might be relevant.  You

9    could talk about your education -- it had a section

10   for other duties for other positions you had, or

11   awards you received, et cetera, and then the last

12   piece, the application, was the performance appraisal

13   which would have a numeric piece and a narrative

14   piece.  Contained within the package would also be

15   form, I believe it is, 2065 which is the

16   qualifications determination sheet which would be

17   filled out by myself, the human resources specialist,

18   and that would detail -- it wouldn't detail but list

19   the positions they held and whether this experience

20   was qualifying or not and at the very bottom is a

21   qualification, yes or no, and then my signature and

22   date, hopefully.

1       Also in the package are ranking materials.

2    And also in this package would be -- back up to

3    qualifications would be the position description for

4    this position.

5       Next after that would be the ranking

6    materials because after somebody is determined

7    qualified, they would often go to ranking, and it

8    would contain a set of standards by which this

9    package was ranked, if it was ranked.

10      And then finally it would contain the

11   selection certificate which applicants were forwarded

12   by the selecting official and that decision so it

13   should have the selecting official's signature, and

14   the date selection was made, and finally it should

15   contain the SF 50 which is the notification of

16   personnel action which shows the selectee being

17   reassigned, promoted or demoted depending on the type

18   of action performed.

19   Q.   Can you think of anything else that would be

20   expected to be found in a merit promotion file?

21   A.   Yes, there would be -- usually a checklist

22   in the front that shows all these things were done

34

1    and that would be checked off by myself or my

2    assistant.

3        Q.   You mentioned three forms, the applicant's

4    packet, is what I would call it, and those three

5    forms, and correct me if I am wrong, the short form,

6    the card --

7        A.   It has a form number.  I just don't remember

8    it off the top of my head.

9        Q.   And then the application itself?

10       A.   The application slash resume.

11       Q.   And what was the third?

12       A.   The performance appraisal.

13       Q.   You said the vacancy announcement was also

14   contained in the promotion file.

15       A.   Yes.

16       Q.   And what is contained on the vacancy

17   announcement?

18       A.   I am sorry if I am repeating myself but it

19   is the date the vacancy announcement was, the dates

20   under which you can apply for it, the title,

21   position, series, grade, how to apply, where to fax

22   your materials, who to send it to, contact

35

1  information for myself or my assistant, if you have

2  questions on how to apply.  With that grade is the

3  implied compensation amount.

4       Q.   And what is an applicant expected to do?

5       A.   They are expected to submit all of the

6  materials requested in that vacancy announcement by

7  the closing date.

8       Q.   And what happens if they submit -- by all

9  the application materials, what do you mean?

10      A.   Well, they have to -- there is a contractual

11 piece about this.  If they send in -- if you send in

12 any piece of this application, what the contract says

13 is you get five days for anything under the

14 applicants control to get everything in, from the

15 closing announcement, and you get 10 days for what is

16 not under your control.  Say I was to get just the

17 card form, I am supposed to contact the applicant and

18 say we are missing these two other pieces and get

19 five days to get that stuff in.  The card and the

20 resume are considered under the applicant's control.

21 Five days for that.  Performance appraisals are

22 considered under the manager's control, not under the

1  applicant's control so they get 10 days for that to

2  submit.

3      Q.   And you are referring to a contract, what

4  contract are you referring?

5      A.   The NORD 5 or the national agreement, which

6  ever -- it didn't change from when the contract

7  changed.  It is the labor, the labor bargaining

8  agreement with National Treasury Employees Unit.

9      Q.   And how do you know if a vacancy

10  announcement is covered by the bargaining unit?

11      A.   Some positions are inherently bargaining

12  unit but all application process, the contract is

13  applied.  Non-supervisory employees largely, although

14  not all, are covered by the union, meaning they can

15  get union representation.  None of the management

16  employees are in the union, nor can they be covered

17  by the union, but whoever you are, the IRS uses the

18  contract to apply for a position.

19      Q.   Would the position in this case have been

20  covered by the contract?

21      A.   Well, it is not a bargaining unit position

22  because it was a management position but how to apply

1   for it was covered by the contract.

2       Q.   What happens if one of the materials that is

3   expected to be provided by the applicant, either the

4   card or the application, is not submitted within five

5   days?

6       A.   Then that is noted on that form 2065,

7   qualifications sheet, and you would say material not

8   submitted.  You hopefully have your attempted

9   contacts.  I would often do it by e-mail, but also by

10  call too, and you would note the attempted contacts

11  and finally you would say not qualified, material not

12  submitted on time.

13      Q.   What would occur if within 10 days the

14  performance appraisal is not provided?

15      A.   Same.

16      Q.   When you say performance appraisal, what are

17  you referring to?

18      A.   There is a standard form for that too but

19  there are a couple of performance appraisal -- there

20  is standard annual, and employees got a quarterly --

21  not that you got it quarterly, but the whole

22  population was divided up and you received it

41

1    either.  I think people kind of had it down.

2        Q.    That was my next question.  Other than

3    performance ratings, had you ever observed an

4    applicant submit additional materials?

5        A.    No.

6        Q.    What would you do with the additional

7    materials if they had been submitted to you?

8        A.    You would maintain them in the case file as

9    extra materials submitted but not forwarded, so you

10   would double hole-punch them and stick them in the

11   back but it would stay in the personnel office.  It

12   would not go to the ranking panel and selecting

13   official.  We tried not to throw things away.  We

14   would keep fax cover sheets back there as well to

15   help us maintain the paper trail.

