# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,                    )
                                    )
      Plaintiff,                    )          **ORIGINAL**
                                    )
                                    )
vs.                                 )    Civil Action
                                    )    No. 05-1212 (RBW)
                                    )
JOHN W. SNOW,                       )
SECRETARY OF THE TREASURY,          )
                                    )
      Defendant.                    )


DEPOSITION OF SHEILA E. JONES

Part A

Taken on behalf of Plaintiff


August 10, 2006


Dawn M. Bloemker, CSR, RPR, CCR
Illinois CSR License No. 084-004554
Missouri CCR License No. 1039

**Pohlman** Reporting
*Court Reporting*

One Metropolitan Square Suite 2040, St. Louis, MO  63102
**p** 314.421.0099  **f** 314.421.1115  toll free 1.877.421.0099
www.**pohlman**reporting.com

Examination By Mr. Dann

Page 9

1  Do you understand?

2      **A    I do.**

3      Q    Thank you.  If you need to take a break for

4  any reason -- and that goes for us as well.  Mr.

5  Nebeker certainly will chime in, I'm sure -- let me

6  know.  I only do have one request.  If I have asked a

7  question, I may ask you to respond to the answer --

8  respond an answer to the question before we take that

9  break.  Is that okay?

10     **A    That's fine.**

11     Q    Okay.  Well, let's start at the beginning.

12  Will you please state and spell your name for the

13  record, please.

14     **A    My name is Shelia E., middle initial, Jones.**

15  **S-H-E-I-L-A, middle initial E., Jones, J-O-N-E-S.**

16     Q    Okay.  And what is your race, ma'am?

17     **A    I'm sorry.  I didn't understand the**

18  **question.**

19     Q    What is your race?

20     **A    My race is Caucasian.**

21     Q    Okay.  Have you consumed any drugs or

22  alcohol that, or any other substance, that would

23  inhibit your ability to respond to my questions

24  accurately?

25     **A    I have not.**

Examination By Mr. Dann

Page 22

1    A    Well, at one point in time she was an

2 analyst also at the regional level.  At one point in

3 time I believe she was my supervisor.

4    Q    Okay.  Do you know the period in which she

5 served as your supervisor?

6    A    I do not.

7    Q    Okay.  And prior to 1990, how long had you

8 been a tax computation specialist?

9    A    When I was hired in appeals in 1984 I came

10 to appeals as a tax computation specialist which, for

11 the record, is the internal title given to that job.

12 The legal title is a revenue agent.

13    Q    Thank you for clarifying that.

14    A    No problem.

15    Q    So your job description -- your position

16 description would reflect the title of a revenue

17 agent?

18    A    My current one?

19    Q    The one for the tax computation specialist.

20    A    It would reflect the classification title

21 most likely as an internal revenue agent and the

22 organizational title as a tax computation specialist.

23 And for the record, that tax computation specialist

24 has changed names a couple of times over the course of

25 20 years.

Examination By Mr. Dann

Page 24

1 a little bit confusing for those on the outside.  For

2 instance, I know there's a group called technical

3 services, and within that, I believe, currently, there

4 are about four different groups; for instance,

5 technical guidance or tax policy and procedures.  So

6 I'm asking if you might be able to provide me with

7 some insight into your subdivisions within appeals

8 after 1990?

9      A    **After 1990?**

10     Q    Yes.

11          MR. NEBEKER:  Vague.  You can answer.

12     A    **I am not qual- -- the IRS -- or the appeals**

13 **has reorganized several times since then, and I am not**

14 **in a position to define what the organizational title**

15 **was at any time, except for now I know what it is.**

16     Q    (By Mr. Dann) Okay.  What does LMSB stand

17 for?

18     A    **Large mid-size business.**

19     Q    Okay.  And what does TE/GE stand for?

20     A    **Tax-exempt government entities.**

21     Q    And SBSE, what does that stand for?

22     A    **Small business self-employed.**

23     Q    And what does W and I stand for?

24     A    **Wage and investment.**

25     Q    Have you ever worked in any of those

Examination By Mr. Dann

Page 26

1 St. Louis.  Do you recall doing so?

2    A    Yes.  That was the actual, the tax

3 computation specialist supervisor.

4    Q    Between 1990 and when?

5    A    1997.

6    Q    Okay.  But you don't know under which

7 subdivision that position was assigned?

8    A    At that point in time appeals was divided by

9 offices.  It was part of the St. Louis Appeals Office.

10    Q    So am I to understand those are regional

11 divisions?

12    A    That is incorrect.

13    Q    Okay.

14    A    They're offices within a region.

15    Q    Okay.  And I have information here that

16 indicates you served as the LMSB appeals tax

17 computation specialist; is that correct?

18    A    Do you have a date?

19    Q    1997 to 2001.

20    A    Okay.  Yes, that was -- yes, I did.

21    Q    Okay.  And what did you do in that position?

22    A    It was a tax computation specialist position

23 just like the ones I had before except it dealt

24 primarily with large mid-size businesses.

25    Q    And what does a tax computation specialist

Examination By Mr. Dann

Page 27

1  do?  And I know that might be a broad question, but

2  I'm hoping you might be able to give a broad answer,

3  and we'll work from there.

4      A    A tax computation specialist is responsible

5  for taking the settlement of individual issues, that

6  is, that the appeals officer arrives at, and take the

7  settlement on each one of those issues and recompute

8  the tax liability of the taxpayer taking into

9  consideration all the tax law ramifications that

10 impact that computation.

11     Q    Okay.  So what your -- how would you

12 interact with the appeals officer in your capacity as

13 a tax computation specialist?

14     A    Constantly.  I had to discuss the issues

15 with them, what the intent of the issue was, what the

16 outcome of the settlement computation was.  It was

17 constant interaction.

18     Q    Okay.  So, for instance, there might be a

19 tax on a small business, and a small business owner

20 might appeal the tax liability, and at that point that

21 would be assigned to an appeals officer; am I

22 understanding that correctly.

23     A    If they appealed it, yes.

24     Q    Okay.  And then there would be -- what would

25 ensue following the appeal?  Would it be an

Examination By Mr. Dann

Page 31

1 computation specialists?

2      A    **None of them have tax computation**

3 **specialists.**

4      Q    Okay.

5      A    **Tax computation specialist is a field**

6 **position.   The technical services is a headquarters**

7 **position.**

8      Q    Okay.   Thank you for clarifying that.

9      A    **No problem.**

10     Q    Who would be assigned to technical services

11 division if not tax computation specialist?

12     A    **Analyst, tax examiners, appeals officers.**

13     Q    Okay.   And your current position as program

14 analyst, what do you do in that position?

15     A    **I'm assigned specific specialized program**

16 **areas that I'm responsible for administering policy**

17 **and procedures on and resolving issues and**

18 **communicating with the field on the programs that I'm**

19 **assigned.**

20     Q    Okay.   Communicating to whom within the

21 fields?

22     A    **All the employees.**

23     Q    Would you communicate with tax computation

24 specialists?

25     A    **I could, yes.**

Examination By Mr. Dann

Page 33

1    Q    Well, in October 2001 you became a program

2 analyst on a temporary assignment; is that correct?

3    A    In October -- yes.

4    Q    Okay.  And what did you do in that position?

5    A    Well, I was an analyst, but I was assigned

6 different programs than I am now.

7    Q    Okay.  What programs were you assigned then?

8    A    I was -- in 2001 for that temporary time

9 frame, I was assigned the travel budget for the large

10 case employees.  The early referral program and the

11 delegation orders and policy statements, I coordinated

12 the changes to them, and I assisted the -- with the --

13 this isn't going to make any sense to you, but Friday

14 report articles.  They're articles that -- technical

15 articles that were written and published in our local

16 website.  I coordinated those.

17         Towards the end of 2002 I did become

18 involved in the tax computation specialist aspect.

19    Q    Okay.  And what did you do with your

20 involvement -- with respect to your involvement there?

21    A    I was a participant on the -- a task force

22 that was writing their Internal Revenue manual for

23 them.

24         I participated as an instructor at their

25 continuing professional education session, and

1 that's -- at this point in time -- at that point in

2 time that's all I can remember what I was involved

3 with because there was someone else handling that

4 program at that time.

5      Q    Okay.  I would like to transition a little

6 and get back to something you mentioned earlier with

7 respect to training you received that \may\May not be

8 akin to a degree.

9           Can you please tell me some of the training

10 you've received within the IRS?

11     A    I had to go to Revenue Agent Training I, II,

12 III, and IV.  They are broken out in phases depending

13 on how -- at various complexity levels.  You start out

14 at one as the simple level and work your way up to --

15 actually, at the time I went it was five levels, but I

16 had to go through that.

17          I've gone through restricted interest

18 computation training.  I've gone through the appeals

19 officer training, basic appeals officer training, I

20 should say.  I've gone through SGML training which is

21 a mark-up language that we use to write IRN's.  Those

22 are some of the ones that I can think of quickly off

23 the top of my head.

24     Q    Can you tell me the time frames in which you

25 went through Revenue Agent, Phases I through V?

Examination By Mr. Dann

Page 48

1 computation specialist is assigned a project.

2    Q    Okay.

3    A    But if you are selected to be a member of a

4 task group who's given a specific task to accomplish,

5 then you did remain on that task group until the task

6 was accomplished.

7    Q    Okay.  So the task and group assignments

8 would be in addition to your regular duties?

9    A    Oh, yeah.

10    Q    Okay.  I'm learning this position as you

11 speak, so bear with me, please.

12    A    You're taking me back down the road of

13 memory here.

14    Q    Well, let's move to the more recent.  As a

15 program analyst, you said that your primary duties are

16 to -- actually, why don't we start with a question.  I

17 know you indicated earlier, but what are the primary

18 and principal duties of a program analyst?

19    A    They're assigned programs to oversee.

20    Q    Okay.  And what, for instance -- can you

21 give me an example of a program?

22    A    Tax computation specialist is a program.

23 Statute of limitations is a program.

24    Q    Okay.  And what programs have you worked on

25 since 2001?

Examination By Mr. Dann

Page 49

1    A    I will give you an answer to the best of my

2 recollection because it changes often or it can change

3 often.

4    Q    I'm sorry?

5    A    It can change often, so I'd have several.

6    Q    Okay.

7    A    I've done the tax computation specialist

8 program.  I've done the early referral program.  I've

9 done the statute of limitations program.  I've done

10 the delegation orders policy statement program.  I've

11 done the IRM coordinator program.  I've done the

12 travel budget for large case program.  I've done the

13 AQMS liaison program, and that is all that's jumping

14 out right now.

15    Q    Is this akin to the type of assignment you

16 would receive in the tax computation specialist where

17 each of these would be your assignment for the

18 duration until the project or until the -- a

19 particular project is done or until you're reassigned?

20    A    They're ongoing programs, so the answer to

21 that is no.

22    Q    Okay.  Would you be assigned to only one at

23 a time?

24    A    No.

25    Q    Okay.  How many various projects or

Examination By Mr. Dann

Page 50

1 assignments would you typically have at any given

2 period?

3     A     It could be from two to eight.

4     Q     Two to eight?

5     A     Uh-huh.

6     Q     Okay.  What are your current projects?

7     A     My current projects are the IRM coordinator,

8 the ACDS, I had the ACDS program.  I had the AQMS

9 liaison program.  I have the morning news flash

10 program.  That's what I have -- well, and there

11 \may\May be more.  I can't remember them off the top

12 of my head, but that's what I have at this time.

13     Q     Okay.  And who would be responsible for

14 assigning you to these various programs?

15     A     The manager.

16     Q     Okay.  And who is your current manager?

17     A     My current manager is Bob Doran, D-O-R-A-N.

18     Q     Okay.  Well, I know you said that the

19 appeals office has changed in terms of its structure

20 internally multiple times.  Can you please describe

21 the current alignment and to which divisions and

22 subdivisions you're presently working?

23     A     I'm in the tax policy and procedure

24 examination group which is under technical services.

25     Q     Okay.  Examination and -- we spoke earlier,

Examination By Mr. Dann

Page 51

1 and you defined the various acronyms, like, for

2 instance, SB/SE.  Is it one of those in particular?

3    A    It would be all four of them.

4    Q    All four of them combined?

5    A    Correct.

6    Q    Okay.  And as the IRM coordinator, what are

7 your current duties and responsibilities?

8    A    Every one in my -- in my team or on my team

9 has to send their Internal Revenue manual revisions

10 through me for me to check to make sure that they're

11 structured correctly and that all the proper paperwork

12 is through because we have to have them -- we send

13 them through clearance, so there's certain papers that

14 have to be with them.

15        In addition, I'm assigned my own IRM

16 chapters that I'm responsible for updating and

17 revising.  In addition, I am on a task group that's

18 looking at reorganizing the whole entire Part 8 IRM,

19 and I just -- I'm a member of that, and we just

20 submitted a report yesterday.

21    Q    Is that tax force assignment in addition to

22 your regular analyst duties?

23    A    I don't know that I would -- it's --

24    Q    For instance, earlier you said that a tax

25 computation specialist would have particular

Examination By Mr. Dann

Page 52

1 assignments but then, in addition, might be assigned

2 to a task force or a group.  Is this similar to that?

3     A    I think it is not similar because, as an

4 analyst at the headquarters level, this is common.  In

5 the other capacity, I was a field employee.

6     Q    Okay.  And you said AQS liaison is one of

7 your current assignments?  Did I understand that

8 correctly?

9     A    AQMS?

10     Q    Okay.  Sorry.  I missed the M; is that

11 correct?

12     A    That's correct.

13     Q    And what does AQMS stand for?

14     A    Appeals quality measurement system.

15     Q    Okay.  And what are your obligations in your

16 capacity as an analyst on that particular project?

17     A    I am the analyst that owns that project, and

18 I am responsible for fielding the technical and

19 procedural questions that come over from our AQMS

20 group, concerns that they have.  It's my

21 responsibility to take them and try to find resolution

22 for them to clarify it.

23     Q    I would like to transition a little bit now.

24 Do you know Pamula Robinson?

25     A    I do.

Examination By Mr. Dann

Page 57

1          THE DEPONENT:  Again, I won't be able to

2 send anything that is taxpayer specific.

3          MR. NEBEKER:  Understood.

4     Q   (By Mr. Dann) Okay.  David M. Geber.  Do you

5 know Mr. Geber?

6     A   Yes.

7     Q   How do you know Mr. Geber?

8     A   He was my co-worker and then subsequently my

9 supervisor.

10     Q   During what periods of time?

11     A   He was my co-worker while I was in the

12 temporary assignment to an analyst, and then he

13 subsequently became my manager, but I can't give you

14 specific dates because I don't remember.

15     Q   Okay.

16     A   So it was during that time frame.

17     Q   And then what projects did you work with

18 Mr. Geber as a co-worker?

19     A   When you're an analyst, you don't work on

20 projects with other analysts.  We were in the group

21 together.  He was my co-worker.  He was an analyst

22 assigned programs and I was an analyst assigned

23 programs.  They were not the same programs.

24     Q   Is there ever an occasion in which there is

25 an overlap in program assignments whereby two analysts

Examination By Mr. Dann

Page 61

1  **corresponding with her, no.  She's an executive or she**

2  **was an executive, and we rarely communicate directly**

3  **with executives.**

4      Q    Okay.  Was she ever, to your knowledge,

5  within your chain of supervision?

6      A    **I truly can't remember.**

7      Q    We're going to transition now to the prior

8  temporary assignment that you've referred to

9  previously.  You indicated before that you -- that

10  that temporary assignment was for one year; is that

11  correct?

12      A    **Correct.**

13      Q    And did you say that was a competitive

14  assignment?

15      A    **Correct.**

16      Q    When did you become aware of that assignment

17  being available?

18      A    **I have no idea.**

19      Q    Okay.  Do you remember when that assignment

20  began?

21      A    **I do not.**

22      Q    Do you remember who -- how you competed for

23  the assignment?

24      A    **I put an application in.**

25      Q    To whom did you submit the application?

Examination By Mr. Dann

Page 63

1     Q     Okay.  And do you recall which projects you

2 were assigned or to which subdivision you were

3 assigned at the time prior to the detail?

4     A     I do not recall.

5     Q     Have you ever worked in a technical analyst

6 program?

7     A     The technical analyst program is the tax

8 computation specialist program.  I entered that

9 program in 1984 and stayed there until I became an

10 analyst in 2001.

11    Q     Okay.  Is there a technical advice program?

12    A     Technical advice program?

13    Q     Yes.

14    A     Not to my knowledge.

15    Q     Okay.  And once you entered the temporary

16 assignment, do you recall your title and position and

17 assignment?

18    A     My title -- I was a program analyst,

19 343 Series, Grade 14.  I'm sorry.

20    Q     Okay.  And what is LBS again, please?

21    A     I am not 100 percent sure, but I believe

22 it's large business, something, system.  I'm not sure

23 what the S stands for.

24    Q     Okay.  But -- and can you please describe

25 for me how your daily duties changed from your work as

Examination By Mr. Dann

Page 64

1 a tax computation specialist and then subsequently

2 during your detail as a program analyst?

3     A    Well, I -- it was a totally different

4 position.

5     Q    What were your new duties?

6     A    I was assigned programs that I was

7 responsible for overseeing, analyzing data that was

8 related to those programs, issuing guidance when we

9 needed to clarify something.  It was a broader -- it

10 was broader than doing a tax computation specialist's

11 computations.

12     Q    Okay.  Do you remember which various

13 programs you were assigned during your detail?

14     A    I believe I indicated previously it was

15 delegation orders and policy statements, early

16 referral, program, travel budget, and coordinating the

17 Friday report articles are the ones that I can think

18 of off the top of my head.

19     Q    Okay.  And you indicated that the detail was

20 expected to last one year.  Is that, in fact, how long

21 it lasted?

22     A    The detail did last one year.  However, I

23 believe there was -- and I don't know what they

24 call -- no, the temporary promotion lasted one year.

25 Then there was a 60-day detail that extended it.  By

Examination By Mr. Dann

Page 65

1    **the union contract that was the maximum amount of time**

2    **someone can serve in the -- as a detail without it**

3    **being competitive.**

4         Q    Okay.  And do you recall when your temporary

5    promotion concluded and your detail began?

6         **A    I do not.**

7         Q    Do you remember who assigned you to the

8    detail?

9         **A    I do not.**

10        Q    Can you identify for me any of your

11   supervisors during the temporary promotion period?

12        **A    My supervisor during the temporary promotion**

13   **period was Tom Roley and possibly David Geber.**

14        Q    And do you know who your supervisors were

15   during the detail?

16        **A    I do not know for sure.**

17        Q    And do you know how long your detail lasted?

18        **A    I believe by union contract it could only be**

19   **60 days.**

20        Q    But do you recall how long your detail

21   lasted?

22        **A    I don't.**

23        Q    Are you familiar with the position at issue

24   in this case, the one for which you were selected in

25   2003?

Examination By Mr. Dann

Page 67

1 time.

2          MR. DANN:  I actually want to reserve that

3 period -- I was asking for general questions here just

4 to get a lay of the land, and then we will actually

5 have a distinct break at the conclusion of her

6 individual deposition in which we'll then move to the

7 30(b)(6) deposition?

8          MR. NEBEKER:  That would be fine.

9          MR. DANN:  And so we'll be able to maybe

10 even delineate the break in the transcript as well.

11          MR. NEBEKER:  That's fine.

12    Q    (By Mr. Dann) Do you know who was responsible

13 for the tax computation program prior to you assuming

14 the position?

15    **A    Jim Skunda.**

16    Q    Who?

17    **A    Jim Skunda, S-K-U-N-D-A.**

18    Q    Okay.  And do you know who was responsible

19 for it prior to him?

20    **A    I do not.**

21    Q    Are you currently responsible for the tax

22 computation program?

23    **A    I am not.**

24    Q    Do you know who became responsible following

25 your tenure?

Examination By Mr. Dann

Page 68

1      A      I believe it transitioned to Tom Louthan,

2  L-O-U-T-H-A-N, for a very short period of time.  He

3  left us on a detail, and then had to be transitioned

4  again to Kathy --

5      Q      Okay.  And do you know when you ceased to be

6  responsible for that program and Mr. Louthan assumed

7  those responsibilities?

8      A      Some time in the summer of 2005.

9      Q      Do you know when those duties were

10 reassigned after that?

11     A      No.

12     Q      And Mr. Skunda, are you familiar with his

13 employment series?

14     A      No.

15     Q      Do you know what grade level he occupied at

16 the time in which he was responsible for the tax

17 computation program?

18     A      I can only assume that he was a Grade 14.  I

19 do not know for sure.

20     Q      And Mr. Louthan, do you know what series or

21 grade he was during the period in which he was

22 responsible for the program?

23     A      I do not.

24     Q      The vacancy for the position -- actually, at

25 this point can you take a look at Exhibit No. 2?

Examination By Mr. Dann

Page 71

1    A    I don't -- I don't know that I ever knew

2  ahead of time that it was going to become available.

3    Q    How did you learn the position was

4  available?

5    A    I make it a habit of checking the COL that

6  has all the openings within the appeals office.

7    Q    How often do you do so?

8    A    Every single day.

9    Q    Okay.

10   A    I -- as often as I possibly can.  When I'm

11 on leave, I do not do it.

12   Q    I suspect on the weekends you \may\May not,

13 either.  I hope you don't.

14   A    I hope I don't, no.  When I get to that

15 point, I'm desperate.

16   Q    So do you know, would that have been how you

17 learned about this position?

18   A    It could be.

19   Q    Do you know how you learned about the

20 position?

21   A    I do not.

22   Q    Did you speak to anyone about the position

23 prior to applying for it?

24   A    It's possible.

25   Q    Do you recall who you \may\May have spoken

Examination By Mr. Dann

Page 72

1 with?

2    **A    I do not.**

3    Q    Do you know whether you corresponded by

4 e-mail or by any other written correspondence with

5 anyone regarding the position?

6    **A    I do not recall.**

7    Q    I was referring to this period during the

8 vacancy period.  Can you do -- can you please check

9 your correspondence files and e-mail files for any

10 letters or e-mails, notes, documents, or any written

11 records of any correspondence you \may\May have had

12 during the vacancy period between \may\May and June of

13 2003 and turn any such documents over to Ms. Vergne or

14 Mr. Nebeker?

15    **A    I certainly can check, but I will say I**

16 **rarely keep correspondence on my e-mail for**

17 **three years.  Our system won't allow that type of**

18 **volume, but I will check.**

19    Q    Please do so.  Thank you.

20         Do you recall ever speaking with Mr. Geber

21 about the vacancy in \may\May or April of 2003?

22    **A    I do not recall.**

23    Q    Is it possible you \may\May have done so?

24    **A    It is possible.**

25    Q    Do you recall having spoken with Ms. Babers

Examination By Mr. Dann

Page 81

1 and responsibilities?

2     A    I -- since I had been an analyst already in

3 a temporary position, I assumed it would be similar to

4 what I was doing but with more emphasis on the tax

5 computation specialist program.

6     Q    And at the time of your temporary promotion

7 and the subsequent detail, what was your series?

8     A    My series during the temporary promotion was

9 343, and for the detail, I'm not a hundred percent

10 sure, but it might have been a 343, also.

11    Q    Okay.

12    A    But I am not sure.

13    Q    Do you recall during that period there were

14 any other 512 Series positions that were announced as

15 vacant?

16    A    I cannot recall.

17    Q    I ask because I know you said you checked

18 daily.  Do you recall whether there were any

19 343 Series positions announced as vacant during that

20 period?

21    A    I do not recall.

22    Q    Well, let's turn a little bit to the

23 application process.

24         Do you remember what documents you submitted

25 as part of your application for the position?

Examination By Mr. Dann

Page 83

1    **A    That is correct.**

2    Q    And then what is the third document?

3    **A    They usually require that you send a copy of**

4    **your current evaluation.**

5    Q    Okay.  Do you recall when you submitted this

6    application, your application packet?

7    **A    Do you want me to look at what I have here?**

8    Q    I would prefer not at this point.

9    **A    No.  I cannot recall.**

10    Q    Okay.  Do you recall when the vacancy period

11    closed?

12    **A    I -- no, I do not.**

13    Q    Okay.  Do you remember or recall what method

14    you used to submit your application?

15    **A    I believe the announcement asked to fax to**

16    **someone in Oakland, California.**

17    Q    Do you recall faxing it, your application?

18    **A    I do not.**

19    Q    Do you recall to whom you were asked to fax

20    the application?

21    **A    I do not.**

22    Q    Did you submit all three documents that you

23    referred to as part of your application for the

24    position?

25    **A    I do not recall.**

Examination By Mr. Dann

Page 84

1       Q    Do you recall submitting a complete

2 application at the time of your submission?

3       **A    I recall submitting a complete application,**

4 **yes.**

5       Q    And by application, I mean, all three

6 documents you referred to as part of the packet; is

7 that correct?

8       **A    I'm sorry.  What was your question?**

9       Q    What I asked if -- let me rephrase the

10 question.

11           When you applied for the position, do you

12 recall submitting a complete application packet?  And

13 by packet, I am referring to all three documents:

14 the card, the MPQ, and your performance appraisal.

15      **A    I do not recall what I did then, no.**

16      Q    Do you recall supplementing your application

17 packet or submitting documents later after the initial

18 submission?

19      **A    I do not recall supplementing whatever --**

20 **I'm not exactly sure what supplementing means, but I**

21 **don't recall ever supplementing my application.  I**

22 **will clarify that the applicant is required to submit**

23 **the little card --**

24      Q    But now I would actually like to focus on

25 actions you took, not -- and you've done it on

Examination By Mr. Dann

Page 88

1 questionnaire, are you familiar with this document?

2      A    I am.

3      Q    Okay.  And what is it?

4      A    **What is it?**

5      Q    Yeah.

6      A    **It's an overview of my educational**

7 **background, training experience, and actual job**

8 **experience.**

9      Q    And is this the MPQ that you submitted as

10 part of your application?

11     A    **It appears to be.**

12     Q    Okay.  And then the third document, what is

13 it?

14     A    **What is it?**

15     Q    Yes.

16     A    **It's a Bargaining Unit Performance Appraisal**

17 **and Recognition Election.**

18     Q    Okay.  Did you submit this as part of your

19 application?

20     A    **I would assume I did.  It was submitted.  I**

21 **don't know if it was submitted by myself or my**

22 **supervisor.**

23     Q    Did you submit a performance appraisal as

24 part of your application?

25     A    **I do not recall.**

Examination By Mr. Dann

Page 91

1    A    I applied for the director of the tax

2 computation specialist.

3    Q    And when did you do so?

4    A    I don't recall.

5    Q    Do you remember submitting an application

6 for that position?

7    A    Do I remember specifically?  No.

8    Q    Is there another position you've applied for

9 since 2003?

10    A    Not that I can recall.

11    Q    Okay.  Turning to the selection process,

12 after you submitted Documents 1 and 3 which are part

13 of Exhibit -- 1 and 2 which are part of Exhibit 3, can

14 you tell me the subsequent process that you underwent

15 before being selected for this position?

16    A    I cannot.

17    Q    Were you subsequently contacted by anyone as

18 part of the selection process?

19    A    I do not recall.

20    Q    Did you contact anyone to follow up on your

21 application or as part of this selection process?

22    A    I do not recall.

23    Q    After you submitted your application, do you

24 remember having any communication with Mr. Geber

25 regarding the position?

Examination By Mr. Dann

Page 92

1    **A    I do not recall.**

2    Q    Do you recall having any communication or

3 correspondence with Ms. Babers regarding the position?

4    **A    I do not recall.**

5    Q    And what about Mr. Roley?

6    **A    I do not recall.**

7    Q    Okay.  Do you know whether you were deemed

8 qualified for the position?

9    **A    Well, I got the position.**

10    Q    I do know the realties reflect, but I'm

11 trying to take this is in elemental steps.  Do you

12 know when you were found to be qualified for the

13 position?

14    **A    I do not know.**

15    Q    Do you know who made that determination?

16    **A    I do not.**

17    Q    Do you recall being informed that you have

18 been selected for the position?

19    **A    I don't recall specifics.  I assume that**

20 **someone told me I got the job.**

21    Q    Would it have been related to you verbally

22 or in writing?

23    **A    I don't recall which way it was related, but**

24 **it could have been either way.**

25    Q    Do you know when you were notified?

Examination By Mr. Dann

Page 93

1      A    I do not, no.

2      Q    Did you interview for the position?

3      A    I did not.

4      Q    So did anything transpire after you

5  submitted your application --

6           MR. NEBEKER:  Objection.

7      Q    (By Mr. Dann) -- and prior to receiving

8  notice that you had been selected, to your knowledge?

9           MR. NEBEKER:  Objection.  Vague.

10     Q    (By Mr. Dann) Did you receive any information

11 or correspondence or any communication about the

12 position subsequent being -- subsequent to submitting

13 your application but prior to receiving notice that

14 you were selected?

15     A    I'm sorry.  Could you repeat it one more

16 time?

17     Q    Did you receive any communication or

18 correspondence regarding the position subsequent to

19 your submitting your application and prior to being

20 notified you had been selected?

21     A    I do not recall that I did, if I did.

22     Q    What is your understanding as to the people

23 involved in making this selection?  Are you aware of

24 who was involved?

25     A    I have no idea.

Examination By Mr. Dann

Page 94

1    Q    Do you have an understanding as to why you

2 were selected for the position?

3    **A    I was the best qualified.**

4    Q    And when you say that, by what criteria do

5 you measure the qualification?

6    **A    Well, I got the job.**

7    Q    Okay.  Are there any other measures by which

8 you assess you were the best qualified other than the

9 fact that you got the job?

10    **A    I can't imagine that I would think I wasn't**

11 **the best qualified.  I don't even quite understand**

12 **what you're wanting --**

13    Q    Not a problem.  I'm asking, basically, if

14 you have an understanding of the criteria that was

15 used to assess your qualifications.

16    **A    I do not.**

17    Q    If you were to personally assess your

18 qualification for the position, what criteria would

19 you have utilized?

20    **A    My experience in appeals, my educational**

21 **level.**

22    Q    Any other criteria?

23    **A    No.**

24    Q    And when you say experience in appeals, is

25 there any particular focus of experience or period of

Re-Examination By Mr. Nebeker

Page 109

1 functions of a 512 prior to the -- or prior to you

2 applying?

3     A    Yes.  Since 1984 to that point in time.

4     Q    Nothing further.

5         THE DEPONENT:  And I have two things I would

6 like to clarify.

7         MR. DANN:  Okay.  But actually, I need to

8 clarify Mr. Nebeker's question and just refine it, if

9 I \may\May.

10              FURTHER EXAMINATION

11              BY MR. DANN

12     Q    When you responded to his question in terms

13 of the 512, what level duties had you performed prior

14 to the -- assuming the position?

15     A    I'm sorry.  What level or what grade?

16     Q    What grade level.

17     A    Everything from a Grade 9 all the way

18 through Grade 13.

19     Q    Okay.  Thank you.  And you said you wanted

20 to clarify two points?

21     A    Yes.  In -- when I -- previously, when I had

22 read through the discovery and recognized the

23 potential issue that it was not a complete application

24 that was submitted on my part, I did go back through

25 my files at that time, and I found that I had

Further Examination By Mr. Dann

Page 110

1 submitted a complete package, all three documents.

2          And I found that the evaluation that I had

3 included which was considered to be a departure rating

4 was determined not to be acceptable by the personnel

5 office that I sent the information to, and they

6 subsequently came back and requested that my

7 supervisor give a more up-to-date evaluation, but I

8 did submit all three documents.

9    Q    Can you please turn over the packet that you

10 submitted to Ms. Vergne and Mr. Nebeker by the end of

11 next week?

12   A    I am going to be on -- out of town on travel

13 starting Monday, and I will be on leave tomorrow.  So

14 anything that we can work out, I would be glad to do

15 that for them.

16          MR. DANN:  Mr. Nebeker, can you make sure I

17 get a copy of that as soon as possible?

18          MR. NEBEKER:  As soon as possible.

19          MR. DANN:  Thank you.

20          THE DEPONENT:

21   A    My second clarification is you asked me --

22   Q    (By Mr. Dann) Actually, if I can follow up

23 with a couple of questions on the first issue?

24   A    Absolutely.

25   Q    You said HR notified you that the

Further Examination By Mr. Dann

Page 111

1 performance appraisal you submitted was not

2 sufficient, is that correct, or they needed another

3 one?

4    A    The departure -- the appraisal that I

5 submitted was called a departure rating.

6    Q    And who drafted it?

7    A    I don't remember.

8    Q    Okay.  When was it executed and given to

9 you?

10    A    When somebody departed.  I don't know if

11 that was when Mr. Roley departed.  The departure

12 rating is given at a point in time that you leave a

13 group or a manager leaves the group.  I do not recall

14 what occurred, but it is marked departure rating.  I

15 don't know who signed it because I did not -- on my

16 break, I didn't go look at it.  I'm just recalling

17 from what I did the first time I looked at it.

18    Q    Do you recall which group assignment it was

19 relevant to, which program?

20    A    No.  No, but it would have been the most

21 recent evaluation that I had in my possession at the

22 time I applied for the job.

23    Q    I'm trying to clarify.  You said a departure

24 memo would be when you either depart or a supervisor

25 departs from a particular group assignment; is that

Further Examination By Mr. Dann

Page 112

1 correct?

2      A      Basically, when you move jobs you're given a

3 departure rating; or when your supervisor leaves the

4 group, on occasion, he will give a departure rating.

5      Q      Okay.

6      A      And it's the -- basically, it's an

7 evaluation of your performance, and it's departure

8 because it means it's the last one that's going to

9 occur between those two parties.

10      Q      Do you know whether this document was for

11 the supervisor's departure or triggered by your

12 departure?

13      A      I do not know.

14      Q      And do you know the period for which it

15 was -- reflected your performance?

16      A      I do not know, but it will be reflected on

17 there.

18      Q      Okay.  And finally, do you recall who you

19 spoke with or communicated with from HR?

20      A      Clarification.  I'm not -- I did not

21 indicate that they contacted me directly.  I don't

22 have any verification whether they contacted me or

23 contacted my supervisor.

24      Q      Then how do you know there was any

25 communication on this topic?

Further Examination By Mr. Dann

Page 113

1    A    Because there was something written in that

2 package.  I looked at something that was written that

3 said they had -- they made contact.  Again, it may say

4 in the doc- -- in the package.  I don't have it before

5 me, so I don't know what it says.

6    Q    What package are you referring to that has

7 this written notation?

8    A    The one that you want.

9    Q    I'm sorry.  We may be talking about

10 two separate packets.  The packet I'm requesting is

11 the one you personally submitted on May 14 of 2003.

12    A    The one that I personally submitted, the

13 original is not retained by the applicant.  I have a

14 copy.

15    Q    Okay.  Do you recall how you submitted your

16 application?

17    A    Based on reviewing it at the point in time I

18 had the discovery and I was looking it over, it

19 appears that it was faxed to Oakland, California.

20    Q    And did you retain that copy after it went

21 through the fax machine?

22    A    Yes.

23    Q    I am asking you to produce that copy that

24 you retained as it went through the fax machine.

25         Now, with that said, is that the document

Further Examination By Mr. Dann

Page 114

1  that contains a notation regarding the appraisal?

2      **A     I believe it is, but I cannot say without**

3  **certainty until I look at it.**

4      Q     Okay.  Who would have seen this document or

5  who would have possessed this document after you faxed

6  it?  And I mean the version you placed in the fax

7  machine.

8      **A     I do not know if the one that I actually**

9  **placed in the fax machine was subsequently mailed or**

10  **if I'm still in possession of that.**

11      Q     When did you become -- when did you obtain,

12  this -- so there are two versions of this packet, one

13  that you submitted and one that you subsequently

14  obtained that has a added notation on it; is that

15  correct?

16      **A     That is incorrect.**

17      Q     Okay.  I'm at a loss here, Ms. Jones, and

18  you're going to have to help me out.

19          You don't know whether you have retained the

20  original version you put into the fax machine; is that

21  correct?

22      **A     I either have the original or a copy of the**

23  **original.**

24      Q     Okay.  Regardless, the only version you have

25  has a notation on it in reference to the performance

Further Examination By Mr. Dann

Page 115

1 appraisal?

2     A     Just a second.   I cannot answer that with

3 any affirmation until I look at it again.

4     Q     Do you recall receiving anything from

5 anyone?  And I believe I asked this before in terms of

6 correspondence after submitting your application, but

7 prior to receiving notification of your selection for

8 the position?

9     A     I am not aware.

10     Q     Okay.  To your recollection, what does this

11 notation state?

12     A     It states that the evaluation included with

13 the application package is -- cannot be accepted and

14 that there needs to be another evaluation prepared and

15 submitted.

16     Q     And do you know who wrote this notation?

17     A     I do not.

18     Q     Do you know to whom the notation was

19 directed?

20     A     I do not.

21     Q     Okay.  Did you take any action in response

22 to the notation?

23     A     Did I take any action?

24     Q     Yes.

25     A     Not to my recollection.   I subsequently

Further Examination By Mr. Dann

Page 116

1 **signed the corrected evaluation that was prepared.**

2     Q    And by the evaluation, you're referring to

3 your June 4 evaluation; is that correct?

4     **A**    **I'm sorry. I don't --**

5     Q    Well, if we refer to Exhibit 3, do you still

6 have that in front of you?

7     **A**    **I'll get it in front of me. Hold on just a**

8 **second. That is correct.**

9     Q    And by correct, you are referencing

10 Exhibit 3 handwritten page notation 56 through 64; is

11 that correct?

12     **A**    **Yes.**

13     Q    Okay. The fax number at the top of this

14 document, can you read that?

15     **A**    **(202)694-1919.**

16     Q    Are you familiar with that particular fax

17 number?

18     **A**    **No.**

19     Q    Okay.

20     **A**    **It says it's National Director of Appeals.**

21     Q    Is that a fax line that you have access to?

22     **A**    **At this point right now? No.**

23     Q    I mean, have you ever had access to that

24 particular fax line?

25     **A**    **I cannot recall.**