# EXHIBIT 5

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


- - - - - - - - - - - - - - - x
                              :
  PAMULA ROBINSON,            :
                              :
        Plaintiff,            :
                              :
   vs.                        :  Civil Action
                              :
JOHN W. SNOW,                 :  No. 05-1212
Secretary of the Treasury,    :
                              :
        Defendant.            :
                              :
- - - - - - - - - - - - - - - x


                         Washington, D.C.
                         Wednesday, September 27, 2006


        The 30(B)(6) deposition of THOMAS ROLEY,

called for examination by counsel for Plaintiff in

the above-entitled matter, pursuant to Notice, in the

offices of Gebhardt & Associates, 1101 Seventeenth

Street, N.W., Washington, D.C., convened at 1:02

p.m., before Cathy Jardim, a notary public in and for

the District of Columbia, when were present on behalf

of the parties:

1  of breaks in there when I actually went up to the

2  front office, I acted as the deputy director of

3  national appeals, but essentially I was the director

4  of the large case program from; '88 through September

5  of 2002, I believe, except for those minor breaks.

6     Q.    What position did you assume in 2002?

7     A.    Senior operations advisor to the chief,

8  appeals.

9     Q.    Can you outline a little bit the structure

10 of the appeals division between 1988 and 2002?

11    A.    When you say the appeals division, you mean

12 in the field or specifically in the national office?

13    Q.    The national office in Washington.

14    A.    Well, I had a national director and a

15 deputy, who were essentially in charge.  Then they

16 had executives who are actually, for the most part --

17 there was a major restructuring of the Internal

18 Revenue Service about 2000, but up until then all the

19 other executives were in the field.  They were

20 regional directors.

21       The people that were in the national office

22 were office directors.  I was a director of the

1   Ms. Babers?

2       A.   She didn't directly supervise me.  She was

3   one of the executives in the national office in

4   appeals, so we did interact from time to time, but

5   her focus was on human resource issues versus

6   technical large case issues.  She didn't directly

7   supervise me, but we did interact.

8       Q.   Was there ever a time when she did supervise

9   you?

10      A.   Not to my knowledge.

11      Q.   What is your awareness and experience with

12  reference to the GS-512 series 14 senior program

13  analyst position?

14      A.   I reviewed the PD.

15      Q.   Other than reviewing the PD, are you

16  familiar with the position?

17      A.   Just in a very general way.  It wasn't in

18  effect when I actually managed the large case

19  program, so none of the analysts that worked for me

20  were on that PD.

21      Q.   Have you ever supervised someone who was on

22  that PD?

21

```
1       A.   No.

2       Q.   Are you familiar with the GS-343 series 13

3   or 14 grade positions?

4       A.   Yes.

5       Q.   And how are you aware of those positions?

6       A.   Nearly all of the analysts that worked for

7   me during my period in Washington were on those

8   position descriptions.

9       Q.   And are you aware of the GS series 512 grade

10  13 tax computation specialist position?

11      A.   Generally, yes.

12      Q.   Have you ever supervised someone in that

13  position?

14      A.   No.

15      Q.   Do you know what the coordinator of

16  technical analyst program is?

17      A.   I believe so.

18      Q.   And what is it?

19      A.   It is a title given to the analyst who was

20  essentially in charge or responsible for the

21  technical analyst program in the national office.

22      Q.   So it is a general in-office shorthand title
```

1   for the position?

2        A.   Yes.

3        Q.   And you said analyst.  What series and grade

4   person occupied the position, generally speaking?

5             MR. NEBEKER:  Objection, vague as to time.

6             THE WITNESS:  Are you talking about when I

7   had responsibility for the program?

8             BY MR. DANN:

9        Q.   Yes.

10       A.   It was a grade 14.

11       Q.   And what series?

12       A.   Series 343, I believe.

13       Q.   Is this position the same or different from

14   the technical advice program?

15       A.   Yes, it is different.

16       Q.   How is it different?

17       A.   It is completely different.  Technical

18   advice are appeals filed with the chief counsel's

19   office for legal advice as to a particular issue.  It

20   has really nothing to do with tax computations or

21   what the technical analyst program focuses on.  They

22   are two completely different programs.

1    purpose of the technical analyst coordinator?

2        A.    They had oversight responsibility for that

3    program.  So it was their job to stay in touch with

4    the people and the program in the field, to

5    understand what kinds of problems they were having,

6    what their needs might be, to try to assist them,

7    essentially, make their job easier, whether it was

8    training or to clarify practice or procedural matters

9    or anything along that line.  They were to try to

10   make things better in the program, keep your eyes and

11   ears open, stay involved.

12       Q.    With whom would they coordinate in the

13   field?

14       A.    Well, it depended on -- for example, when we

15   took over the program, one of the things we did was

16   to establish an advisory committee of field personnel

17   that were actually technical analysts in the field

18   doing the job day-to-day, so that the coordinator

19   could better stay in touch with the people out there.

20   They have someone they could regularly talk to about

21   how things were going, what kinds of problems they

22   were seeing or having, and what we could do to make

1    it better.  So they could really talk to anyone in

2    the field, but to make the lines of communication a

3    little more definite, and perhaps a little stronger,

4    we established an advisory committee.

5        Q.   And would the technical analyst coordinator

6    be a member of the advisory panel?

7        A.   Yes, they led it.

8        Q.   Who would the other members be?

9        A.   Well, when we originally established it, we

10   had a representative from each regional area around

11   the country.  For the most part they were technical

12   analysts, various grades, grade 13, grade 12, working

13   in the field day-to-day.

14       Q.   And when was this that you established this

15   advisory panel?

16       A.   I believe it was in 1998.  It was soon after

17   we had inherited the program.  It had been assigned

18   to the office of large case programs.  I assigned the

19   overall responsibility to Jim Schoonda.  He became

20   the coordinator of the program, and we talked about

21   ways that we might be able to improve the program.

22   That was a suggestion that I had made, and that he

1    implemented.  We established an advisory committee.

2        Q.    And what race is Mr. Schoonda?

3        A.    White, Caucasian.

4        Q.    And at the time he was occupying this

5    position, what was his GS series and grade?

6        A.    He was a grade 14, and I believe he was a

7    343.

8        Q.    And when did he assume the position?

9        A.    As the coordinator of the technical analyst

10   program?

11       Q.    Correct.

12       A.    Right after responsibility for the program

13   was transferred to my office.

14       Q.    And how long did he occupy that position?

15       A.    He had responsibility until he actually

16   retired, which I think was 2003, not certain of the

17   exact date, but from the time we had responsibility

18   until he left the program and retired.

19       Q.    In what office was this program previously

20   assigned?

21       A.    It was in the what I want to call field

22   services, which is now called something very

1    different, but it was the other office in the

2    national office that had the bulk of the operational

3    programs.  It was originally called field services,

4    for many years.  I am not sure at the exact time of

5    transfer whether it was called field services or not,

6    but that is where it resided.

7         Q.   Do you know who occupied the position when

8    it was in field services?

9         A.   I believe Pam Robinson had it.

10        Q.   And do you know what triggered the

11   reassignment of the position into your office?

12        A.   It was a general restructuring of the

13   national office.  They transferred a lot of programs

14   into mine at that time.  Rather than it being just

15   the office of large national programs, I got

16   responsibility for all exam programs, things I never

17   had responsibility for, like excise tax, for example,

18   things like that, which were associated with the exam

19   programs but not really with the large case program,

20   and it was part of this reorganization because

21   suddenly, now collection matters were getting more

22   important.

29

1    responsibility.

2        Q.    What did you understand the position to be

3    when you became the supervisor?

4            MR. NEBEKER:  Objection, vague.

5            THE WITNESS:  The position of the technical

6    analyst coordinator position?

7            BY MR. DANN:

8        Q.    When you assumed responsibility for

9    supervising the position, what was your understanding

10   of its purpose and function?

11       A.    It had general oversight, responsibility for

12   supporting the technical analysts in the field.

13   Beyond that, I wasn't really clear.

14       Q.    Did you assign the position to Mr. Schoonda

15   prior to or after the advisory panel was created?

16       A.    That was prior to the advisory panel being

17   created.

18       Q.    And how long prior to the advisory panel

19   being created did he act in the position?

20       A.    You know, I am not certain.  It might have

21   been a few months.  I know that after we got

22   responsibility for the program and I assigned it to

1    Jim, we sat down together, took a look at the program

2    and said what do we need to do to really understand

3    the program, what problems there are, how can we add

4    value to this program, and one of the first things we

5    decided was, we need more input from the field.  That

6    is when I suggested we put together an advisory panel

7    so they could tell us better what their problems

8    were.

9        Q.    And what were some of the things they told

10    you were the problems?

11        A.    Some of it was typical, I think, of what you

12    hear.  Training, certainly, but the ability to

13    communicate among themselves a little better was one

14    of the things that they talked about, which led to

15    creating a Web page for the technical analysts, which

16    had never been done before.

17            So, it was an opportunity for them to talk

18    about problems they were experiencing and solutions

19    that they had hit upon and actually sharing it within

20    their own technical analyst community within appeals,

21    and even to share programs, things they had done,

22    because a lot of the computations are so complex, it

1   requires that they create their own computational

2   programs.  This is not just software you can by off

3   the shelf.

4       Q.   And by program you mean computer software?

5       A.   Right, but rather than just off-the-shelf

6   software, they have to use other software, whether it

7   is Excel spreadsheets or Quattro Pro or other things

8   available to build these complex computations, in

9   particular, so the Web page was something that came

10  out of the discussions with the advisory panel.

11      Q.   And how many members of the advisory panel

12  were there?

13      A.   I believe there was one per region which,

14  when we created it, I think there where seven

15  regions, so I think there were seven members.  Of

16  course, the number of regions changed as the

17  structure changed, but that is where we started.

18      Q.   How long did the advisory panel remain in

19  operation?

20      A.   To my knowledge, it continued throughout the

21  time that I had responsibility for the program.

22      Q.   And what role did Mr. Schoonda play in the

32

1    advisory panel?

2        A.   He actually led -- they would have periodic

3    conference calls, he would organize the calls, put

4    together the agenda, lead the discussion, kind of

5    extract whatever came out of those discussions in

6    terms of ideas that we might carry over, like the Web

7    page, that kind of thing, and then it was his

8    responsibility to implement those ideas, and in

9    talking to me, we thought it was really something we

10   wanted to do.

11       Q.   The term advisory panel infers that it is

12   giving advice, but to whom would that advice be

13   directed?

14       A.   That was really to Jim Schoonda, as the

15   coordinator and myself as having overall

16   responsibility for the office and the program.  So it

17   was really -- that is a label we gave it, but it was

18   really an opportunity for them to give us feedback as

19   to what was going on in the field, the kinds of

20   problems they might be experiencing, possible

21   solutions, any ideas they might want to share.

22       Q.   If they came up with a solution, to whom did

1   they refer that?

2       A.    To Jim Schoonda.  He was the direct contact.

3   He was the one that was always on the call.  He would

4   bring it to me if he thought it was something we

5   wanted to implement, but he was the one responsible

6   for the program and coordinating it, and he is the

7   one that was interacting with the panel on a regular

8   basis.  I participated in a couple of the calls,

9   especially early on.

10      Q.    Did Mr. Schoonda have authority to implement

11  the programs without your authority?

12      A.    Yes, absolutely.  Some of the changes, if

13  they were procedural, practice and procedure, that

14  kind of thing, changes to the manual, if they were

15  routine.  When you say without my authority, he could

16  initiate that, but I would see them sooner or later.

17  But did he have to run everything by me before he

18  even started these changes?  No, he could initiate

19  those on his own.

20      Q.    You said the advisory panel had

21  recommendations with regard to training.  What kind

22  of recommendations did they have?

34

1      A.   They wanted their own CPE, a national CPE

2   that was dedicated to tax analysts and tax

3   computations, and actually over -- I had been in

4   appeals for many years, and from time to time they

5   had had national CPE's, they were fairly rare because

6   they are expensive.  You are talking about bringing

7   people in from all over the country to one

8   centralized location, so a lot of times it is just a

9   matter of cost, but it was something they really

10  wanted to do and that we eventually did do.

11     Q.   You said that there were prior CPE's.  Who

12  would have coordinated those?

13     A.   Whoever was responsible for the tax

14  computation program at that time, and when I say

15  prior CPE's, I am going back to even before I came to

16  Washington.  I am talking about in the early '80s,

17  middle '80s, when I was an appeals manager in the

18  field, I had tax computation specialists that worked

19  for me and they would go to CPE from time to time.

20  Occasionally, it was rarely, but occasionally they

21  would have a national CPE they could go to.

22     Q.   Are you aware of any CPE's that were

1   coordinated in the mid-to-late '90s, prior to you

2   assuming supervisory responsibility for the program?

3       A.   Not specifically.   I suspect there probably

4   were some, but I don't really have knowledge.

5       Q.   And how many CPE's did Mr. Schoonda

6   coordinate?

7       A.   I don't recall.   I know that we had the

8   first national one within a year or so of taking over

9   the program, and I know we had others.   We weren't

10  able to do it every single year because it was just a

11  matter of cost, but I don't remember exactly what the

12  sequence was, but we did have that first one probably

13  within a year of taking over the program, and then we

14  had several others after that.

15      Q.   Were there any other recommendations with

16  respect to training that the advisory panel made?

17      A.   Once we got into -- the answer is yes.   They

18  oftentimes would make recommendations around even the

19  CPE, for example, what the content needed to be.

20  They didn't just want to have a national CPE, but

21  they wanted to have an opportunity to focus on things

22  that were important to them, so a big part of that

1   was helping to construct the actual agenda,

2   recommending instructors.

3           I know that, for example, on the first

4   national CPE that we had, they were able to get the

5   individual who had actually created the estate tax

6   computation programs to come and speak to the group.

7   I am not a tax computation specialist myself, but

8   that was a big deal for them.  They thought that was

9   great.  The guy that actually created this, and

10  which, for estate tax purposes, was the program.  So

11  to get to talk to the head guy was a big deal for

12  them.  Those kinds of things.

13     Q.   Can you think of anything else the advisory

14  panel recommended with respect to training?

15     A.   Not specifically, no.

16     Q.   What responsibilities did Mr. Schoonda have

17  with respect to coordinating the national CPE?

18     A.   He was the one responsible for pulling the

19  agenda together, to coordinating it logistically with

20  the training people.  They did assist him in locating

21  the hotel and the location, but other than that

22  assistance with the hotel, essentially he had

37

1   responsibility for the whole thing.

2           He even led the CPE.  I spoke at it as kind

3   of an opening address, but he was the master of

4   ceremonies.  So he led the whole thing, so it was

5   really his from beginning to end.

6   Q.   What actual actions did he have to perform

7   to coordinate the agenda?

8   A.   Pull together the ideas, identify

9   instructors, make sure that whatever material was

10  going to be provided, the training material, was

11  printed and delivered to the site so that it would be

12  available.  Everything that you would do with a

13  normal training class, to the training materials, to

14  lining up the instructors and, of course, the

15  creation of the agenda, and obviously there were

16  modifications that went on.  You can't get every

17  instructor that you want, so sometimes you have to

18  change things on the fly, but it was his

19  responsibility to deliver the CPE at the date

20  assigned and to get everyone there and to get them

21  trained.  So he had full responsibility and he did a

22  very good job.

38

1      Q.    Other than the advisory panel, with whom

2  would he have communicated to coordinate the CPE?

3      A.    Well, with me on a regular basis because it

4  was such a big deal.  It was obviously a lot of money

5  and a lot of resources going into it, so he did keep

6  me informed as to the progress he was making.  If he

7  was having any particular problems, he could let me

8  know, and maybe free up an instructor from chief

9  counsel, or some other information, I would do that,

10  but that was it.

11     Q.    Who was responsible for the budgeting of the

12  CPE?

13     A.    He did an estimate.  Jim Schoonda was

14  responsible for getting an estimate.  I actually -- I

15  believe I am the one that went forward to the

16  national director to get it approved, and we got the

17  okay, but he was responsible for all of that, and

18  usually that involves multiple estimates, because

19  they want to know if you are going to a place that is

20  not too expensive.  I think we settled on Dallas, if

21  I remember correctly, is where we ended up having it.

22     Q.    Can you think of anything else he would have

1    had to do to prepare for and coordinate the CPE?

2        A.    No.  I think I covered it pretty well.

3    Ultimately he was the one responsible for making sure

4    that everything got done, all instructors showed up,

5    the material was delivered and presented, and really

6    running the show while it was there.

7        Q.    Did he personally teach any sessions of the

8    CPE?

9        A.    You know, I don't believe so.  I think he

10    was so busy with all of the coordination beforehand,

11    and actually MC-ing the whole program, that I don't

12    think he instructed.

13        Q.    You also mentioned that the coordinator

14    would be responsible for coordinating communications.

15    What would go into doing that?

16        A.    Well, the one example was the advisory

17    counsel and the feedback we would get from them.

18    Beyond that, obviously, and I don't know if this

19    falls into the realm of communications exactly, but

20    manual changes, any kind of practice or procedure

21    that needs to be changed usually has to go into the

22    manual.  So it would be his responsibility to get

1    that done.

2         He didn't do all of that himself.  A lot of

3    times he would draw on resources from the field, get

4    people familiar with the area to assist, but again,

5    he was the one expected to coordinate that activity

6    and deliver a final product that could go into the

7    manual.

8    Q.   I will move to the manual in a minute, but

9    you mentioned earlier that they established the

10   advisory -- the advisory panel established a Web

11   site?

12   A.   Yes.

13   Q.   Can you explain and expand on that?

14   A.   Well, they never had one before.  It was a

15   suggestion that sounded really interesting.  I mean,

16   now it is old hat, but in that day it was something

17   real new, and actually it worked extremely well.

18        In all my days as director of the large case

19   program, I had very few times when other people at my

20   level would come to me and congratulate us on

21   something that we did, and they did on the Web site.

22   It was well done, lots of good information, an

41

1   opportunity for people to share concerns and to ask

2   questions.

3           It wasn't really a chat room per se, but it

4   was -- there was clearly an exchange of information

5   within the peer group, from tax computation

6   specialist to tax computation specialist, but then it

7   was also an opportunity to park in one location some

8   of these new programs which were really created

9   specifically to do complex computations, by various

10  individuals, so they did that as well.

11          I am not much of a computer person, never

12  have been, but -- and so for me, it sounded like a

13  good idea but a little frightening because I wasn't

14  sure what we were getting ourselves into to, but it

15  worked quite well.

16  Q.   Who was responsible for designing the actual

17  Web site?

18  A.   That wasn't Jim.  We had IT people who

19  assisted, but he coordinated it.  It was his

20  responsibility really to find out what the technical

21  analysts wanted on the Web site, and then to get

22  someone that could translate that into an actual Web

42

1   page they could use, so he coordinated the whole

2   effort, he took it from the idea stage to development

3   and delivery, but he was not the IT person that

4   designed the Web site.

5       Q.   Did he work with the IT person that did

6   design the Web site?

7       A.   Yes.

8       Q.   And other than the content of the Web site,

9   what was he responsible for coordinating?

10      A.   Specifically on the Web site?

11      Q.   Yes.

12      A.   I am sure he was involved -- I suspect he

13  was involved in the look of the Web site, but it is

14  one of those things -- as I said, there are places

15  where I can add value and there are places where I

16  couldn't.  I couldn't add much value there.  He

17  pretty much did that on his own.

18          He kept me informed as to where they were

19  going, but it was his creation, working with the

20  suggestions of the advisory panel and with others in

21  the field and with the IT people to put the whole

22  thing together, and he did.

43

```
1       Q.   Who was responsible for selecting the

2  software programs that would be, to use your term,

3  parked at the Web site?

4       A.   Well, those were all shared with Jim, but

5  they were also reviewed by the advisory panel.  You

6  know, those ideas came in from anyone in the

7  technical analyst area throughout appeals, but we

8  needed people who could screen those and make sure

9  they were good programs and that they did what they

10  were supposed to do, and that kind of thing.  So Jim

11  called on other resources at times.

12       Q.   For the purpose of screening?

13       A.   Sure, the advisory panel -- whatever

14  expertise he needed.

15       Q.   Other than advisory panel, to whom would he

16  refer for the purpose of screening the programs?

17       A.   I don't know if he went outside the advisory

18  panel or not.  I am not sure.  He may have.  I am

19  just not sure.

20       Q.   Other than the individuals within IT and the

21  advisory panel, do you know if he communicated with

22  anyone in reference to the Web site?
```

45

 1  communication was the advisory panel itself.  That is

 2  what were we relying on, is to give us feedback from

 3  field personnel as to what was going on.  That was

 4  key.

 5      BY MR. DANN:

 6      Q.   Who selected the people that became members

 7  of the advisory panel?

 8      A.   I believe we asked the regions to submit a

 9  representative, and -- we took whoever they sent.  We

10  explained what we were looking for, and that we were

11  hoping to get a variety of grade levels, and we did,

12  but the nominees came from the regions.

13      Q.   You mentioned training, communication, and

14  specifically the Web site.  Other than changes to the

15  manual, are there any other duties that the

16  coordinator would have been responsible for?

17      A.   Those are the major categories.  Really,

18  they are responsible for anything that comes up that

19  affects the technical analysts, and I am sure there

20  were things that came up day-to-day that he was

21  responsible for, but those are clearly the major

22  points.

1    Q.   Turning to manuals, what was the duty of the

2    coordinator with respect to the manual?  And by

3    manual, what do you mean?

4    A.   The Internal Revenue manual and the sections

5    that pertained to the technical analysts.

6         Jim had responsibility for keeping the

7    manual up to date, but of course what is up to

8    date -- really, to do that you have to stay in touch

9    with the field to know what the practices and

10   procedures are, what are they doing out there, what

11   is not working, what needs to be changed.

12        Obviously when we inherited the program we

13   inherited the manual that covered the technical

14   analyst program.  So the question becomes is it up to

15   date, is it accurate, does it need to be changed, so

16   you get input if you recognize areas that seem to

17   need change and you change it.

18   Q.   When you inherited it, was it up to date?

19   A.   You know, I am not sure.  I know that one of

20   the things that Jim did was to bring a group together

21   to update the manual, within the first year or so

22   after he had the program.  Does that mean it was not

47

 1  up to date?  I don't know.  Things change all the

 2  time in the Internal Revenue Service, so it is a

 3  constant process of updating.

 4      Q.  Prior to the creation of that group, can you

 5  describe the scope of the changes he made to the

 6  manual?

 7      A.  I don't remember specific changes to the

 8  manual.  It would have been his area of

 9  responsibility.  Did he make any changes?  I would

10  think so, but I don't remember any changes.

11      Q.  What did changes to the manual encompass,

12  how does a coordinator go about making changes?

13      A.  It is different now because it is completely

14  automated, but in those days when we first got the

15  program, you literally had to come up with something

16  that was a document that showed the new language to

17  be inserted, and you had to go through various levels

18  of review.  That new language, once approved by  your

19  function, appeals, had to go over to the group that

20  coordinated the manual for the entire Internal

21  Revenue Service, and they incorporated the changes,

22  and it was printed and published.

48

```
 1            Eventually we got away from that, and now it
 2    is completely electronic.  It is generally the same
 3    process, but now it is much quicker because you type
 4    in changes and get them approved first, and you can
 5    transfer them electronically and they don't publish
 6    it the way they used to.  They used to print out the
 7    inserts and mail them out.  But that is the process.
 8    Q.   Were the changes driven from the top up,
 9    were they driven by legislative changes or from the
10    individual tax computation specialists?
11    A.   It could be both.
12    Q.   Can you describe the top-down?  And by that
13    I mean changes to the law or regulations that
14    resulted in changes to the manual.
15    A.   Are you looking for specifics or generally
16    how the process would work?
17    Q.   Generally how the process would work.
18    A.   Generally if there was an impact -- if there
19    was a change, it would be the responsibility of the
20    coordinator to recognize the change and change the
21    language.  In an area like tax computation
22    specialists, I don't know if that happened too often,
```

1    but it did happen in other areas, so it was fairly

2    common.

3        Q.    Can you recall an instance that it happened,

4    that regulations or law changes resulted in a manual

5    change relative to the tax computation specialists?

6        A.    No, I can't recall any.

7            The bottom-up approach is just that, from

8    the advisory group or from direct contact, and one of

9    the things we did for the large case program in

10   general was we would do field visits, operational

11   reviews, and those, of course, didn't focus on the

12   technical analyst program, that focused on the whole

13   large case program, but while we were out there, we

14   would try to talk to people in the field about any

15   problems that they might be having or any suggestions

16   that they might have, and we would try to incorporate

17   those changes if we thought they made sense.

18           Happened all the time in the large case

19   area.  Did it have in the tax computer area?  I can't

20   remember specific instances, but it was a fairly

21   routine process for us to go through.  And in fact, I

22   can remember on a number of instances where there was

1    a fair amount of debate -- where the change was

2    somewhat controversial and actually had to be worked

3    at the highest levels of appeals to make sure that

4    the organization really wanted to make that change,

5    but can I remember any specific instances like that

6    around technical analysts?  No, I can't.

7        Q.   Can you remember any changes to the manual

8    relative to the tax computation specialists?

9        A.   Yes.  I can't remember what the specific

10   changes were, but I know that he did bring a group

11   together.  They met initially in Washington and then

12   worked quite a bit on their own to make changes.

13        Now, some of those were probably fairly

14   cosmetic, but they reworked that whole manual section

15   and tried to make sure it was up to date.  I know

16   there were a number of changes there.

17       Q.   Was this group independent of the advisory

18   panel?

19       A.   Yes.

20       Q.   Who created the group?

21       A.   Jim is the one who brought the group

22   together.

1      Q.    Did he identify the members?

2      A.    I can't recall for sure.  Usually we would

3  ask for volunteers, we wouldn't name people.  We

4  would go out to the field and say we need a few

5  people in the technical analyst area that can help us

6  with updating the manual, and we would get resources

7  that way.

8      Q.    Can you walk me through the process that he

9  used to make changes to the manual?

10     A.    As it relates specifically to that group,

11  you mean?

12     Q.    Yes.

13     A.    I believe, and a lot of this was done on his

14  own, I attended the first meeting just to say hello

15  and all that, and of course I knew what was going on,

16  gave approval when this thing was initiated, but I

17  believe he solicited volunteers and, once we got the

18  names, brought them into Washington for a short

19  period of time so they could meet, discuss and divide

20  up areas of responsibility.  So each one knew what

21  sections of the manual they were response for, have

22  them go through it.

52

1          A lot of these things are fairly mundane but
2     are important.  You can see how much we have
3     struggled with the titles today.  Of course, just
4     keeping the titles straight is a chore in and of
5     itself.  Sometimes it is like that, not a huge
6     legislative change, but if you don't keep it up to
7     date, it is less likely to get lost, but it was a
8     comprehensive review and update of the manual.
9          Q.   Did he personally take responsibility for
10    any portion of the manual?
11         A.   You know, I don't know.  I am not sure.
12         Q.   After creating the group and assigning
13    certain members to portions of the new manual, what
14    happened next?
15         A.   They would make their changes, send them in
16    to Jim, he would coordinate them and submit the final
17    document for review and approval.  So it all flowed
18    through them so that they could have one finished
19    product that could go forward for publication.
20         Q.   When do you mean by coordinate the changes?
21         A.   Read the document that was submitted, see
22    what kind of change it was.  Sometimes it was

1    superficial, just a title change.  Sometimes it was

2    more substantive, which might require more

3    consideration, and perhaps even discussion within

4    appeals, but get it down to a final document for

5    submission and then submit it to the function in IRS

6    that coordinates all of that and makes the change and

7    publishes the manual.

8        Q.    Would he have to conduct any independent

9    research?

10       A.    It is possible, depending on the nature of

11   the change they were suggesting.

12       Q.    What types of research would be possible?

13       A.    I suppose, and I am just speculating, but to

14   fully understand the nature of the change they were

15   suggesting, if they were suggesting something that

16   was actually technical in nature, and I know the

17   manual -- it is more procedural than it is technical,

18   but in the area of tax computation and that, it can

19   get somewhat technical.  He might have to do research

20   there or -- that is certainly a possibility.

21       Q.    What do you mean by technical, as opposed

22   to --

55

1    the manual?

2        A.    I can't think of it.

3        Q.    How would he get the proposed changes

4    approved -- strike that.

5              Would he have been responsible for getting

6    the proposed changes approved?

7        A.    Yes.

8        Q.    How would he go about doing so?

9        A.    They would go through me for sign-off, and

10   then normally there was someone within the national

11   office of appeals who was responsible for reviewing

12   manual changes, sort of generally, that was usually

13   the director of field services, the other office that

14   was there, because they saw a lot of manual changes

15   over there, so there would be some in-house review.

16   That person would then sign for the national

17   director.

18             It rarely went to the national director

19   personally to review because too many of these

20   changes were mundane, and then it would go on to that

21   function in the IRS that is actually responsible.

22   They would coordinate it with the other functions

1   their -- we checked their computations, a statistical

2   sample of their computations to see how often they

3   were wrong, which was quite often and caused us to

4   redo the computations, and to try to identify what

5   the problems were.  Was it that the software was so

6   complicated -- user issues, versus actual problems

7   within the software that were creating problems for

8   both exam and appeals?

9          So he did a great deal of work on that.  He

10  had several studies.  I know we did a sample in Miami

11  and a sample in New York where we found a lot of

12  errors with RGS, which was the in-house IRS product

13  that they had created.

14  Q.   Who was responsible for conducting these

15  studies?

16  A.   Well, Jim coordinated them, but did not

17  actually do the tax computations.  The actual

18  verification was done by volunteers in those offices,

19  in Miami and in New York.  There are probably more

20  than that.

21  Q.   What was involved then in coordinating the

22  studies?

1    correctly, that kind of thing, and some of that was

2    incorporated into the CPE's that they had, but there

3    was also specialized training just for the BNA

4    software.

5        Q.    And that kind of thing? What was involved in

6    acquiring the software?

7        A.    Had to work with the vendor, work out a

8    price, make sure we had the money to buy it,

9    coordinate with the field to find out how many people

10   needed that software, because not everyone did.  We

11   decided to use BNA for large case --

12       Q.    What is BNA?

13       A.    Bureau of National Affairs.  They are a big

14   publisher of tax research material, but they happen

15   to produce a software package that was quite good.

16             They were the vendor.  He had to establish

17   the need in the field, work out a budget, get it

18   approved, get it acquired, get it delivered, handle

19   the training, all of that.

20       Q.    Can you think of anything else the

21   coordinator was responsible for doing?

22       A.    Not off the top of my head.

62

1    Q.   Did the coordinator's position -- was there

2    was a job description for the coordinator's position?

3    A.   I am sure -- you mean separate and apart

4    from the PD?

5    Q.   Separate and apart from the person's

6    position description, was there a document reflecting

7    the duties and responsibilities of the coordinator?

8    A.   Not that I know of, no.

9    Q.   What changes, if any, were made to the

10   coordinator's duties and responsibilities after you

11   assumed supervision of the position?

12   A.   To my knowledge, the prior coordinator

13   wasn't doing any of these.  They didn't have an

14   advisory committee.  They may have been working on

15   the training aspect, but I know the idea of the Web

16   page, the issues around BNA and RGS were new -- and

17   it was not because they weren't doing it earlier.  I

18   am not sure they existed before.

19        But the things I have outlined, other than

20   the CPE, which is something, as I said, that goes

21   back many years and something they wanted to do but

22   rarely had the money to do, but most of the other

63

1  stuff was really new that we created.

2      Jim and I, as I said, sat down when we first

3  got responsibility for the program and thought about,

4  well, what do we need to do with this program to make

5  it better?  And the first idea was really the

6  advisory committee, and then a lot of ideas came from

7  the advisory committee.

8      MR. DANN:  Off the record.

9      BY MR. DANN:

10  Q.  Mr. Roley, other than what you have

11  testified to, are you aware of any other duties or

12  responsibilities the coordinator had prior to you

13  becoming the supervisor of the coordinator program?

14  A.  No.

15  Q.  Who assumed the responsibility for the

16  program after Mr. Schoonda?

17  A.  You know, I think it went to Sheila Jones as

18  part of her responsibilities, but I am a little vague

19  on that, and I guess that was because either that was

20  at the time I was transitioning out of the program or

21  maybe I had already transition out, but I thought it

22  went to Sheila Jones.

64

1      Q.    Are you aware of any changes that were made

2   to the program coordinator's position subsequent to

3   Mr. Schoonda performing the duties?

4            MR. NEBEKER:  Objection, vague.

5            MR. DANN:  Rephrase.

6            BY MR. DANN:

7      Q.    Are you aware of any changes made to the

8   responsibilities and duties of the coordinator after

9   Mr. Schoonda ended his tenure as the coordinator?

10           MR. NEBEKER:  Same objection.

11           THE WITNESS:  You are talking about the

12  technical analyst coordinator?

13           BY MR. DANN:

14     Q.    Yes.

15     A.    I am not aware of any changes.

16           MR. DANN:  That is all I have.

17           MR. NEBEKER:  I have two exhibits to mark.

18                (Roley Exhibits No. 2 and 3

19                 were marked for identification.)

20           EXAMINATION BY COUNSEL FOR DEFENDANT

21     Q.    Would you take a look at those exhibits,

22  Mr. Roley.

68

1    are asking exactly there.  Obviously we took

2    responsibility for the program.  We made an

3    evaluation of the program as to what needed to be

4    done, and we did some things that were new and

5    different.  Does that get to your question?

6          BY MR. NEBEKER:

7    Q.    I believe it does.  You indicated in your

8    testimony that there were issues regarding what

9    software would be used in appeals and in the field,

10   and on that point, I would like to ask, would a

11   mastery of accounting principles or auditing

12   techniques have been helpful in addressing what

13   software to be used in appeals or to recommend to the

14   field?

15   A.    It would probably help -- yes, I believe it

16   would help for the real complex computations.  I know

17   we talked a little about BNA software in particular

18   that was being used in the large case program, and I

19   believe understanding accounting principles would

20   probably help because on the complex computations, it

21   is much more than just adding things up, it is not

22   just two plus two equals four.  You have to