# EXHIBIT 8

# Bargaining Unit Performance Appraisal and Recognition Election
*(Review instructions before completing this form)*

| 1. Name of employee (Last, first, middle initial) | 2. Social Security Number | 3. Reason for Appraisal |
|---|---|---|
| Jones, Sheila | ███████ | ☐ Annual Rating   ☐ Interim Rating<br>☐ 90 Day Appraisal<br>☒ Other<br>Reason for other: Departure |
| 4. Office symbols/Organization<br>Appeals- LBS, Operations | 5. Pay plan, series and grade<br>GS-343/14 | |
| 6. Position title<br>Program Analyst | 7. Period covered<br>From: 5-1-02  4-30-02   To: 12-15-02 | 8. Mandatory progress review was conducted on |
| 9. Retention Standard Rating | ☐ Not Applicable   ☒ Met   ☐ Not Met | |

| 10. Critical Job Elements (CJEs) | 11. Performance Aspects | 12. Performance Aspects Rating | | | | 13. CJE Ratings |
|---|---|---|---|---|---|---|
| | | Exceeds | Meets | Fails | N/A | |
| I. Employee Satisfaction – Employee Contribution | A. Workplace Interaction | X | | | | |
| | B. Workgroup Involvement | X | | | | 5 |
| | C. Workplace Environment | X | | | | |
| II. Customer Satisfaction – Knowledge | A. Issue Identification | | X | | | |
| | B. Technical Knowledge | X | | | | 4 |
| | C. Issue Resolution | X | | | | |
| | D. | | | | | |
| | E. | | | | | |
| III. Customer Satisfaction – Application | A. Verbal Communications/ Listening | X | | | | |
| | B. Written Communications | X | | | | 5 |
| | C. Interaction | X | | | | |
| | D. | | | | | |
| | E. | | | | | |
| IV. Business Results – Quality | A. Accuracy of Work | X | | | | |
| | B. Research and Analysis | X | | | | 5 |
| | C. Security/Privacy/Disclosure | X | | | | |
| | D. | | | | | |
| | E. | | | | | |
| V. Business Results – Efficiency | A. Planning and Scheduling | X | | | | |
| | B. Workload Management | X | | | | 5 |
| | C. Time Utilization | X | | | | |
| | D. | | | | | |
| | E. | | | | | |

| 14. Overall rating | ☒ Outstanding   ☐ Fully Successful   ☐ Unacceptable<br>☐ Exceeds Fully Successful   ☐ Minimally Successful<br>☐ Not Ratable   Reason for not ratable: | 15. Average CJE Score<br>**4.8** |
|---|---|---|

A. Certification of Rating - By signing below, each Rater and Reviewer certifies that records of tax enforcement results (ROTERs) were not used to prepare this appraisal.

16a. Rater name/title/signature/date
*William Kanertz*   D.M. LBS, MAP   3-7-03

16b. Reviewing Official name/title/signature/date
*Andrew E. Zlancele*   3-12-03

16c. Employee signature/date (Signature only indicates copy has been received, not agreement)
*Sheila E. Jones*   3/24/03

17a. Revalidation of Rating of Record (Period covered)   17b. Mandatory progress review conducted on
From:   To:

18a. Revalidation of Rating of Record (Period covered)   18b. Mandatory progress review conducted on
From:   To:

17c. Rater name/title/signature/date

18c. Rater name/title/signature/date

17d. Reviewing Official name/title/signature/date

18d. Reviewing Official name/title/signature/date

17e. Employee signature/date (Signature only indicates copy has been received, not agreement)

18e. Employee signature/date (Signature only indicates copy has been received, not agreement)

Form **6850-BU** (1-2003)   Cat. No. 35509M   publish.no.irs.gov   Department of Treasury - Internal Revenue Service

| B. Management Determination and Employee Election Regarding Performance Recognition *Review instructions and information for each determination or election before completing this form.* | Name of employee (Last, first, middle initial) Jones, Sheila |
|---|---|

**Management Determinations**

a. A QSI has been approved for this employee.

b. **Tenth step of the grade - 3% of salary award in lieu of a QSI** - This employee is paid at the tenth step of the grade and is not eligible for a QSI; therefore, a 3% of salary award or a performance award, whichever amount is greater, has been approved for this employee.

c. **Time-Off** - This employee may elect time-off if granted a performance award or if he or she elects a 3% of salary award in lieu of an approved QSI. (A combination of monetary payment and time-off is not authorized for this election.)

**Employee Elections**

d. **QSI** - I accept the approved QSI. I understand I am not eligible for a performance award under the National Performance Awards Agreement (NPAA) for the covered period.

e. **3% of salary award in lieu of a QSI** - I elect a 3% of salary award in lieu of an approved QSI. I understand I will receive either the 3% of salary award or a performance award for which I am eligible under the NPAA, whichever amount is greater.

f. **Tenth step of the grade - 3% of salary award in lieu of a QSI** - I understand I am paid at the tenth step of the grade and ineligible for a QSI. Therefore, I understand I will receive either a 3% of salary award, or a performance award for which I am eligible under the National Performance Awards Agreement, whichever amount is greater.

g. **Time-Off** - I elect to receive time-off in lieu of a monetary award described above. I understand if the calculated time-off hours exceed the 40 or 80 hour limitation, the value of the excess hours will be paid as a supplemental monetary award.

h. **Monetary Award** - If granted a performance award, I elect to receive a single monetary payment.

**Period covered indicated in block 7**
From: 4-30-02    To: 12-15-02

19. Supervisor checks the box(es) applicable to recognition determination.

☐ a  ☐ b  ☐ c    Supervisor name/title/signature/date

20. Employee checks one box applicable to the supervisor determination indicated above.

☐ d  ☐ e  ☐ f  ☐ g  ☐ h    Employee signature/date

**Period covered indicated in block 17A (Revalidation)**
From:    To:

21. Supervisor checks the box(es) applicable to recognition determination.

☐ a  ☐ b  ☐ c    Supervisor name/title/signature/date

22. Employee checks one box applicable to the supervisor determination indicated above.

☐ d  ☐ e  ☐ f  ☐ g  ☐ h    Employee signature/date

**Period covered indicated in block 18A (Revalidation)**
From:    To:

23. Supervisor checks the box(es) applicable to recognition determination.

☐ a  ☐ b  ☐ c    Supervisor name/title/signature/date

24. Employee checks one box applicable to the supervisor determination indicated above.

☐ d  ☐ e  ☐ f  ☐ g  ☐ h    Employee signature/date

Form **6850-BU** (1-2003)    Cat. No. 35509M    page 2    publish.no.irs.gov    Department of Treasury - Internal Revenue Service

| B. Management Determination and Employee Election Regarding Performance Recognition *Review instructions and information for each determination or election before completing this form.* | Name of employee (Last, first, middle initial) Jones, Sheila |
|---|---|

**Management Determinations**

a. A QSI has been approved for this employee.

b. **Tenth step of the grade - 3% of salary award in lieu of a QSI** - This employee is paid at the tenth step of the grade and is not eligible for a QSI; therefore, a 3% of salary award or a performance award, whichever amount is greater, has been approved for this employee.

c. **Time-Off** - This employee may elect time-off if granted a performance award or if he or she elects a 3% of salary award in lieu of an approved QSI. (A combination of monetary payment and time-off is not authorized for this election.)

**Employee Elections**

d. **QSI** - I accept the approved QSI. I understand I am not eligible for a performance award under the National Performance Awards Agreement (NPAA) for the covered period.

e. **3% of salary award in lieu of a QSI** - I elect a 3% of salary award in lieu of an approved QSI. I understand I will receive either the 3% of salary award or a performance award for which I am eligible under the NPAA, whichever amount is greater.

f. **Tenth step of the grade - 3% of salary award in lieu of a QSI** - I understand I am paid at the tenth step of the grade and ineligible for a QSI. Therefore, I understand I will receive either a 3% of salary award, or a performance award for which I am eligible under the National Performance Awards Agreement, whichever amount is greater.

g. **Time-Off** - I elect to receive time-off in lieu of a monetary award described above. I understand if the calculated time-off hours exceed the 40 or 80 hour limitation, the value of the excess hours will be paid as a supplemental monetary award.

h. **Monetary Award** - If granted a performance award, I elect to receive a single monetary payment.

**Period covered indicated in block 7**
From: 4-30-02    To: 12-15-02

19. Supervisor checks the box(es) applicable to recognition determination.

☐ a   ☐ b   ☐ c    | Supervisor name/title/signature/date

20. Employee checks one box applicable to the supervisor determination indicated above.

☐ d   ☐ e   ☐ f   ☐ g   ☐ h    | Employee signature/date

**Period covered indicated in block 17A (Revalidation)**
From:    To:

21. Supervisor checks the box(es) applicable to recognition determination.

☐ a   ☐ b   ☐ c    | Supervisor name/title/signature/date

22. Employee checks one box applicable to the supervisor determination indicated above.

☐ d   ☐ e   ☐ f   ☐ g   ☐ h    | Employee signature/date

**Period covered indicated in block 18A (Revalidation)**
From:    To:

23. Supervisor checks the box(es) applicable to recognition determination.

☐ a   ☐ b   ☐ c    | Supervisor name/title/signature/date

24. Employee checks one box applicable to the supervisor determination indicated above.

☐ d   ☐ e   ☐ f   ☐ g   ☐ h    | Employee signature/date

Form **6850-BU** (1-2003)    Cat. No. 35509M    page 2    publish.no.irs.gov    Department of Treasury - Internal Revenue Service

## C. Instructions to complete Form 6850-BU continued

**Block 15. Average CJE Score:** Is determined by dividing the sum of the ratings assigned in column 13 by the total number of CJEs. Supervisor annotates the numerical score to include two decimal places (e.g. 4.50).

**Block 16. Certification:** Required signatures.

**Blocks 17 and 18. Revalidation of Rating of Record:** If a supervisor determines that a journey level or above employee, in at least the second year of their position, would receive a Rating of Record for the current appraisal period identical to the Rating of Record for the previous period, the supervisor may certify that the most recent Rating of Record is valid for performance in the current appraisal period. When revalidating an appraisal, supervisors are also revalidating the Retention Standard Rating from the previous rating of record. Appraisals may be revalidated indefinitely.

## Instructions for Part B - Management Determination and Employee Election

Detailed information on administering the Performance Awards Program for Bargaining Unit employees is available at: http://shr.web.irs.gov/pers/pm/NPAindex.htm and http://shr.web.irs.gov/pers/pm/AwardIndex.htm.

**Period Covered.** The period covered for this section must correspond to the periods indicated in Blocks 7 or 17A or 18A.

**Quality Step Increase (QSI) Determination.** A management level higher than the initiator of the QSI recommendation, as determined by the operating, functional, or support unit, must approve a QSI.

**Time-Off Determination.** The employee's immediate supervisor has approved a time-off option in lieu of a monetary performance award or a 3% of salary award.

**Blocks 19, 21 and 23.** Supervisor reviews options and checks the appropriate box(es), signing and dating the form.

**Blocks 20, 22 and 24.** The employee documents election by checking the appropriate box that corresponds to management's determination, signing and dating the form.

### Privacy Act Notice

The Privacy Act of 1974 requires that when we ask you to provide information about yourself, we must tell you: our legal right to ask for the information; the principal purpose(s) for which the information is intended to be used, what could happen if we do not receive any or all of the information, and whether your response is voluntary or mandatory. Our legal right to ask you to acknowledge receipt of the performance appraisal is derived from 5 USC 9508, General Workforce Performance Management System and 26 CFR Part 801, Balanced System for Measuring Organizational and Employee Performance within the Internal Revenue Service. The authority to solicit this information is also derived from 5 USC 2301, 5301, 5336, and 5338 and the Code of Federal Regulations (Title 5, Part 531, Subpart D, "Within-Grade Increases" and Subpart E, "Quality Step Increases"). Management is requesting this information in order to record the employee's election. The QSI or award will be processed in accordance with the information you furnish. Failure to furnish any or all of this information may result in your QSI or award possibly being processed other than you would have elected, or may negate the employee's opportunity to elect time-off. The legal authority to request this information is the United States Code, Title 5, Chapters 43 and 45 and the Code of Federal Regulations (Title 5, Part 451, Subpart A, "Agency Awards"). The information contained in this form may be disclosed to IRS employees who need it to conduct official duties. Disclosures may also be made when appropriate, under routine uses published in the Federal Register for Privacy Act Systems of Records, Treasury/IRS 36.03, General Personnel and Payroll Records. Under the appropriate circumstances, disclosure may be made to the Office of Personnel Management, the Equal Employment Opportunity Commission, the General Accounting Office and others.

Form **6850-BU** (1-2003)   Cat. No. 35509M   page 4   publish.no.irs.gov   Department of Treasury - Internal Revenue Service

This is a departure rating covering Sheila's performance from the end of her last appraisal period (April 30, 2002) through the end of her temporary promotion (December 15, 2002). May 1, 2002.

As a Grade 14 Program Analyst, Sheila was assigned the responsibility for the LBS portion of the Friday Report, tracking and reporting on travel funds for all of LBS, the Appeals Delegation Orders, and coordination of the Area Director conference calls. As time went on, other significant assignments were added, most notably the coordination of the IRM group focusing on updating the manager's guide, creating the ranking criteria for positions within LBS, and updating the LBS portion of the IRM. On October 31, she was assigned sole responsibility for the Tax Computation Specialist (TCS) Program when the previous analyst left on extended sick leave.

She did great job of handling all of her assignments and made a significant contribution to the success of the LBS Operations group.

## 1. Employee Satisfaction – Employee Contribution

### A. Workplace Interaction

This aspect highlights one of Sheila's strongest assets – the ability to work well with others. As an analyst, she repeatedly demonstrated her ability to develop and sustain excellent interaction with others in the office. She volunteered to assist the analyst responsible for planning the LBS CPE and the analyst responsible for the Tax Computation Specialists CPE. Her hard work and positive attitude were instrumental in helping these analysts plan and carry out very successful CPEs.

She wasted no time in establishing the necessary contacts to efficiently track and report on the LBS travel funds. On her own initiative, she made contacts to acquire permission and learn how to use the Report Management System (RMS) so that she could run travel reports. Responsibility in this program area required Sheila to interact often with the budget employees as well as the Area Directors. She developed excellent rapport with both.

Sheila was required to interact with a wide range of employees within and outside of Appeals. These interactions were always professional, courteous and productive. She has done an excellent job of creating effective working relationships with everyone she has dealt with during her time as a program analyst.

### B. Workgroup Involvement

Sheila again exceeds expectations in this aspect of the job element. While in LBS Operations, she had occasion to work closely with several members of the workgroup to improve operations. She shared responsibility for leading the IRM group with another analyst and she worked effectively in conjunction with several

- members of the group to produce Friday Report articles. She and another analyst volunteered to develop ranking criteria for the ATCL and TCS positions, which resulted in an excellent product that will be used to assist in ranking promotion packages for these positions in the future.

- During employee meetings, she readily participated in discussion of topics important to the group. She willingly shared her experiences and suggestions but always in a tactful, courteous way. When she obtained information that she felt would be helpful or important to the group, she did not hesitate to voluntarily share it. Several times she offered her assistance to others.

C. Workplace Environment

Sheila always works well with others and is genuinely interested in offering her help no matter what the situation. During this rating period, she demonstrated her willingness to do whatever was necessary to make the office a better, more productive place to work. She approached each task with a positive, upbeat attitude. Whenever interacting with co-workers, she was always receptive to their opinions and suggestions, and sensitive to their feelings. This helped create a cooperative atmosphere within the group, and resulted in others becoming very receptive to her.

It is very valuable to have someone like Sheila in the group. Her contributions towards the good of the group and not just her programs, demonstrates her ability to be a team player.

**I have rated Sheila as exceed in all aspects of this job element.**

2. **Customer Satisfaction – Knowledge**

A. Issue Identification

Sheila's program responsibilities presented her with numerous opportunities to interact with all levels of employees within Appeals. Whether she was contacting the Directors or Technical Advisors about the travel budget, soliciting input for the update of the IRM, or planning and coordinating conference calls with the Appeals Tax Computation Specialists Advisory Group, she was able to effectively open the lines of communication and keep them open.

During her time as a Program Analyst she was able to identify problems and/or solutions. As roadblocks were thrown up, she analyzed the cause and sought a solution by researching the avenues for resolution. Before seeking the help of her supervisor or co-worker, she always formed an opinion and organized her thoughts before presenting the problem to them.

B. Technical Knowledge

Sheila has considerable expertise in certain areas, especially that related to the Tax Computation Specialists. Although she was new to the position of a program analyst, she quickly learned what roles she would be playing and took necessary steps to learn what needed to be done to successfully manage her programs.

Her expertise as a Tax Computation Specialist was a big asset in the smooth transition of the TCS Program to her starting in August. She was able to immediately pick up and go forward with the various duties performed by the previous analyst, including participation on a cross-functional RGS group, coordination and planning of conference calls with two different TCS groups, distribution of technical and procedural information pertinent to the TCSs, and coordination of the purchase and installation of the tax computation software.

Her analysis and recommendations for changes to the TACS program were critical to the final enhancements forwarded to ITS. Recently, the new Directors of the TCSs have consulted with her in an attempt to learn what needs to be done to the TACS program to revise it for the new realignment. Additionally, they have sought her input on technical and procedural matters pertaining to TCSs.

C. Issue Resolution

There is no doubt that Sheila has an adept ability to get things done and bring projects to conclusion timely. She never hesitates to make contacts and seek information when there is a need to work through issues that prevent tasks from being completed. One particular project stands out - the recent purchase of the BNA software for the TCSs. The method of purchase changed significantly from last year. Problems developed with what items were being purchased for Appeals. There was much confusion along the way, but Sheila stayed on it and in the end it was satisfactorily resolved.

Another example was her handling of outdated software on some TCS's computers. She identified the problem during a conference call with the TCS Advisory Council. She immediately sent an email to all TCSs detailing the version of software they should have, and asking that she be notified if their software was not up-to-date. Once she accumulated the list, she made the necessary contacts to ITS. Her ability to identify an issue and take the necessary steps towards resolution was critical to getting the TCSs quickly updated.

**I have rated Sheila as exceed in aspects B and C of this job element, and as met in aspect A.**

## 3. Customer Satisfaction – Application

### A. Verbal Communications/Listening

Sheila communicates extremely well. As the newest member of the group, it did not take her long to establish excellent working relationships with everyone. This is due in part to her ability to convey a positive, upbeat attitude and willingness to pitch in and help when needed. It is also due to her listening and speaking skills.

Her ability to establish rapport with her peers and the field employees is evident in her success at managing her programs. She was a catalyst in leading the IRM group charged with updating the manager's guide. This group included field management and a NTEU representative. Because of Sheila's excellent communication skills, everyone was kept updated, involved and on track through regular conference calls.

She always clearly conveys her thoughts to listeners. Her ability to verbally communicate well was supported by her teaching assignment at the TCS CPE in June. Sheila conducted three sessions on the IRM 8.17 updates. Feedback from her presentations was very positive. Several attendees commented on the effectiveness of her presentation.

### B. Written Communications

Sheila demonstrated her ability to write effective communications several times within the rating period. She not only wrote articles for the Friday Report but also edited articles submitted by other LBS employees. She received a very complimentary email from one Specialty ATM, who commended her on the great job she did on editing an article he submitted.

It was routine for Sheila to send written communications to Directors, Technical Advisors and Managers concerning issues related to her programs. All of her communications were tactful, effective and well thought out. The written communication she provided me in October on the IRM workgroup meeting provided me with a clear picture of what this group intends to accomplish. As the new temporary Director of Operations, it provided me just the right depth of information to bring me up-to-date. Her email was very well organized, well written and informative.

Feedback from the Human Resources Specialist who worked with Sheila and another analyst on creating the ranking criteria for the TCS and ATCL positions fully supports Sheila's competence in the area of effective written communication. She commented that through hard work and commitment, they developed "excellent" products.

C. Interaction

As a Headquarters analyst, Sheila was required to interact with field employees and other Headquarters analysts on numerous occasions. In each case she was able to build effective working relationships with courteous, professional interaction. She has a friendly, outgoing personality which makes others feel very comfortable and open to communicating with her.

Sheila was able to handle uncomfortable situations very easily by approaching them with sensitivity to the opinions and feelings of others. One particular instance comes to mind. One of the ATMs on the IRM workgroup had an assignment on the ATM Reference guide that was several days past due. She contacted him, tactfully explained the problem his delay was causing and offered her assistance. Soon thereafter, he completed and submitted his assignment and work on the guide was completed.

**I have rated Sheila as exceed in all aspects of this job element.**

### 4. Business Results – Quality

A. Accuracy of Work

Sheila is very conscientious and always strives to produce the highest quality of work that she can. Whether she is writing or editing an article for the Friday Report, writing emails to the Areas on the travel budget, or preparing text for the IRM, she makes sure that the information she produces is accurate.

She is cognizant of the importance of providing information that is factually correct. Many times the information she produces is used by the Directors, Technical Advisors or Managers to inform field employees. This requires her to be very careful when analyzing information and making decisions about what needs to be shared with other Appeals employees.

B. Research and Analysis

Because of her background as a Tax Computation Specialist, Sheila has the necessary expertise to research and analyze information, and use it when making decisions. As a relatively new analyst, she was required to research procedures many times when handling issues that were new to her, e.g. document clearances on Delegation Orders, use of RMS to generate travel reports, and the use of AdHoc reports to analyze Early Referral cases in Appeals.

When given an assignment that she was unfamiliar with, she quickly took steps to make the necessary contacts to gather information needed to complete the job successfully.

C. Security/Privacy/Disclosure

Sheila is well aware of the need for confidentiality in her work. The travel reports she generates from RMS are "Official Use Only" and she properly follows the procedures required for information of this type.

She always protects her computer and work area in accordance with local guidelines. Taxpayer information is appropriately destroyed. When she works with information that should be kept private, e.g. travel allocations, ranking criteria for TCS and ATCL positions, she takes necessary steps to ensure that the information does not fall into the hands of someone who does not have need for it.

**I have rated Sheila as exceed in all aspects of this job element.**

## 5. Business Results – Efficiency

A. Planning and Scheduling

There is no doubt Sheila effectively manages her time when planning her work. She easily recognizes what is a priority and what is not and takes quick actions to ensure that she meets all deadlines given to her. Although some of her projects were open-ended with no specific deadline attached, Sheila easily managed to keep these projects moving while handling other work.

Sheila was instrumental in planning conference calls for the IRM workgroup charged with updating the ATM Reference Guide. Every month she scheduled the call, notified the participants, and provided a written overview of accomplishments after each call. Her diligence in coordinating this effort was one of the reasons for the efficient update of the guide.

Once she became responsible for the TCS Program, she was required to identify agenda items and schedule conference calls with two different TCS groups. She wasted no time in taking over this responsibility when the prior analyst left on sick leave. Her ability to take control and determine what needs to be done was instrumental in keeping the TCS program operating efficiently.

B. Workload Management

Sheila's assignments range from weekly updates to long-term projects. She was successful in managing the wide variety of work assignments given to her. When she got into a situation where she felt a little overwhelmed, she did not hesitate to ask her manager for help in setting priorities. She has demonstrated her ability to deal with varying challenges successfully while keeping her programs/assignments up-to-date.

When she first came to Operations, (before this rating period) she had to start from scratch learning her programs. Well before her temporary assignment ended, she had gained the expertise necessary to consistently manage her programs well. Her experience at managing an inventory as a TCS contributed to her success. In addition, her ability to track assignments, monitor due dates, and plan her workday were also contributing factors to her success.

C. Time Utilization

During this evaluation period, Sheila managed to handle a number of competing priorities and still meet the objectives established for her other programs. This could only have been accomplished by effective utilization of time. Balancing the demands of short-term and long-term projects requires a person to be organized, and focused on the task at hand. Sheila easily demonstrated her capabilities in this area.

She was able to handle extra assignments while concurrently managing her programs. Two examples of her extra assignments were her teaching assignment at the TCS CPE in June, and the help she gave the AOs, ATCLs and other TCSs in the St. Louis office. These employees continued to rely on her TCS expertise by seeking her advice and help on their cases. Sheila was able to provide this assistance while keeping all of her program analyst's work on track and progressing. Whenever Sheila was given something requiring a response, she always made sure that it was completed timely.

**I have rated Sheila as exceed in all aspects of this job element.**