# EXHIBIT 9

# Bargaining Unit Performance Appraisal and Recognition Election
(Review instructions before completing this form)

| | | |
|---|---|---|
| 1. Name of employee (Last, first, middle initial)<br>Jones, Sheila E | 2. Social Security Number | 3. Reason for Appraisal<br>[X] Annual Rating    [ ] Interim Rating<br>[ ] 90 Day Appraisal<br>[ ] Other<br>Reason for other: |
| 4. Office symbols/Organization<br>Appeals - Tax Policy & Procedure - LMSB?TEGE | 5. Pay plan, series and grade<br>GS-512-13 | 8. Mandatory progress review was conducted on March 7, 2003 |
| 6. Position title<br>Program Analyst | 7. Period covered<br>From: 5/1/02  To: 4/30/03 | |

9. Retention Standard Rating    [ ] Not Applicable    [X] Met    [ ] Not Met

| 10. Critical Job Elements (CJEs) | 11. Performance Aspects | 12. Performance Aspects Rating | | | | 13. CJE Ratings |
|---|---|---|---|---|---|---|
| | | Exceeds | Meets | Fails | N/A | |
| I. Employee Satisfaction – Employee Contribution | A. Workplace Interaction | X | | | | 5 |
| | B. Workgroup Involvement | X | | | | |
| | C. Workplace Environment | X | | | | |
| II. Customer Satisfaction – Knowledge | A. Issue Identification | | X | | | 4 |
| | B. Technical Knowledge | X | | | | |
| | C. Issue Resolution | X | | | | |
| | D. | | | | | |
| | E. | | | | | |
| III. Customer Satisfaction – Application | A. Verbal Communications/Listening | X | | | | 5 |
| | B. Written Communications | X | | | | |
| | C. Interaction | X | | | | |
| | D. | | | | | |
| | E. | | | | | |
| IV. Business Results – Quality | A. Accuracy of Work | X | | | | 5 |
| | B. Research & Analysis | X | | | | |
| | C. Security/Privacy/Disclosure | | | | | |
| | D. | | | | | |
| | E. | | | | | |
| V. Business Results – Efficiency | A. Planning & Scheduling | X | | | | 5 |
| | B. Workload Management | X | | | | |
| | C. Time Utilization | X | | | | |
| | D. | | | | | |
| | E. | | | | | |

14. Overall rating: [X] Outstanding    [ ] Fully Successful    [ ] Unacceptable    [ ] Exceeds Fully Successful    [ ] Minimally Successful    [ ] Not Ratable    Reason for not ratable:

15. Average CJE Score: **4.8**

A. Certification of Rating - By signing below, each Rater and Reviewer certifies that records of tax enforcement results (ROTERs) were not used to prepare this appraisal.

16a. Rater name/title/signature/date: David M. Geber, Director, Tax Policy & Procedure LMSB/TEGE — 6/2/03

16b. Reviewing Official name/title/signature/date: Beverly Ortega Babers, Director, Technical Services — 6/4/03

16c. Employee signature/date (Signature only indicates copy has been received, not agreement): Sheila E Jones — 6/4/03

17a. Revalidation of Rating of Record (Period covered)  From:    To:
17b. Mandatory progress review conducted on
17c. Rater name/title/signature/date
17d. Reviewing Official name/title/signature/date
17e. Employee signature/date (Signature only indicates copy has been received, not agreement)

18a. Revalidation of Rating of Record (Period covered)  From:    To:
18b. Mandatory progress review conducted on
18c. Rater name/title/signature/date
18d. Reviewing Official name/title/signature/date
18e. Employee signature/date (Signature only indicates copy has been received, not agreement)

Form **6850-BU** (1-2003)    Cat. No. 35509M    publish.no.irs.gov    Department of Treasury - Internal Revenue Service

## Introduction

Sheila, this is your annual performance appraisal for the rating period of May 1, 2002 through April 30, 2003.

You were a temporary GS 343-14 Program Analyst in LBS Operations until December 2002. Although on paper you returned to your prior position of a GS 512-13 Tax Computation Specialist, you actually remained in LBS Operations so that you could tie up loose ends. As a result of the Appeals Refinement, you were mapped to Tax Policy and Procedure (TP&P) LMSB/TEGE as a GS 512-13 Internal Revenue Agent (Program Analyst). Basically you have been performing the duties of a Program Analyst since October 2001.

Your program responsibilities while under LBS Operations included coordination of the Friday Report articles submitted by LBS employees, tracking and reporting on travel funds for all of LBS, Appeals Delegation Orders, Early Referral Program and coordination of the Area Director conference calls. Other significant assignments were added, most notably coordinating the IRM group focusing on updating the ATM Reference Guide, creating the ranking criteria for positions within LBS, and updating the LBS portion of the IRM.

Since the previous program analyst was leaving at the end of October, transition began in August to move responsibility for the TCS Program to you. You still have responsibility for that program as well as the Early Referral Program, the TP&P LMSB/TEGE Friday Report articles and Statutes. You have done a great job of handling all of your assignments and have made a significant contribution to the success of the TP&P LMSB/TEGE group.

### 1. Employee Satisfaction – Employee Contribution

**I have rated you as exceeds in all aspects of this job element.**

A. Workplace Interaction

Sheila, this aspect highlights one of your strongest assets – the ability to work well with others. As an analyst, you repeatedly demonstrate your ability to develop and sustain excellent interaction with others in the office. You readily volunteer to help with items outside of your own program area -- such as the FY 2002 LBS and TCS CPE's, the development of ranking criteria for both the ATCL and TCS positions, and conducting interviews during the FY 2002 Operational Reviews. It should also be noted that at the end of this rating period, in coordination with two other analysts, you began the planning of FY 2003 ATCL and TCS CPE's. Your hard work and positive attitude are instrumental in your success in this aspect.

1

You waste no time in making necessary contacts so that you can continue moving forward on a task. You always take the initiative to find answers and seek guidance in areas that are new or unfamiliar to you. For example, when you were assigned the task of tracking the LBS travel funds you immediately made contacts to acquire permission and learn how to use the Report Management System (RMS) so that you could run the travel reports yourself.

Your current assignments require that you interact with a wide range of employees within and outside of Appeals. Because your interactions are always professional, courteous and productive, you have developed excellent rapport with members of our group, as well as other employees.

B. Workgroup Involvement

Sheila, you again exceed expectations in this aspect of the job element. While in LBS Operations, you worked closely with several members of the workgroup to improve operations. You shared responsibility with another analyst in leading the IRM group and have worked effectively in conjunction with several members of the TP&P group to produce Friday Report articles. You and another analyst volunteered to develop ranking criteria for the ATCL and TCS positions, which resulted in an excellent product that will be used to assist in ranking promotion packages for these positions in the future.

During employee meetings, you readily participate in discussion of topics important to the group. You willingly share experiences and suggestions but always in a tactful, courteous way. When you obtain information that you feel would be helpful or important to the group, you do not hesitate to voluntarily share it. You regularly demonstrate that you are a team player and are always willing to offer assistance to others.

C. Workplace Environment

Sheila, you always work well with others and are genuinely interested in offering help no matter what the situation. During this rating period, you demonstrated a willingness to do whatever is necessary to make the office a better, more productive place to work. You approach each task with a positive, upbeat attitude. Whenever interacting with co-workers, you are always receptive to their opinions and suggestions, and sensitive to their feelings. This has helped to create a cooperative atmosphere within the group, and has allowed others to be more receptive to you.

It is very valuable to have someone like you in the group. Your contributions towards the good of the group and not just your programs, demonstrate your adept ability to be a team player.

2

## 2. Customer Satisfaction – Knowledge

**I have rated you as exceed in aspects B and C of this job element, and as met in aspect A.**

A. Issue Identification

Sheila, your program responsibilities present you with numerous opportunities to interact with all levels of employees within Appeals. Whether you are soliciting input for the update of the IRM, planning and coordinating conference calls with the Appeals Tax Computation Specialists Advisory Group, or discussing the TACS enhancements with the TCS Directors and ITS programmer, you effectively open the lines of communication and keep them open.

You are able to identify problems and/or solutions when they arise. As roadblocks are thrown up, you analyze the cause and seek a solution by researching all potential remedies. Before seeking the help of a co-worker or supervisor, you always form your opinion and organize your thoughts. Now that you have taken full responsibility for the TCS program, your expertise and knowledge in this area makes it very easy for you to identify issues that affect the TCS's.

B. Technical Knowledge

You have considerable expertise in certain areas, especially that related to the Tax Computation Specialists. At the beginning of this rating period you were still basically new to the position of a program analyst. However, you quickly learned what roles you needed to play and took necessary steps to learn what needed to be done to successfully manage your programs.

Your expertise as a Tax Computation Specialist was a very big asset in the smooth transition of the TCS Program. You were able to immediately pick up and go forward with the various duties performed by the previous analyst, including participation on a cross-functional RGS group, coordination and planning conference calls with two different TCS groups, distribution of technical and procedural information pertinent to the TCSs, and coordination of the purchase and installation of the tax computation software.

Sheila, your analysis and recommendations for changes to the TACS program were key elements to the enhancements recently deployed in ACDS. Both TCS Directors depend on you to decide what needs to be done to make TACS a more effective management tool. The TCS Directors also consult with you on a variety of other issues relating to the TCS's. They have become comfortable with your input on both technical and procedural matters that impact the TCSs.

3

C. Issue Resolution

There is no doubt that you are adept at getting things done and bringing projects to a timely conclusion. You never hesitate to make contacts and seek information when there is a need to resolve issues that prevent tasks from being completed. One particular instance stands out – the purchase of the BNA software for the TCS's in October. The method of purchase changed significantly from the prior year. Problems developed with what items were being purchased for Appeals. There was much confusion along the way, but you stayed on it and in the end everything was satisfactorily resolved.

Another example was your handling of outdated software on some TCS's computers. You identified the problem during a conference call with the TCS Advisory Council and immediately sent an email to all TCS's detailing the versions of software they should have. Once you identified those employees who needed updating, you made the necessary contacts to ITS. Because you quickly identified this issue and took the necessary steps towards resolution, all TCSs now have the most current software available to do their jobs.

3. **Customer Satisfaction – Application**

**I have rated you as exceed in all aspects of this job element.**

A. Verbal Communications/Listening

Sheila, you communicate extremely well. When you came to the group, it did not take you long to establish excellent working relationships with everyone. This is due in part to your positive, upbeat attitude and your willingness to pitch in and help when needed. It is also due to your listening and speaking skills.

Your ability to establish rapport with your peers and the field employees can be measured by the success you have had managing your programs. You were a catalyst in leading the IRM group charged with updating the manager's guide. This group included field management and a NTEU representative. Because of your excellent communication skills, members of the group were kept updated, involved and on track through the use of regular conference calls.

You always clearly convey your thoughts to your listeners. Your ability to effectively communicate is supported by your teaching assignment at the TCS CPE last June. You conducted three sessions on the IRM 8.17 updates. Feedback indicated that your presentation was very helpful and very effective.

4

B.  Written Communications

   Several times during the rating period, you demonstrated your ability to write effective communications. You not only write articles for the Friday Report but also edit articles submitted by other employees. One Technical Guidance ATM sent a very complimentary email commending you on the great job you did of editing an article he had submitted.

   Sheila, it is routine for you to send written communications to Directors, Technical Advisors and Managers concerning issues related to your programs. All of your communications are tactful, effective and well thought out. The written communications you provide on various aspects of your programs gives me a clear picture of what you are doing and provides me with just the right depth of information to stay up-to-date. Your emails are always very well organized, well written and easy to understand.

   Feedback from the Human Resources Specialist who worked with you and another analyst on creating the ranking criteria for the TCS and ATCL positions further supports your effectiveness at written communications. She commented that through hard work and commitment an "excellent" product was developed.

   Recently the Director Technical Services specifically asked that you coordinate the Friday Report articles for all of TP&P. Her request was based on feedback from the editor, who praised your proficiency in editing and writing articles in a clear and concise manner.

C.  Interaction

   As a Headquarters analyst, you often interact with field employees and other Headquarters analysts. You are able to build effective working relationships through courteous, professional interaction with employees. You have a friendly, outgoing personality which makes others feel very comfortable and open to communicating with you.

   You are able to handle uncomfortable situations effectively by approaching them with sensitivity to the opinions and feelings of others involved. One particular instance comes to mind. One of the ATMs on the IRM workgroup had an assignment on the ATM Reference guide. Several days past his due date, you contacted him because his action was delaying completion of the guide. During the conversation, you not only offered him assistance, but also tactfully conveyed the fact that he was delaying progress on this project. Soon thereafter, he completed and submitted his assignment, and work on the guide was completed.

## 4. Business Results – Quality

**I have rated you as exceed in all aspects of this job element.**

A. Accuracy of Work

You are very conscientious and always strive to produce the highest quality of work that you can. Whether you are writing or editing an article for the Friday Report, writing emails to the Areas on topics relative to your program areas, or preparing text for the IRM, you make sure the information is correct.

Because the Directors, Technical Advisors or Managers often forward information you send them to the field employees, you are very careful when analyzing information and making decisions about what should be shared with other Appeals employees. Obviously you are cognizant of the importance of providing information that is factually accurate.

B. Research and Analysis

Sheila, your Tax Computation Specialist background has given you the necessary expertise to research and analyze information, and to use it when making decisions. As a relatively new analyst, you are required to research procedures when handling issues that are new to you, e.g. document clearances on forms and letters, use of AdHoc reports to analyze Early Referral cases in Appeals, and handling Barred Statute Reports.

When given an assignment that you are unfamiliar with, you quickly take steps to make the necessary contacts to gather information needed to complete the job successfully.

C. Security/Privacy/Disclosure

Sheila, you are well aware of the need for confidentiality in your work. The travel reports you previously generated from RMS were "Official Use Only", and currently the Barred Statute Reports contain sensitive information that require you be cognitive of the need to protect them.

You always protect your computer and work area in accordance with local guidelines. Taxpayer information is appropriately destroyed. When you work with information that should be kept private, e.g. travel allocations, ranking criteria for TCS and ATCL positions, Barred Statute Reports, you take the necessary steps to ensure that the information does not fall into the hands of someone who does not have need for it.

## 5. Business Results – Efficiency

**I have rated you as exceed in all aspects of this job element.**

A. Planning and Scheduling

There is no doubt that you effectively manage your time when planning your work. You easily recognize what is a priority and what is not, and always take quick actions to ensure that you meet any deadlines given to you. Although some of your projects are open-ended and have no specific deadline, you easily manage to keep them moving while handling your other work.

Sheila, you were instrumental in planning the conference calls for the IRM group charged with updating the ATM Reference Guide. Every month you scheduled the call, notified the participants, and after the call provided a written summary of what had transpired. Your diligence in coordinating this effort is one of the reasons the updates were completed within the projected time line.
Since becoming responsible for the TCS Program, you identify agenda items and schedule conference calls with two different TCS groups. You wasted no time in taking over this responsibility from the prior analyst. Your ability to take control and decide what needs to be done is instrumental in keeping your programs operating efficiently.

B. Workload Management

Sheila your assignments range from weekly updates to long-term projects. During this rating period, you have been successful in managing a wide variety of work assignments. When you feel overwhelmed, you do not hesitate to let me know so that I can help set your priorities. You have demonstrated that you can deal with varying challenges while successfully keeping your programs/assignments up-to-date.

Since becoming an analyst, you have quickly gained the expertise necessary to consistently manage your programs in a successful manner. Your past experiences as Chief, Technical Section and TCS have greatly contributed to your success in this aspect. In addition, your ability to track assignments, monitor due dates, and plan your workday have also contributed to your success.

C. Time Utilization

During this rating period, you managed to handle a number of competing priorities and still meet the objectives established for your programs. This could only have been accomplished by effectively utilizing your time. Balancing the demands of short-term and long-term projects requires a person be organized and focused on the task at hand. You easily demonstrate your capabilities in this area.

You were able to handle extra assignments while concurrently managing your assigned programs. Two examples were your teaching assignment at the TCS CPE in June, and the help you are currently giving the TCS Directors. Because of your expertise in the TCS area, they continue to seek your advice and help with various aspects of the TCS Program. You manage to provide this assistance while keeping your other program analyst duties on track and progressing. Whenever you are given something requiring a response, you always make sure that it is completely timely.