**EXHIBIT 10**

LAST RATED: 11/29/93

| 1 BUREAU | 2 REGION | 3 PAY PERIOD |
|---|---|---|
| INTERNAL REVENUE SERVICE | NATIONAL OFFICE | 16 |
| 4 OFFICE | 5 DIVISION | 6 ORGANIZATION SEGMENT NUMBER |
| CHIEF COUNSEL | OFFICE OF FIELD SERVICES | 00-00-00-00 |
| 7 NAME | 8 SOCIAL SECURITY NUMBER | 9 POSITION DESCRIPTION NUMBER |
| PAMULA ROBINSON | [redacted] | 50717-002 A |
| 10 WAITING PERIOD FOR NEXT WGI ENDS | 11 DATE ANNUAL RATING PERIOD ENDS | 12 DATE PROBATIONARY PERIOD ENDS | 13 DATE THIS NOTICE IS DUE IN PERSONNEL | 14 DATE OF THIS NOTICE |
| 12/24/94 | 11/26/94 | | 12/01/94 | 09/09/94 |

**INSTRUCTIONS TO SUPERVISOR**

All certifications for which an action date is indicated in Boxes 10, 11 or 12 must be completed and Notice forwarded to reach the servicing Personnel Office by date shown in Box 13. If one of the boxes marked with an asterisk is checked, refer this Notice to the appropriate Personnel Officials for information and action.

For bargaining unit employees, please review appropriate contract requirements before completing any of these certifications.

A. Certification of Probationary Period Appraisal - Action is required when Box 12 indicates that the Probationary Period will be completed in approximately 120 days.

1. Initial (new employee) Probationary Period. You are to submit a statement by memo within 15 days of receipt of this form to the servicing Personnel Office that the employee's performance, conduct and general traits are Satisfactory or Unsatisfactory and that the employee be retained in or separated from the Service. (Also see Part C if a career-ladder promotion is due.)

2. Supervisor/Manager Probationary Period. You are to submit a statement by memo at least 10 workdays prior to completion date in Box 12 to the servicing Personnel Office and the affected employee that the employee's supervisory or managerial performance is Satisfactory or that the supervisory or managerial performance is Unsatisfactory and the employee will be returned to a non-supervisory or non-managerial position.

B. Certification of Review for Acceptable Level of Competence-Action is required only when Box 10 indicates that a Within-Grade Increase (WGI) is due within approximately 3 months. If work is of a Fully Successful or above level on the employee's most recent Rating of Record, a positive determination may be made anytime within these 3 months. If work is not of a Fully Successful level, an employee should be notified promptly. Consult your servicing Personnel Office concerning these Notice requirements. In such cases, "Unable to Certify" will be checked.

If denial of a WGI is contemplated, and the employee has not been informed of his/her critical elements/standards according to the procedures contained in 5CFR 531.409, and has not been rated within the last 90 days of the waiting period (for b.u. employees, see Article 17 of the applicable Agreement), the determination will be postponed 90 days subsequent to the date the employee is informed of these elements/standards. In such cases, the "Unable to Certify" box will be checked. The "Not Fully Successful" box will be checked only when a negative subsequent determination is to be made within 52 weeks following the end of the waiting period.

Level of competence of employee's work is:

Fully Successful (WGI Effective on due date) ............. ☒ 0
Unable to Certify (WGI Postponed) ............. *☐ 3
Not Fully Successful (WGI denied) ............. *☐ 1

C. Career-Ladder Promotion (where applicable)
Employee has been rated Fully Successful or above (i.e., has met FPM33 requirements), and is capable of functioning at next higher-grade level. A recommendation (SF-52) for a noncompetitive promotion will be submitted timely by me (within 2-4 pay periods prior to the effective date) ............. ☐
Has NOT met FPM335 requirements, or has not demonstrated higher-level ability. No recommendation will be made at this time ............. *☐

D. A date in Box 11 indicates an Annual Rating of Record and related certification are due. This rating procedure is generally a periodic summary made annually for each employee. As a summary statement, the rating is insufficient without the perspective of prior reviews and discussions.

Departure Ratings and Appraisals completed during the Rating of Record period must also be considered when deriving the Rating of Record. At the time of the Rating of Record, employee will also receive a rating on each element on Form 6850 A/Form 6850. When performance warrants it, employee should be considered promptly for appropriate recognition. Also, see Part C if career/ladder promotion is due.

1. Annual Rating of Record / Rating of Record
   Outstanding: Employee is rated Outstanding in more than half of the critical elements and Exceeds Fully Successful in the other critical elements ............. *☐
   Exceeds Fully Successful: Employee is rated Exceeds Fully Successful or above in more than half of the critical elements and Fully Successful in the other critical elements ............. ☒
   Fully Successful: Employee is rated Fully Successful or above in all of the critical elements ............. ☐
   Minimally Successful: Employee is rated Minimally Successful in one or more critical elements but not Unacceptable in any critical elements ............. *☐
   Unacceptable: Employee is rated Unacceptable in one or more critical elements ............. *☐
   Postponed: Rating not completed during the reportable Fiscal Year ............. *☐

2. Review of Position Description
   Position description is accurate ............. ☐
   Position description not accurate ............. *☐

3. Certification of Eligibility. The employee has served on his/her elements and standards for 90 days or more and/or is otherwise eligible to receive a Rating of Record ............. ☐

NOTE: All Ratings of Record and the above performance-based personnel actions must be reviewed and approved by a higher-level manager.

| I CERTIFY that I have complied with all applicable procedures. | After review, have employee sign, and give "Employee Copy" to employee. |
|---|---|
| DATE 6/13/96  SIGNATURE OF SUPERVISOR [signature] | SIGNATURE OF REVIEWER [signature] DATE 6/13/96 | SIGNATURE OF EMPLOYEE Pamula Robinson DATE 6/13/96 |
| TITLE [illegible] | | |

FORM 3860 (REV 2-89)  41106 J    SUMMARY OF PERFORMANCE RATING AND RELATED CERTIFICATIONS    DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE

**EMPLOYEE COPY**

# ( ) Element Appraisa[l]

| Name of Employee | Date of Appraisal and Overall Departure Rating (if applicable) | | |
|---|---|---|---|
| Pamula Robinson | | | |
| Title of Current Position | Division | | Branch |
| Program Analyst | Appeals | | Field Services |
| Period Covered | Grade | Series | SPD/PD No. |
| | GS-13 | 343 | |
| Reason for Appraisal and Overall Departure Rating (if applicable) | | | |
| Annual | | | |

**Complete Only If Employee Served On A Performance Plan For 90 Days or More**
*(Please Review Instructions On Reverse Before Completing Form)*

| Job Element of Position | NA | Job Element Rating | | | | | Critical | |
|---|---|---|---|---|---|---|---|---|
| | | 5 | 4 | 3 | 2 | 1 | Yes | No |
| 1. Planning and Administering Assigned Programs | | | X | | | | X | |
| 2. Procedural and Technical Assistance | | | X | | | | X | |
| 3. Internal Revenue Manual | | | X | | | | X | |
| 4. Interpersonal Relations | | X | | | | | X | |
| 5. Other Assignments and Duties | | X | | | | | | X |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |
| 9. | | | | | | | | |
| 10. | | | | | | | | |
| 11. | | | | | | | | |
| 12. | | | | | | | | |
| 13. | | | | | | | | |
| 14. | | | | | | | | |

**Overall Departure Rating**
*(Check only for a departure from a permanent assignment)*

☐ Outstanding
☐ Exceeds Fully Successful
☐ Fully Successful
☐ Minimally Successful
☐ Unacceptable

Note: A rating of record can only be assigned on Form 3860.

This evaluation has been discussed with me and I have been given a copy.

Employee Signature: *Pamula Robinson*   Date: 6/13/96

| Rater | Revalidation |
|---|---|
| | (Bargaining Unit Only) |
| Signature: [signature] MWR | |
| Title: ASSISTANT Director, Office of Field Services | |
| Date: /11/96 | |

Pamula Robinson
Attachment to Form 6850

Pam has been an analyst in the Office of Field Services for approximately two years. Her assigned program areas include Technical Advice and the Technical Section.

Element 1 - Critical
Planning and Administering Assigned Programs:

Pam exceeds the fully successful level of Aspects 1B, 1C and 1E of this performance element and meets Aspects 1A, 1D, and 1F. Therefore, she is rated as exceeds fully successful.

One of Pam's program areas is Technical Advice which she had previously been assigned in the Office of Large Case. The Technical Advice Program includes Technical Advice, Contrary to Service Position, Denial of Technical Advice and Technical Information requests. Pam continues to run this program professionally. She provides guidance to the field and intervenes if a discrepancy arises between Chief Counsel and the Appeals Office. She monitors the requests and properly prepares the quarterly status reports.

When Pam first arrived in the group, she was assigned to help plan a Technical Analyst CPE. Pam did an excellent job coordinating with the field group the classes that would be offered, lining up instructors, and assigning students to classes. This was quite an undertaking since over 200 Technical Analysts from across the country participated.

Element 2 - Critical
Procedural and Technical Assistance:

Pam exceeds the fully successful level for performance aspects 2B and 2C and therefore if rated as exceeds fully successful.

Pam continues to demonstrate a wide range of knowledge concerning the areas of Technical Advice. Pam's experience in this area allows her to answer questions from the field. If she does not know an answer immediately, she has the resources to tap so she can respond promptly to the field. Her reports are prepared timely and accurately.

During the rating period, Pam was involved in several Business Reviews of Technical Sections. She provided assistance to the Technical Section Chiefs by pointing out areas that they could improve in and also by sharing procedures that are used in other offices. Her suggestions were beneficial to all of the offices that she visited.

Pam has also been involved in heading up the Automation Task Force to determine the software needs of the Technical Analysts. Her group prepared a report that was thorough and presented different options for consideration.

### Element 3 - Critical
### Internal Revenue Manual

Pam exceeds the fully successful performance level in Aspects 3B and 3C of this critical element. Therefore, she is rated as exceeding fully successful.

Pam demonstrates that she is very familiar with the Technical Advice area by her dealings with the field. She is able to properly and promptly answer inquiries. Although Pam has never been a Technical Analyst, she has become familiar with the manual sections in this area and is able to respond questions posed by the field.

Pam recently updated the Technical Analyst Handbook of the manual. She made the appropriate changes to effect the recent name change of that part of the organization.

### Element 4 - Critical
### Interpersonal Relations

Pam exceeds the fully successful level of all 3 of the aspects of this critical element. She is therefore rated outstanding.

Pam has demonstrated her ability to work with other employees in a highly professional manner whether they be from within Appeals or from other functions.

Pam routinely interacts with people from the field seeking information or assistance on cases requesting technical advice. She handles their requests promptly and professionally. She also works regularly with Chief Counsel personnel who process the cases. She has successfully established good working relationships with the key people in those offices.

Pam has participated in program reviews and dealt with Appeals personnel at all levels. In addition, she has been involved with a variety of field personnel in her work with the Automation Task Force. She has expressed a willingness to try new programs and take on new challenges.

Element 5 - Non-critical
Other Assignments and Duties

Pam exceeds the fully successful level of these two aspects of this element. Therefore, she is rated outstanding.

Pam was asked to head up the Automation Task Force. She looked into the feasibility of standardizing the computational software in Appeals. She also solicited members to assist on the taskforce, determined the necessary budget, developed a questionnaire, and laid the groundwork necessary to make a recommendation. The taskforce finished their job and prepared a report detailing all options.

Pam is also an EEO Counselor. She regularly deals with management throughout the Service in an attempt to resolve disputes at the informal level.

Element 5 - Non-critical
Other Assignments and Duties

Pam exceeds the fully successful level of these two aspects of this element. Therefore, she is rated outstanding.

Pam was asked to head up the Automation Task Force. She looked into the feasibility of standardizing the computational software in Appeals. She also solicited members to assist on the taskforce, determined the necessary budget, developed a questionnaire, and laid the groundwork necessary to make a recommendation. The taskforce finished their job and prepared a report detailing all options.

Pam is also an EEO Counselor. She regularly deals with management throughout the Service in an attempt to resolve disputes at the informal level.

## Receipt For Job Element and Performance Standards

Name: PAMULA ROBINSON

Job Title: PROGRAM ANALYST

Series and Grade: GS-343-13

Position Description Number: 89-004

**For Positions With Measured Work Only**

Unit: _____

☐ Performance Standards (Measured Range)

☐ Job Elements

☐ Change to Performance Standards (Measured Range)

I have received a copy of my job elements and performance standards, and have discussed them with my supervisor.

Employee: *Pamela Robinson* (signed)
Date: 6/13/96

Supervisor: *[signature]*
Date: 7/17/96

Form 6774 (Rev. 4-85)   ☆ U.S. Government Printing Office 1985—441-665/32284   Department of the Treasury — Internal Revenue Service

Complete On... ...mployee Served on a Performance P... ...r 60 Days or More
(Please Review Instructions on Reverse Before Completing Form)

## Performance Appraisal

| 1. Name of Employee | 2. SSN | 3. Date of Appraisal and Overall Departure Rating (if applicable) |
|---|---|---|
| Pamula Robinson | [redacted] | |

| 4. Title of Current Position | 5. Organizational Segment (Office Symbol) |
|---|---|
| Program Analyst | C:AP:CSC&AS |

| 6. Period Covered From: 11/1/98 To: 10/31/99 | 7. Pay Plan/Series GS-343 | 8. Grade 13 | 9. SPD/PD No. 50717 |
|---|---|---|---|

10. Reason for Appraisal
☐ Annual Rating    ☐ Departure Rating    ☐ Other _____

| 11. Job Element of Position | Job Element Rating | | | | | | Element | |
|---|---|---|---|---|---|---|---|---|
| | NA | 5 | 4 | 3 | 2 | 1 | Critical | Additional |
| 1. Planning and Administering Assigned Programs | | | X | | | | X | |
| 2. Procedural and Technical Assistance | | | X | | | | X | |
| 3. Internal Revenue Manual | | | X | | | | X | |
| 4. Interpersonal Relations | | X | | | X | | X | |
| 5. Other Assignments and Duties | X | | | | | | | X |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |
| 9. | | | | | | | | |
| 10. | | | | | | | | |
| 11. | | | | | | | | |
| 12. | | | | | | | | |

12. Summary Rating
☐ Outstanding
☑ Exceeds Fully Successful
☐ Fully Successful
☐ Minimally Successful
☐ Unacceptable

13. Average of Critical Elements: 4.25

15. Revalidation Period Covered From: ___ To: ___

14. Rater Name/Signature/Date: Robert A. Wihl  /signature/ 4/27/00

15a. Rater Name/Signature/Date:

14a. Reviewing Official Name/Signature/Date: John D. Piper  /signature/ 6/29/00

15b. Reviewing Official Name/Signature/Date:

14b. This evaluation has been discussed with me and I have been given a copy.
Pamula Robinson /signature/ 7/10/00
Employee Signature/Date

15c. This evaluation has been discussed with me and I have been given a copy.
Employee Signature/Date

Form 6850 (Rev. 7-98)    Cat. No. 61525M    Department of Treasury - Internal Revenue Service

Pamula Robinson
Annual Performance Evaluation
November 1, 1997 through October 31, 1998

### 1) Planning and Administering Assigned Programs

Through June of 1998 the program areas assigned to you included Technical/Field Service Advice, Statute Expiration Reporting, and the Technical Analysts. With respect to the first two programs, you took timely and complete action to insure that the work flowed properly. You prepared timely and complete reports.

The major task during the year with respect to the Technical Analyst was the planning and coordination of a CPE. This CPE took place in Florida in June. The training program was very well received and received outstanding ratings from the participants.

Upon the restructuring of the National Office, all of your prior programs were reassigned and you were assigned three entirely new programs. These are Employment Taxes, Claims for Administrative Costs, and Abatement of Interest. You took this change in stride without missing a beat. You approached the new program areas with enthusiasm.

Shortly after taking on these programs the Claims for Administrative Costs program was affected by the passage of the Restructuring and Reform Act of 1998. You immediately started a draft of advisory memo to field for the National Director's signature. The only reason this memo was not completed and issued prior to the end of this rating period was due to a determination made in consultation with management to hold off issuing the memo until we were closer to the effective date of the provision.

You were also able to attend a two week employment tax training course to enhance your ability to deal with issues arising in that program.

You meet aspects 1A and 1C and exceed 1B, 1D, 1E, and 1F. Therefore you are rated exceeds fully successful in this job element.