**EXHIBIT 11**



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

HUMAN CAPITAL OFFICE

```
                                    DATE:  06/09/2004
TO: PAMULA ROBINSON                 TAX POLICY/PROC (SB/WI)
    3902 71ST AVE
    LANDOVER HILLS, MD 20784


FROM: EMPLOYMENT SECTION, AUSTIN EMPLOYMENT BR - OAKLAND
      PO POC: MICHELE MCDONALD   (510)637-2777

SUBJECT: 89-89-04-058LW, MANAGEMENT & PROGRAM ANALYST (PROJECT MANAGER), GS
```

The above referenced vacancy announcement and position was cancelled or non-selected due to

MANAGEMENT'S REQUEST.

Thank you for your interest. Please continue to apply for positions in which you are interested. If you would like additional information or counseling concerning the information provided above, please contact your immediate supervisor.



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

AGENCY-WIDE
SHARED SERVICES

January 7, 2004

PAMULA  ROBINSON
TAX POLICY/PROC (SB/WI)                         TO BE OPENED BY
89-83-16740                                     ADDRESSEE ONLY
3902 71ST AVE
LANDOVER HILLS, MD 20784


SSN: ███████
YOU ARE ELIGIBLE FOR ANNOUNCEMENT  89-89-04-058LW
MANAGEMENT & PROGRAM ANALYST (PROJECT MANAGER)      GS-0343-14
PERMANENT-FULLTIME    PD Number: 91600
TOUR OF DUTY: M-F

OFFICE F COMMISSIONER

If you have any questions, please contact LAJUANA F WILSON
on (510)637-2797 [TTY#           ].

REGIONALSUPPORT Office
Stop # 600S