# EXHIBIT 12

# MERIT PROGRAM QUESTIONNAIRE

(It is the applicants responsibility to accurately and thoroughly complete this form.) A separate MPQ should be completed for each position for which you wish to be considered.

Purposes and Uses: The information you furnish on this form as well as other information that is developed will be used to determine your qualifications/potential for the position for which you are applying under the Merit Promotion Program. The information will be used on a "need to know" basis by Internal Revenue Officials. The information may also be provided when appropriate, to the Office of Personnel Management under the routine uses listed on page 45239 of the Federal Register, Vol.No.200, 2200 Thursday, October 14,1976. The information contained on this form is part of TR/IRS 36.003, General Personnel Record.

**Privacy Act and Public Burden Statements**

Section 1104 of Title 5 allows the Office of Personnel management to authorize other Federal agencies to rate applicants for Federal jobs. We need the information you put on this form to see how well your education and work skills qualify you for a Federal job.

We must have your Social Security Number (SSN) to keep your records straight because other people may have the same name and birth date. The SSN has been used to keep records since 1943, when Executive Order 9397 asked agencies to do so. The information we collect will be used for employment purposes, including checking references, or establishing suitability for employment, may be given to Federal, State and local agencies in response to lawful requests for information or when necessary to report apparent violations of law, or other lawful purposes. Giving us your SSN or any other information is voluntary. Failure to provide this information may effect your ranking among other applicants.

Public burden Reporting or collection of information is estimated to vary from 20 to 120 minutes with the average of 50 minutes per response, including time for reviewing instructions, searching existing data sources, gathering data needed and completing and reviewing the collection of information.

| 1. Position, series and grade for which you are applying. Program Analyst GS-512-14 | 2. Announcement Number APB-03-138MM | 3. Closing Date 5/19/03 |
|---|---|---|
| 4. Name (last) Robinson  (First) Pamula  (MI) | 5. Current Position **Program Analyst** | |
| Mailing Address [redacted] | Series and Grade 343-13 | Date of Last Promotion December 1989 |
| City [Hyattsville]  State MD  Zip Code [redacted] | Function and Office Code Symbols  National Director of Appeals  C:AP:SBSE | |
| 6. Telephone Number: (Including area code) Day: (202) [redacted]  Evening: (301) [redacted] | 7. Social Security Number [redacted] | |

8a. High School or highest grade completed/Vocational/Trade/Other
**B.A. Degree**

| b. Name of College or University, Location | Attended From To | Major: Accounting Credits Completed | Degree and Date |
|---|---|---|---|
| Univ. of MD, College Park | 6/70 - 6/74 | 12 Acctg. credits | B.A. Business Administration |
| Prince George's Comm. College | 1/88 - 6/89 | 27 Acctg. Credits | |

| c. Chief Undergraduate Subjects | Credits Completed | d. Chief Graduate Subjects | Credits Completed |
|---|---|---|---|
| Business Administration | | | |

ATTACH TRANSCRIPTS FOR POSITION WITH POSITIVE EDUCATIONAL REQUIREMENT

9. Other Formal Training or Course (Do not attach copies of training certificates)

| Type of Training/Course, eg: OPM, IRS, College, Army, etc. | Location | Title | Date From To |
|---|---|---|---|
| Tax | IRS | Tax Auditor Phases 1-3 | 9/74 - 9/76 |
| Tax | IRS | Revenue Agent Phase III & IV | 3/92 - 4/92 |
| Appeals Officer | IRS | Appeals Officer | 3/89 |
| EEO | IRS | EEO Counselor's Training | 2/90 |
| Basic Instructor | IRS | Basic Instructor Training | 2/92 |
| Tax | IRS (NYU Grad) | Financial Products | 6 - 11/96 |
| Computer | USDA Grad School | Microsoft Word, Excel, Power Point, Access | 6/96 |
| Tax | IRS (NYU Grad) | Partnership Taxation 1 | Current |

10. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.)

FORM 9686 (1-95)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service

| Date (Mo/Day/Yr.) From | To | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) Program Analyst Chief, Appeals | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| Oct 2001 | Current | | GS 343-13 | 84,218 yr. | 40 |

Your Immediate Supervisor: Felise Izen    Telephone Number: (818) 242-8337

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)

Abusive Schemes Coordinator - This year I helped Appeals start two new programs, one of which was Abusive Offshore Credit Card Schemes. Regarding the Offshore project I: 1) Attended Off Shore Credit training to assist in managing this emerging issue; and 2) Began an Off Shore Credit settlement matrix to get this high priority program off the ground quickly. I have attended several high level meetings in order to help Appeals formulate a settlement position on these project cases. My initial attempt to create a settlement matrix for off shore credit cases was quite good and imaginative. Without actually seeing any cases I was able to come up with a concept that was an excellent starting point for our discussions. I performed this task without assistance.

Training Coordinator – As the group training coordinator I help each analyst get information regarding their own training history. I also help them locate training available in their program areas. I arranged a training session for electronic research and CENTRA which was beneficial to and appreciated by the entire group. I review Form 182 – Outside Training Request forms to see if it appeared the request should be paid for from outside training funds. I keep track of the outside training funds.

Web Reviewer - I periodically review the web pages to look for information that may be helpful to management or fellow employees to project new types of casework coming to Appeals. I am involved with on-going research of the Operating Divisions Web pages. The information that I learn will help Appeals project future workload.

KITA Coordinator – This year I helped us start two new programs, one of which are the claims involving "Killed in Terrorist Actions" (KITA) cases. I am assigned the analyst coordinating these cases. These cases though few are quite sensitive. I had to: 1) Research issues. 2) Provide field personnel with procedures for handling these cases; and 3) Establish contacts in Compliance for updates as necessary.

Member of the SPQC Team – General Appeals contact person for the Notice Clarity replacement team. I worked with the group to establish Appeals procedures for notices submitted for changes to language. I provide assistance for the review questions in my area.

Member of Service Center Team – As a member of the Service Center team I scanned the SBSE web sites and summarized my findings and provided them to the managers. I coordinated a meeting with Appeals management and the SBSE transition team before they disbanded to make sure Appeals had the latest information on SBSE's campus transactions.

Headquarters Appeals Combined Federal Campaign (CFC) 2001 Coordinator - As the CFC Coordinator I designed a program that would encourage my fellow employees to give their money to the eligible organizations under the CFC program. I sent preparatory information then had a 'kick-off'. I then designed a plan to keep employees interested in the program so that we would meet our campaign goal. Events and strategies were implemented throughout the campaign to encourage employees to give. The campaign was successful. Headquarters Appeals employees contributed over 200% of our goal. We were again a recipient of the President's Award based on our contributions to the CFC Program.

Employment Tax Coordinator - I advise and assist field personnel with questions and procedures that may arise in performing their duties. I wrote an Appeals Employment Tax section for the IRM. I am the liason between the

FORM 9686 (-95)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service

Dept. of Labor and OETAC/TEGE for resolution of the States proposed deficiency for underpayment of employment tax deposits resulting from unemployment compensation payments. I review IRM and other procedural material from Chief Counsel and TE/GE. I prepare Friday Report articles to alert the field of changes that may affect them until the changes can be incorporated in the IRM and/or official instructions are issued. I completed the IRM on Employment Tax issues. This is the first time this information has ever been in the Appeals manual.

Interest Abatement Coordinator - I advise and assist field personnel with questions and procedures that may arise in performing their duties. I updated the Appeals IRM to reflect changes in the law and procedures. I review IRM and other procedural material from Chief Counsel and Compliance. I prepare Friday Report articles to alert the field of changes that may affect them until the changes can be incorporated in the IRM and/or official instructions are issued.

Administrative Costs Coordinator - Appeals is the function responsible for evaluating and processing Administrative Cost claims for the IRS. I am responsible for advising and assisting field with questions and procedures that may arise in performing their duties. I updated the Appeals IRM and reorganized it to make the procedures easier to understand. I review the files sent in from the field to see if the taxpayer meets the procedural and technical qualifications for payment of their administrative costs. If the qualifications are met I complete the forms necessary to request payment from the Treasury Judgment Fund. Upon receipt of the check I prepare certified mail for sending the payment to the taxpayer, notify the field employee that payment has been received, send a copy of the check to the Appeals Officer, and close the file.

Electronic Research Coordinator - As the Appeals Electronic Research Coordinator I serve as a member on the Electronic Research Oversite Council. In addition, I am responsible for ensuring that field personnel have the electronic research material needed to do their job. I make sure the Appeals personnel are assigned ID numbers and passwords for the current research packages. I update and validate the databases. I had to research the data needed to cause the database to be aligned with the new organizational structure. I respond to field inquiries.

Commissioner Congressional Correspondence - I review complaint correspondence sent to IRS Management and Public officials. I do whatever is necessary to resolve the situation that caused the complaint, if possible. I draft a reply to the complaintee or review the draft reply from the AO/SO, Management or Appeals CSO/CSR.

10. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.)

| Date (Mo/Day/Yr) From | To | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| 7/98 | Oct. 2001 | Program Analyst NDA Office of Collection, Service Center and Appraisal Services | GS 343-13 | 75,857 yr. | 40 |

Your Immediate Supervisor: Robert Wihl    Telephone Number: (202) 401-4203

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION)

Employment Tax Coordinator - I advise and assist field personnel with questions and procedures that may arise in performing their duties. I wrote an Appeals Employment Tax section for the IRM. I am the liason between the Dept. of Labor and OETAC/TEGE for resolution of the States proposed deficiency for underpayment of employment tax deposits resulting from unemployment compensation payments. I review IRM and other procedural material from Chief Counsel and TE/GE. I prepare Friday Report articles to alert the field of changes that may affect them until the changes can be incorporated in the IRM and/or official instructions are issued.

Interest Abatement Coordinator - I advise and assist field personnel with questions and procedures that may arise in performing their duties. I updated the Appeals IRM to reflect changes in the law and procedures. I review IRM and

FORM 9686 (1-95)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service

other procedural material from Chief Counsel and Compliance. I prepare FHC Report articles to alert the field of changes that may affect them until the changes can be incorporated in the IRM and/or official instructions are issued.

Administrative Expenses Coordinator - Appeals is the function responsible for evaluating and processing Administrative Cost claims for the IRS. I am responsible for advising and assisting field with questions and procedures that may arise in performing their duties. I updated the Appeals IRM and reorganized it to make the procedures easier to understand. I review the files sent in from the field to see if the taxpayer meets the procedural and technical qualifications for payment of their administrative costs. If the qualifications are met I complete the forms necessary to request payment from the Treasury Judgment Fund. Upon receipt of the check I prepare certified mail for sending the payment to the taxpayer, notify the field employee that payment has been received, send a copy of the check to the Appeals Officer, and close the file.

Electronic Research Coordinator - As the Appeals Electronic Research Coordinator I serve as a member on the Electronic Research Oversite Council. In addition, I am responsible for ensuring that field personnel have the electronic research material needed to do their job. I make sure the Appeals personnel are assigned ID numbers and passwords for the current research packages. I update and validate the databases. I had to research the data needed to cause the database to be aligned with the new organizational structure. I respond to field inquiries.

Commissioner/Congressional Correspondence - I review complaint correspondence sent to IRS Management and Public officials. I do whatever is necessary to resolve the situation that caused the complaint, if possible. I draft a reply to the complaintee or review the draft reply from the AO/SO, Management or Appeals CSO/CSR.

Other Assignment
Headquarters Appeals Combined Federal Campaign (CFC) 2000 Coordinator - As the CFC Coordinator I designed a program that would encourage my fellow employees to give their money to the eligible organizations under the CFC program. I sent preparatory information then had a 'kick-off'. I then designed a plan to keep employees interested in the program so that we would meet our campaign goal. Events and strategies were implemented throughout the campaign to encourage employees to give. The campaign was successful. Headquarters Appeals employees contributed 232% of our goal. We were the only function within the Capital Area IRS that was a recipient of the President's Award based on our contributions to the CFC Program.

FORM 9686 (-95)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service

| 10a. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.) | | | | |
|---|---|---|---|---|
| Date (Mo/Day/Yr.) From / To | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
| 4/94 — 7/98 | Program Analyst | 343-13 | $67,000 yr. | 40 |

Your Immediate Supervisor: Michael J. Coyne    Telephone Number: (202) 401-4203

**DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)**

I plan, implement, coordinate, monitor, analyze and administer assigned programs. I assist field personnel in technical and procedural matters. I revise and update Internal Revenue Manual sections as they apply to my assigned programs. I interact with employees at all levels in the Service. Some of the specific programs I was assigned were:

Technical Advice Program - This program includes the Appeals Technical Advice cases, technical information cases (including Contrary to Service Position, Denial of Technical Advice, and Field Service Advice cases). I controlled the inventory by co-designing a data base using Microsoft Access. Assist the Mgmt. Assistant in resolving problems in producing the quarterly reports. Prepare the quarterly report, if necessary. Research, in the CENTAUR and/or uniSTAR databases to retrieve data necessary for the completion of the quarterly report. Resolve disputes between Chief Counsel (CC) attorneys and field personnel, function as liaison between CC Attorneys and field personnel, follow up on status of request. Advise field personnel concerning technical advice procedures and whether a case is appropriate to submit for technical advice, etc.

Barred Statute Report - I receive and analyze reports from the regional offices of cases that had statutes expired which were reported that quarter. Use CENTAUR and uniSTAR to insert missing data from the reports to limit field contact when the information is available from those sources. Contact field personnel for additional information if I cannot get the missing information from available sources. Analyze the reports looking for trends. Prepare a summary report containing dollar amounts, source of the return, tax years, reason for the barred statute, etc.

Technical Analyst Program - Advise and assist Technical Analyst and Regional Analyst in questions and procedures that may arise in performing their duties. Determination of software available in each office and analysis of software needs for standardization of computational software.

Technical Analyst CPEs - Planned the CPEs from the start to finish including determining field needs, preparing the agenda, obtaining instructors, preparing individual student schedules, determining space and audio visual needs, estimating costs, etc.

FORM 9686 (-95)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service

| 10b. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.) | | | | |
|---|---|---|---|---|
| Date (Mo/Day/Yr.) From — To | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
| 1990 — 199? | EEO Counselor (collateral duty) | N/A | N/A | |

Your Immediate Supervisor: Maria Diago    Telephone Number: (202) 401-4064

**DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)**

I was charged with resolving EEO-related problems that have surfaced by individuals who perceive that they have been discriminated against. I ascertain whether the pre-complaint falls within the purview of the EEO law (Title VII of the Civil Rights Act of 1964, as amended), and if it is processable under the Code of Federal Regulations 29 Part 1614. The attempted resolution involves meeting with the individual and management officials involved in the dispute; collecting facts with the intent of reaching a mutually agreeable resolution to the pre-complaint and if the resolution cannot be reached, advise the aggrieved in writing of his/her right to further pursue the complaint at the formal stage.

FORM **9686** (1-5)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service

10c. Experience (S... with most recent signi... ...sition held and list all relevant federal and non-... experience within the last 10 years.)

| Date (Mo/Day/Yr.) From | To | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| 6/91 | 4/9. | Program Analyst NDA Office of Large Case Programs | 343-13 | $45,826 | 40 |

Your Immediate Supervisor: Thomas Roley    Telephone Number: (202) 401-4164

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)

I planned, implemented, coordinated, monitored, analyzed and administered assigned programs. I assist field personnel in technical and procedural matters. I revised and updated Internal Revenue Manual sections as they apply to my assigned programs. I interacted with employees at all levels in the Service. Some specific programs were as follows:

Joint Committee Coordinator - Answered questions from field personnel to resolve issues when they arose. Worked with Exam JC Coordinator to do an extensive updated to the IRM, including detailed examples, to address problems in the field. Produced and maintained an inventory control system of the cases in our inventory. Processed the cases and followed up on the status while open in our inventory, and prepared the cases for closing. Produced quarterly reports.

Technical Advice Coordinator - This program included the Appeals Technical Advice requests and technical information requests (including Contrary to Service Position, Denial of Technical Advice, and Field Service Advice requests). I controlled the inventory - at first using dBase, then the FoxPro database systems. I processed the cases to be transmitted to Chief Counsel (CC), acted as liaison between the CC and Field personnel, managed and assisted in the resolution of disputes between CC and Field personnel when there was a difference of opinion on an issue. I produces a quarterly report of the cases (received, opened and closed) during the quarter.

Coordinate Meetings With ARDA(LC)s and Director of Large Case - Coordinated the ARDA(LC) meetings, arranging the logistical requirements for the meeting.

Coordinate Conference Calls With ARDA(LC)s and Director of Large Case - Set up conference calls for the Office Director and the ARDA(LC). Resolved problems associated with the conference calls while they were in process.

ISP - I was responsible for keeping abreast of the changes in ISP coordinators and updating the Appeals ISP IRM. Coordinated the ISP Coordinator's Meeting, including creating the agenda, meeting with the steering committee, and arranging the logistical requirements for the meeting.

New Issues Raised on Docketed Cases - I was responsible for researching this area and updating the Appeals IRM.

Data Verification and Analysis for Cases on CENTAUR - Verified data entered on CENTAUR, particularly on closed cases. Generated statistics used as a measure of Appeals performance. I reviewed information from CENTAUR to identify important trends or other useful information about the large case program.

Assisted in Preparation for the Chief Counsel Briefings - Assisted in the analysis of information from the CENTAUR database and other sources for the preparation of the binder used as a basis for the Chief Counsel briefings. Also assisted in the preparation of the binder used as a basis for the Chief Counsel briefings.

FORM 9686 (1-95)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service

10d. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.)

| Date (Mo/Day/Yr.) From | To | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| 12/89 | 6/91 | **Program Analyst:** **NDA Office of Field Services** | 343-13 | | 40 |

Your Immediate Supervisor: Joseph DeStefanis       Telephone Number: (202) 401-4203

**DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)**

I planned, implemented, coordinated, monitored, analyzed and administered assigned programs. I assist field personnel in technical and procedural matters. I revised and updated Internal Revenue Manual sections as they apply to my assigned programs. I interacted with employees at all levels in the Service.

FORM **9686** (1-95)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service

10c. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.)

| Date (Mo/Day/Yr.) From | To | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| 6/87 | 12/88 | Appeals Officer | 930-12 | $30,486 | 40 |

Your Immediate Supervisor: Gary Knott    Telephone Number: (202) 376-0234

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.)

I analyzed information received from taxpayers, examination files, the tax law and court decisions with the purpose of negotiating settlement of tax and penalty cases. These cases generally come from the Examination or Collection Divisions and could not be settled at that level. I was detailed to the Appeals Auditor position an regularly perform duties such as preparing documents to close District Counsel cases, making NMF assessments, reversing premature assessments, etc.

FORM 9686 (1-95)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service

10f. Experience (Start with most recent significant position held and list all relevant federal and non-federal experience within the last 10 years.)

| Date (Mo/Day/Yr.) From | To | Position (show organizational title and activity or function. Otherwise show agency or firm. Use additional sheet if necessary) | Series and Grade | Salary (Per Hour/Year) | Average No. of hours per week |
|---|---|---|---|---|---|
| 2/85 | 6/ | Supervisory Tax Technician | GS 526-11 | $29,890 | 40 |

Your Immediate Supervisor: Alvin Howard     Telephone Number: (202) 376-0861

DESCRIPTION OF DUTIES. (USE ADDITIONAL SHEETS IF NECESSARY; DO NOT ATTACH POSITION DESCRIPTION.

I performed managerial duties such as: Monitoring performance of employees and evaluating their performance; setting up work plans; updating/revising procedural documents; settling disputes between taxpayers/taxpayer's representatives and the auditors; conducting training; assisting tax auditors with problem cases; conducting counseling sessions; details to Service Center to review the work selected for District offices. I interacted with IRS employees at all levels and functions.

12. Are you delinquent on any Federal debt? (Includes delinquencies arising from Federal taxes, loans, overpayment of benefits, and other debts to the United States Government, plus defaults of Federally guaranteed or insured loans such as student and home mortgage loans.)

__ Yes   _X_ No   If "Yes" use space below to provide the type, length and amount of the delinquency or default, and the steps that you are taking to correct the error or repay the debt.

13. Awards (List specific types of awards and date received within the last 3 years; list other special recognition and any pertinent information)
CFC Leadership Award - Feb. 2001
Deputy Commissioner's Award - Feb. 2001
Performance Award – 2002
Performance Award – 2001
Performance Award - 2000

14. Organizations (Show membership and office, professional societies civic groups, etc.)
Child Evangelism Fellowship - Teacher
Child Evangelism Fellowship - Transportation Coordinator for 5-Day Clubs

FORM 9686 (1)       Catalog 21010Y       Department of the Treasury- Internal Revenue Service

15. Other assignments: (details, task forces, on-job-instructor. etc.)

<u>Automation Taskforce</u> - Headed a taskforce which analyzed the feasibility of standardizing the computational software in Appeals. We analyzed Appeals needs, what software was currently being used by Appeals, available software (in house and commercial), software costs, the strengths and the weaknesses of the available software. Even though the report was ignored and no action taken when it was turned in, the recommendations are being implemented now (three years later).

<u>Certified Mail Taskforce</u> - I was a member of a taskforce which looked at the Service's current use of certified mail. The purpose of the taskforce was to determine how we could reduce the cost of sending mail to the taxpayer without increasing taxpayer burden or reducing taxpayer rights. We analyzed the effectiveness of certified and registered mail. We analyzed and reconciled congressional requirements with functional policies. We made recommendations to functions, which were beyond the scope of congressional requirements, on how they could more efficiently and effectively provide taxpayers with mail. We issued a report of the results of the study.

16. Special Qualifications and skills (Languages-Indicate level of proficiency (Very Good, Good, Fair) to converse, write, read, Shorthand (words per minute, Typing (words per minute) computer skills, etc.)

17. Kinds of Job Related License or Certification Held (CPA, CIA, Lawyer, Engineer, etc.)

FORM **9686** (1-5)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service

18. Statement of Accomplishments: Describe duties and accomplishments which demonstrate your potential for the position to be filled. Use additional sheets if necessary.

I have almost 30 years of experience in the Service with experience in many areas. I have been working with Appeals for the last 15 years and have a sensitivity to taxpayer needs.

a. Describe your current duties and responsibilities that are relevant for this position.

As a analyst with the responsibility for congressional/commissioner correspondence, I have had to look into a variety of tazpayer complaints. I have had to make sure we took steps to assist the taxpayer in resolving those complaints if it were possible.

I currently plan, implement, coordinate, monitor, analyze and administer assigned programs. The position applied for require the same skills and duties that I currently perform.

b. Describe any special qualifications that are relevant for this position. (Give examples)

I certify that to the best of my knowledge and belief all of my statements on this form are true, correct, complete and made in good faith.

19. Original Signature (Sign each application in ink)   20. Date signed (Month, day, year)

*Pamela Robinson*   5/15/03

FORM 9686 (1-5 5)    Catalog 21010Y    Department of the Treasury- Internal Revenue Service