# EXHIBIT 13

# MEMORANDUM

date: July 1, 1998

to: Acting Director, Office of Collection, Service Center and Appraisal Services
C:AP:CSC&AS
David Geber

from: Appeals Officer, Los Angeles
Diane Sullivan  *Diane Sullivan*

*Dave —
Another satisfied customer!
I retained the original for your file — Vince got his own copy.
Dave 7/13/98*

subject: Assistance of Program Analyst, Pamula Robinson

I would like to take a few minutes to express my appreciation for the outstanding assistance I recently received from Pamula Robinson, a program analyst in your office. Pamula was the driving force behind planning and conducting the national CPE for Technical Analysts for at least the last two years. In both of these years, I was asked to instruct one of the lessons presented.

At last year's session, Pamula ensured that I had everything I needed to be effective in the classroom, including overhead projection equipment, presentation boards, etc.. Most importantly for my lesson, she arranged for my significant set of handouts and exhibits to be copied and available to all the TA's attending CPE, whether or not they attended my specific session. I respected Pamula's behind the scenes work which made the sessions appear to be effortless for the students and instructors.

This year, I was again invited to instruct a lesson at the national TA CPE. I had been primarily corresponding with others about the materials needed for this year's class. Approximately a week before the class was to start, I contacted Pamula to be sure that everything was ready for class. She quickly checked and found that somehow my materials had not been printed. Pamula immediately notified me and we worked closely together, by telephone and e-mail, to secure a full set of the materials and compile them in the correct order. She then arranged to have them immediately printed and sent by overnight mail to the training site in Tampa. These items arrived in perfect order, sufficiently in advance of the class.

In addition to being so responsive to me in this matter, Pamula also met me when I arrived at the training site, showed me around the facilities, and even suggested a reasonably priced restaurant where I could get a quick meal after my long flight. Because I also heard students commenting, I know that she also extended this personal care and concern to all the attendees.

Please extend my appreciation to Pamula for all her efforts and for her part in making the TA CPE session this year a pleasure for both the instructors and the students.

CC: National Director of Appeals