**EXHIBIT 14**

MEMORANDUM FOR DEPUTY COMMISSIONER FOR MODERNIZATION AND
        CHIEF INFORMATION OFFICER
        ASSISTANT DEPUTY COMMISSIONER
        DIVISION COMMISSIONERS
        CHIEFS
        NATIONAL TAXPAYER ADVOCATE

FROM:      Bob Wenzel
             Deputy Commissioner of Internal Revenue

SUBJECT:  Oversight and Management of Analyst and Related Positions

On February 27, I imposed a freeze on filling all vacant Analyst and related positions in the GS-343 and 301 occupational series, pending a complete review of these positions by the Office of Strategic Human Resources (SHR). That review was intended to (1) insure that these Analyst positions were classified in the correct occupational series; (2) ascertain their relationship and contribution to front-line operations, according to categories established by SHR; (3) identify their proper bargaining unit status; and (4) estimate their appropriate staffing levels.

The first phase of that review, based on input provided by your respective human resources (HR) staffs, is complete, and with some exceptions, its findings are problematic. For example, while the study validated much of the Campus Analyst Study conducted as part of our Service Center realignment, it also concluded that almost 1,000 Analyst and related positions outside of the Campuses should be classified in a different, more functionally specific occupational series. In addition, almost 3,000 of these non-Campus GS-343/301 positions were found to be providing at best, only "indirect" (and in many cases, unspecified) support to front-line operations.

As a result of these findings, I am taking the following actions: First, I am directing SHR and Agency-Wide Shared Services (AWSS) to take immediate steps to reclassify those Analyst and related positions that should be in a different occupational series. Second, based on detailed documentation submitted by W&I and SB/SE and validated by SHR, I am lifting the freeze on Analyst and related positions in two Campus functions (Telephone Systems and Planning and Analysis). Staffing may resume in those two functions, but only in accordance with the staffing levels specified in the Campus Analyst Study I approved on May 15, 2002. These staffing levels are reiterated at Attachment 1. The freeze on Analysts in other Campus functions, such as PAS, will remain in effect pending completion of a follow-on study currently being conducted by W&I.

Finally, until further notice, I am continuing the freeze for all other Analyst and related positions. In this regard, I request that each of you personally review the number of those positions in your organization and assess their relationship, contribution, and value to front-line operations. In so doing, you are each to prepare and submit a proposed Authorized Staffing Pattern (ASP) for GS-343/301 positions in your organization, using the template provided at Attachment 2. Note that the template requires that you provide appropriate supporting justification for proposed staffing levels, and that you specifically identify surpluses in these series by function, grade, and/or location.

ASPs should be submitted to my office for review by no later than October 15, 2002, with final approval expected within two weeks of submission. As you may know, the Service's Voluntary Separation Incentive Pay (VSIP) authority expires by law on December 31, 2002, and this short suspense/turnaround is necessary if we are to take full advantage of that tool as a means of addressing any surpluses in these categories. Accordingly, your submission should also include any other immediate staffing surpluses that you propose to address through VERA/VSIP prior to that date.

Once your ASP is approved, you will be permitted to fill Analyst and related positions as provided therein. If you have any questions in this matter, you should contact Ron Sanders at (202) 283-9200.