**EXHIBIT 15**

04/09/2003 09:37 FAX                                                                    ☒001

cc: Brou



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20224

CHIEF, APPEALS

APR 07 2003

MEMORANDUM FOR ACTING COMMISSIONER

FROM:       David B. Robison     *David B Robison* (signature)
            Chief, Appeals

SUBJECT:    Request for Exceptions to Hiring Freeze

Appeals is requesting exceptions to the hiring freeze on analyst and related positions for the following:

Interest and Penalties Analyst – GS-343-13
Collection Analyst – GS-343-14 – (two positions)
Strategic Planning Analyst – GS-343-14 – (two positions)

These vacancies are within Appeals' authorized staffing plan for the newly refined Appeals structure. We expect all positions to be internal hires from current 343 series with only the two collection analysts as additions to the series.

Appeals began the freeze with an on-rolls count of 112. After actions processed last week, we will be down to 85, and we are getting closer to our target of 75. Actions taken to date include:

- returned employees on detail in the 343 series to their home positions,
- initiated paperwork to move 27 employees out of the series, and
- developed 2 new position descriptions that have been classified and will be used for approximately 15 employees currently in the 343 series.

These actions along with plans to move six grade 15 transition type employees into permanent positions will bring us under our new ASP of 75 and accommodate the exceptions requested in this memo. If the exceptions are granted and the positions are filled, Appeals will remain within its overall authorized staffing levels for analysts.

APR-10-2003 18:27        IRS APPEALS                    1 215 597 7827    P.03/03

04/09/2003 09:37 FAX                                                        ☒002

2

We appreciate your review and consideration to our requests. If you have any questions, please call me at (202) 694-1800.

Approved:

_____        _4/8/03_____
Bob Wenzel                              Date
Acting Commissioner