# EXHIBIT 16

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

May, 23, 2003

MEMORANDUM FOR DEPUTY COMMISSIONER

FROM: /s/
David B. Robison
Chief, Appeals

SUBJECT: *Request for Exclusion from Hiring Freeze Restrictions for Analyst and Related Positions*

The Appeals design reduced both senior level positions and non supervisory, non-technical GS-13/14/15 positions in headquarters by shifting these resources to the field. The new structure reduced the number of senior manager positions by one and the number of headquarters analysts' positions by seven. Eleven (11) technical staff positions were redirected from headquarters to the field structure, along with two GS-15 non-technical positions. Additionally, seven GS-15 positions have been identified for movement from non-technical to technical field positions.

At the implementation of the Commissioner's hiring freeze for all analyst positions in the GS-343 and/or related occupations (i.e., 301), Appeals had an onboard count of 112 incumbents. Appeals has met its targeted occupancy *rate of 75* or below by reducing the *number of employees in* these *series* positions.

As a result, we are requesting that Appeals be granted an exclusion from the Commissioner's hiring freeze for analyst and related positions in order to have maximum flexibility to manage the organization, including announcing key vacancies that may occur while remaining within our authorization of 75 positions.

Your signature below authorizes Appeals to be removed from the provisions of the Servicewide hiring freeze. I am available to discuss this request at your convenience or your staff may contact Annie D. Brown at (202) 694-1810.

Approved:

/s/
Bob Wenzel
Deputy Commissioner

6/9/03
Date