**EXHIBIT 17**

DeAngelis Teresa A

**From:** Geber David M
**Sent:** Tuesday, April 22, 2003 10:22 AM
**To:** DeAngelis Teresa A
**Cc:** Babers Beverly O; Izen Felise
**Subject:** FW: Vacancies in Technical Services

Terri:

Per our prior conversations, we got the OK from Dave Robison to announce as long as the positions were authorized by the Philadelphia refinement deck. I confirmed that we have the necessary authorized staffing, and Beverly has approved. I'll work on the fax vault document.

Here is the revised announcement information.

### For the Tax Comp Program Position

Senior Program Analyst
GS-512-14, PD #94621
IRS, AP Technical Services
Appeals Tax Policy & Procedures - LMSB/TEGE
POD: Washington, DC; St. Louis, MO; or Los Angeles, CA
Appeals Tax Computation Specialist experience highly desirable
Some travel required

### For My Vacancy

Senior Appeals Program Analyst
GS-930-14, PD #94978
IRS, AP Technical Services
Appeals Tax Policy & Procedures - LMSB/TEGE
POD: Philadelphia PA
Appeals Large Case experience highly desirable
Lateral Reassignment Only
Some travel required

Let me know if you have any questions or need further clarification.

Thanks.

**David M. Geber**
**Office of the Chief, Appeals**
**Director, Tax Policy & Procedure - LMSB & TEGE**
**Phone: 202-694-1827**
**FAX: 202-694-1919**

-----Original Message-----
**From:** Babers Beverly O
**Sent:** Tuesday, April 22, 2003 9:55 AM
**To:** Geber David M
**Cc:** Izen Felise
**Subject:** RE: Vacancies in Technical Services

Please proceed as you describe. Thanks, Bev.

-----Original Message-----
**From:** Geber David M
**Sent:** Monday, April 21, 2003 3:02 PM

1

To: Babers Beverly O
Cc: Izen Felise; Geber David M
Subject: FW: Vacancies in Technical Services

Bev:

This is a follow up to the message below.

I spoke to my contact in Philadelphia. He believes that we would get 4 or 5 applications for the 930 position from among the GS-14's. I recommend that we go ahead with the announcements for both the 930 and the 512.. For the 930-14, we would state "Appeals Large Case Experience Highly Desirable" and specify "Lateral Reassignment Only," which is acceptable per info Terri DeAngelis received from Personnel. That would preclude applications from the GS-13's looking for a promotion.

**David M. Geber**
**Office of the Chief, Appeals**
**Director, Tax Policy & Procedure - LMSB & TEGE**
**Phone: 202-694-1827**
**FAX: 202-694-1919**

-----Original Message-----
From: Geber David M
Sent: Friday, April 18, 2003 1:03 PM
To: Babers Beverly O; Izen Felise; Ryan Diane S; Streeter Annette M
Cc: Geber David M
Subject: Vacancies in Technical Services

I checked the Philadelphia deck design and matched it against current staffing, as follows:

| Function | Design | On Board | Vacancies |
|---|---|---|---|
| TPP | 17 | 15 | 2 |
| Technical Guidance | 1 | 2 | -1 |
| Processing Services | 4 | 3 | 1 |
| **Totals** | **22** | **20** | **2** |

The on board numbers include Janell Gadd (on detail to Earl) and Jim Skunda (on extended sick leave).

For Technical Guidance, it was initially anticipated that the international analyst would move to TPP. That decision was reversed.

The two vacancies would enable Felise and me to each hire an additional analyst. DeWayne Turk replaces Pat Bisson, so that's an even swap, and we can therefore accommodate the additional Collection analyst. Sheila Jones would just be moving from a 13-14, so that's not a new position, and I could replace myself. The bottom line is that I think we're OK. I'm am going to check with an old friend in the Philly office about the likelihood that he could get one of his good 14's to apply for an analyst slot.

**David M. Geber**
**Office of the Chief, Appeals**
**Director, Tax Policy & Procedure - LMSB & TEGE**
**Phone: 202-694-1827**
**FAX: 202-694-1919**

2