**EXHIBIT 18**

> **Career Opportunities List Announcement**
> APB-03-138MM

Announced 05/05/2003, closes 05/19/2003

**INTERNAL REVENUE AGENT (SR. PROGRAM ANALYST)**
GS-0512-14, Full Time, (BU)
ANN NO: APB-03-138MM, SPO: 2844, PD: 94621
APPEALS, TECHNICAL SERVICES
TAX POLICY PROC (LM/TE)
POD's:      1 MED -Various PODs, --
MOVING EXPENSES AUTHORIZED: NO
1 perm posn. POD can be in any of the following: Washington DC, St. Louis,MO or Los Angeles,CA. Appeals tax comp Specialist experience is highly desirable. Some travel required. All forms must be faxed or postmarked by COB:5/19/03. Fax# (510)637-2784.
STEP AUTH# 27265,27266,27268.
Contact:  Michele McDonald, 510-637-2777
Forms Required: 4536, 9686, current appraisal with narrative

Please forward all required forms to the following personnel office:
(2844)   Oakland Personnel Office
         Personnel Branch A:PS:O:D:Oak
         1301 Clay Street
         Suite 600S
         Oakland, CA  94612-5210
         PH:  510-637-2777
         FX:  2857 or 2789