# EXHIBIT 19

Rec 5/15

## APPLICATION FOR PROMOTION/REASSIGNMENT

| Name (Last, First, Middle) | Social Security Number | Vacancy Announcement Number | Closing Date | Check Appropriate Box For Consideration (See instructions) |
|---|---|---|---|---|
| Robinson, Pamula | [redacted] | APB-03-138MM | 5/19/03 | ☐ One-Time  ☒ Continuous  ☐ Management Careers Program |

| A—PRESENT POSITION | B—POSITION FOR WHICH YOU WISH TO BE CONSIDERED (List only one kind of position and one grade) |
|---|---|

| 1. Title, Series and Grade | 2. Office Phone | 8. Title | 9. Series and Grade |
|---|---|---|---|
| Program Analyst GS-343-13 | 202 694-1859 | Program Analyst | GS-512-14 |

| 3. Employing Office, Address, and Symbols | 10. Desired Location (Place "X" to indicate only one organization) |
|---|---|
| IRS Chief Appeals<br>1099 - 14th St., NW<br>Washington, DC 20005 | XX National Office<br>__ Regional Office<br>__ District Office — Specify which Region, District, or Service Center—<br>__ Service Center<br>__ Detroit Computing Center<br>__ Martinsburg Computing Center |

| 4. Supervisor's Name | 5. Office Phone | 11. Desired Post of Duty (See instructions) | 12. Desired Division and Branch |
|---|---|---|---|
| Felise Izen | 818 242-7703 | Washington, DC | National Office |

MANAGEMENT CAREERS APPLICANTS—DO NOT COMPLETE BLOCKS 6 AND 7
6. Specify training you have had appropriate to position applied for (Additional space on reverse side if needed.)

7. Incentive Awards Received and Date (Additional space on reverse side if needed.)

CFC Leadership - 2001    Performance 2000    Performance - 2001    Performance - 2002
Deputy Commissioner - 2001

| Employees Signature | Date | Supervisor's Initials | Date |
|---|---|---|---|
| *Pamula Robinson* | 5/15/03 | | |

Form 4536 (Rev. 6-91)    (See Reverse Side for Privacy Act Statement)    Department of the Treasury - Internal Revenue Service

| Applicable Standard | Last Promotion Date | Indicate Written Test Series, If Required | Date Test Taken | Test Results |
|---|---|---|---|---|
| OSH | | | | |

☐ Meets Basic Eligibility Requirements Now
☑ Does Not Meet Eligibility Requirements

Reason: Spec —

Date Notified: 6/7

Personnel Specialist: CS

Office Phone:

Additional space for training and awards received. (Please use corresponding number on reverse side.)

## PRIVACY ACT STATEMENT

### GENERAL

This form is not contained within a system of records, however, as the form is soliciting personal information, a statement is included. This statement is provided for individuals applying for reassignment or promotion under the Internal Revenue Service promotion plan.

### AUTHORITY

The authority to collect this information, including the SSN, is derived from one or more of the following: 5 U.S.C. 3301 and 3302; Executive Orders 10577 and 9397.

### PURPOSES AND USES

The information you supply on this form as well as other information will be used to determine your qualifications for the position you are applying for. The SSN will be used to ensure proper identification. The information will be used by officials with IRS who have a "need to know." Disclosure may also be made to the Office of Personnel Management (OPM) under the requirements of the Federal Personnel Manual (FPM).

### EFFECTS OF NONDISCLOSURE

Your providing the requested information is voluntary, however, your failure to do so may result in your application not being processed.

*U.S. Government Printing Office: 1995 — 388-080/29083

## Performance Appraisal and Retention Standard Rating
*(Review instructions on the reverse before completing form)*

| 1. Name of Employee (Last, first, middle) | 2. POI | 3. Period covered | 4. Reason for Appraisal |
|---|---|---|---|
| Pamula Robinson | | From: 11/1/01  To: 10/31/02 | [X] Annual Rating <br> [ ] Departure Rating |
| 5. SSN <br> [redacted] | | 6. Organization code <br> C:AP: Program Ops | [ ] Merit Promotion <br> [ ] Other |
| 7. Position title <br> Program Analyst | | 8. SPD or PD # <br> 50717 | 9. Pay plan, series/grade <br> GS-0343-13 |

| 10. Critical Job Elements | | Job Element Rating | | | | | | 11. Retention Standard Rating |
|---|---|---|---|---|---|---|---|---|
| | | N/A | 1 | 2 | 3 | 4 | 5 | |
| I. Employee Satisfaction - Employee Contribution | | | | | | X | | [ ] Not applicable |
| II. Customer Satisfaction - Knowledge | | | | | | | X | [X] Met |
| III. Customer Satisfaction - Application | | | | | | X | | [ ] Not Met |
| IV. Business Results - Quality | [ ] Measured <br> [X] Unmeasured | | | | | | X | 12. Average of Critical Elements |
| V. Business Results - Efficiency | [ ] Measured <br> [X] Unmeasured | | | | | X | | 4.4 |

13. Summary Level:
[ ] Outstanding   [X] Exceeds Fully Successful   [ ] Fully Successful   [ ] Minimally Successful   [ ] Unacceptable

14. Annual Rating

Rater: *Jeffrey Allison*
Name/title/signature/date (I certify that records of tax enforcement results were not used to prepare this appraisal)
DIRECTOR PROGRAM Operations

Reviewing Official: *[signature]*
Name/title/signature/date (I certify that records of tax enforcement results were not used to prepare this appraisal).

This appraisal has been discussed with me and I have been given a copy.
*Pamula Robinson, 1-28-03*
Employee signature/date

15. Revalidation of Rating of Record [ ]
(See instructions for revalidation).
Period covered  From:           To:

Rater
Name/title/signature/date (I certify that records of tax enforcement results were not used to prepare this appraisal).
Reviewing Official
Name/title/signature/date (I certify that records of tax enforcement results were not used to prepare this appraisal).
This appraisal has been discussed with me and I have been given a copy.
Employee signature/date

16. Merit Promotion Revalidation [ ]   (See instructions for Merit Promotion revalidation).
Name/title/signature/date of revalidation

Form 6850 (Rev. 7-2001)    Cat. No. 61525M    publish.no.irs.gov    Department of Treasury - Internal Revenue Service

## Instructions

Appraise the employee against the critical job elements of his/her position for the rating period. Information is available online at http://shr.web.irs.gov/ije

Blocks 1 and 3 to 9 - Self-explanatory

**Block 2.** POI (PERSONNEL OFFICE IDENTIFIER) - Contact your Transactional Processing Branch for the correct number.

**Block 10. CRITICAL JOB ELEMENTS**
The five (5) critical job elements for all employees are listed. If performance of the duties/responsibilities reflected by a critical job element has not been observed, identify the critical job element as NOT APPLICABLE (NA). Reasons for not appraising critical job element must be documented as part of the appraisal. Indicate as applicable, if performance is measured by TEPS or unmeasured (critical job elements IV and V).

The rating for each critical job element will be based upon a review and consideration of all aspects of the critical job element, using the following scale:
- OUTSTANDING - Exceeds all performance aspects of the critical job element: (5)
- EXCEEDS FULLY SUCCESSFUL - Exceeds more than half of the performance aspects of the critical job element and meets the remaining performance aspects: (4)
- FULLY SUCCESSFUL - Meets all performance aspects of the critical job element: (3)
- MINIMALLY SUCCESSFUL - Fails one performance aspect of the critical job element: (2)
- UNACCEPTABLE - Fails two or more performance aspects of the critical job element: (1)

**Block 11.** RETENTION STANDARD RATING - Narrative is mandatory if rating is Not Met.

**Block 12.** AVERAGE OF CRITICAL JOB ELEMENTS - Used to determine performance awards.

**Block 13.** SUMMARY LEVEL - On the basis of the rating on the individual critical job elements and the Retention Standard, assign an overall Rating using the following scale:
- OUTSTANDING - Employee is rated Outstanding in more than half of the critical job elements and exceeds Fully Successful in the remainder of the critical job elements.
- EXCEEDS FULLY SUCCESSFUL - Employee is rated Exceeds Fully Successful or above in more than half of the critical job elements and Fully Successful in the remainder of the critical job elements.
- FULLY SUCCESSFUL - Employee is rated Fully Successful or above in all of the critical job elements.
- MINIMALLY SUCCESSFUL - Employee is rated Minimally Successful in one or more critical job element but not Unacceptable in any critical job element.
- UNACCEPTABLE - Employee is rated Unacceptable in one or more critical job elements or receives a "Not Met" on the Retention Standard.

**Block 14.** ANNUAL RATING - Signatures as indicated. The rater and reviewing official must certify that records of tax enforcement results were not used to prepare the appraisal.

**Block 15.** REVALIDATION OF RATING OF RECORD - If a manager determines that a journey level or above employee, in at least the second year of their position, would receive a Rating of Record for the current appraisal period identical to the Rating of Record for the most previous period, the manager may certify that the most recent Rating of Record is valid for performance in the current appraisal period. A manager may revalidate a Rating of Record only once.

**Block 16.** MERIT PROMOTION REVALIDATION - Place a check in the box if you are revalidating a Rating of Record that is more than six (6) months old but less than 12 months old on or before the opening date of the vacancy announcement. This applies to bargaining unit employees only. Narratives are required with all Merit Promotion evaluations.

### PRIVACY ACT STATEMENT

The Privacy Act of 1974 requires that when we ask you to provide information about yourself, we must tell you: our legal right to ask for the information; the principal purpose(s) for which the information is intended to be used, what could happen if we do not receive any or all of the information and whether your response is voluntary or mandatory.

Our legal right to ask you to acknowledge receipt of performance appraisal is derived from 5 USC 9508, General Workforce Performance Management System and 26 CFR Part 801, Balanced System for Measuring Organizational and Employee Performance within the Internal Revenue Service. Your signature will acknowledge that you received the performance appraisal and it was discussed with you. Your supervisory officials will consider the information you furnish in preparing an assessment of your performance or conducting periodic progress reviews.

The information contained in your performance assessment may be disclosed to IRS employees who have a need for the record in their official duties. Disclosures may also be made when appropriate, under routine uses published in the Federal Register for Privacy Act system of records, Treasury/IRS 36.003, General Personnel and Payroll Records. Under the appropriate circumstances, disclosure may be made to the Office of Personnel Management, the Equal Employment Opportunity Commission, the General Accounting Office and others. Failure to furnish any or all of this information may result in your supervisors preparing your appraisal or conducting a progress review without considering information you may feel is relevant or significant.

Form 6850 (Rev. 7-2001)    Cat. No. 61525M    publish.no.irs.gov    Department of Treasury - Internal Revenue Service

Pamula Robinson
Summary of Accomplishments
Rating Period—November 1, 2001 – October 31, 2002

Employee Satisfaction—Employee Contribution
Overall Rating—4 or Exceeds Fully Successful

Of the three aspects in this critical element Pam is rated as "exceeds" in aspects 1A and 1B and "meets" in aspect 1C for an overall rating of 4 or exceeds fully successful.

Pamula has volunteered for several assignments that have benefited and improved the work environment for our workgroup. As a result of our employee satisfaction workgroup meetings we decided we needed a group training coordinator. Pam volunteered for this assignment. She now helps each analyst get information regarding their own training history. She also helps them locate training available in their program areas. Pam arranged a training session for electronic research and CENTRA for our entire group which was very beneficial and appreciated by the group.

As training coordinator Pam has secured instructors and helped planned a segment for our group meeting. This session will involve automation issues, electronic research, and the IRM—all subjects of importance to Program Operations analysts.

Pam served as the Appeals coordinator for the annual Combined Federal Campaign drive. Our headquarters office received the President's award last year with 100% participation and meeting 200% of our monetary goal.

Some examples of Pam's efforts to improve the work environment for field employees includes the following:

- When Pam was scanning the SBSE web sites she summarized her findings and provided them to her manager and to the employees who she thought had programs impacted by her findings.
- Pam worked with the Service Center Transition Group to plan and host a conference call with that group the analysts from Program Operations before it disbanded. As a result Appeals was able to gain important knowledge and perspective about the major changes facing our campus operations. She provided information to the senior managers responsible for the roll out of campus operations.

- Pam volunteered to be the training coordinator for the group. She is assisting in getting each employee to update and complete a training profile.
- As Training Coordinator she searched available training courses to see if classes were available for needs of my fellow employees.
- She reviewed Form 182 – Outside Training Request forms to see if it appeared the request should be paid for from outside training funds. Kept track of outside training funds.
- Pam works well with others in the group. She contributes to our work group meetings with ideas and suggestions for making the group more productive.

Customer Satisfaction--Knowledge
Overall Rating—5 or Outstanding

Of the three aspects in this critical element Pam is rated as "exceeds" in all three aspects of this critical element for an overall rating of 5 or outstanding.

Pam is very knowledgeable about her program areas. She is very conscientious in making sure that she thoroughly understands the issues in her program areas. Pam has provided very good technical information and guidance to the field on employment taxes issues. Her newly completed employment tax manual will be a very valuable tool for the field. It will help ensure that we are resolving these cases correctly.

This year Pam helped us start two new programs—claims involving "Killed in Terrorist Actions" and Abusive Offshore Credit Card Schemes. Pam was assigned as analyst for the "Killed in Terrorist Action" cases. These cases though few are quite sensitive. Pam had to: 1) Research issues. 2) Provide field personnel with procedures for handling these cases; and 3) Establish contacts in Compliance for updates as necessary. Regarding the Offshore project Pam: 1)Attended Off Shore Credit training to assist in managing this emerging issue; and 2) She began an Off Shore Credit settlement matrix to get this high priority program off the ground quickly. She has attended several high level meetings in order to help Appeals formulate a settlement position on these project cases. Pam's initial attempt to create a settlement matrix for off shore credit cases was quite good and imaginative. Without actually seeing any cases she was able to come up with a concept that was an excellent starting point for our discussions

Pam researched the proper procedures for payment of administrative costs—this is a procedure that isn't often used—Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer. On one particular case Pam had to inform an ATM that he had inappropriately resolved the case. The agreement had to be pulled back. Pam did an excellent job of listening to the ATM's position and responding to each issue he raised.

Some examples of Pam's efforts to provide excellent technical guidance or response to taxpayers are as follows:

- Pam prepares controlled correspondence for taxpayer inquiries to the Commissioner, Members of Congress, or Chief of Appeals—she thoroughly researches the issues and prepares letters well.
- Pam researched the proper procedures for payment of administrative costs—this is a procedure that isn't often used. Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer.
- Web Scan Project: Periodically review the web pages to look for information that may be helpful to management or fellow employees to project new types of casework coming to Appeals. When Pam was scanning the SBSE web sites she summarized her findings and provided them to her manager and to the employees who she thought had programs impacted by her findings.
- Pam prepares controlled correspondence for taxpayer inquiries to the Commissioner, Members of Congress, or Chief of Appeals—she thoroughly researches the issues and prepares letters well.
- Pam has completed the Employment Tax handbook
- Pam coordinated a review of Appeals IRM sections at the request of TIGTA to ensure we do not make reference to the prohibited label of "Illegal Tax Protestor" in our IRM. She wrote the brief response required.
- Pam has revised the IRM on administrative costs to simplify and enhance instructions to the field.

Customer Satisfaction--Application
Overall Rating—4 or Exceeds Fully Successful

Of the three aspects in this critical element Pam is rated as "exceeds" in aspects 3A and 3B and is rated as "meets" in aspect 3C for an overall rating of 4 or "exceeds fully successful."

Pam is part of the team of analysts that prepares the controlled correspondence letters responding to taxpayer inquiries, comments, or concerns. She works with the Customer Service Outreach representatives to ensure that the letters are well written and accurate. She has also written our first Appeals IRM section on Employment taxes. It was been reviewed by Counsel and will be published shortly. Pam prepared a memorandum for national distribution on employment tax changes that she was highlighting in her new handbook for the IRM—the memo was well written and informative—she also put this information into the Friday report under recent developments in the Employment Tax area

Pam worked with the Service Center Transition Group to plan and host a conference call with that group the analysts from Program Operations before it disbanded. As a result Appeals was able to gain important knowledge and perspective about the major changes facing our campus operations. She provided information to the senior managers responsible for the roll out of campus operations.

All of Pam's interactions are polite and professional. Here are some examples:

- Notice Clarity Worked with group to establish Appeals coordinator to review Gen Appeals notices submitted for changes to language.
- Pam has completed the IRM on Employment Tax issues. This is the first time this information has ever been in the Appeals manual.
- Pam prepared a memorandum for national distribution on employment tax changes that she was highlighting in her new handbook for the IRM—the memo was well written and informative—she also put this information into the Friday report under recent developments in the Employment Tax area
- Pam researched the proper procedures for payment of administrative costs—this is a procedure that isn't often used—Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer. On one particular case Pam had to inform an ATM that he had inappropriately resolved the case. The agreement had to be pulled back. Pam did an excellent job of listening to the ATM's position and responding to each issue he raised.
- In coordinating the KITA cases, Appeal's considered proposing a reversal of the position Compliance took. These are sensitive cases and Compliance has jurisdiction over the issue (the case has to be closed through the Compliance coordinator). Pam handled the situation with caution and involved all of the necessary parties while keeping everyone in a favorable light. She drafted a response of her findings and sent it to the Compliance

- coordinator to make sure that she was correctly framing Compliance's position. This sensitive approach to resolving the conflict ensured that unnecessary complications would not arise later.
- In working the controlled correspondence cases a representative was so confident in Pam that he began referring others to her when they had problems. Among those who called, a couple of them had questions concerning why they did not receive the tax rebate issued to the general public. Instead of Pam referring them to someone else, she asked them questions to capture what happened and explained to them why they did not qualify for the rebate. This action benefited both the taxpayer and the Service.

## Business Results--Quality
### Overall Rating

Of the three aspects in this critical element Pam is rated as "exceeds" in all three aspects of this critical element for an overall rating of 5 or "outstanding".

Pamula prides herself in completing all assignments carefully and thoroughly. She is always able to answer questions about her program areas and considered all factors before making a final decision on recommendations to manage her program assignments. Here are a few examples:

- Pam researched the proper procedures for payment of administrative costs—this is a procedure that isn't often used—Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer. On one particular case Pam had to inform an ATM that he had inappropriately resolved the case. The agreement had to be pulled back. Pam did an excellent job of listening to the ATM's position and responding to each issue he raised.
- Pam is involved with on-going research of the Operating Divisions Web pages. The information that she learns will help Appeals project future workload. She summarizes the findings and distributes the information to her manager and other interested employees.
- All controlled correspondence is completed via e-mail and Pam ensures that taxpayer identities are not disclosed since e-mail is not secure.

Pam is very aware of security and disclosure requirements. She makes sure that all controlled correspondence is properly transmitted and is not sent via e-mail with taxpayer names or identifiers in the letter. She is getting security ID cards for all employees using electronic research.

## Business Results--Efficiency
### Overall Rating

Of the three aspects in this critical element Pam is rated as "exceeds" in aspects 5A and 5B and is rated as "meets" in aspect 5C for an overall rating of 4 or "exceeds fully successful".

Pam is able to work all of her assignments by their assigned due date. She keeps current on her controlled correspondence making every effort to get the cases answered by the original due date set by ECMS.

- Pam provided costing information for the purchase of BNA software in role as electronic research coordinator. She also provided area directors with information regarding employees who were not using LEXIS software and advised them not to order as many copies of the software in current year thus saving Appeals funds.
- When General Appeals needed to come up with a strawman proposal to resolve Offshore Credit Project cases Pam was able to accomplish this without assistance. She reviewed the project summary and came up with a proposal that is imaginative and viable. She accomplished this in a relatively short time period and within the timeframes required by the project.
- Pam timely reviews the commissioner/congressional correspondence cases she is assigned. She timely determines whether the case is appropriate for her to handle or whether the case should be sent to the field CSR for response.

Pamula Robinson
CHART OF CRITICAL ELEMENTS

| Critical Elements and Aspects | | COMMENTS |
|---|---|---|
| EMPLOYEE SATISFACTION—EMPLOYEE CONTRIBUTION: This individual performance critical job element describes how the employee's actions contribute to the overall office working conditions. The employee supports the workplace climate where everyone is treated with honesty, dignity and respect, free from harassment and discrimination | 1 | Overall Rating<br>4 or Exceeds Fully Successful |
| Workplace Interaction | 1A<br>Exceeds | • When Pam was scanning the SBSE web sites she summarized her findings and provided them to her manager and to the employees who she thought had programs impacted by her findings.<br>• Pam worked with the Service Center Transition Group to plan and host a conference call with that group the analysts from Program Operations before it disbanded. As a result Appeals was able to gain important knowledge and perspective about the major changes facing our campus operations. She provided information to the senior managers responsible for the roll out of campus operations. |
| Workgroup Involvement | 1B<br>Exceeds | • Pam volunteered to be the training coordinator for the group. She is assisting in getting each employee to update and complete a training profile.<br>• Training Coordinator: Searched available training courses to see if classes were available for needs of my fellow employees.<br>• Reviewed Form 182 – Outside Training Request forms to see if it appeared the request should be paid for from outside training funds. Kept track of outside training funds.<br>• Pam arranged a training session on Lexis and Electronic Research so that other employees can do their jobs better |
| Workplace Environment | 1C<br>Meets | • Pam works well with others in the group. She contributes to our work group meetings with ideas and suggestions for making the group more productive. |

Pamula Robinson

| Critical Elements and Aspects | | COMMENTS |
|---|---|---|
| | 2 | Overall Rating— 5 or Outstanding |
| **CUSTOMER SATISFACTION—KNOWLEDGE:** This individual performance critical job element describes how the employee promotes the satisfaction of taxpayers and customers by providing the technical expertise to serve the customers with professional and helpful service. Accurate identification and resolution of issues and the correct interpretation of laws, rules, regulations and other information sources are key components of this critical job element. | | |
| Issue Identification | 2A Exceeds | • Pam was assigned as analyst for the "Killed in Terrorist Action" cases. These cases though few are quite sensitive. Pam had to: 1) Research issues. 2) Provide field personnel with procedures for handling these cases; and 3) Establish contacts in Compliance for updates as necessary.<br>• Web Scan Project: Periodically review the web pages to look for information that may be helpful to management or fellow employees to project new types of casework coming to Appeals. When Pam was scanning the SBSE web sites she summarized her findings and provided them to her manager and to the employees who she thought had programs impacted by her findings.<br>• Attended Off Shore Credit training to assist in managing this emerging issue.<br>• She began an Off Shore Credit settlement matrix to get this high priority program off the ground quickly. She has attended several high level meetings in order to help Appeals formulate a settlement position on these project cases.<br>• Pam prepares controlled correspondence for taxpayer inquiries to the Commissioner, Members of Congress, or Chief of Appeals—she thoroughly researches the issues and prepares letters well. |
| Technical Knowledge | 2B Exceeds | • Pam's initial attempt to create a settlement matrix for off shore credit cases was quite good and imaginative. Without actually seeing any cases she was able to come up with a concept that was an excellent starting point for our discussions.<br>• ...personnel regarding abatement of interest claims—particularly those |

| | | |
|---|---|---|
| Issue Resolution | 2C<br>Exceeds | • that relate to how Appeals personnel conducted review of the case<br>• Pam is completing the Employment Tax handbook<br>• Drafted an IRM for Appeals, Participated in the settlement of the State FICA Penalty issue.<br>• Pam coordinated a review of Appeals IRM sections at the request of TIGTA to ensure we do not make reference to the prohibited label of "Illegal Tax Protestor" in our IRM. She wrote the brief response required.<br>• Pam researched the proper procedures for payment of administrative costs—this is a procedure that isn't often used—Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer. On one particular case Pam had to inform an ATM that he had inappropriately resolved the case. The agreement had to be pulled back. Pam did an excellent job of listening to the ATM's position and responding to each issue he raised.<br>• Pam has revised the IRM on administrative costs to simplify and enhance instructions to the field. |

**Pamula Robinson**

| Critical Elements and Aspects | | COMMENTS |
|---|---|---|
| CUSTOMER SATISFACTION—APPLICATION<br>This individual performance critical job element describes how the employee promotes the satisfaction of taxpayers and customers through professionally and courteously identifying customers' needs and/or concerns and providing quality products and services. Communication to the customer is appropriate for the issue and encourages voluntary compliance. | 3 | Overall Rating—<br>4 or Exceeds Fully Successful |
| Verbal Communications/ Listening | 3A<br>Exceeds | • Pam worked with the Service Center Transition Group to plan and host a conference call with that group the analysts from Program Operations before it disbanded. As a result Appeals was able to gain important knowledge and perspective about the major changes facing our campus operations. She provided information to the senior managers responsible for the roll out of campus operations.<br>• Pam works with the Customer Service Outreach representatives to properly answer all controlled correspondence. She works with the Customer Service Outreach representatives to ensure that the letters are well written and accurate. |
| Written Communications | 3B<br>Exceeds | • Notice Clarity Worked with group to establish Appeals coordinator to review Gen Appeals notices submitted for changes to language.<br>• Pam has completed the IRM on Employment Tax Issues. This is the first time this information has ever been in the Appeals manual.<br>• Pam prepared a memorandum for national distribution on employment tax changes that she was highlighting in her new handbook for the IRM—the memo was well written and informative—she also put this information into the Friday report under recent developments in the Employment Tax area |
| Interactions | 3C<br>Meets | • Pam worked with the Service Center Transition Group to plan and host a conference call with that group the analysts from Program Operations before it disbanded. As a result Appeals was able to gain important knowledge and perspective about the major changes facing our campus operations. She provided information to the senior managers responsible for the roll out of campus operations.<br>• Pam's interactions are always polite and professional. She has discussions with taxpayers regarding the controlled correspondence that they have sent to the IRS. This is to ensure that she understands their issue or concern and properly responds to it in the<br>• Pam researched the proper procedures for payment of administrative |

costs—this is a procedure that isn't often used—Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer. On one particular case Pam had to inform an ATM that he had inappropriately resolved the case. The agreement had to be pulled back. Pam did an excellent job of listening to the ATM's position and responding to each issue he raised.

Pamula Robinson

| Critical Elements and Aspects | 4 | COMMENTS<br>Overall Rating—<br>5 or Outstanding |
|---|---|---|
| **BUSINESS RESULTS—QUALITY:**<br>This individual performance critical job element describes how the employee promotes the achievement of business results by completing assignments thoroughly and accurately within established guidelines. The use of proper research and analytical tools and the protection of taxpayer privacy are key components of this critical job element. | | |
| Accuracy of Work | 4A<br>Exceeds | • Pam researched the proper procedures for payment of administrative costs—this is a procedure that isn't often used—Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer.<br>• Pam researched the proper procedures for payment of administrative costs—this is a procedure that isn't often used—Pam determined that the costs were appropriate and filed all forms to ensure that the government paid the appropriate costs to the taxpayer. On one particular case Pam had to inform an ATM that he had inappropriately resolved the case. The agreement had to be pulled back. Pam did an excellent job of listening to the ATM's position and responding to each issue he raised. |
| Research and Analysis | 4B<br>Exceeds | • Pam is involved with on-going research of the Operating Divisions Web pages. The information that she learns will help Appeals project future workload. She summarizes the findings and distributes the information to her manager and other interested employees. |
| Security/ Privacy/ Disclosure | 4C<br>Exceeds | • All controlled correspondence is completed via e-mail and Pam ensures that taxpayer identities are not disclosed since e-mail is not secure. |

## Pamula Robinson

| Critical Elements and Aspects | | COMMENTS |
|---|---|---|
| BUSINESS RESULTS—EFFICIENCY: This individual performance critical job element describes how the employee promotes achievement of business results by completing assignments timely within established guidelines. The use of proper workload management and time utilization techniques is a key component of this critical job element. | 5 | Overall Rating— 4 or Exceeds Fully Successful |
| Planning and Scheduling | 5A Exceeds | • Pam provided costing information for the purchase of BNA software in role as electronic research coordinator. She also provided area directors with information regarding employees who were not using LEXIS software and advised them not to order as many copies of the software in current year thus saving Appeals funds. |
| Workload Management | 5B Exceeds | • When General Appeals needed to come up with a strawman proposal to resolve Offshore Credit Project cases Pam was able to accomplish this without assistance. She reviewed the project summary and came up with a proposal that is imaginative and viable. She accomplished this in a relatively short time period and within the timeframes required by the project. |
| Time Utilization | 5C Meets | • Pam timely reviews the commissioner/congressional correspondence cases she is assigned. She timely determines whether the case is appropriate for her to handle or whether the case should be sent to the field CSR for response.<br>• Pam promptly inputs request for Lexis Ids when requested by the field. Pam timely transmits requests for ChoicePoint Ids and passwords for our employees. Pam promptly notifies the Lexis coordinators/employees of their Ids and passwords when she receives them. |