**EXHIBIT 20**

**MERIT PROMOTION FOLDER CHECKLIST**

07/02/03:emt

| | Date Completed and Initials |
|---|---|
| SF-52# 315708 . Date SF-52 Received 04/29/2003 . | |
| STEP Cleared (ONLY if appropriate) | 04/30/03 MM |
| IRS PPP Referrals and Priority Consideration Checked | 04/30/03 MM |
| Hardship Applications Cleared | 04/30/03 MM |
| PD & Critical Elements Verified | 04/30/03 MM |
| Enter Announcement on COL | 04/30/03 MM |
| Enter Announcement on AMPS | ================ |
| Enter Announcement on VIRTS | ================ |
| Enter Announcement on VWIMS | ================ |
| Announcement placed on FEDJOB for external hires (ONLY if applicable) | N/A |
| Check One – Year Applications | 04/30/03 MM |
| 1st Review (opening date of announcement) | 05/05/03 MM |
|     - Check series, grade, POD and qualifications | |
|     - Contact employee to advise of vacancy and option to update paperwork | |
|     - Re-check dates on evaluation | |
| 2nd Review (day after closing date of announcement) | 05/21/03 MM |
| CTAP/ICTAP/Reassignment and Priority Application checked | 05/21/03 MM |
| Qualification Determined Date completed | 06/02/03 CS |
| Update AMPS/VIRTS | 06/04/03 CS |
| Evaluations and Missing Materials Requested | |
|     - Check for unacceptable rating on critical elements for applicants who applied under the announcement | 05/14/03 CS |
|     - Check for appropriate Current Narratives | 05/14/03 CS |
|     - 1st Request for Evaluation (should be made before the closing date) | 05/14/03 CS |
| Last Evaluation/Missing Material Received | 05/14/03 CS |
| Date Certificate Typed and Reviewed | 06/04/03 MM |
| To Ranking: Name of Manager  David Geber | 06/04/03 CS |
| Update AMPS/VIRTS | 06/02/03 MM |
| Audit/Review: Highly Qualified cut-off score entered on certificate | 06/06/03 MM |
|     Certificate signed by Ranking Official or Panel | 06/06/03 MM |
|     Personnel Asterisks Highly Qualified names in Part I | 06/06/03 MM |
|     Personnel list Best Qualified names in score order for BU and Alpha Order for NBU | 06/06/03 MM |
|     Review applications against CJEs or ranking scheme | 06/06/03 MM |
| To Selection: Name of Manager  Beverly Babers | 06/11/03 MM |
|     Name of Selectee(s) listed in Part II | 06/11/03 MM |
|     Certificate signed and dated by selecting official | 06/11/03 MM |
|     Selection date annotated | |
| Update AMPS/VIRTS | 06/24/03 MM |
| SF-52 Action Taken | 06/30/03 MM |
| Non-Select/Cancelled Letters Sent | N/A |
| Date Copy of Certificate Sent to NTEU (Contract Covered Position) (If no selection was made, give general reason on certificate) | 4/19/04 NM |
| Prepare Uniform Guidelines Report(s) | |
|     - Form 6412, Internal Competitive Selections | 7/2/03 MM |
|     - Form 6415, New Hire Actions | 7/2/03 MM |
|         GS-512, IRA GS-526 Tax Auditor GS-1811, Special Agent | |
|         GS-905, Estate and Gift Tax Attorneys, GS-301, Grades 1-7 | |
|         GS-592, Tax Examiner GS-1169, Revenue Officer | |
|         All GS-13 thru 15 positions | |
| Assistant Close-out Promotion Package: | 7/2/03 MM |
| Reviewed by: _____ Title _____ | 4/2/02 |