# EXHIBIT 21

| | Specialist | CARSON SPROTT | Assistant MICHELE McDONALD |
|---|---|---|---|
| Position/Grade | VA# APB-RPB-03-138MM | Date Open 05/05/03 | Date Close 05/19/03 |
| Location | INTERNAL REVENUE AGENT (Sr. Program Analsyt) GS-512-14 | | |
| POD | TAX POLICY PROC. (LM/TE) | | |
| | POD: Various POD's | | |

| Date | Person Contacted | Remarks, Notes, Action Taken |
|---|---|---|
| | | |