**EXHIBIT 22**

# Qualifications Record

| | | |
|---|---|---|
| 1. NAME | Jones, Sheila | |
| 2. NATURE OF ACTION<br>APN-RPN-03-138MM | | 3. LOCATION OF POSITION<br>DC, LA, or St. Louis |
| 4. POSITION TITLE, GRADE AND SERIES<br>Internal Revenue Agent GS-0512-14 | | |
| 5. QUALIFICATION STANDARD USE<br>QSH | | |

6. TIME REQUIRED BY STANDARD (Specify years or months)

| 6.A. TOTAL | 6.B. GENERAL | 6.C. SPECIAL | 6.D. IN NEXT LOWER GRADE | 6.E. IN SECOND LOWER GRADE |
|---|---|---|---|---|
| 1 | 0 | 1 | GS-13 | |

19. ADMINISTRATIVE OR SUPERVISORY EXPERIENCE REQUIRED BY STANDARD
☐ YES ☐ NO    IN NEXT LOWER GRADE:    IN SECOND LOWER GRADE:

8.A. WRITTEN TEST REQUIRED: ☐ YES ☐ NO    8.B. IF "YES," GIVE TITLE, ELIGIBLE RATING, AND DATE.

| FROM | TO | EXPERIENCE AND TRAINING CREDITED (Including Mil. Ser.) TITLE, SERIES & GRADE. (IF NON-GOVERNMENT, GIVE TITLE & SALARY) | GEN'L YRS-MOS | SPEC. YRS-MOS |
|---|---|---|---|---|
| 9. 10/21/01 | prs | Sr. Program Analyst ITM GS-13 | | 1+ |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | SUBSTITUTION ALLOWED | | | |
| 16. | | | | |
| 17. | | | TOTAL | 1+ |

18. REMARKS

TIG _____
SPECIALIZED _____
SPF _____

departure submitted
(manager?)

| 20. QUALIFIED | 20. SIGNATURE OF REVIEWER | 21. DATE |
|---|---|---|
| ☒ YES ☐ NO | [signature] | 6/2/03 |

FORM 2065 (REV. 11-81)    U.S. GPO: 1965-0-461-505/32
DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE