**EXHIBIT 23**



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

AGENCY-WIDE
SHARED SERVICES

```
PAMULA   ROBINSON
TAX POLICY/PROC (SB/WI)                TO BE OPENED BY
89-83-16740                            ADDRESSEE ONLY
3902 71ST AVE
LANDOVER HILLS, MD 20784


SSN: ███████████
YOU ARE NOT ELIGIBLE FOR ANNOUNCEMENT   89-83-03-138MM
INTERNAL REVENUE AGENT    GS-0512-14
PERMANENT-FULLTIME     PD Number:
TOUR OF DUTY:

TAX POLICY/PROC (LM/TE)
REMARKS: LACKS SPECIALIZED EXPERIENCE.
If you have any questions, please contact CARSON C SPROTT
on (510)637-4568 [TTY#                ].

REGIONALSUPPORT Office
Stop # 600S
```