**EXHIBIT 24**

# Qualifications Record

| | |
|---|---|
| 1. NAME | Robinson, Pamela |
| 2. NATURE OF ACTION<br>APN-RPN-03-138MM | 3. LOCATION OF POSITION<br>DC, LA, or St. Louis |
| 4. POSITION TITLE, GRADE AND SERIES<br>Internal Revenue Agent GS-0512-14 | |
| 5. QUALIFICATION STANDARD USE<br>QSH | |

6. TIME REQUIRED BY STANDARD (Specify years or months)

| 6.A. TOTAL | 6.B. GENERAL | 6.C. SPECIAL | 6.D. IN NEXT LOWER GRADE | 6.E. IN SECOND LOWER GRADE |
|---|---|---|---|---|
| 1 | 0 | 1 | GS-13 | |

19. ADMINISTRATIVE OR SUPERVISORY EXPERIENCE REQUIRED BY STANDARD

☐ YES ☐ NO    IN NEXT LOWER GRADE:    IN SECOND LOWER GRADE:

8.A. WRITTEN TEST REQUIRED: ☐ YES ☐ NO    8.B. IF "YES," GIVE TITLE, ELIGIBLE RATING, AND DATE.

| FROM | TO | EXPERIENCE AND TRAINING CREDITED (Including Mil. Ser.)<br>TITLE, SERIES & GRADE. (IF NON-GOVERNMENT, GIVE TITLE & SALARY) | GEN'L YRS-MOS | SPEC. YRS-MOS |
|---|---|---|---|---|
| 9. 10/01 | pres | Analyst — GS-343-13 | 17 | |
| 10. 7/98 | 10/01 | " — GS-343-13 | 17 | |
| 11. 4/94 | 7/98 | " GS-343-13 | 17 | |
| 12. 6/91 | 4/94 | " GS-343-13 | 17 | |
| 13. 12/89 | 6/91 | " GS-343-13 | 17 | |
| 14. 6/87 | 12/89 | AO GS-930-12 | 17 | |
| 15. 7/85 | 6/87 | SUBSTITUTION ALLOWED<br>Supr. IV. GS-526-11 | 17 | |
| 16. | | | | |
| 17. | | TOTAL | 17 | |

18. REMARKS

TIG _____
SPECIALIZED _____
SPF _____

| 20. QUALIFIED ☐ YES ☑ NO | 20. SIGNATURE OF REVIEWER | 21. DATE 6/7/0 |
|---|---|---|

FORM 2065 (REV. 11-81)    U.S. GPO: 1965-0-461-505/32
DEPARTMENT OF TREASURY    INTERNAL REVENUE SERVICE

# Qualifications Record

**1. NAME:** Robinson, Pamela

**2. NATURE OF ACTION:** APN-RPN-03-138MM

**3. LOCATION OF POSITION:** DC, LA, or St. Louis

**4. POSITION TITLE, GRADE AND SERIES:** Internal Revenue Agent GS-0512-14

**5. QUALIFICATION STANDARD USE:** QSH

**6. TIME REQUIRED BY STANDARD** (Specify years or months)

| 6.A. TOTAL | 6.B. GENERAL | 6.C. SPECIAL | 6.D. IN NEXT LOWER GRADE | 6.E. IN SECOND LOWER GRADE |
|---|---|---|---|---|
| 1 | 0 | 1 | GS-13 | |

**19. ADMINISTRATIVE OR SUPERVISORY EXPERIENCE REQUIRED BY STANDARD:** ☐ YES ☐ NO

**8.A. WRITTEN TEST REQUIRED:** ☐ YES ☐ NO

**8.B. IF "YES," GIVE TITLE, ELIGIBLE RATING, AND DATE.** IN NEXT LOWER GRADE: ___ IN SECOND LOWER GRADE: ___

| # | FROM | TO | EXPERIENCE AND TRAINING CREDITED (Including Mil. Ser.) TITLE, SERIES & GRADE. (IF NON-GOVERNMENT, GIVE TITLE & SALARY) | GEN'L YRS-MOS | SPEC. YRS-MOS |
|---|---|---|---|---|---|
| 9. | 10/01 | pres | Analyst - GS-343-13 | 1+ | +C |
| 10. | 7/98 | 10/01 | " - GS-343-13 | 1+ | |
| 11. | 4/94 | 7/98 | " GS-343-13 | 1+ | |
| 12. | 6/91 | 4/94 | " GS-343-13 | 1+ | |
| 13. | 12/89 | 6/91 | " GS-343-13 | 1+ | |
| 14. | 6/87 | 12/89 | AO GS-930-12 | 1+ | |
| 15. | 7/85 | 6/87 | SUBSTITUTION ALLOWED Supv. N. GS-526-11 | 1+ | |
| 16. | | | | 1+ | |
| 17. | | | | 1+ | |

**TOTAL**

**18. REMARKS**

TIG ____
SPECIALIZED ____
SPF ____

**20. QUALIFIED:** ☐ YES ☑ NO

**20. SIGNATURE OF REVIEWER:**

**21. DATE:**

FORM 2065 (REV. 11-81)   U.S. GPO: 1965-0-461-505/32
DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE

NQ

65