**EXHIBIT 25**

## LIST OF APPLICANTS

| Name | OFFICE | QUALS | 4536 | 9686 | EVALUATION | Vacancy Announcement No.<br>**APB-RPB-03-138MM**<br>Position<br>**INTERNAL REVENUE AGET**<br>(Sr. Program Analyst)<br>GS-512-14<br>POD: Various PODs |
|---|---|---|---|---|---|---|
| 1. Jones, Sheila | | Q | ✓ | ✓ | | |
| 2. Robinson, Pamela | | NQ | ✓ | ✓ | ✓ | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. | | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |
| 18. | | | | | | |
| 19. | | | | | | |
| 20. | | | | | | |
| 21. | | | | | | |
| 22. | | | | | | |