# EXHIBIT 26

# ROUTING SLIP

June 4, 2003

TO: David Geber, TPP Director

     Ranking Official

FR: Carson Sprott
     Personnel Branch Oakland
     1301 Clay Street, Suite 600S
     Oakland, CA 94612

RE: Vacancy Announcement(s): APB-RPB-03-138MM
           IRA
           GS-0512-14
           POD: multiple

You will find the following documents in the attached package:

1. Vacancy Register
2. Applicant Applications (1)
3. PD # 94621
4. Summary Job Elements & Performance Standards
5. Positions at or Below the Full Performance Level; Supporting Narrative for Rating Applicants and Rating Instructions

Upon completion of the rating, please **UPS the entire package to: Carson Sprott, HR Specialist, IRS, 1301 Clay St., Suite 600S, Oakland, CA 94612.**

Personnel will conduct a review of the rating. Following the review, the Certificate of Eligibles will be returned to the Selecting Official for selection.

If you have any questions, I can be reached at (510) 637-4568.

Thank you.