# EXHIBIT 27

VACANCIES REGISTER        06/04/2003
TECHNICAL SERVICES
APPEALS

ANNOUNCEMENT #:  89 83 03-138MM        SERIES: GS-0512        GRADE(S): 14                    SING DATE: 05/19/
POSITION TITLE:  INTERNAL REVENUE AGENT                        VACANCY TYPE: PERMANENT-FULLTIME
VACANCIES:  1
LEVEL 04: TAX POLICY/PROC (LM/TE)
LEVEL 05:
LEVEL 06:
LEVEL 07:
LEVEL 08:
POST OF DUTY:  FRANKLIN COURT, WASHINGTON, DC

TOUR OF DUTY:

A. Evaluation Methods used in Determining "Highly Qualified", if applicable, and/or "Best Qualified":

   Current Performance Appraisals
       Form 6850
   Training Experience
   Awards (Relevant Awards)
   Application Forms
   Pertinent Experience Not Used.
   Qualified Standards  Not Used.

B. Criteria Used in Determining "Highly Qualified", if applicable, and/or "Best Qualified":

1. National Agreement ranking and referral process for BU positions at GS-8 and below in Submission Processing, Accounts Management, and Compliance Service Centers.
2. National Agreement ranking and referral process for BU positions GS-9 and above, (See attached)
3. Non bargaining position (See attached criteria).
4. Other _____

   __45__ = BEST QUALIFIED CUT-OFF SCORE.

*************************************************************************

|  | SIGNATURE | TITLE | DATE |
|---|---|---|---|
| Evaluation Panel or Ranking Officials | [signature] | Senior Op Advisor | 6/10/03 |
| Non-Voting Member | Cathy Labayog | PSS | 6-11-03 |