**EXHIBIT 28**

PROMOTION CERTIFICATE
TECHNICAL SERVICES

DATE 06/11/2003                     CERTIFICATE NO:   89-83-03-138MM

POSITION TITLE:  INTERNAL REVENUE AGENT          STATUS:  PERMANENT-FULLTIME
SERIES:  GS-0512                                 GRADE:  14

LEVEL 04:  TAX POLICY/PROC (LM/TE)       VACANCIES:  1
LEVEL 05:
LEVEL 06:
LEVEL 07:
LEVEL 08:

POST OF DUTY:
300 NORTH LA, LOS ANGELES, CA; FRANKLIN COURT, WASHINGTON, DC; R.A.Y. BLDG.,
ST. LOUIS, MO;

TOUR OF DUTY:


PROMOTION CERTIFICATE
--------------------------------------------------------------------
The knowledges, skills, abilities and other characteristics (KSAOs) of all
Highly Qualified candidates listed on the roster of Eligibles have been
carefully evaluated and the following candidates have been determined to be
Best Qualified.
--------------------------------------------------------------------

    JONES SHEILA                F    89-83-16730

I HAVE SELECTED THE FOLLOWING NAMED APPLICANT(S):    SELECTED DATE:   EFF. DATE:

        Jones, Sheila              6/20/03          7/6/03


        *Beverly Ohegbab*        Director, Technical Services
SELECTING OFFICIAL SIGNATURE        TITLE


If additional vacancies are filled from this certificate, or if an applicant
declines the position, the next highly qualified candidates(s) must be added
to this certificate and given proper consideration.  Please contact your
Personnel Staffing Specialist for assistance.