# EXHIBIT 30

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON, )
)
Plaintiff, )
)
v. ) Civil Action No. 05-1212 (RBW)(DAR)
)
HENRY PAULSON )
SECRETARY OF THE TREASURY, )
)
Defendant. )
)

### DECLARATION OF PAMULA ROBINSON

I, Pamula Robinson, GS-343-13 Program Analyst in the Tax Policy and Procedures Division of the Office of Appeals at the Internal Revenue Service ("IRS") make the following Declaration under penalty of perjury in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed with the United States District Court for the District of Columbia and that it is a statement under oath.

1. I am over 18 years of age and competent to testify to the matters stated herein.

2. I have served as GS-343-13 Program Analyst in the Appeals Office of the IRS since 1989, and during my tenure in Appeals I have had occasion to work and interact with other Appeals employees, including Thomas Louthan, Cathy Horn, Gene Perdue, Sandy Cohen, Michelle Topel, and Jacqueline Harris.

3. Based on my interactions with these individuals and/or routine Agency communications, I know that Mr. Louthan is assigned to a GS-343-15 position; Ms. Horn is assigned to a GS-930-14 position, Mr. Perdue is assigned to a GS-930-14 position, Mr. Cohen is assigned to a GS-343-14 position, Michelle Topel is retired from federal service, and Jacqueline Harris is assigned to a GS-930-14 position.

4. Based on my discussions with Mr. Cohen, I know that he once occupied a 512 series position for two weeks before being assigned to the 930 series on May 4, 2003.

The foregoing facts are true and correct to the best of my knowledge and belief.

Date: December 29, 2006

*Pamula Robinson*
PAMULA ROBINSON

2