UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMULA ROBINSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HENRY PAULSON )<br>SECRETARY OF THE TREASURY, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1212 (RBW)(DAR) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Summary Judgment, Plaintiff's Opposition, Defendant's reply, if any, and the full record, it is hereby this ___ day of _____, 2007, **ORDERED:**

1. That the Defendant's Motion for Summary Judgment is hereby DENIED; and

2. That the parties shall continue into phase two of discovery consisted with the Court's previous Scheduling Order.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:

Joseph D. Gebhardt, Esq.
Charles W. Day, Jr., Esq.
Mark A. Dann, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716

William Mark Nebeker, Esq.
U.S. Attorney's Office
555 4th Street, N.W.
Washington, DC 20530