```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,                     )
                                     )
          Plaintiff,                 )
                                     )
     v.                              ) Civil Action No. 05-1212 RBW
                                     )
MARY PETERS, Secretary of Treasury   )
   of the United States of America,  )
                                     )
          Defendant.                 )
                                     )
```

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant[1] in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of two weeks within which to file a reply to Plaintiff's opposition to Defendant's Motion For Summary Judgment in this action up to and including February 8, 2006. Plaintiff, through counsel, Mark A. Dann, Esq., has indicated that Plaintiff does not oppose this motion.

This enlargement of time is sought because the Assistant United States Attorney ("AUSA") assigned primary responsibility in this matter is working with the agency attorney in the case to complete the needed reply. Unfortunately, agency counsel has been out of town on travel and will not be back until Thursday, January 25, 2007. It is not anticipated that she will be able to complete a draft of the needed filing in the short amount of time

---

[1] Mary E. Peters has been substituted as the defendant in place of John W. Snow by operation of Fed. R. Civ. P. 25(d).

upon her return.  Undersigned counsel has been called upon this week to complete two other substantive filings, to participate in three depositions and to assist an agency in responding to four subpoenas received last week and returnable this week.  Counsel's responsibilities in those matters did not, and will not, allow sufficient time to draft the needed reply in this case by January 25, 2007.[2]

    Wherefore, Defendant seeks an enlargement of time in this action.  A proposed Order is attached hereto.

                                Respectfully submitted,

                                JEFFREY A. TAYLOR, DC Bar #498610
                                United States Attorney

---

[2] Defendant has not previously sought to secure an extension of time to file this reply.  Plaintiff was to respond to the motion for summary judgment by December 15, 2006; but on December 12, 2006, sought an unopposed enlargement of time to oppose the motion, which was granted and Plaintiff opposed the summary judgment motion on December 29, 2006.  Plaintiff was, thus, afforded one enlargement of time.  The undersigned AUSA regrets that this motion is filed less than four days in advance of the filing deadline, January 25, 2007, and seeks leave to file the motion.  Counsel had inadvertently listed the due date in his calendar as February 8, 2006, before filing this motion.  Only when he checked the docket today did he learn that the enlargement motion had not yet been filed.  Counsel believes that this must be due to the fact that shortly after learning that Plaintiff would agree to the proposed enlargement of time, counsel was ill and underwent minor surgery to his hand on January 11, 1007.  He believes that this and the resultant difficulty in completing his work while recovering caused him to delay the completion of the motion after he had docketed the new date.  He only discovered this error today.

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof and a proposed Order has been made through the Court's electronic transmission facilities on this 24th day of January, 2007.

```
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```