```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,                      )
                                      )
          Plaintiff,                  )
                                      )
     v.                               ) Civil Action No. 05-1212 RBW
                                      )
MARY PETERS, Secretary of Treasury    )
  of the United States of America,    )
                                      )
          Defendant.                  )
                                      )
```

ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time by which Defendant mayfile a reply in the above action be and is enlarged up to and including February 8, 2007.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

JOSEPH D. GEBHARDT, ESQ.
MARK A. DANN. ESQ.
Gebhardt & Associates
1101 17th Street, N.W.
Suite 807
Washington, DC  20036-4716