# EXHIBIT 31

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,                        )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )     Civil Action No. 05-1212 (RBW)
                                        )
HENRY PAULSON                           )
SECRETARY OF THE TREASURY,              )
                                        )
            Defendant.                  )
_____ )

## DECLARATION OF SANDY COHEN

I, Sandy Cohen, make the following Declaration under penalty of perjury in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed with the United States District Court for the District of Columbia and that it is a statement under oath.

1. I am over 18 years of age and competent to testify to the matters stated herein.

2. I am a GS-930-14 Appeals Officer assigned on detail to the Internal Revenue Service ("IRS"), Office of Associate Chief Counsel (International), Advance Pricing Agreement Program.

3. I have worked for the IRS for more than 20 years, and I have been assigned to several positions in different occupational series. I have served as a 343 series Program Analyst, a 512 series Internal Revenue Agent, and a 930 series Appeals

Officer.

4.   I worked in the IRS Office of Appeals, Technical Services, Office of Tax Policy & Procedure, LM/TE ("Large Case"), and I was assigned to the IRS's Washington, D.C. Headquarters.   In early 2003, I was serving as a GS-343-14 Program Analyst.

5.   In the Spring of 2003, someone (perhaps Karen Bender or my supervisor at the time, David M. Geber) informed me that the series designation for my position was being converted.   I believe I was asked if I had a preference for the 512 or 930 series.   I did not have a particular preference for either series, per se, because my feeling was that my actual duties of the position and the skills necessary to perform the duties were not going to change.

6.   However, I did explain at the time that I thought that converting my position to the 930 series was the most rational choice because 512 positions were associated with auditing and examination work as opposed to Appeals work.

7.   According to my personnel file, on April 20, 2003, I was converted from my position as a GS-343-14 Program Analyst to a GS-512-14 Internal Revenue Agent position.   However, only two weeks later, on May 4, 2003, I was converted to a GS-930-14

2

Appeals Officer position.

The foregoing facts are true and correct to the best of my knowledge and belief.

_1-25-07_ 
Date

_Sandy Cohen_ 
SANDY COHEN

3