**EXHIBIT 32**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON, )
)
    Plaintiff, )
)
v. )  Civil Action No. 05-1212 (RBW)
)
HENRY PAULSON )
SECRETARY OF THE TREASURY, )
)
    Defendant. )
_____)

### DECLARATION OF JACQUELINE A. HARRIS

I, Jacqueline A. Harris, make the following Declaration under penalty of perjury in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed with the United States District Court for the District of Columbia and that it is a statement under oath.

1. I am over 18 years of age and competent to testify to the matters stated herein.

2. I am a GS-930-14 Appeals Officer assigned to the Internal Revenue Service ("IRS"), Office of Appeals, Technical Services, Tax Policy & Procedures Division.

3. I have worked for the IRS for 28 years, and I have been assigned to several positions in different occupational series. I have served as a 343 series Program Analyst, a 512 series Internal Revenue Agent, and a 930 series Appeals Officer.

4. In 1984, I began working in Appeals at the IRS Dallas Field Office as a GS-930-13 Appeals Officer. Before that, I had served as a GS-512-12 Revenue Agent. In 1988, I was promoted and became a GS-930-14 Appeals Officer.

5. On October 1, 2000, I became a GS-343-14 Program Analyst in the Tax Policy & Procedures Division. Also, as part of an Agency-wide restructuring, my position was assigned to IRS Headquarters, but my duty station remained the same (Dallas).

6. According to my personnel file, on May 4, 2003, I was converted from my position as a GS-343-14 Program Analyst to a GS-930-14 Appeals Officer position. However, my actual duties did not change as a result of the conversion.

7. Before my position was converted, my supervisor at that time, David M. Geber, asked me if I would prefer to remain in the 343 series or if I wanted to be assigned to the 930 series. I had served in the 930 series for 16 years and had always wanted to remain an Appeals Officer, so I told him that I wanted to be converted to the 930 series.

The foregoing facts are true and correct to the best of my knowledge and belief.

_1/24/07_
Date

_Jacqueline Harris_
JACQUELINE HARRIS

2