**EXHIBIT 33**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON, )
 )
    Plaintiff, )
 )
v. )  Civil Action No. 05-1212 (RBW)
 )
HENRY PAULSON )
SECRETARY OF THE TREASURY, )
 )
    Defendant. )
_____)

## DECLARATION OF GENE H. PERDUE

I, Gene H. Perdue, make the following Declaration under penalty of perjury in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed with the United States District Court for the District of Columbia and that it is a statement under oath.

1. I am over 18 years of age and competent to testify to the matters stated herein.

2. I am a GS-930-14 Appeals Officer assigned on detail to the Internal Revenue Service ("IRS"), Office of Appeals, Technical Services, Technical Guidance Division.

3. During my tenure as an IRS employee, I have served as a 343 series Program Analyst, a 512 series Internal Revenue Agent, and a 930 series Appeals Officer.

4. In the Spring of 2003, I held a GS-343-14 Program

Analyst position. According to my records, on or around May 4, 2003, I was briefly converted from his GS-343-14 Program Analyst position to a GS-512-14 Internal Revenue Agent position. Then, in June 2003, I was converted again to a GS-930-14 Appeals Officer position.

5. Before I reviewed my records, I did not recall having been converted to a 512 position. Rather, I thought I was converted directly from the 343 series to the 930 series.

The foregoing facts are true and correct to the best of my knowledge and belief.

_1/24/07_  
Date

_[signature]_  
GENE H. PERDUE