```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,                      )
                                      )
         Plaintiff,                   )
                                      )
     v.                               ) Civil Action No. 05-1212 RBW
                                      )
MARY PETERS, Secretary of Treasury    )
  of the United States of America,    )
                                      )
         Defendant.                   )
                                      )
```

### DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant[1] in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of one week within which to file a reply to Plaintiff's opposition to Defendant's Motion For Summary Judgment up to and including February 15, 2007.  Plaintiff's counsel, Mark A. Dann, Esq., has indicated that Plaintiff does not oppose this motion.

This enlargement of time is sought because the Assistant United States Attorney ("AUSA") assigned primary responsibility in this matter is working with the agency attorney in the case to complete the needed reply to the 43-page opposition which was supplemented by Plaintiff with a 5-page filing on January 25, 2007.  Unfortunately, agency counsel's travel and other responsibilities have delayed receipt of a draft of the

---

[1] Mary E. Peters has been substituted as the defendant in place of John W. Snow by operation of Fed. R. Civ. P. 25(d).

anticipated reply. Moreover, undersigned counsel has been called upon in the past week to complete substantive filings in other cases and to participate in an appeal in another case in which qualified immunity has been denied to an individually-sued federal employee. Counsel's responsibilities in those, and other, matters did not, and will not, allow sufficient time to complete the needed reply to Plaintiff's combined 48-page opposition in this case by February 8, 2007.[2]

---

[2] Defendant has previously sought one extension of time to file this reply. Plaintiff was to respond to the motion for summary judgment by December 15, 2006; but on December 12, 2006, sought an unopposed enlargement of time to oppose the motion, which was granted and Plaintiff opposed the summary judgment motion on December 29, 2006. Plaintiff was, thus, afforded one enlargement of time. The undersigned AUSA regrets that this motion is filed less than four days in advance of the filing deadline, February 8, 2007, but only learned this date that the agency counsel was delayed in her drafting of the reply. Counsel immediately called plaintiff's counsel to explain the delay and secured consent for the enlargement of time.

Wherefore, Defendant seeks an enlargement of time in this action.  A proposed Order is attached hereto.

>Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof and a proposed Order has been made through the Court's electronic transmission facilities on this 6th day of February, 2007.

```
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```