# ORIGINAL

1

1            UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLUMBIA

3

4 - - - - - - - - - - - - - x

5 PAMULA ROBINSON,         :

6        Plaintiff       :

7 vs.              :    Case No: 1:05cv01212

8 JOHN W. SNOW,          :

9 SECRETARY OF THE TREASURY,   :

10        Defendant      :

11 - - - - - - - - - - - - - x

12                Washington, D.C.

13                September 12, 2006

14

15

16 Whereupon,

17            PAMULA ROBINSON

18 the Witness, called for examination by counsel for the

19 Defendant, pursuant to notice and agreement of counsel as to

20 time and place, at 501 3rd Street, Washington, D.C., where

21 were present on behalf of the parties:

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting   Depositions
D.C. Area (301) 261-1902
Balt. & Annap. (410) 974-0947

1    A    I believe I was an 11 while I did that.

2    Q    Okay.  So -- and this was a detail from the tax

3 auditor when you were --

4    A    Yes.

5    Q    -- probably a GS-9?

6    A    Right.

7    Q    And then you, you did a GS-11 detail, not to exceed

8 a year?

9    A    I was -- been managing the group.  I don't know that

10 they put a stipulation on that.

11    Q    Okay.  But it was a detail for a limited period of

12 time at the GS level?

13    A    Right.

14    Q    Okay.  Then when you were no longer the -- on the

15 detail as the manager of the training group, that you were the

16 manager for tax auditor group, what was your GS series?

17    A    11.

18    Q    GS-11.  And then as an appeals officer in the 930

19 series from '87 to '89, what GS levels did you hold?

20    A    12 and 13.  No, 12.  I'm sorry.  I'm trying to --

21 12.

22    Q    And then when you came --

23    A    And I'm, I'm thinking -- I'm not -- when I came over

24 I don't know if I had to -- I came in as a --  I'm trying to

25 see how that was done.  And it may have been because it was a

1    change in series, I may have had to work at an 11 for three to

2    six months or something and I was detailed to the technical

3    section, then I went to computations and then I got the 12

4    into the appeals officer.

5        Q    I see.  So in essence it's as though you lateraled

6    from the manager of the tax auditor group, GS-11, to a GS-11

7    in the 930 series for a period of time.

8        A    Right.

9        Q    And then once you had been in the GS-930 series for

10   a period of time you were able to get promoted up to the GS-12

11   level.

12       A    Right.

13       Q    Is that right?  Okay.  Now, when you got that

14   promotion up to the GS-12 level, that was in the -- in

15   appeals, correct?

16       A    Correct.

17       Q    That's the office that you're in now?

18       A    No.

19       Q    Okay.

20       A    That was in the district office.

21       Q    Okay, I see.  So you got the GS-12 promotion and

22   when you stopped being in the 930 series, you were a GS-12?

23       A    Correct.

24       Q    Okay.  And then you started in the 345 series as a

25   program analyst?