COPY

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - x
PAMULA ROBINSON,                  :
          Plaintiff,              :
                                  :
    vs.                           : Civil Action
                                  :
JOHN W. SNOW, SECRETARY OF THE    : No. 05-1212
TREASURY,                         :
                                  :
          Defendant.              :
- - - - - - - - - - - - - - - - - x

Washington, D.C.
Thursday, September 28, 2006

The deposition of CARSON SPROTT, called for examination by counsel for Plaintiff in the above-entitled matter, pursuant to Notice, in the offices of Gebhard & Associates, 1101 17th Street, N.W., Washington, D.C., convened at 12:35 p.m., before Cathy Jardim, a notary public in and for the District of Columbia, when were present on behalf of the parties:

JARDIM REPORTING ASSOCIATES
(703) 867-0396

of 2/9/04. True, page two. Three is fine.

It is all fine.

Q. Thank you. You can set that aside.

Mr. Sprott, are you aware of the position at issue in this case?

A. The 512? I know what a 512 is. Is that the question?

Q. Are you familiar with vacancy announcement APB-03-138MM?

A. Yes. It was my announcement. I did the work on the announcement.

Q. You said it is your announcement, you did the work on the announcement or the assessment of the qualifications?

A. Both.

Q. What work did you do -- well, actually -- would you please look at the next document.

(Sprott Exhibit No. 3 was.

marked for identification.)

BY MR. DANN:

Q. You have just been handed what has been marked as Exhibit 3. Do you recognize this?

1    A.   I do.

2    Q.   What is this?

3    A.   It is the vacancy announcement which goes
4  out on the COL, which is the Career Opportunities
5  List. It is an online job board for Internal Revenue
6  Service jobs. This announcement was written by me,
7  entered by me, and the results were serviced by me.

8    Q.   What involvement did you have in developing
9  this vacancy announcement?

10   A.   Well, I mean, I wrote it but it was all
11 based on a Recruit 52.

12   Q.   What is that?

13   A.   It is a personnel action form that describes
14 what management wants to be contained in the
15 announcement, so it will tell you the position, the
16 grade, the series, the location, how long the
17 announcement is open for, post of duty.

18   Q.   And do you recall the Recruit 52 for this
19 case?

20   A.   Not specifically.

21   Q.   Do you recall who drafted the Recruit 52?

22   A.   It would have been one of the embedded HR

1  specialists we talked about. Terry D'Angelis is one
2  of them. Frankie Longo is one I worked with. There
3  were a few others. There were four of them.
4      Q.  Did you communicate with David Geber or
5  Beverly Ortega Babers in developing this vacancy
6  announcement?
7      A.  No.
8      Q.  What type of communication did you have with
9  the embedded human resources official in developing
10 this announcement?
11     A.  I got an e-mail saying I have a Recruit 52.
12 I would go into the system, print it and do what the
13 Recruit 52 ordered me to do.
14     Q.  Did you prepare the Recruit 52?
15     A.  No. Those are management decisions.
16     Q.  What does a Recruit 52 contain?
17     A.  What the position is to be recruited for,
18 title, series, grade, the post of duty. If KSAs were
19 to be included they would have been on a Recruit 52.
20 They were not in this case. That is about it.
21     Q.  Did they identify who requested the
22 announcement?

1   A.   Yes. The requesting official would be on
2   there, the management official.
3   Q.   Would it identify the selecting official?
4   A.   Not necessarily, although the requesting
5   official and the selecting official can be the same
6   person.
7   Q.   When the deposition concludes, can you
8   review your files and see if you have retained a copy
9   of the Recruit 52 and if so, turn it over to
10  Mr. Nebeker or Ms. Vergne?
11  A.   Will do.
12  Q.   Can you please tell me what the announcement
13  period, opening date and closing dates were?
14  A.   May 5, 2003, opens; closes May 19, 2003.
15  Q.   Are you identified anywhere on this vacancy
16  announcement?
17  A.   No. My assistant is identified on this.
18  Q.   And who is your assistant?
19  A.   Michelle McDonald.
20  Q.   Want is the purpose of her identification on
21  this document?
22  A.   So they have a contact for which to send

1  their applications.
2  Q.  And what forms, according to this exhibit,
3  were applicants required to submit?
4  A.  It says required forms: 4536, 9686 and
5  current appraisal with narrative. The 4536 is the
6  card I told you about. The 9686 is the application
7  slash resume and the current appraisal is the current
8  performance appraisal of record. Good to have
9  numbers to put with this.
10 Q.  To your knowledge do you know who was
11 involved in developing the Recruit 52 other than the
12 embedded HR person with whom you communicated?
13 A.  I would assume it would be the requesting
14 official on the Recruit 52, but I couldn't say who
15 that was without looking at it.
16 Q.  There is a, on the third line of this
17 document, halfway through the line, it says SPO 2844.
18 What does that refer to?
19 A.  I am sorry, where are you looking?
20 Servicing personnel office. That is Oakland, 2844.
21 Q.  What is 2844?
22 A.  Oakland's number.

1    Q.   Turning to the top sheet of Exhibit 9, is
2 that also true with respect to this?
3    A.   That is my writing all over that.
4    Q.   There is a notation at the top right?
5    A.   Yes.
6    Q.   What is that?
7    A.   NQ.
8    Q.   What does that stand for?
9    A.   Not qualified.
10   Q.   Is that your handwriting?
11   A.   It is.
12   Q.   There are notations in the columns to the
13 right.  Can you tell us what those notations
14 reference?
15   A.   The two columns are, G E N'L, short for
16 general; S P E C, short for specialized.  What those
17 mean are generalized and specialized experience.  At
18 the lower grades, the grades four and five, you can
19 become qualified for generalized experience, but for
20 higher grade positions, you have to have experience
21 at the next lower grade and that experience has to be
22 specialized experience.  So what I am noting is that

1  file, which means you run through that checklist,
2  essentially make sure you have done all those steps
3  and then prepare to send it to storage.
4     Q.   I would like to transition to discussing the
5  other individuals involved in the selection in this
6  case. Can you please tell me to your knowledge who
7  was involved in either maintaining the merit
8  promotion file, processing those materials or making
9  determinations with respect to the selection?
10    A.   In terms of maintaining the file, the
11 primary person that maintained it was myself. I had
12 sister answer from my assistant Michelle McDonald. I
13 can't say what extent, but she probably put things in
14 the case file, entered some data in the system for
15 me. In terms of making the selection, I don't have
16 -- I would have to refer to that selection
17 certificate. I don't know who was involved in the
18 selection at all.
19    Q.   Was there anyone in your office that was
20 involved in making any determination with respect to
21 the selection?
22    A.   In my office, no, definitely not.

1  Q. Do you know whether Thomas Roley played any
2  role in the selection?
3  A. I don't. I don't know who Thomas Roley is.
4  Q. With whom did you communicate with respect
5  to the selection at issue in this case, and
6  specifically any communications you had from the
7  point at which the vacancy was announced to the final
8  checklist being completed?
9  A. The only communications I had were my cover
10 memos to David Geber as the addressee, as the
11 requesting official, so I mailed him a ranking
12 package as well as a selection package and obviously
13 received those back from him and after the selection
14 is made I have to go back to embedded human
15 resources, Terry D'Angelis, and requested -- you
16 probably saw a note T&A, time and attendance codes
17 because this new person has to get on the appeals
18 books on the specific division where they are going.
19 So at the end we had to talk to embedded HR to get
20 those codes before we can process the SF 52 so we can
21 get them on board.
22 Q. Other than Mr. Geber, did you talk to anyone

1  else regarding this selection?
2      A.   No. Terry D'Angelis.
3      Q.   Do you know the number of African American
4  GS-13s from the Washington, D.C. office from the
5  office of appeals that were promoted to the GS-14?
6      A.   Did you ask me if I know the number?
7      Q.   Yes.
8      A.   No, I don't.
9      Q.   Can you give an estimate of that number?
10     A.   No.  I didn't meet applicants so I don't
11 know.
12     Q.   Are you aware of Ms. Robinson's race?
13     A.   I am.  I found out through the attorneys
14 here.
15     Q.   When did you learn of her race?
16     A.   Probably a month ago.
17     Q.   Are you aware of Ms. Jones' race?
18     A.   I am not.
19     Q.   I would like to take a five-minute break.
20          (Discussion off the record.)
21          (Brief recess.)
22          BY  MR. DAY:

1  Q.  What was your determination?

2  A.  Same as before. There is very little detail
3  in this position, and it describes very much
4  administrative duties.

5  Q.  On page 76, did you consider this position?

6  A.  I noted it but I didn't need to. It was at
7  the grade 12 so it wasn't at the next lower grade.

8  Q.  On page 77, did you consider this position?

9  A.  I did but same thing, it was two lower
10 grades and not lower grade experience.

11 Q.  Did you consider any other experience in de
12 terming whether she was qualified or not qualified?

13 A.  No, I did not. I only used what she
14 submitted.

15 Q.  If this position were classified as a 343
16 rather than a 512, would you have determined
17 Ms. Robinson to be qualified based on her experience?

18 MR. NEBEKER:  Objection. It is irrelevant,
19 and unsupported by the facts and it is vague in that
20 you are not specifying what should be considered in
21 assessing a 343 level.

22 You can answer, if you have an answer.

**Career Opportunities List Announcement**
**APB-03-138MM**

Announced 05/05/2003, closes 05/19/2003

INTERNAL REVENUE AGENT (SR. PROGRAM ANALYST)
GS-0512-14, Full Time, (BU)
ANN NO: APB-03-138MM, SPO: 2844, PD: 94621
APPEALS, TECHNICAL SERVICES
TAX POLICY PROC (LM/TE)
POD's:    1 MED -Various PODs, --
MOVING EXPENSES AUTHORIZED: NO
1 perm posn. POD can be in any of the following: Washington DC, St. Louis, MO or Los Angeles, CA. Appeals tax comp Specialist experience is highly desirable. Some travel required. All forms must be faxed or postmarked by COB:5/19/03. Fax# (510)637-2784.
STEP AUTH# 27265,27266,27268.
Contact:  Michele McDonald, 510-637-2777
Forms Required: 4536, 9686, current appraisal with narrative

Please forward all required forms to the following Personnel office:
(2844)  Oakland Personnel Office
        Personnel Branch A:PS:O:D:Oak
        1301 Clay Street
        Suite 600S
        Oakland, CA  94612-5210
        PH:  510-637-2777
        FX:  2857 or 2789



**DeAngelis Teresa A**

From: DeAngelis Teresa A
Sent: Tuesday, April 29, 2003 3:07 PM
To: Sprott Carson C
Subject: Two Recruit 52s Input

Importance: High

Carson,

I just input two Recruit 52s. Here is the information.

1 - 52# 3157508 - GS-512-14   One perm position. POD can be Washington, DC, St. Louis, Mo, or Los Angeles, CA. PLEASE NOTE THAT THIS RECRUIT DOES NOT HAVE A FAX VAULT DOCUMENT. Disregard my note in the remarks section. I made a mistake.

2 - 52# 3157522 - GS-930-14   One perm position - Lateral Reassignment Only - not a promotion opportunity. POD is Philadelphia, PA.

This 52 does have a document for the Fax Vault and I did mention it in the Remarks section of the 52. Here it is.

Analyst faxvault.doc

Any questions, please give me a call.

Thanks

Terri DeAngelis
Personnel Management Specialist
Appeals - Strategic Human Resources - Personnel
(215) 597-2177, Ext. 179
(215) 597-2211 (Fax)

1



# Merit Promotion File



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, D.C. 20224**

AGENCY-WIDE
SHARED SERVICES

PAMULA ROBINSON
TAX POLICY/PROC (SB/WI)
89-83-16740
3902 71ST AVE
LANDOVER HILLS, MD 20784

TO BE OPENED BY
ADDRESSEE ONLY

SSN: ███████

YOU ARE NOT ELIGIBLE FOR ANNOUNCEMENT    89-83-03-138MM
INTERNAL REVENUE AGENT    GS-0512-14
PERMANENT-FULLTIME    PD Number:
TOUR OF DUTY:

TAX POLICY/PROC (LM/TE)
REMARKS: LACKS SPECIALIZED EXPERIENCE.
If you have any questions, please contact CARSON C SPROTT
on (510)637-4568 [TTY#        ].

REGIONALSUPPORT Office
Stop # 6006

# MERIT PROMOTION FOLDER CHECKLIST

| Item | Date Completed and Initials |
|---|---|
| SF-52# 315708  Date SF-52 Received 04/29/2003 | 07/02/03:cmt |
| STEP Cleared (ONLY if appropriate) | |
| IRS PPP Referrals and Priority Consideration Checked | 04/30/03 MM |
| Hardship Applications Cleared | 04/30/03 MM |
| PD & Critical Elements Verified | 04/30/03 MM |
| Enter Announcement on COL | 04/30/03 MM |
| Enter Announcement on AMPS | 04/30/03 MM |
| Enter Announcement on VIRTS | ═══════ |
| Enter Announcement on VWIMS | ═══════ |
| Announcement placed on FEDJOB for external hires (ONLY if applicable) | ═══════ |
| Check One – Year Applications | N/A |
| 1st Review (opening date of announcement) | 04/30/03 MM |
| - Check series, grade, POD and qualifications | 05/05/03 MM |
| - Contact employee to advise of vacancy and option to update paperwork | |
| - Re-check dates on evaluation | |
| 2nd Review (day after closing date of announcement) | |
| CTAP/ICTAP/Reassignment and Priority Application checked | 05/21/03 MM |
| Qualification Determined | 05/21/03 MM |
| Date completed | 06/02/03 CS |
| Update AMPS/VIRTS | |
| Evaluations and Missing Materials Requested | 06/04/03 CS |
| - Check for unacceptable rating on critical elements for applicants who applied under the announcement | |
| - Check for appropriate Current Narratives | 05/14/03 CS |
| - 1st Request for Evaluation (should be made before the closing date) | 05/14/03 CS |
| Last Evaluation/Missing Material Received | 05/14/03 CS |
| Date Certificate Typed and Reviewed | 05/14/03 CS |
| To Ranking: Name of Manager   David Geber | 06/04/03 MM |
| Update AMPS/VIRTS | 06/04/03 CS |
| Audit/Review: Highly Qualified cut-off score entered on certificate | 06/02/03 MM |
| Certificate signed by Ranking Official or Panel | 06/06/03 MM |
| Personnel Asterisks Highly Qualified names in Part I | 06/06/03 MM |
| Personnel list Best Qualified names in score order for BU and Alpha Order for NBU | 06/06/03 MM |
| Review applications against CJEs or ranking scheme | 06/06/03 MM |
| To Selection: Name of Manager   Beverly Babers | 06/06/03 MM |
| Name of Selectee(s) listed in Part II | 06/11/03 MM |
| Certificate signed and dated by selecting official | 06/11/03 MM |
| Selection date annotated | 06/11/03 MM |
| Update AMPS/VIRTS | |
| SF-52 Action Taken | 06/24/03 MM |
| Non-Select/Cancelled Letters Sent | 06/30/03 MM |
| Date Copy of Certificate Sent to NTEU (Contract Covered Position) (If no selection was made, give general reason on certificate) | N/A |
| Prepare Uniform Guidelines Report(s) | 4/14/04 MM |
| - Form 6412, Internal Competitive Selections | 7/2/03 MM |
| - Form 6415, New Hire Actions | 7/2/03 MM |
| GS-512, IRA GS-526 Tax Auditor GS-1811, Special Agent | |
| GS-905, Estate and Gift Tax Attorneys, GS-301, Grades 1-7 | |
| GS-592, Tax Examiner GS-1169, Revenue Officer | |
| All GS-13 thru 15 positions | |
| Assistant Close-out Promotion Package: | 7/2/03 MM |
| Reviewed by: | 4/2/02 |

# Qualifications Record

**1. NAME**
Robinson, Pamela

**2. NATURE OF ACTION**
APN-RPN-03-138MM

**3. LOCATION OF POSITION**
DC, LA, or St. Louis

**4. POSITION TITLE, GRADE AND SERIES**
Internal Revenue Agent GS-0512-14

**5. QUALIFICATION STANDARD USE**
QSH

**6. TIME REQUIRED BY STANDARD** (Specify years or months)

| 6.A. TOTAL | 6.B. GENERAL | 6.C. SPECIAL | 6.D. IN NEXT LOWER GRADE | 6.E. IN SECOND LOWER GRADE |
|---|---|---|---|---|
| 1 | 0 | 1 | GS-13 | |

**19. ADMINISTRATIVE OR SUPERVISORY EXPERIENCE REQUIRED BY STANDARD**
☐ YES ☐ NO
IN NEXT LOWER GRADE:     IN SECOND LOWER GRADE:

**8.A. WRITTEN TEST REQUIRED:** ☐ YES ☐ NO
**8.B.** IF "YES," GIVE TITLE, ELIGIBLE RATING, AND DATE.

| FROM | TO | EXPERIENCE AND TRAINING CREDITED (Including Mil. Ser.) TITLE, SERIES & GRADE. (IF NON-GOVERNMENT, GIVE TITLE & SALARY | GEN'L YRS-MOS | SPEC. YRS-MOS |
|---|---|---|---|---|
| 9. 10/01 | pres | Analyst - GS-343-13 | 1↑ | 1↑ |
| 10. 7/98 | 10/01 | " - GS-343-13 | 1↑ | |
| 11. 4/94 | 7/98 | " GS-343-13 | 1↑ | |
| 12. 6/91 | 4/94 | " GS-343-13 | 1↑ | |
| 13. 12/89 | 6/91 | " GS-343-13 | 1↑ | |
| 14. 6/87 | 12/89 | AO GS-930-12 | 1↑ | |
| 15. 7/85 | 6/87 | SUBSTITUTION ALLOWED Supv. N. GS-526-11 | 1↑ | |
| 16. | | | | |
| 17. | | | 1↑ | |

**18. REMARKS**                    TOTAL

TIG _____
SPECIALIZED _____
SPF _____

**20. QUALIFIED** ☐ YES ☑ NO

**20. SIGNATURE OF REVIEWER**

**21. DATE** 6/7/0

FORM 2005 (REV. 11-81)    U.S. GPO: 1985-0-461-505/32
DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE