```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,              )
                              )
          Plaintiff,          )
                              )
     v.                       )  Civil Action No. 05-1212 RBW
                              )
HENRY PAULSON,                )
   Secretary of the Treasury, )
                              )
          Defendant.          )
_____)
```

RESPONSE TO PLAINTIFF'S MOTION TO STRIKE PORTIONS OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT REPLY

On November 15, 2006, Defendant filed Defendant's Motion For Summary Judgment, which Plaintiff opposed on December 29, 2006.[1] On February 15, 2007, Defendant filed a reply, arguing, in part, that Plaintiff had failed to respond to the specifically enumerated statement of material facts set forth in support of Defendant's Motion For Summary Judgment.

In fact, counsel for Defendant were mistaken; Plaintiff had proffered "Plaintiff's Statement Of Material Facts In Dispute", but the document had become separated from the Plaintiff's Opposition when counsel for Defendant asked his support staff to print out the opposition and its 32 attachments. Plaintiff has now sought to strike from the

---

[1] On January 25, 2007, without seeking leave of Court, Plaintiff filed a Supplemental Memorandum.

reply Defendant's mistaken argument that Plaintiff had not filed a statement of material facts in dispute. Counsel for Defendant regret the inadvertent mistake.[2] Defendant, of course, concedes that the Court should not be guided by this mistaken argument, and proposes that the Court substitute the accompanying Amended Reply,[3] which does not include the argument Plaintiff has sought to strike, but which does attempt to clarify for the Court where the parties agree on the relevant facts and at least some of the instances where

---

[2] Defendant notes that the matter could have been resolved without the need for Plaintiff to file a motion had Plaintiff informally sought Defendant's agreement to withdraw the argument, as is required by Local Civ. R. 7(m).

[3] Defendant has not included with the Amended Reply the exhibits, each of which were previously cited by Defendant with the earlier reply and which can be located in the Court's Docket. See Docket No. 25.

Plaintiff has failed to support a challenge to the proffered facts. A proposed Order accompanies this response.

                        Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Response To Plaintiff's Motion To Strike Portions Of Defendant's Motion For Summary Judgment Reply, attachment and a proposed Order has been made through the Court's electronic transmission facilities on this 2nd day of March, 2007.

```
_____
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230
```