UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAMULA ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1212 RBW |
| | ) |
| HENRY PAULSON, | ) |
| Secretary of the Treasury, | ) |
| | ) |
| Defendant. | ) |

<u>ORDER</u>

UPON CONSIDERATION of Plaintiff's Motion To Strike Portions Of Defendant's Motion For Summary Judgment Reply, for the reasons set forth in Defendant's Response To Plaintiff's Motion To Strike Portions Of Defendant's Motion For Summary Judgment Reply ("Defendant's Response"), and based upon the entire record herein, it is on this _____ day of _____, 2007, hereby

ORDERED that the said motion should be and hereby is granted in part; and it is

FURTHER ORDERED that the Amended Reply To Plaintiff's Opposition To Defendant's Motion For Summary Judgment lodged with Defendant's Response shall be substituted for Defendant's initial reply.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| W. MARK NEBEKER | JOSEPH D. GEBHARDT, ESQ. |
| Assistant U.S. Attorney | Gebhardt & Associates |
| Civil Division | 1101 17th Street, N.W. |
| 555 4th Street, N.W. | Suite 807 |
| Washington, DC  20530 | Washington, DC  20036-4716 |