UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAMULA ROBINSON,                )
                               )
            Plaintiff,          )
                               )
      v.                        ) Civil Action No. 05-1212 RBW
                               )
HENRY PAULSON,                  )
   Secretary of the Treasury,   )
                               )
            Defendant.          )
_____)

NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant hereby provides notice to the Court and Plaintiff of a recent decision that bears on the arguments presented in the Defendant's Motion For Summary Judgment.  In Jackson v. Gonzales, No. 06-5053, 2007 WL 2275215 at *6-*10 (D.C. Cir. Aug. 10, 2007), the Court of Appeals reiterated that "to justify an inference of discrimination, the qualifications gap [between the plaintiff and the selectee] must be great enough to be inherently indicative of discrimination" (citing Holcomb v. Powell, 433 F.3d 889, 895

(D.C. Cir. 2006)).  Thus, the Court in <u>Jackson</u> affirmed the grant of summary judgment in favor of the defendant.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Notice of Supplemental Authority has been made through the Court's electronic transmission facilities on this 23rd day of August, 2007.

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230