UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
PAMULA ROBINSON                              )
                                             )
         Plaintiff,                          )
                                             )
    v.                                       )   Civil Action No. 05-1212 (RBW)
                                             )
HENRY PAULSON,                               )
SECRETARY OF THE TREASURY,                   )
                                             )
         Defendant,                          )
_____)

**ORDER**

In accordance with the Court's rulings in its Memorandum Opinion that shall be issued hereafter, it is hereby this 28th day of September, 2007

**ORDERED** that the plaintiff's Motion to Strike Portions of Defendant's Motion for Summary Judgment Reply is **GRANTED**. It is further

**ORDERED** that the defendant's Motion for Summary Judgment pursuant to Federal Rules of Civil Procedure 56 is **GRANTED** . It is further

**ORDERED** that this order shall not be deemed a final order subject to appeal until the Court has issued its Memorandum Opinion in this matter.


**SO ORDERED**.

                                          /s/_____
                                           REGGIE B. WALTON
                                           United States District Judge