```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

PAMULA ROBINSON,              )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No. 05-1212 (DAR)
                              )
HENRY PAULSON                 )
SECRETARY OF THE TREASURY,    )
                              )
        Defendant.            )
                              )

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Mark A. Dann as attorney for Plaintiff in the above-captioned case. Plaintiff shall continue to be represented by Charles W. Day, Jr. and Joseph D. Gebhardt.

                                          Respectfully submitted,

                                          _____/s/_____
                                          MARK A. DANN
                                              (D.C. Bar No. 484523)
                                          GEBHARDT & ASSOCIATES, LLP
                                          1101 17th Street, N.W.
                                          Suite 807
                                          Washington, DC 20036-4716
                                          (202) 496-0400

May 21, 2008                            Attorney for Plaintiff