16       Q.    This file, is that separate from the merit

17   promotion file?

18       A.    No, same thing.

19            MR. DANN:  Take a five-minute break.  We are

20   about to head into the handbook.

21            (Discussion off the record.)

22            (Brief recess.)

42

```
 1                  (Sprott (30(b)(6) Exhibit No. 2

 2                   was marked for identification.)

 3          BY MR. DANN:

 4     Q.    Transitioning, again, Mr. Sprott, I would

 5   like you to take a look at the document marked as

 6   Exhibit 2.  Do you recognize this document?

 7     A.    I do.

 8     Q.    What is it?

 9     A.    It is a positions qualifications standards

10   handbook.  You can get this online.  It is actually

11   put out by the agency I work for now.

12     Q.    There is a yellow division.

13     A.    I saw that.

14     Q.    Are there two separate portions provided to

15   you today?

16     A.    There are.

17     Q.    What are they?

18     A.    In the front section, we have got general

19   policies and instructions, and the second portion is

20   standards for professional and scientific positions.

21     Q.    What is, generally speaking, the purpose of

22   the qualifications standards handbook?
```

43

1    A.    It is used to determine whether -- how --

2    whether you are qualified for other positions.

3    Q.    Who utilizes the handbook?

4    A.    I imagine all government employees do, but I

5    know human resources specialists use it often.

6    Q.    And for what purpose do you use the

7    handbook?

8    A.    To determine qualifications.

9    Q.    Is the handbook binding or is it a

10   guideline?

11   A.    It is binding.

12   Q.    Are there related materials that you would

13   use in assessing a person's application other than

14   the handbook?

15   A.    The position description at times would give

16   you a bit more detail about the position if you

17   needed more.

18   Q.    And why would you need more description of

19   the position?

20   A.    Additional information, more specificity.

21   If you look at, for example -- if you look at

22   certain -- let me see -- many positions just say you

44

1  are covered under this general standard and you would

2  need a position description to give you more details

3  about what that position is.  I think the 930 is one.

4  It is covered under administrative and management

5  positions, and that is another section under this

6  qualification standards handbook.  The 343 would be

7  another.  It doesn't say a lot about that.  343 is a

8  great example because, as we discussed earlier, that

9  is a catch-all position.  You could be doing a lot of

10  different things so you would want the position

11  description for the 343 to say what is this person

12  really doing.

13      Q.   If you turn to the last three pages of the

14  entire pack, is that what you are referencing?

15      A.   No.  I believe these are all positions that

16  have individual standards, that list, the last three

17  pages.  For example, if you look -- on this list is

18  the 512, the Internal Revenue agent and that does

19  have an individual standard.  You can go to the 512

20  section and it will say very specifically what is

21  required for that position, but if you look at the --

22  the 930 is not on this list, or the 343.

```
 1      Q.   Other than the position descriptions, are

 2  there any other materials that you would review in

 3  assessing an applicant's packet?

 4      A.   Their application, you would compare their

 5  application to these standards.

 6      Q.   Are there any other materials you would

 7  refer to?

 8      A.   No.

 9      Q.   Would you ever speak to anyone in reference

10  to an applicant's packet?

11      A.   No.

12          MR. NEBEKER:  Objection, vague.

13          BY MR. DANN:

14      Q.   I believe earlier you said you might look up

15  and speak with a person's supervisor.  For what

16  purpose would you speak to the supervisor?

17      A.   Request a performance appraisal.

18      Q.   Other than that would you have any occasion

19  in which you would need to speak to the supervisor?

20      A.   No, not really.

21      Q.   Would you ever speak to an applicant

22  yourself?
```

58

1     Q.   Would you document -- routinely would you

2   document any communications you had as part of a

3   review on an application?

4     A.   Meaning would I document had I contacted a

5   supervisor -- yes, probably.

6     Q.   Or if you consulted with your lead or if you

7   contacted the applicant?

8     A.   Probably not if I consulted with my lead,

9   but if I contacted the applicant or the manager,

10  probably.

11    Q.   And where would you document that?

12    A.   Probably on the qualifications form, the

13  2065, and I believe I did document a communication

14  with the manager on the 2065 at least in one of the

15  applications, in this case, 138 of them.

16    Q.   Are you familiar with the term

17  pre-selection?

18    A.   Yes.

19    Q.   What does it mean?

20    A.   It is not an official term in the IRS

21  because it is technically illegal, but what you will

22  often hear people talk about is that management will

59

1   already have a candidate in mind for the position and

2   that merit promotion is just a paper exercise to meet

3   the legal requirements of merit promotion and the

4   regulations of the IRS and the Internal Revenue

5   manual, the whole time they know who they want and

6   they pick that person without considering other

7   applicants.

8        Q.   Do you know why there were no KSAs for this

9   position?

10       A.   I don't.

11            MR. DANN:  Five-minute break.

12          (Discussion off the record.)

13            (Brief recess.)

14            BY MR. DANN:

15       Q.   Generally speaking, is it unusual for a

16   vacancy announcement not to have KSAs?

17       A.   Having KSAs is the exception, not the rule.

18       Q.   That is August we have.

19            MR. NEBEKER:  I just have a few follow-up

20   questions if I may.

21            EXAMINATION BY COUNSEL FOR DEFENDANT

22            BY  MR. NEBEKER: